**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIYU WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>        v.<br><br>STMICROELECTRONICS N.V., JEAN-MARC CHERY, and LORENZO GRANDI,<br><br>                            Defendants. | Case No. 1:24-cv-06370-AKH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiff Liyu Wang ("Plaintiff") and Defendants STMicroelectronics N.V., Jean-Marc Chery, and Lorenzo Grandi (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter the below Order approving this Stipulation:

**WHEREAS**, Plaintiff filed the above-captioned putative class action complaint for alleged violations of the federal securities laws (the "Initial Complaint") on August 23, 2024;

**WHEREAS**, the Initial Complaint asserts claims under the federal securities laws that are governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4;

**WHEREAS**, on August 23, 2024, an action captioned *Malm* v. *STMicroelectronics N.V. et al.*, No. 1:24-cv-06384, was filed in this court alleging similar claims on behalf of a similar putative class against the same defendants;

**WHEREAS**, the Parties expect that, under the PSLRA, 15 U.S.C. § 78u-4(a)(3), this Court will eventually consolidate this action with the *Malm* action and any later filed actions,

and will appoint a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B) (the "Lead Plaintiff") in the consolidated action;

WHEREAS, the Parties anticipate that, after such appointment, the Lead Plaintiff will designate or file a consolidated and/or amended class action complaint;

WHEREAS, the Parties agree that a response from Defendants to the Initial Complaint, which will in all likelihood be superseded by a consolidated and/or amended class action complaint filed by the Lead Plaintiff ("Consolidated Amended Complaint"), would invite waste, duplicative effort, and needless expenditure of judicial and party resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

1.      Counsel for Defendants agrees to accept service of the Initial Complaint on behalf of Defendants, and Defendants agree to waive the formalities of service of the Initial Complaint under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), *provided:*

  a.      This agreement is limited to service of the Initial Complaint and any Consolidated Amended Complaint and shall not be construed as an agreement by any Defendant to waive the requirements of the Hague Service Convention in any other circumstance;

  b.      Defendants do not waive any other rights or defenses, including, but not limited to defenses based upon lack of personal jurisdiction or subject matter jurisdiction, improper venue, or a defendant having been improperly named; and

c.      Defendants do not waive the right to oppose, object to, or seek relief from discovery requests that may be propounded upon Defendants following the expiration of the discovery stay imposed by the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B);

2.      Plaintiff waives any argument that Defendants' waiver or acceptance of service or negotiation of this Stipulation and Order supports the exercise of personal jurisdiction over any Defendant;

3.      Defendants shall have no obligation to answer, move to dismiss, or otherwise respond to the Initial Complaint, except to the extent set forth in paragraph 4;

4.      Within fourteen (14) days of the Court's entry of an order pursuant to the PSLRA appointing a Lead Plaintiff, Lead Plaintiff and Defendants shall meet and confer and submit for the Court's approval a proposed schedule for the filing of a Consolidated Amended Complaint (or the designation of an Initial Complaint as the operative complaint), Defendants' response thereto, and all briefing or other submissions associated with any motion(s) to dismiss; and

5.      Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

Dated: September 13, 2024

Respectfully submitted,

By: */s/* Adam M. Apton
Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

*Attorney for Plaintiff*

By:  */s/* Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
David M.J. Rein
Julia A. Malkina
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax: (212) 558-3588
giuffrar@sullcrom.com
reind@sullcrom.com
malkinaj@sullcrom.com

*Attorneys for Defendants STMicroelectronics N.V.,
Jean-Marc Chery, and Lorenzo Grandi*

**IT IS SO ORDERED.**

Dated: __September 16____, 2024

/s/ Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE