UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIYU WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., JEANMARC CHERY, and LORENZO GRANDI,<br><br>        Defendants. | Case No.: 1:24-cv-06370-AKH<br><br>Hon. Alvin K. Hellerstein |
| MACKEL MALM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS N.V., JEANMARC CHERY, and LORENZO GRANDI,<br><br>        Defendants. | Case No.: 1:24-cv-06384-AKH<br><br>Hon. Alvin K. Hellerstein |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF FERDINANDO GARBUGLIO'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Ferdinando Garbuglio ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment

as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of STMicroelectronics N.V. ("STM" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in STM securities;

**Exhibit C**:    Press Release published August 23, 2024, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Wang v. STMicroelectronics N.V., et. al.,* Case No. 1:24-cv-06370-AKH;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: October 22, 2024                          Respectfully Submitted,


                                                 **LEVI & KORSINSKY, LLP**

                                                 By: */s/ Adam M. Apton*
                                                 Adam M. Apton (AS-8383)
                                                 33 Whitehall Street, 17th Floor
                                                 New York, NY 10004
                                                 Tel: (212) 363-7500
                                                 Fax: (212) 363-7171
                                                 Email: aapton@zlk.com

                                                 *Lead Counsel for Ferdinando Garbuglio*
                                                 *and [Proposed] Lead Counsel for the Class*