# EXHIBIT B

**Ferdinando Garbuglio**
**Transactions in STMicroelectronics N.V. - STM**
**Class Period: 01-25-2024 to 07/24/2024, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| LIFO Losses/(Gain) Options | ($3,450.00) |
|---|---|
| *Dura* LIFO Losses/(Gain)* Options | ($3,450.00) |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 3/21/2024 | SO | -10 | STM 17MAY24 43 P | $1.90 | ($1,900.00) |
| 5/17/2024 | AS | 10 | STM 17MAY24 43 P | $0.00 | $0.00 |
| 3/21/2024 | SO | -10 | STM 17MAY24 42 P | $1.55 | ($1,550.00) |
| 5/17/2024 | AS | 10 | STM 17MAY24 42 P | $0.00 | $0.00 |

| | |
|---|---|
| **Client Name** | Ferdinando Garbuglio |
| **Company Name** | STMicroelectronics N.V. |
| **Ticker Symbol** | STM |
| **Security Type** | |
| **Class Period Start** | 01-25-2024 |
| **Class Period End** | 07-24-2024 |
| **90-DAY Lookback Period Start** | 07-25-2024 |
| **90-DAY Lookback Period End** | 10-22-2024 |
| **90-DAY Lookback Average** | $ 29.50 |

| SUMMARY OF FINANCIAL INTEREST (Options and Common Stock) | |
|---|---|
| **LIFO Loss Total** | $ 22,540.95 |
| **DURA LIFO* Total** | $ 22,540.95 |
| **Gross Shares Purchased** | 2,000 |
| **Net Shares Retained** | 2,000 |
| **Net Funds Expended** | $81,550.00 |

**Ferdinando Garbuglio**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 05-21-2024 | 1000 | 42 | $ 42,000.00 | | | | | | - | 1000 | 1000 | $ 29.50 | $ 29,504.52 | $ 12,495.48 | $ 12,495.48 |
| 05-21-2024 | 1000 | 43 | $ 43,000.00 | | | | | | - | 1000 | 1000 | $ 29.50 | $ 29,504.52 | $ 13,495.48 | $ 13,495.48 |
| **Total:** | **2,000** | | **$85,000.00** | | | | | | | **2,000** | **2,000** | | **$59,009.05** | **$25,990.95** | **$25,990.95** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.