# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*August 23, 2024 13:22 ET*

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of STMicroelectronics N.V. Securities and Sets a Lead Plaintiff Deadline of October 22, 2024

NEW YORK, Aug. 23, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of STMicroelectronics N.V. ("STM" or the "Company") (NYSE: STM) between January 25, 2024 to July 24, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Liyu Wang v. STMicroelectronics N.V., et al.* (Case No. 1:24-cv-06370) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/stmicroelectronics-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, STMicroelectronics disclosed on July 25, 2024, its U.S. GAAP financial results for the second quarter ending June 29, 2024, and subsequently revised its full-year revenue and margin projections downward for the second time within the current fiscal year. The company now anticipates total revenue for 2024 to fall within the range of $13.2 billion to $13.7 billion, a reduction from the prior forecast of $14 billion to $15 billion. Notably, during the fourth-quarter 2023 earnings call held in January, the company had projected 2024 revenues to range between $15.9 billion and $16.9 billion. For the second quarter, revenue experienced a 25.3% decline year-over-year, amounting to $3.23 billion. Additionally, net sales to Original Equipment Manufacturers (OEMs) and through Distribution channels decreased by 14.9% and 43.7%, respectively, on a year-over-year basis. On this news, the stock dropped over 13% during pre-market trading on July 25, 2024.

**If you suffered a loss in STM securities, you have until October 22, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor
New York, New York 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com