# Exhibit 1

 **SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...** ☰



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of STMicroelectronics N.V. Securities and Sets a Lead Plaintiff Deadline of October 22, 2024

August 23, 2024 13:22 ET    | Source: **Levi & Korsinsky, LLP**    **Follow**

## Company Profile

**Levi & Korsinsky, LLP**

**Industry:** Specialized Consumer Services

**Website:** https://zlk.com

---

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**







NEW YORK, Aug. 23, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of STMicroelectronics N.V. ("STM" or the "Company") (NYSE: STM) between January 25, 2024 to July 24, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Liyu Wang v. STMicroelectronics N.V., et al.* (Case No. 1:24-cv-06370) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/stmicroelectronics-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**



quarter ending June 29, 2024, and subsequently revised its full-year revenue and margin projections downward for the second time within the current fiscal year. The company now anticipates total revenue for 2024 to fall within the range of $13.2 billion to $13.7 billion, a reduction from the prior forecast of $14 billion to $15 billion. Notably, during the fourth-quarter 2023 earnings call held in January, the company had projected 2024 revenues to range between $15.9 billion and $16.9 billion. For the second quarter, revenue experienced a 25.3% decline year-over-year, amounting to $3.23 billion. Additionally, net sales to Original Equipment Manufacturers (OEMs) and through Distribution channels decreased by 14.9% and 43.7%, respectively, on a year-over-year basis. On this news, the stock dropped over 13% during pre-market trading on July 25, 2024.

**If you suffered a loss in STM securities, you have until October 22, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

 **SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...**  ≡

**Tags**

Class Action

# Recommended Reading

September 05, 2024 14:41 ET

Source:  Levi & Korsinsky, LLP

**Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of Spire Global, Inc.(SPIR) Shareholders**

NEW YORK, Sept. 05, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Spire Global, Inc. ("Spire Global" or the "Company") (NYSE: SPIR) of a class action securities lawsuit. ...



September 05, 2024 14:34 ET

Source:  Levi & Korsinsky, LLP

**October 15, 2024 Deadline: Contact Levi & Korsinsky to Join Class Action Suit Against EXTR**

NEW YORK, Sept. 05, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Extreme Networks, Inc. ("Extreme" or the "Company") (NASDAQ: EXTR) of a class action securities lawsuit. ...



# Explore







**Moms for America Floods the Swamp with Deluge of O...**

September 10, 2024 12:09 ET

**SECU Foundation Supports Disaster Preparedness wit...**

September 10, 2024 12:08 ET

●  ○  ○  ○  ○



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...



delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

- Français
- Deutsch

Home

- Newsroom
- RSS Feeds
- Notified

Legal

- Contact us
- Resources