# Exhibit 3

**STMicroelectronics N.V. Loss Chart**
**Class Period: January 25, 2024 through July 24, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| | | | | | | | | | | | | $29.50 |
| D & T Anderson LLC | 3/26/2024 | 200 | ($43.14) | ($8,628.00) | | | | | 200 | $5,900.98 | ($2,727.02) | |