UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIYU WANG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STMICROELECTRONICS N.V., JEAN-MARC CHERY, and LORENZO GRANDI<br><br>    Defendants. | Case No.  1:24-cv-06370-AKH |
| MACKEL MALM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STMICROELECTRONICS N.V., JEAN-MARC CHERY, and LORENZO GRANDI,<br><br>    Defendants. | Case No.  1:24-cv-06384-AKH |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE STM INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Faith Close, Hassan Ibrahim, and Aya Zalat (collectively, the "STM Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the STM Investor Group's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| Exhibit A: | Chart setting forth the STM Investor Group's financial interest in this litigation; |
|---|---|
| Exhibit B: | Press release published via *Globe Newswire* on August 23, 2024, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certifications executed by the members of the STM Investor Group; |
| Exhibit D: | Joint Declaration executed by the members of the STM Investor Group; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 22, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman