# EXHIBIT A

**STMicroelectronics N.V. (STM)**
**Class Period: January 25, 2024 to July 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $29.5344 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Faith Close | 4/4/2024 | 300 | $42.3000 | ($12,690) | | 0 | | $0 | 300 | $8,860 | ($3,830) |
| Aya Zalat | 3/14/2024 | 100 | $47.0000 | ($4,700) | | 0 | | $0 | 100 | $2,953 | ($1,747) |
| Hassan Ibrahim | 3/21/2024 | 100 | $43.9000 | ($4,390) | | 0 | | $0 | 100 | $2,953 | ($1,437) |
| Faith Close; Aya Zalat; Hassan Ibrahim | | 500 | | ($21,780) | | 0 | | $0 | 500 | $14,767 | ($7,013) |

*Avg Closing Prices from July 25, 2024 to October 21, 2024