## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STMICROELECTRONICS N.V. SECURITIES LITIGATION | Case No. 1:24-cv-06370-AKH |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | <u>CLASS ACTION:</u><br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

The motion of Diego Martinez-Krippner for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

> Diego Martinez- Krippner
> Pomerantz LLP
> 10 S. LaSalle Street, Suite 3505
> Chicago, IL 60603
> Telephone: 312-377-1181
> Fax: 312-377-1184
> Email: dmartinezk@pomlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Lead Plaintiff STM Investor Group, as defined in the Lead Plaintiff Order, ECF No. 22, and consisting of plaintiffs Faith Close, Hassan Ibrahim, and Aya Zalat in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: Nov. 20, 2024

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE