**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE STMICROELECTRONICS N.V. SECURITIES LITIGATION | Case No. 1:24-cv-06370-AKH |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CLASS ACTION: MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brian P. O'Connell, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Lead Plaintiff STM Investor Group, as defined in the Lead Plaintiff Order, ECF No. 22, and consisting of plaintiffs Faith Close, Hassan Ibrahim, and Aya Zalat in the above-captioned action.

I am duly admitted to the practice of law in the states of Illinois and California, and I am a member in good standing of the Illinois and California bars. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3(c).

Dated: December 6, 2024

Respectfully submitted

/s/ *Brian P. O'Connell*
Brian P. O'Connell
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Fax: 312-377-1184
Email: boconnell@pomlaw.com