## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE STMICROELECTRONICS N.V.
SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Case No. 1:24-cv-06370-AKH

CLASS ACTION:

~~[PROPOSED]~~ ORDER FOR
ADMISSION PRO HAC VICE

The motion of Jianan Jiang for admission to practice *pro hac vice* in the above-captioned

action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of

Illinois and New York and that his contact information is as follows:

Jianan Jiang
Pomerantz LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Fax: 312-377-1184
Email: ajiang@pomlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for

Lead Plaintiff STM Investor Group, as defined in the Lead Plaintiff Order, ECF No. 22, and

consisting of plaintiffs Faith Close, Hassan Ibrahim, and Aya Zalat in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

Rules governing discipline of attorneys.

Dated: March 13, 2025

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE