**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE STMICROELECTRONICS N.V. SECURITIES LITIGATION | Case No.: 1:24-cv-06370-AKH |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendants STMicroelectronics N.V., Jean-Marc Chery, and Lorenzo Grandi will respectfully move this Court, before the Honorable Alvin K. Hellerstein, in Courtroom 14D of the United States Courthouse at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for an order dismissing the Amended Complaint in its entirety and with prejudice, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4, 78u-5, because the Complaint fails to state a claim upon which relief can be granted.

The motion is supported by the accompanying Memorandum of Law, dated March 24, 2025, and Declaration of David M.J. Rein, dated March 24, 2025.

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
David M.J. Rein
Julia A. Malkina
Maxwell F. Gottschall
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000

*Counsel for Defendants*

March 24, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2025, I electronically filed the foregoing

Notice of Motion, the accompanying Memorandum of Law, and the accompanying Declaration of

David M.J. Rein, with the Clerk of the Court using the CM/ECF system.  I certify that service will

be accomplished by the CM/ECF system for all participants in this case who are registered

CM/ECF users.

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000

March 24, 2025