# EXHIBIT A

**CHALLENGED STATEMENTS ALLEGED IN THE AMENDED COMPLAINT**

| Statement No. | Complaint Reference | Challenged Statement | Categories[1] |
|---|---|---|---|
| | | **Document 1 (Ex. E)**<br>*March 14, 2023 – Citi TMT Conference* | |
| 1 | AC ¶ 58 | **Q - Andrew Gardiner**<br>It's our pleasure.  Perhaps we could start on the broader cycle, if we think of how you guys frame things with results back in January, you're acknowledging softness in certain parts of the market, continued strength in other parts of the market.  Can you just give us a bit of a high-level update as to where things stand at the moment in terms of perhaps the broader cycle and the different end markets?<br><br>**A - Jean-Marc Chery**<br>*No, I can, I can confirm exactly what I said at the end of January, early February.  Now with some additional visibility because, of course we visited customers, both in Asia and in U.S.  It is clear that the automotive market and what we call the industrial B2B, so power energy, robotics, automation, healthcare, this kind of stuff is very solid.  This is confirming by our backlog, which is still representing 6 to 8.25 of revenue and capacity.[2]* | • Inactionable forward-looking statement<br>• Opinion statement<br>• Statement is vague or non-specific<br>• Statement contains puffery or expression of corporate optimism<br>• Statement does not guarantee future results<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuations in backlog disclosed<br>• Risk of loss of customers disclosed |

---

[1]    Reasons that each challenged statement is not false, material, or otherwise actionable as described in Section I of Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint ("Mot.").  The Amended Complaint also does not allege scienter for any statement or that Defendants had actual knowledge that any forward-looking statement was false.  *See* Mot. § II.

[2]    Bolding and italics as used in the Amended Complaint.

| | | **Document 2 (Ex. F)** *April 27, 2023 – Earnings Conference Call* | |
|---|---|---|---|
| 2 | AC ¶ 60 | **Q - Lee Simpson**<br>Thanks. Thanks so much for taking my question. Just trying to sort of tease out a little bit more the pricing headwinds, you're talking about going into second half of the year. So I think as others have suggested we are seeing some signs of slowing demand in MOSFETs lack of tightness being seen in various areas and power semis and at the same time the foundries are talking about slowing order book for autos. I'm just trying to understand, which side of the fence or both perhaps are impacting in the second half and what that means for order book momentum, particularly Q3 of this year and maybe if I could just come back to the overall backlog, I mean you've been very good in previous quarters to talk about the relative size of the backlog to the outgoing business over the next few quarters. Could you maybe just update us and give us the relative size of backlog? Thanks.<br><br>**A - Jean-Marc Chery**<br>*So, I will start with the backlog. So today the total backlog we have in our hand requested by customers represents about six quarters of revenue. I would like to say that it is, pretty on balance, versus the end market we are in. Again on automotive overall on power energy and professional B2B industrial the backlog coverage we have are well above the six quarters and the order entry we are seeing now are loading smoothly year 2024.* Why? *Because the lead time we can provide to these customers are still well above one year. So moving forward quarter after quarter, they are losing our backlog consistently with the end demand, which is very strong and the lead time we can offer.*<br><br>**\*\*\*** | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation in backlog disclosed<br>• Risk of loss of customers disclosed |

| | | | |
|---|---|---|---|
| | | *Then you have some markets where clearly there is a weak end demand.  There is clearly inventory correction and then, okay, the backlog we have is reducing and the order we have are low.  It is typically the computer peripherals, computer-related and the personal electronics.* | |

| | | **Document 3 (Ex. G)** <br> *June 6, 2023 – Exane BNP Paribas European CEO Conference* | | |
|---|---|---|---|
| 3 | AC ¶ 62 | **Q - Analyst** <br> So maybe we can start right away with question, Jean-Marc.  And feel free to ask any questions as I can we see here on the — on the iPad.  So maybe to address the year short-term, recently, one of your peers surprised a little bit the market with a comment about a slowdown in China namely for EVs.  So, could you update us on what you see on the end market you are exposed to so automotive, industrial, and personal electronics compared to what you talked about at the end of Q1 with us? <br><br> **A - Jean-Marc Chery** <br> (Foreign Language) I will comment mainly automotive and industrial.  Why?  Well because of our strategies to be really a world leader addressing this market and we have — during the past few years we accelerated our product to keep quite gradually. <br><br> I would like to repeat okay that we have changed radically the company between 2019 to 2023, because now, okay I see we move on 55% of our whole new automotive industrial, now 72%.  Okay clearly Okay.  We grew our revenue from 9.5 basically this year 17.4.  So, we can speak about automotive and industrial and we can speak widely. | <ul><li>Inactionable forward-looking statement</li><li>Statement contains puffery or expression of corporate optimism</li><li>Opinion statement</li><li>No particularized allegation of falsity</li><li>Investors warned future performance may differ from predictions</li><li>Risk of fluctuation in backlog disclosed</li><li>Risk of loss of customers disclosed</li></ul> |

Also, as I mentioned, I can mention that the mix of automotive and the mix of industrial market changed a lot.  In automotive now, it is clear that we have seen two dynamics, the dynamics of smart mobility, so more electrificatous – more electrification more content digital driven by the headers and even okay by the new architecture in the car.  And clearly, also, the legacy, the content of electronics and the legacy which has been squeezed during the shortage of semiconductor now is exploding again.

***So if you address this automotive market very broadly with all the components, okay all the bit of material, I can confirm to you that today the situation is the following backlog are full up to 2024. Clearly, customer want to give us visibility.  We do not detect, okay overall excess inventory in the supply chain.***

We can detect on some very specific general purpose products or make sense of inventory.  Why?  Because during the shortage, okay the supply chain manager, they didn't purchase okay very accurately. So, they massively supply product and now they are just seeing a little bit.

***But overall, okay on automotive, the market dynamic is very, very solid.  I have to say we are still opportunity to increase price and we are still opportunity to negotiate, okay we scale maker some deal between volume and capacity warranty.***  What did you see on market is basically the same.  The industrial market is very complex.  Why? Because you address — so what we classify heavy industry, so power energy, so generation, convention, transportation, shop and storage, then you address, okay automation, robotics, automatic handling system.  So, all the automation, okay for productivity improvement.

-4-

| 4 | AC ¶ 64 | **Q - Analyst**<br>Thank you, Remi.  Don't have that much time anymore.  But one more question may be on the short-term.  The question were, yes, you talked about your backlog visibility for automotive, which is up to the end of 2024.<br><br>So the question is, do you think that the backlog is due to double ordering?  Are you seeing — see any volumes decline?<br><br>**A - Jean-Marc Chery**<br>*No.  The backlog is related to the fact that our automotive customer, they want to have the warranty to achieve their transformation.  So the reason why they give us visibility up to end of 2024, and no, okay well, I'm discussing about 2025, and it is very good for automotive I see.  It is valid for headers.  It is very the — for microcontroller and it is very difficult for power IGBT and silicon carbide.  The driver which are either in BCD9 and BCD8 technology.*<br><br>So no, it's purely related to the capacity availability.  To the fact that engaging themselves in a massive transformation that they don't want to be in difficulties by — if you read the newspaper yesterday I think it's (foreign language) the electrical car has been stopped by semiconductor.  It's a moment of time where the demand on the car — electrical car is very important.<br><br>*So the customer, they don't want to be taken by surprise on their transformation.  So, no, the backlog is not a question of double ordering, it's a question to simply support their demand.  We have the same, again on power and on energy transformation.  And we have the same on robotics, we have the same on automation.*  We are lucky to have our main customer Apple.  They give us the visibility up to ahead of '24, yes, they have the capability to adjust. | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• Statement does not guarantee future results<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation in backlog disclosed<br>• Risk of loss of customers disclosed |

<table>
<tr>
<td></td>
<td></td>
<td>This is what they have done in Q1 definitively, but now, it's quite stable.<br><br>***<br><br>*So today the visibility ST has in terms of backlog is very clear, okay. We start to put order on '24. The book to bill is below one. Why? Because, okay we are reducing the lead time, not because, okay we are facing a bad market condition, it's exactly what we have predicted.*</td>
<td></td>
</tr>
</table>

**Document 4 (Ex. H)**
*September 6, 2023 – Citi Global Technology Conference*

<table>
<tr>
<td>5</td>
<td>AC ¶ 66</td>
<td><strong>Q - Chris Danely</strong><br>Okay. So let's transition into 2024 and your thoughts on the various big end markets for SD, maybe start with auto, what are you most positive about for auto in 2024, do you think it can grow in 2024 for the automotive market?<br><br><strong>A - Jean-Marc Chery</strong><br><em>Yes. Okay. Auto will be clearly the growth driver of ST next year. Yes.</em></td>
<td><ul><li>Inactionable forward-looking statement</li><li>Opinion statement</li><li>No particularized allegation of falsity</li><li>Investors warned future performance may differ from predictions</li><li>Risk that results could differ from expectations disclosed</li><li>Risk that results are dependent on growth of customers' industries disclosed</li></ul></td>
</tr>
</table>

| | | **Document 5 (Ex. I)**<br>*October 26, 2023 – Earnings Conference Call* | |
|---|---|---|---|
| 6 | AC ¶ 68 | **Q - Didier Scemama**<br>Good morning, everyone.  Thanks for letting me on.  Maybe just a couple of questions.  Jean-Marc, if I may, on Q4, if you could give us a sense of, the various end markets we're hearing, obviously weakening demand in industrial.  I think in a conference earlier this year, you mentioned that you were fully booked for autos for 2024.  So I wondered whether you could, maybe talk also about the rest of the business next year, any sort of early indication on revenue growth and also gross margins?  Thank you.<br><br>**A - Jean-Marc Chery**<br>Well, for Q4, I repeat, clearly we have seen an industrial market, especially in China, Asia-China that the order booking, entering in the lead time window were not materializing at our expectation.  And it has mainly impacted the general purpose microcontroller.<br><br>Well, this is for Q4.  But now, we have to acknowledge all together that we went back to normal in terms of lead time and capacity utilization for this kind of device and for semiconductor industry, except very few product lines like Silicon Carbide as well.  ***But about 2024, clearly, we have a very good visibility for 2024 for automotive.*** And for whole, I have to say, the engaged customer program with our global strategic key account everywhere we have, let's say, a custom-designed product or where we have proliferated our product.<br><br>Then for, let's say, industrial market, both mass market distribution and OEM, now the visibility is limited and for sure customers, let's say, went to the habit to put order when they are in the lead-time window.  So, we have to monitor very carefully the order entry in Q4 to understand, okay, how it will be, let's say, next year for mass | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation in backlog disclosed<br>• Risk of loss of customers disclosed<br>• Risk that results could differ from expectations disclosed<br>• Risk that results are dependent on growth of customers' industries disclosed |

| | | | |
|---|---|---|---|
| | | market industrial, both for OEM and distribution.  ***Well, if you want to classify next year very, very simply, we are convinced that automotive will go, definitively, because we have the visibility.***<br><br>***And again, okay, the demand will be driven by the key mobility, by the digitalization, by the pervasion of, let's say, the electronic and legacy application.  Well, it is based on the production volume that will remain around 85 million, 90 million vehicles.***  We do believe that for personal electronic, we touch down some bottom in Q4.  And next year, like-for-like, because, okay, again, we have to remove the optical modules still present in '23. | |
| 7 | AC ¶ 70 | **Q - Francois-Xavier Bouvignies**<br>Thank you very much.  So, I wanted to follow-up on Alex's question on automotive.  I mean, this quarter, you delivered 30% growth.  I mean, if you look at TSMC, it was down 11% year-over-year, calling that the industry is going through an inventory correction.  And also, I'm sure you saw as well the macro data with OEMs, orders for auto is coming down significantly, especially in Europe.  We also saw GM and Honda with push-outs of EVs.  So, it seems to be very different than what you report and also what you say into next year, what you just said.  So, I'm just wondering, do you see anything or is your guidance factoring some maybe EV penetration slowdown into next year?  Because I guess, it's something that you would see that happening, or is just your lead times so long that basically you don't see it yet?  I'm just trying to reconcile basically what we see on the ground and what you are delivering and how it can be disconnected, do you see what I mean.<br><br>**A - Jean-Marc Chery**<br>No, no.  Perfectly.  I see there is no disconnection.  Now, if your question is this year basically at 17.3 the automotive segment we support, basically will grow 36%.  Well, clearly also embedded in this | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation in backlog disclosed<br>• Risk of loss of customers disclosed<br>• Risk that results are dependent on growth of customers' industries disclosed |

fantastic growth, now there is a specific item, which are related to the period of shortage that ST has benefited in 2023 was the capacity fee reservation, and which is quite material.

However, even if you remove this effect on our growth performance, our automotive segment in 2023, okay, basically will grow 28%.  So next year, I have to say that this capacity fee reservation will be still present but in a, let's say, less order of magnitude than 2023.  And it's normal because, okay, except few product line, now we have the capability to better support the carmaker through the Tier l or directly.  But then the Tier l and the carmaker, they are acknowledging as well that we are reducing our lead time and reducing our lead time by step after step.  Okay, we could see booking order with a book to build below l on automotive simply the fact that they will stop to load 18 months in advance or 24 in advance.

*And we could anticipate that in 2025, instead to have 100% backlog coverage, we will be maybe 80% backlog coverage.  So this is the trend we are seeing, point number one.  Point number two, well, I'm sorry again, with all the respect I have with TSMC, they have a partial view of automotive.  Okay, we have the full spectrum of product portfolio to see what is happening in automotive.  And I confirm to you that except for like-for-like results in the Silicon Carbide, we will grow.  For sure, we will not grow at 28%.  We will grow significantly, but not at 28%.  This I can confirm to you.*

So, as a takeaway, I can tell you that, yes, next year we will have a little bit benefit less on capacity fee reservation.  *We will see our customer acknowledging our capability in '24 to better deliver with shorter lead time.  So normally, their booking will, let's say, decline in order to adjust themselves to this fact.  So we would expect to enter in 2025 with 80% coverage on automotive, so this is the point number two.*

|  |  | *Point number three, we will grow overall in 2024, and it is based on stable production car volume, that we consider around 85%. Yes, the feedback we have from our customers and the feedback that is from analysts is next year is more than 90 million vehicles produced. This is not the base of our forecast.*<br><br>*Then point number three, I repeat, this year is 11 million to 12 million of battery-based electrical vehicles. Next year, we can expect to go well above 15 million again, so this will call for a big demand for power electronics and micro, but then you have the change of architecture that are coming for the old, definitively, And then the customer, having acknowledged that we can better supply, they come back to better sophistication of the legacy, so there is more and more semiconductor and electronic legacy applications. So all in all, this is building a scenario for next year of growth for automotive, for ST, taking into account the portfolio we have.* |  |

**Document 6 (Ex. J)**
*January 25, 2024 – Earnings Press Release*

| 8 | AC ¶ 72 | In Q4, our customer order bookings decreased compared to Q3. *We continued to see stable end-demand in Automotive, no significant increase in Personal Electronics, and further deterioration in Industrial.* | • No particularized allegation of falsity<br>• Opinion statement<br>• Statement is vague or non-specific<br>• Statement does not guarantee future results<br>• Investors warned future performance may differ from predictions |

| | | | |
|---|---|---|---|
| | | | <ul><li>Risk of fluctuations in backlog disclosed</li><li>Risk of loss of customers disclosed</li></ul> |

| | | |
|---|---|---|
| **Document 7 (Ex. K)**<br>*January 25, 2024 – Earnings Conference Call* | | |
| 9 | AC ¶ 74 | As mentioned earlier, the first half of 2024 will be impacted by a significant inventory correction in Industrial.  In the second half of the year, we expect significant sequential revenue growth, driven by a strong rebound in Industrial and Computer Peripherals, continued growth in Automotive and Communication Equipment, and the usual seasonality in Personal Electronics.<br><br>At the midpoint of our full-year 2024 revenue indications, we expect mid-single-digit year-over-year growth in Automotive. ***Excluding the impact of capacity reservation fees and a specific customer 2023 inventory replenishment effect, this will correspond to low-double-digit year-over-year[ph] growth.***  We expect Industrial to return to high-single-digit year-over-year growth in the second half of 2024 after a significant decline in the first half. |

(The rightmost column for row 9 contains:)
- Inactionable forward-looking statement
- Opinion statement
- No particularized allegation of falsity
- Statement contains puffery or expression of corporate optimism
- Investors warned future performance may differ from predictions
- Risk that results are dependent on growth of customers' industries disclosed

| | | | |
|---|---|---|---|
| 10 | AC ¶ 76 | **Q - Francois-Xavier Bouvignies**<br>That's great, Jean-Marc.  But just a quick follow-up from me on the —you know, when you laid out the underlying growth of the Automotive, which is really well understood.  But isn't it like — don't you think to have an inventory correction buffer would make sense at this point of time?  You know, I'm talking about inventory correction at the semiconductor level, for example, because, obviously, last year, they all wanted to increase inventory significantly from a low base.  So, obviously, it makes the base effect technically negative from a semiconductor inventory point of view.  Do you see what I mean?<br><br>**A - Jean-Marc Chery**<br>*Yeah, yeah, exactly.  No.  We absolutely don't see on Automotive what we are seeing on Industrial, because on Industrial, this is what is happening.*  Again on Automotive, where we see a pocket of inventory corrected is on ADAS.  That has been pretty well communicated.<br><br>**Q - Francois-Xavier Bouvignies**<br>Great. Thank you, Jean-Marc.<br><br>**A - Jean-Marc Chery**<br>*And I have to confirm to you that we have a very solid backlog covering the plan I mentioned to you on Automotive.*<br><br>**Q - Francois-Xavier Bouvignies**<br>Very helpful.  Thank you. | <ul><li>Inactionable forward-looking statement</li><li>Statement contains puffery or expression of corporate optimism</li><li>Opinion statement</li><li>No particularized allegation of falsity</li><li>Investors warned future performance may differ from predictions</li><li>Risk of fluctuation in backlog disclosed</li><li>Risk of loss of customers disclosed</li></ul> |

| | | **Document 8 (Ex. L)** *February 22, 2024 – 2023 Form 20-F* | |
|---|---|---|---|
| 11 | AC ¶ 80 | ***The semiconductor industry is cyclical and downturns in the semiconductor industry can negatively affect our results of operations and financial condition.***<br><br>The semiconductor industry is cyclical and has been subject to significant downturns from time to time, as a result of global economic conditions, as well as industry-specific factors, such as built-in excess capacity, fluctuations in product supply, product obsolescence and changes in end-customer preferences.  See "Item 3. Key Information — Risk Factors — Risks Related to the Semiconductor Industry which Impact Us — We, and the semiconductor industry as a whole, ***may be impacted*** by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change.<br><br>Downturns are typically characterized by reduction in overall demand, accelerated erosion of selling prices, reduced revenues and high inventory levels, ***any of which could result*** in a significant deterioration of our results of operations.  Such macro-economic trends typically relate to the semiconductor industry as a whole rather than to the individual semiconductor markets to which we sell our products.  To the extent that industry downturns are concurrent with the timing of new increases in production capacity or introduction of new advanced technologies in our industry, the negative effects on our business from such industry downturns may also be more severe. We have experienced revenue volatility and market downturns in the past and expect to experience them in the future, which could have a material adverse impact on our results of operations and financial condition. | • Statement warns investors of risks<br>• No particularized allegation of falsity<br>• Statement makes no implied representation of fact<br>• Contains inactionable forward-looking statements<br>• Contains opinion statements<br>• Statement warns future results not guaranteed<br>• Investors warned future performance may differ from predictions |

| 12 | AC ¶ 82 | ***Disruptions in our relationships with any one of our key customers or distributors, and/or material changes in their strategy or financial condition or business prospects, could adversely affect our results of operations.***<br><br>A substantial portion of our sales is derived from a limited number of customers and distributors. ***There can be no assurance that our customers or distributors will continue to book the same level of sales with us that they have in the past***, will continue to succeed in the markets they serve and will not purchase competing products over our products. | <ul><li>Statement warns investors of risks</li><li>No particularized allegation of falsity</li><li>Statement makes no implied representation of fact</li><li>Statement warns future results not guaranteed</li><li>Investors warned future performance may differ from predictions</li></ul> |
|---|---|---|---|
| 13 | AC ¶ 84 | ***Our business is dependent in large part on continued growth in the industries and segments into which our products are sold and on our ability to retain existing customers and attract new ones.  A market decline in any of these industries, our inability to retain and attract customers, or customer demand for our products which differs from our projections, could have a material adverse effect on our results of operations.***<br><br>The demand for our products depends significantly on the demand for our customers' end products.  Growth of demand in the industries and segments into which our products are sold fluctuates significantly and is driven by a variety of factors, including consumer spending, consumer preferences, the development and acceptance of new technologies and prevailing economic conditions. ***Changes in our customers' markets and in our customers' respective shares in such markets could result in slower growth and a decline in demand for our products.***  In addition, if projected industry growth rates do not materialize as forecasted, our spending on process and product development ahead of market acceptance could have a material | <ul><li>Statement warns investors of risks</li><li>No particularized allegation of falsity</li><li>Statement makes no implied representation of fact</li><li>Contains inactionable forward-looking statements</li><li>Contains opinion statements</li><li>Statement warns future results not guaranteed</li><li>Investors warned future performance may differ from predictions</li></ul> |

| | | | |
|---|---|---|---|
| | | adverse effect on our business, financial condition and results of operations.<br><br>Our business is dependent upon our ability to retain existing customers.  In 2023 our largest customer, Apple, accounted for 12.3% of our total revenues.  ***While we do not believe to be dependent on any one customer or group of customers, the loss of key customers or important sockets at key customers could have an adverse effect on our results of operations and financial condition.***<br><br>***Our existing customers' product strategy may change from time to time and/or product specifications may change on short-time product life cycles and we have no certainty that our business, financial position and results of operations will not be affected.  Our business is also dependent upon our ability to attract new customers.  There can be no assurance that we will be successful in attracting and retaining new customers, or in adequately projecting customer demand for our products.  Our failure to do so could materially adversely affect our business, financial condition and results of operations.*** | |
| 14 | AC ¶ 86 | ***Our operating results may vary significantly from quarter to quarter and annually and may also differ significantly from our expectations or guidance.***<br><br>Our operating results are affected by a wide variety of factors that ***could*** materially and adversely affect revenues and profitability or lead to significant variability of our operating results from one period to the next.  ***These factors include changes in demand from our key customers***, capital requirements, ***inventory management***, availability of funding, ***competition***, new product developments, start of adoption of our new products by customers, technological changes, manufacturing or supplier issues and effective tax rates.  ***In addition,*** | <ul><li>Statement warns investors of risks</li><li>No particularized allegation of falsity</li><li>Statement makes no implied representation of fact</li><li>Statement warns future results not guaranteed</li><li>Investors warned future performance may differ from predictions</li></ul> |

| | | | |
|---|---|---|---|
| | | *in periods of industry overcapacity or when our key customers encounter difficulties in their end-markets or product ramps, orders are more exposed to cancellations, reductions, price renegotiation or postponements, which in turn reduce our ability to forecast the next quarter or full year production levels, revenues and margins. As a result, we may not meet our financial targets, which could, in turn, have an impact on our reputation or brand.  For these reasons and others that we may not yet have identified, our revenues and operating results may differ materially from our expectations or guidance as visibility is reduced*.  See "Item 4. Information on the Company — Backlog"." | |

| | | | |
|---|---|---|---|
| | | **Document 9 (Ex. M)**<br>*March 12, 2024 – Citi TMT Conference* | |
| 15 | AC ¶ 88 | **Q - Andrew Gardiner**<br>Could we start then on your 2024 outlook?  You've guided the market between $15.9 billion and $16.9 billion in revenue.  Can you just walk us again through the different drivers of what's going to get you within that range?<br><br>**A - Jean-Marc Chery**<br>Well I think I have to come back by a vertical view.  So first of all, clearly, Automotive that is representing about 41% of ST revenue, so we see in 2024, a growth about a mid-single digit.  Well we feel important that we have, let's say to disclose a like-for like growth of Automotive because if you remember what I said during our Q4 earnings announcement that in 2023, we have taken benefits for Automotive revenues, about two points.<br><br>***Point number one is what we call capacity reservation fees from a carmaker that touch as a peak in 2023.  The second, let's say*** | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation of backlog disclosed |

| | | | |
|---|---|---|---|
| | | *nonrecurring event was an important inventory buildup, agreed, because contractual inventory buildup from one important customer that will not occur again in 2024. So if we clean from these two elements, so capacity reservation fee and inventory buildups, very specific, the growth we expect on Automotive in 2024 is, I have to say let's say above 10% -slightly above 10%.*<br><br>*We have a good confidence level because the coverage we have in terms of backlog is, let's say about 85% and for the time being, we don't see any massive, let's say inventory corrected here and there, for sure. The customers are, let's say tuning their inventory, depending the mix of the end customer demand, but we don't see a massive correction.* So for Automotive we expect like-for-like slightly above 10%.<br><br>Everything reported, let's say mid-single-digit growth. | |
| 16 | AC ¶ 90 | **Q - Andrew Gardiner**<br>Thank you, Jean-Marc. We're sort of — we're down to the last 10 minutes. Why don't we dive a bit more into some of the end markets, starting with the biggest one, Automotive, as you said, just over 40% of sales now. I think it's arguably the area where the market is most skeptical in terms of the near term. You've told us at a high level, you're expecting mid-single-digit growth. But on a like-for-like basis, given some of the adjustments for last year, you're talking about 10% or more — slightly more than 10%. Can you walk us through some of the building blocks in terms of perhaps sort of different products, different technologies, mix within the market. What is it that's giving you that confidence in another year of growth in Automotive? | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation of backlog disclosed |

**A - Jean-Marc Chery**

No. I mean it's clear that everywhere, the demand is sustained by either — but whatever are, let's say the growth rate, okay?  Clearly, if you take e-mobility, if you take, let's say ADAS so the peripheral device not the vision processor.  I've already spoken about Mobileye.  The legacy where now the carmaker again introduce a lot innovation in the legacy system.

So body control, lighting, airbag control, cockpit and so on and so forth.  Everywhere there is an innovation or change.  Again for sure, there is no inventory replenishment, but the ***demand is solid and the backlog is solid...***

***

***So this is really where — what we see.  As a matter of fact we have a backlog in our hand.  That is covering our sales and operating plan above 85%, I have to say that is making us confident that to grow, let's say about 10% in 2024 versus 2023.  Again like for-like removing the effect of capacity reservation fee and Mobileye is a plan that is actionable.***

This is the visibility we have today.  So then what scenario could happen that in H2, the end customer demand completely collapsed and so on.  So far, for the time being, this is not what customers said.

| | | **Document 10 (Ex. N)**<br>*April 25, 2024 – Earnings Conference Call* | |
|---|---|---|---|
| 17 | AC ¶ 92 | **Q - Joshua Buchalter**<br>Got it.  Thank you.  I appreciate the color.  As my follow-up, obviously, you understand, again, numbers are coming down and you mentioned that industrial weakness is expected to last into the second half.  Maybe you can give us sort of your — some of the assumptions that are underlying the back half ramp.  And firstly, there's some seasonality at your lead customer.  Maybe you could help us give us some clues on how much of that is driving sort of the back half ramp.  And then also big picture, how's your comfort level with where you expect your industrial customers' inventory levels to be coming out of the second quarter?  Thank you.<br><br>**A - Jean-Marc Chery**<br>Well, overall, yes, we believe that Q2 is a bottom point.  Within the range we have indicated, clearly, we expect a growth in H2.  This growth will, let's say, overall enable ST to come back 2023 revenue run rate between Q4 2024 and Q1.  Automotive, let's say, will increase in H2.  Personal electronics will increase in H2 related to our engaged customer program.  And industrial will start to smoothly increase in Q3 and accelerated in Q4.<br><br>***Of course, we have a pretty good visibility on backlog in automotive, personal electronics and computer equipment and computer peripheral.  We know that the visibility on industrial is shorter because again, there is an important distortion related to inventory level, both at OEM level and in the channel.***  However, we see some, let's say, kind of green spot that make us thinking that order will come back in Q2 for additional billing in Q3 smoothly, and acceleration in Q4.  ***The risk is embedded in the range of what we have indicated.*** | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation of backlog disclosed |

| | | **Document 11 (Ex. O)** _July 25, 2024 – Earnings Conference Call_ | |
|---|---|---|---|
| 18 | AC ¶ 94 | **Q - Sandeep Deshpande** <br> Understood.  Thank you.  And follow up question is on Automotive.  We are hearing from many automotive companies that they are seeing weakness in the market.  So, do you think that the orders, more than the revenue now, you gave me this view on the revenue, will continue to be weak in autos for the next few quarters? <br><br> **A - Jean-Marc Chery** <br> We receive from the Tier l what they say, delivery forecast, okay?  Now, the delivery forecast they gave to us is encompassing, okay, all the adjustments we have already seen in Ql that has been a bit amplified in Q2.  Now, we have our backlog.  We, as I said, the Tier l, they are working with two weeks call off from car maker.  Of course, okay, this is something that we have to put under strict scrutiny.  And we monitor, okay, with all of our customers, okay, the dynamic of the shipment and the order they put on us. <br><br> On electrical vehicles, I think it's a different story.  Here, now, okay, the adjustment has been done and we do believe that, okay, we will deliver about $1.3 billion on ASIC.  But yes, on Automotive, the market is dynamic, it's more an inventory adjustment.  _Well, according to some, let's say, analysts for the Automotive industry, it looks like the production of a vehicle is confirmed around 90 million vehicles.  Well, we do believe that if it is confirmed, the inventory adjustment is basically done.  So the backlog we have in front of us is valuable._  However, we have to monitor the situation on a very dynamic way. | <ul><li>Inactionable forward-looking statement</li><li>Statement contains puffery or expression of corporate optimism</li><li>Opinion statement</li><li>No particularized allegation of falsity</li><li>Investors warned future performance may differ from predictions</li><li>Risk of fluctuation of backlog disclosed</li><li>Risk that results are dependent on growth of customers' industries disclosed</li></ul> |