# EXHIBIT B

**ST'S WARNINGS TO INVESTORS CONCERNING NET REVENUES, AUTOMOTIVE DEMAND, LOSS OF CUSTOMERS, COVID-19, CYCLICAL NATURE OF SEMICONDUCTOR INDUSTRY, UNSUSTAINABLE DEMAND, AND ASSOCIATED FORWARD-LOOKING STATEMENTS FEBRUARY 23, 2023-JULY 25, 2024[1]**

| Document 1 (Ex. D)[2]<br>*February 23, 2023 – 2022 Form 20-F* |
| --- |
| *Some of the statements contained in this Form 20-F that are not historical facts . . . are based on management's current views and assumptions, and are conditioned upon and also involve known and unknown risks and uncertainties that could cause actual results, performance or events to differ materially from those anticipated by such statements due to, among other factors:* . . . uncertain macro-economic and industry trends (such as inflation and fluctuations in supply chains), which may impact production capacity and end-market demand for our products; customer demand that differs from projections; the ability to design, manufacture and sell innovative products in a rapidly changing technological environment; . . . financial difficulties with any of our major distributors *or significant curtailment of purchases by key customers*; . . . natural events such as severe weather, earthquakes, tsunamis, volcano eruptions or other acts of nature, the effects of climate change, health risks and epidemics or pandemics such as the COVID-19 pandemic in locations where we, our customers or our suppliers operate; . . . *the duration and the severity of the global outbreak of COVID-19* may continue to negatively impact the global economy in a significant manner for an extended period of time, and also *could materially adversely affect our business and operating results*; . . . *Such forward-looking statements are subject to various risks and uncertainties, which may cause actual results and performance of our business to differ materially and adversely from the forward-looking statements.* Certain forward-looking statements can be identified by the use of forward-looking terminology, such as "believes", "expects", "may", "are expected to", "should", "would be", "seeks" or "anticipates" or similar expressions or the negative thereof or other variations thereof or comparable terminology, or by discussions of strategy, plans or intentions. Some of these risk factors are set forth and are discussed in more detail in "Item 3. Key Information — Risk Factors". *Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those described in this Form 20-F as anticipated, believed or expected. We do not intend, and do not* |

---

[1]    All emphases in bolded italics are added.  Bolded but non-italicized text in Documents 1 and 9 is emphasized in original.

[2]    Exhibit is judicially noticeable.  *See* Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint at 5 n.3.

*assume any obligation, to update any industry information or forward-looking statements set forth in this Form 20-F to reflect subsequent events or circumstances.*  (pp. 4-5)

**Risks Related to the Semiconductor Industry which Impact Us**

**We, and the semiconductor industry as a whole, may be impacted by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change.**

*Changes in, and uncertainty about, economic, political, legal, regulatory and social conditions pose a risk as consumers and businesses may postpone spending in response to factors such as curtailment of trade and other business restrictions*, financial market volatility, *interest rate fluctuations*, shifts in inflationary and deflationary expectations, lower capital and productivity growth, unemployment, negative news, declines in income or asset values and/or other factors. *Such global, regional and local conditions could have a material adverse effect on customer and end-market demand for our products, thus materially adversely affecting our business and financial condition*.

\*\*\*

**The semiconductor industry is cyclical and downturns in the semiconductor industry can negatively affect our results of operations and financial condition.**

*The semiconductor industry is cyclical and has been subject to significant downturns from time to time, as a result of global economic conditions, as well as industry-specific factors, such as built-in excess capacity, fluctuations in product supply,* product obsolescence and *changes in end-customer preferences*. *The COVID-19 pandemic has caused a significant contraction in the global economy, and there is considerable uncertainty as to its severity and duration*. See "Item 3. Key Information — Risk Factors — Risks Related to the Semiconductor Industry which Impact Us — We, and the semiconductor industry as a whole, may be impacted by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change."

*Downturns are typically characterized by reduction in overall demand, accelerated erosion of selling prices, reduced revenues and high inventory levels, any of which could result in a significant deterioration of our results of operations*. Such macro-economic trends typically relate to the semiconductor industry as a whole rather than to the individual semiconductor markets to which we sell our products. To the extent that industry downturns are concurrent with the timing of new increases in production capacity or introduction of new advanced technologies in our industry, the negative effects on our business from such industry downturns may also be more severe. *We have experienced revenue volatility and market downturns in the past and expect to experience them in the future, which could have a material adverse impact on our results of operations and financial condition.*

***

**The duration and the severity of the global outbreak of COVID-19 has impacted and may continue to impact the global economy and also could adversely affect our business, financial condition and results of operations.**

The COVID-19 pandemic has resulted in authorities imposing, and businesses and individuals implementing, numerous measures to try to contain the virus, including travel bans and restrictions, shelter-in-place and stay-at-home orders, quarantines and social distancing guidelines. While to date we have not seen a significant impact on our manufacturing facilities or our supply chain – the ability of our suppliers to deliver on their commitments to us, our ability to ship our products to our customers and general consumer demand for our products may be negatively impacted by the pandemic and/or government responses thereto.

Many of our products and services are considered to be essential under national and local guidelines. As such, we have generally continued to operate in each of the jurisdictions where we are present. However, certain of our facilities have not been able to operate at optimal capacity and any future restrictive measures may have negative impact on our operations, supply chain and transportation networks. In addition, our customers and suppliers have experienced, and may in the future experience, disruptions in their operations and supply chains, which can result in delayed, reduced, or cancelled orders, or collection risks, and which may adversely affect our results of operations and financial condition.

***

*The degree to which the COVID-19 pandemic impacts our results will depend on future developments, which are highly uncertain and cannot be predicted, including, but not limited to*, the duration and severity of the pandemic, the actions taken to contain the virus or treat its impact, other *actions taken by governments, businesses, and individuals in response to the virus and resulting economic disruption,* and how quickly and to what extent normal economic and operating conditions can resume. *We are unable to predict the extent of the impact of the pandemic on our customers, suppliers, vendors, and other partners, and their financial conditions, but a material effect on these parties could also materially adversely affect us.*

*Given the continued and substantial economic uncertainty and volatility created by the COVID-19 pandemic, it is difficult to predict the nature and extent of impacts on demand for our products. For example, the increased demand for certain of our products that benefited as a result of work- and learn-from-home dynamics may not continue as the pandemic progresses or subsides.* Similarly, even as the pandemic progresses or subsides, products for which sales have declined or where costs have increased could continue to experience lower sales or higher costs.

*The impact of the COVID-19 pandemic can also exacerbate other risks discussed herein, which could in turn have a material adverse effect on us. Developments related to COVID-19 have been unpredictable, and additional impacts and risks may arise that we are not aware of or able to respond to appropriately.*

**We may not be able to match our production capacity to demand.**

*As a result of the cyclicality and volatility of the semiconductor industry, it is difficult to predict future developments in the markets we serve, and, in turn, to estimate requirements for production capacity. If* our markets, start-up or ramp-ups in manufacturing operations are not efficiently executed, *major customers* or certain product designs or technologies *do not perform as well as we have anticipated, or if demand is impacted by factors outside of our or our customers' control, such as the COVID-19 pandemic, we risk unused capacity charges, write-offs of inventories and losses on products,* and we could be required to undertake restructuring and transformation measures that may involve significant charges to our earnings. *Furthermore, during certain periods, we have also experienced increased demand in certain market segments and product technologies,* which has led to a shortage of capacity, an increase in the lead times of our delivery to customers and, in certain instances, being required to enter into agreements with our suppliers with onerous terms, such as take-or-pay arrangements.

*The global supply of semiconductor industry fabrication capacity is currently not sufficient to meet the demand for semiconductor products.* Any shortage of our capacity and the capacity of our sub-contractors may lead to us being unable to service some of our customers, which may result in adverse effects on our customer relationships and in liability claims. *Further, as a result of this supply imbalance, the industry in general has experienced a high level of profitability and gross margins, which may not be sustainable over the long-term.* (pp. 8-10)

**Risks Related to Our Operations**

\*\*\*

**Our operating results may vary significantly from quarter to quarter and annually and may also differ significantly from our expectations or guidance.**

*Our operating results are affected by a wide variety of factors that could materially and adversely affect revenues and profitability or lead to significant variability of our operating results from one period to the next. These factors include changes in demand from our key customers*, capital requirements, inventory management, availability of funding, competition, new product developments, start of adoption of our new products by customers, technological changes, manufacturing or supplier issues and

effective tax rates. ***In addition, in periods of industry overcapacity or when our key customers encounter difficulties in their end-markets or product ramps, orders are more exposed to cancellations, reductions, price renegotiation or postponements, which in turn reduce our ability to forecast the next quarter or full year production levels, revenues and margins.*** As a result, ***we may not meet our financial targets***, which could in turn have an impact on our reputation or brand. For these reasons and others that we may not yet have identified, ***our revenues and operating results may differ materially from our expectations or guidance*** as visibility is reduced. See "Item 4. Information on the Company — Backlog".

\*\*\*

**Disruptions in our relationships with any one of our key customers or distributors, and/or material changes in their strategy or financial condition or business prospects, could adversely affect our results of operations.**

***A substantial portion of our sales is derived from a limited number of customers and distributors. There can be no assurance that our customers or distributors will continue to book the same level of sales with us that they have in the past, will continue to succeed in the markets they serve and will not purchase competing products over our products.*** Many of our key customers and distributors operate in cyclical businesses that are also highly competitive, and their own market positions may vary considerably. In recent years, some of our customers have vertically integrated their businesses. Such vertical integration may impact our business. Our relationships with the newly formed entities could be either reinforced or jeopardized by the integration. If we are unable to maintain or increase our market share with our key customers or distributors, or if they were to increase product returns or fail to meet payment obligations, our results of operations could be materially adversely affected. Certain of our products are customized to our customers' specifications. ***If customers do not purchase products made specifically for them, we may not be able to recover a cancellation fee from our customers or resell such products to other customers.*** In addition, the occurrence of epidemic or pandemic outbreaks such as COVID-19 could affect our customers. While the geographic spread of epidemics or pandemics such as the COVID-19 pandemic cannot be predicted and its future developments are uncertain, if its severity increases, the adverse public health impact on our customers could negatively affect our results.

\*\*\*

**Our business is dependent in large part on continued growth in the industries and segments into which our products are sold and on our ability to retain existing customers and attract new ones. A market decline in any of these industries, our inability to retain and attract customers, or customer demand for our products which differs from our projections, could have a material adverse effect on our results of operations.**

*The demand for our products depends significantly on the demand for our customers' end products. Growth of demand in the industries and segments into which our products are sold fluctuates significantly* and is driven by a variety of factors, including consumer spending, consumer preferences, the development and acceptance of new technologies and prevailing economic conditions. *Changes in our customers' markets and in our customers' respective shares in such markets could result in slower growth and a decline in demand for our products.* In addition, if projected industry growth rates do not materialize as forecasted, our spending on process and product development ahead of market acceptance could have a material adverse effect on our business, financial condition and results of operations.

*Our business is dependent upon our ability to retain existing customers.* In 2022 our largest customer, Apple, accounted for 16.8% of our total revenues. *While we do not believe to be dependent on any one customer or group of customers, the loss of key customers or important sockets at key customers could have an adverse effect on our results of operations and financial condition.*

Our existing customers' product strategy may change from time to time and/or product specifications may change on short-time product life cycles and we have no certainty that our business, financial position and results of operations will not be affected. Our business is also dependent upon our ability to attract new customers. *There can be no assurance that we will be successful in attracting and retaining new customers, or in adequately projecting customer demand for our products. Our failure to do so could materially adversely affect our business, financial condition and results of operations.* (pp. 13-16)

**Information on the Company**

\*\*\*

**Backlog**

Our sales are made primarily pursuant to standard purchase orders that are generally booked from one to twelve months in advance of delivery. *Quantities actually purchased by customers, as well as prices, are subject to variations between booking and delivery and, in some cases, to cancellation due to changes in customer needs or industry conditions. During periods of economic slowdown and/or industry overcapacity and/or declining selling prices, customer orders are not generally made far in advance of the scheduled shipment date. Such reduced lead time can diminish management's ability to forecast production levels and revenues.* When the economy rebounds, our customers may strongly increase their demands, which can result in capacity constraints due to a time lag when matching manufacturing capacity with such demand.

-7-

In addition, our sales are affected by seasonality, with the first quarter generally showing lowest revenue levels in the year, and the third or fourth quarter historically generating higher amounts of revenues partly as a result of the seasonal dynamics for smartphone applications dynamics.

We also sell certain products to key customers pursuant to frame contracts.  Frame contracts are annual contracts with customers setting forth quantities and prices on specific products that may be ordered in the future.  These contracts allow us to schedule production capacity in advance and allow customers to manage their inventory levels consistent with just-in-time principles while shortening the cycle times required to produce ordered products. ***Orders under frame contracts are also subject to a high degree of volatility, because they reflect expected market conditions which may or may not materialize.  Thus, they are subject to risks of price reduction, order cancellation and modifications as to quantities actually ordered resulting in inventory build-ups.***

***Furthermore, developing industry trends, including customers' use of outsourcing and their deployment of new and revised supply chain models, may reduce our ability to forecast changes in customer demand and may increase our financial requirements in terms of capital expenditures and inventory levels.***  (pp. 32-33)

The preparation of our Consolidated Financial Statements in accordance with U.S. GAAP requires us to make estimates and assumptions. . . . We base the estimates and assumptions on historical experience and on various other factors such as market trends, market information used by market participants and the latest available business plans that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities. ***While we regularly evaluate our estimates and assumptions, the actual results we experience could differ materially and adversely from our estimates.***  (p. 38)

| Document 2 (Ex. E) |
| --- |
| *March 14, 2023 – Citi TMT Conference* |
| *(See* AC ¶ 58) |

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items.  Such *forward-looking statements are based upon current expectations and involve risks and uncertainties.  Actual results may differ materially from those stated in any forward-looking statement* based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings.  Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, *there can be no assurance that the results contemplated in the forward-looking statements will be realized.*  (p. 12)

| Document 3 (Ex. F) |
| --- |
| *April 27, 2023 – Earnings Conference Call* |
| *(See* AC ¶ 60) |

*This call will include forward-looking statements that involve risk factors that could cause ST's results to differ materially from management's expectations and plans.*  We encourage you to review the safe harbor statement contained in the press release that was issued with the results this morning.  And also in ST's most recent regulatory filings for a full description of these risk factors.  (p. 2)

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items.  Such *forward-looking statements are based upon current expectations and involve risks and uncertainties.  Actual results may differ materially from those stated in any forward-looking statement* based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings.  Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, *there can be no assurance that the results contemplated in the forward-looking statements will be realized*.  (p. 15)

| **Document 4 (Ex. G)**<br>***June 6, 2023 – BNPP Exane Conference***<br>(***See*** **AC ¶¶ 62, 64**) |
| --- |
| ***We can detect***, for some very specific general propose products ***some excess of inventory***, why? because during the shortage, the ***supply chain managers didn't purchase, very accurately, so they massively supplied product and now they are adjusting a little bit***, but overall, in automotive, the market dynamic is very, very solid.  (p. 1) |
| We are lucky to have our main customer Apple they give us visibility up to end of '24.  ***Yes, they have the capability to adjust, this is what they have done in Q1, definitively.***  But now it's quite stable.  So, automotive power and engaged customer program with Apple, we have the full visibility up to end of '24.  (p. 12) |

| **Document 5 (Ex. H)**<br>***September 6, 2023 – Citi Global Technology Conference***<br>(***See*** **AC ¶ 66**) |
| --- |
| In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items.  Such ***forward-looking statements are based upon current expectations and involve risks and uncertainties.  Actual results may differ materially from those stated in any forward-looking statement*** based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings.  Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, ***there can be no assurance that the results contemplated in the forward-looking statements will be realized.***  (p. 10) |

| **Document 6 (Ex. I)**<br>*October 26, 2023 – Earnings Conference Call*<br>(*See* **AC ¶¶ 68, 70**) |
|---|
| This call will include ***forward-looking statements that involve risk factors that could cause ST's results to differ materially from management's expectations and plans***.  We encourage you to review the safe harbor statement contained in the press release that was issued with the results this morning and also in ST's most recent regulatory filings for a full description of these risk factors.  (p. 2) |
| Now if your question is this year, basically at 17.3%, the Automotive segment we support basically will grow 36%.  Well, clearly, also embedded in this fantastic growth, but ***there is a specific item which are related to the period of shortage that ST has benefited in 2023 was a capacity fee reservation and which is quite material.***  (p. 10) |
| Well, then the Tier 1 and the carmaker, they are acknowledging as well that we are reducing our lead time and reducing our lead time.  But step after step, okay, we could see booking order with a book-to-bill below 1 on Automotive, simply the fact that ***they will stop to load 18 months in advance and 24 in advance.  And we could anticipate that in 2025, okay, instead to have a 100% backlog coverage, we will be maybe 80% backlog coverage.***  So this is a trend we are seeing, point number one.  (p. 10) |
| In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items.  Such ***forward-looking statements are based upon current expectations and involve risks and uncertainties.  Actual results may differ materially from those stated in any forward-looking statement*** based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings.  Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, ***there can be no assurance that the results contemplated in the forward-looking statements will be realized***.  (p. 14) |

**Document 7 (Ex. J)**
*January 25, 2024 – Earnings Press Release*
(*See* AC ¶ 72)

Some of the statements contained in this release that are not historical facts are statements of future expectations and other ***forward-looking statements*** . . . that are based on management's current views and assumptions, and are ***conditioned upon and also involve known and unknown risks and uncertainties that could cause actual results, performance, or events to differ materially from those anticipated by such statements*** . . .

- uncertain macro-economic and industry trends (such as inflation and fluctuations in supply chains), which may impact production capacity and end-market demand for our products;
- ***customer demand that differs from projections***; . . .
- ***financial difficulties with any of our major distributors or significant curtailment of purchases by key customers***; . . .
- the duration and the severity of the global outbreak of COVID-19 may continue to negatively impact the global economy in a significant manner for an extended period of time, and also could materially adversely affect our business and operating results . . .   (pp. 5-6)

**Document 8 (Ex. K)**
*January 25, 2024 – Earnings Conference Call*
(*See* AC ¶¶ 74, 76)

This call will include ***forward-looking statements that involve risk factors that could cause ST results to differ materially from management expectations and plans***.  We encourage you to review the safe harbor statement contained in the press release that was issued with the results this morning and also in ST's most recent regulatory filings for a full description of these risk factors.  (p. 2)

Change, okay, between October and January for automotive is about one important customer communicating about inventory in ADAS.  So this is a change.  That's the reason why, okay, to give color on Automotive, I really would like to confirm that ***we have to read the 2024 year, let's say, cleaning from this effect of, let's say, inventory replenishment we had in 2023 in ADAS and the***

*capacity fee reservation.*  Because in automotive, yes, I confirm to you that year '24, year '23 as reported, we will grow mid-single digit, but clean from this effect of strong inventory replenishment for ADAS in 2023.  And the capacity reservation fee that are decreasing in '24 because, okay, *we are exiting capacity overloading*, the growth on Automotive will be low double digit, which is basically consistent with the indication we have about production of light vehicle, which are slightly above 90 million vehicles in 2024, which is consistent with the number of electrical vehicle worldwide that will be produced in the range of 14 million to 15 million vehicles.  And of course, okay, the continuous pervasion of, let's say, semiconductor electronics.  *But this in a year where, clearly, we have no more boost linked to inventory replenishment or capacity fee reservation.*  (p. 6)

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items.  Such *forward-looking statements are based upon current expectations and involve risks and uncertainties.  Actual results may differ materially from those stated in any forward-looking statement* based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings.  Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, *there can be no assurance that the results contemplated in the forward-looking statements will be realized.*  (p. 14)

| **Document 9 (Ex. L)**<br>*February 22, 2024 – 2023 Form 20-F*<br>(*See* **AC ¶¶ 80, 82, 84, 86**) |
| :---: |

Some of the statements contained in this Form 20-F that are not historical facts . . . are *statements of future expectations and other forward-looking statements . . . that are based on management's current views and assumptions, and are conditioned upon and also involve known and unknown risks and uncertainties that could cause actual results, performance or events to differ materially from those anticipated by such statements* due to, among other factors: . . . uncertain macro-economic and industry trends (such as inflation and fluctuations in supply chains), which may impact production capacity and end-market demand for our products; *customer demand that differs from projections*; . . . *financial difficulties with any of our major distributors or significant curtailment of purchases by key customers*; . . . Such forward-looking statements are subject to *various risks and uncertainties,*

-13-

*which may cause actual results and performance of our business to differ materially and adversely from the forward-looking statements.* (pp. 4-6)

**Risks Related to the Semiconductor Industry which Impact Us**

•We, and the semiconductor industry as a whole, may be impacted by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change

•*The semiconductor industry is cyclical and downturns in the semiconductor industry can negatively affect our results of operations and financial condition*

•Epidemics or pandemics may impact the global economy and could also adversely affect our business, financial condition and results of operations

•*We may not be able to match our production capacity to demand*

•Competition in the semiconductor industry is intense, and we may not be able to compete successfully if our product design technologies, process technologies and products do not meet market requirements. Furthermore, the competitive environment of the industry has resulted, and is expected to continue to result, in vertical and horizontal consolidation among our suppliers, competitors and customers, which may lead to erosion of our market share, impact our ability to compete and require us to restructure our operations (p. 9)

**Risks Related to Our Operations**

•Our high fixed costs could adversely impact our results

•Our capital needs are high compared to those competitors who do not manufacture their own products and we may need additional funding in the coming years to finance our investments, to purchase other companies or technologies developed by third parties or to refinance our maturing indebtedness

•Our operating results depend on our ability to obtain quality supplies on commercially reasonable terms.  As we depend on a limited number of suppliers for materials, equipment and technology, we may experience supply disruptions if suppliers interrupt supply, increase prices or experience material adverse changes in their financial condition.

•Our financial results can be affected by fluctuations in exchange rates, principally in the value of the U.S. dollar.

•*Our operating results may vary significantly from quarter to quarter and annually and may also differ significantly from our expectations or guidance*

•If our external silicon foundries or back-end subcontractors fail to perform, this could adversely affect our business prospects, financial condition and results of operations

•Our manufacturing processes are highly complex, costly and potentially vulnerable to impurities, disruptions or inefficient implementation of production changes or interruptions that can significantly increase our costs and delay product shipments to our customers

•We may experience quality problems from time to time that can result in decreased sales and operating margin and product liability or warranty claims

•*Disruptions in our relationships with any one of our key customers or distributors, and/or material changes in their strategy or financial condition or business prospects, could adversely affect our results of operations*

•We may experience delays in delivering our product and technology roadmaps as well as transformation initiatives

•Our computer systems, including hardware, software, information and cloud-based initiatives, are subject to attempted security breaches and other cybersecurity threats, which, if successful, could adversely impact our business

•We may be subject to theft, loss, or misuse of personal data about our employees, customers, or other third parties, which could increase our expenses, damage our reputation, or result in legal or regulatory proceedings

•Our business is dependent in large part on continued growth in the industries and segments into which our products are sold and on our ability to retain existing customers and attract new ones.  A market decline in any of these industries, our inability to retain and

-15-

attract customers, or *customer demand for our products which differs from our projections, could have a material adverse effect on our results of operations* (pp. 9-10)

**Risks Related to the Semiconductor Industry which Impact Us**

**The semiconductor industry is cyclical and downturns in the semiconductor industry can negatively affect our results of operations and financial condition.**

*The semiconductor industry is cyclical and has been subject to significant downturns from time to time, as a result of global economic conditions, as well as industry-specific factors*, *such as built-in excess capacity*, fluctuations in product supply, product obsolescence and *changes in end-customer preferences.* See "Item 3. Key Information — Risk Factors — Risks Related to the Semiconductor Industry which Impact Us — We, and the semiconductor industry as a whole, may be impacted by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change."

*Downturns are typically characterized by reduction in overall demand, accelerated erosion of selling prices, reduced revenues and high inventory levels, any of which could result in a significant deterioration of our results of operations.* Such macro-economic trends typically relate to the semiconductor industry as a whole rather than to the individual semiconductor markets to which we sell our products. To the extent that industry downturns are concurrent with the timing of new increases in production capacity or introduction of new advanced technologies in our industry, the negative effects on our business from such industry downturns may also be more severe. *We have experienced revenue volatility and market downturns in the past and expect to experience them in the future, which could have a material adverse impact on our results of operations and financial condition.*

\*\*\*

**Epidemics or pandemics may impact the global economy and could also adversely affect our business, financial condition and results of operations.**

Epidemics or pandemics may result in authorities imposing, and businesses and individuals implementing, numerous measures to try to contain the virus, including travel bans and restrictions, shelter-in-place and stay-at-home orders, quarantines and social distancing guidelines. This may negatively impact the ability of our suppliers to deliver on their commitments to us, our ability to ship our products to our customers and general consumer demand for our products may be negatively impacted by the pandemic and/or government responses thereto.

Many of our products and services are considered to be essential under national and local guidelines.  As such, during the COVID-19 pandemic, we generally continued to operate in each of the jurisdictions where we were present.  However, certain of our facilities were not able to operate at optimal capacity and any future similarly restrictive measures may have a negative impact on our operations, supply chain and transportation networks, and our products and services may not be considered to be essential in the future.  In addition, our customers and suppliers may experience disruptions in their operations and supply chains, which could result in delayed, reduced, or cancelled orders, or collection risks, and which may adversely affect our results of operations and financial condition.

**We may not be able to match our production capacity to demand.**

*As a result of the cyclicality and volatility of the semiconductor industry, it is difficult to predict future developments in the markets we serve, and, in turn, to estimate requirements for production capacity.  If* our markets, start-up or ramp-ups in manufacturing operations are not efficiently executed, *major customers* or certain product designs or technologies *do not perform as well as we have anticipated, demand is impacted by factors outside of our or our customers' control*, or if there is otherwise any future excess capacity by us or other semiconductor manufacturers, *we risk unused capacity charges, price erosion, write-offs of inventories and losses on products that may adversely impact our operating results*, and we could be required to undertake restructuring and transformation measures that may involve significant charges to our earnings.  Furthermore, during certain periods, the global supply of semiconductor industry fabrication capacity may not be sufficient to meet the demand for semiconductor products.  We may also experience increased demand in certain market segments and product technologies and any future shortage of our capacity and the capacity of our sub-contractors may lead to an increase in the lead times of our delivery to customers, us being required to enter into agreements with our suppliers with onerous terms such as take-or-pay arrangements, or us being unable to service some of our customers, which may result in adverse effects on our customer relationships and in liability claims.  *Further, as a result of this supply imbalance, the industry in general may experience a high level of profitability and gross margins, which may not be sustainable over the long-term.*  (pp. 11-13)

**Risks Related to Our Operations**

\*\*\*

**Our operating results may vary significantly from quarter to quarter and annually and may also differ significantly from our expectations or guidance.**

-17-

*Our operating results are affected by a wide variety of factors that could materially and adversely affect revenues and profitability or lead to significant variability of our operating results from one period to the next. These factors include changes in demand from our key customers*, capital requirements, inventory management, availability of funding, competition, new product developments, start of adoption of our new products by customers, technological changes, manufacturing or supplier issues and effective tax rates. *In addition, in periods of industry overcapacity or when our key customers encounter difficulties in their end-markets or product ramps, orders are more exposed to cancellations, reductions, price renegotiation or postponements, which in turn reduce our ability to forecast the next quarter or full year production levels, revenues and margins.* As a result, *we may not meet our financial targets*, which could in turn have an impact on our reputation or brand. For these reasons and others that we may not yet have identified, *our revenues and operating results may differ materially from our expectations or* guidance as visibility is reduced. See "Item 4. Information on the Company — Backlog".

\*\*\*

**Disruptions in our relationships with any one of our key customers or distributors, and/or material changes in their strategy or financial condition or business prospects, could adversely affect our results of operations.**

*A substantial portion of our sales is derived from a limited number of customers and distributors. There can be no assurance that our customers or distributors will continue to book the same level of sales with us that they have in the past, will continue to succeed in the markets they serve and will not purchase competing products over our products.* Many of our key customers and distributors operate in cyclical businesses that are also highly competitive, and their own market positions may vary considerably. In recent years, some of our customers have vertically integrated their businesses. Such vertical integrations may impact our business. Our relationships with the newly formed entities could be either reinforced or jeopardized by the integration. If we are unable to maintain or increase our market share with our key customers or distributors, or if they were to increase product returns or fail to meet payment obligations, our results of operations could be materially adversely affected. *Certain of our products are customized to our customers' specifications. If customers do not purchase products made specifically for them, we may not be able to recover a cancellation fee from our customers or resell such products to other customers.* In addition, the occurrence of epidemic or pandemic outbreaks could affect our customers. The geographic spread of epidemics or pandemics may be difficult to predict and adverse public health impacts on our customers could negatively affect our results.

\*\*\*

**Our business is dependent in large part on continued growth in the industries and segments into which our products are sold and on our ability to retain existing customers and attract new ones. A market decline in any of these industries, our inability**

**to retain and attract customers, or customer demand for our products which differs from our projections, could have a material adverse effect on our results of operations.**

*The demand for our products depends significantly on the demand for our customers' end products. Growth of demand in the industries and segments into which our products are sold fluctuates significantly* and is driven by a variety of factors, including consumer spending, consumer preferences, the development and acceptance of new technologies and prevailing economic conditions. *Changes in our customers' markets and in our customers' respective shares in such markets could result in slower growth and a decline in demand for our products.* In addition, if projected industry growth rates do not materialize as forecasted, our spending on process and product development ahead of market acceptance could have a material adverse effect on our business, financial condition and results of operations.

*Our business is dependent upon our ability to retain existing customers.* In 2023 our largest customer, Apple, accounted for 12.3% of our total revenues. *While we do not believe to be dependent on any one customer or group of customers, the loss of key customers or important sockets at key customers could have an adverse effect on our results of operations and financial condition.*

Our existing customers' product strategy may change from time to time and/or product specifications may change on short-time product life cycles and we have no certainty that our business, financial position and results of operations will not be affected. Our business is also dependent upon our ability to attract new customers. *There can be no assurance that we will be successful in attracting and retaining new customers, or in adequately projecting customer demand for our products. Our failure to do so could materially adversely affect our business, financial condition and results of operations.* (pp. 13-19)

**Information on the Company**

\*\*\*

**Backlog**

Our sales are made primarily pursuant to standard purchase orders that are generally booked from one to twelve months in advance of delivery. *Quantities actually purchased by customers, as well as prices, are subject to variations between booking and delivery and, in some cases, to cancellation due to changes in customer needs or industry conditions. During periods of economic slowdown and/or industry overcapacity and/or declining selling prices, customer orders are not generally made far in advance of the scheduled shipment date. Such reduced lead time can diminish management's ability to forecast production levels and*

*revenues.*  When the economy rebounds, our customers may strongly increase their demands, which can result in capacity constraints due to a time lag when matching manufacturing capacity with such demand.

In addition, our sales are affected by seasonality, with the first quarter generally showing lowest revenue levels in the year, and the third or fourth quarter historically generating higher amounts of revenues partly as a result of the seasonal dynamics for smartphone applications dynamics.

We also sell certain products to key customers pursuant to frame contracts.  Frame contracts are annual contracts with customers setting forth quantities and prices on specific products that may be ordered in the future.  These contracts allow us to schedule production capacity in advance and allow customers to manage their inventory levels consistent with just-in-time principles while shortening the cycle times required to produce ordered products.  *Orders under frame contracts are also subject to a high degree of volatility, because they reflect expected market conditions which may or may not materialize.  Thus, they are subject to risks of price reduction, order cancellation and modifications as to quantities actually ordered resulting in inventory build-ups.*

*Furthermore, developing industry trends, including customers' use of outsourcing and their deployment of new and revised supply chain models, may reduce our ability to forecast changes in customer demand and may increase our financial requirements in terms of capital expenditures and inventory levels.*  (pp. 37-38)

The preparation of our Consolidated Financial Statements in accordance with U.S. GAAP requires us to make estimates and assumptions. . . . We base the estimates and assumptions on historical experience and on various other factors such as market trends, market information used by market participants and the latest available business plans that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities.  *While we regularly evaluate our estimates and assumptions, the actual results we experience could differ materially and adversely from our estimates.*  (p. 43)

**Document 10 (Ex. M)**
*March 12, 2024 – Citi TMT Conference*
(*See* **AC ¶¶ 88, 90)**

Whatever is a percentage of electrical car we will have in the next 5 years.  It is a trend.  And clearly, we have to adapt ourself.  Is it a radical change to compare what we saw 2, 3 months ago?  No.  Okay.  I already communicated on that, that it is normal that electrical car will face period of, let's say, sigmoid up not down, but less up than expected because *at the end it's a consumer that appetite will decide what happened.*  (p. 4)

No, I mean, it's clear that everywhere, the demand is sustained by either -- but whatever are, let's say, the growth rate, okay?  Clearly, if you take e-mobility, if you take, let's say, ADAS so the peripheral device not the vision processor.  I've already spoken about Mobileye.  And the legacy where now the carmaker again introduce a lot innovation in the legacy system.  So body control, lighting, airbag control, cockpit and so on and so forth.  Everywhere there is an innovation or change.  *Again, for sure, there is no inventory replenishment*, but the demand is solid and the backlog is solid.  And even for ST, there is some specific technology where we are most to most.

We are not yet capable to have a big flexibility in our capability to supply.  Everywhere clearly, where it is a strong legacy with, let's say -- and here, I use the word quite mature technology.  *Certainly, there is potentially some inventory, which has been put in place just after the shortage in order to be sure that nothing wrong will happen again.  Our Tier 1 customer, EMS, are correcting the situation, which was not the case 6 months ago.  But this we always said*.  *We said, yes, we are pretty sure that at a certain moment, the automotive industry will change our behavior which was, I buy, I buy, I buy, whatever the mix because I am afraid that at certain moment, I am not capable to optimize.  Now they change and they start to adjust.*  (p. 9)

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items.  Such *forward-looking statements are based upon current expectations and involve risks and uncertainties.  Actual results may differ materially from those stated in any forward-looking statement* based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings.  Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, *there can be no assurance that the results contemplated in the forward-looking statements will be realized.*  (p. 11)

| **Document 11 (Ex. N)**<br>*April 25, 2024 – Earnings Conference Call*<br>(*See* **AC ¶ 92**) |
| --- |
| This call will include ***forward-looking statements that involve risk factors that could cause ST's results to differ materially from management's expectations and plans.***  We encourage you to review the safe harbor statement contained in the press release that was issued with the results this morning and also in ST's most recent regulatory filings for a full description of these risk factors.  (p. 2) |
| Yes, in Automotive, okay, compared to our, let's say, January expectation for the full year, we have acknowledged a decrease.  Half of the decrease is related to electrical vehicle production decrease from an important customer.  And half of the decrease in Automotive is more related to what we say, some ***inventory control and tuning from OEM, which are adapting themselves to mix change between battery-based electrical vehicles, hybrid vehicle and thermal combustion engine 1.***  So the decrease -- the deceleration phase means okay, what we have announced today in Automotive.  As a takeaway, half is linked to an adjustment, okay, of the forecast because production decreased from one important customer.  ***And the other one is more inventory control and mix adjustment because now it's well known that carmaker -- the change (inaudible) between electrical car, hybrid car and thermal combustion engine.***  (p. 5) |
| But we have taken this assumption that ***some erosion will continue over the next quarters***.  Without taking assumption that there will be a significant drop.  For the time being, we don't see this.  We see that there is a normal discussion in terms of pricing ***with some erosion of course, on the areas in which the demand is weaker and maybe in some geographies in which the pressures are to be a little bit higher.***  But I repeat in our visibility today, we do not embed stronger price decline as we have no evidence for that in our discussion with the customers.  (p. 8) |
| In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items.  Such ***forward-looking statements are based upon current expectations and involve risks and uncertainties.  Actual results may differ materially from those stated in any forward-looking statement*** based on a number of |

important factors and risks, which are more specifically identified in the companies' most recent SEC filings.  Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, ***there can be no assurance that the results contemplated in the forward-looking statements will be realized***.  (p. 13)

| **Document 12 (Ex. O)** *July 25, 2024 – Earnings Conference Call* (*See* AC ¶ 94) |
| --- |

This call will include ***forward-looking statements that involve risk factors that could causes this result to differ materially from management expectation and plans.***  We encourage you to review the Safe Harbor statement contained in the press release that was issued with the results this morning and also in ST's most recent regulatory filings for a full description of these risk factors.  (p. 2)

On automotive, there is three points.  But the point number one, let's classify on legacy.  ***On legacy, starting in May, we have seen our main Tier 1.  Pulling out the consignment stock, less pieces because the Tier 1 now, they came back with carmaker with two-week call off.  So they have a very short-term visibility.  And starting end of May, the start for us, okay, to pull out from our consignment stock, less pieces.  So as a consequence, they can sell some frame order.  So already in Q2, we have been impacted about less revenue than the forecast.  That was based on backlog, about $100 million, is point number one.***

The point number two, ***still on this legacy business and usual application in the automotive, they have declined, okay, their forecast for H2.***  So that's the reason why we have been obliged to revise down the forecast for automotive legacy already impacted in Q2 about $100 million and about $350 million, $400 million for H2.

The second point is the growth for what is related electrical vehicle.  We will grow in H2 all of our components related to electrical vehicle but less than forecasted.  And you know why?  ***Because the production of electrical vehicle in the world has been adjusted now below EUR13 million of car.***  However, I confirm that H2 will be a growth driver for ST for all the component related to electrical vehicle, particularly for silicon carbide and particularly everywhere, okay, in China and also with our main customer.  That the reason why we confirm our silicon carbide revenue about $1.3 billion this year.

-23-

Well, then the third element is what we already mentioned that is a little bit increasing. ***You know that, last year, one of our main customers for ADAS built a certain level of inventory, is adjusting in Q3 a little bit more the inventory with us.*** (p. 8)

We receive from the Tier 1, what they say, delivery forecast, okay? ***Now, with the delivery forecast they gave to us is encompassing all the adjustments we have already seen in Q1 that has been a bit amplified in Q2.*** Now we have our backlog. We -- as I said, the Tier 1 they are working with, two weeks call-off from carmaker. Of course, this is something that we have to put under a strict scrutiny. And we monitor with all our customer is a dynamic of the treatment and the order they put on us. (p. 10)

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such ***forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement*** based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, ***there can be no assurance that the results contemplated in the forward-looking statements will be realized.*** (p. 16)