# EXHIBIT G

**Full Regular Transcription**

# STMicroelectronics International Nv

**BNPP Exane Conference**

2023-06-06 at 11:45 AM CET

Duration: 40 minutes

---

### COMPANY REPRESENTATIVES

Jean-Marc Chery, President & CEO

Remi El-Ouazzane, Head of Microcontroller Division

Jerôme Ramel

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

STMicroelectronics International Nv
2023-06-06 11:45 AM CET

## PRESENTATION

**Jerôme Ramel**

Thank you everyone for joining us. Today we have the pleasure to have Jean-Marc Chery, CEO of STMicroelectronics. We also °have the IR team Celine Berthier and Cedric Pugni and Remi El-Ouazzane Head of the Microcontroller Division. And so, maybe we can start straight away with question, Jean-Marc, and feel free to ask any question as I can receive here on the iPad.

So maybe to address the short term, recently one of your peers surprised a little bit the market with a comment about slowdown in China, namely for EVs, so could you update us on what you see on the end markets you are exposed to, so automotive, industrial and personal electronics compared to what you talk about at the end of Q1 results?

**Jean-Marc Chery**

Clearly I will comment mainly automotive and industrial. Why? because of our strategy is to be really broad range leader addressing this market, and we have during the past few years proliferated our product to kick quite widely. I would like to repeat, that we have changed radically the company between 2019 to 2023, because now, ST we moved from 55% of our all revenues being automotive and industrial to now 72%. So clearly, and we grew our revenue from 9.5 to basically this year 17.4. So we can speak about automotive and industrial, and we can speak widely. Also I can mention, I can mention that the mix of automotive and the mix of industrial market changed a lot. In automotive now, it is clear that we have seen 2 dynamics, the dynamics of smart mobility, so more electrification, more digital content driven by  ADAS and driven by the new architecture in the car, and clearly also the legacy, the content of electronics in the legacy which has been squeezed during the shortage of semiconductor now is exploding again.

So if you address this automotive market very broadly with all the components, , all the bill of material, I can confirm to you that today the situation is the following: backlog are full up to 2024 clearly, customers want to give us visibility. We do not detect, okay, overall excess of inventory in the supply chain. We can detect, for some very specific general propose products some excess of inventory, why? because during the shortage, the supply chain managers didn't purchase, very accurately, so they massively supplied product and now they are adjusting a little bit, but overall, in automotive, the market dynamic is very, very solid. And I have to say we have still opportunity to increase price and we have still opportunity to negotiate with car markers some deal for capacity warranty.

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

About the industrial market, it's basically the same. The industrial market is very complex. Why? because you address, so what we classify as heavy industry, so power energy, power generation, conversion, transportation, and storage. Then you address, okay, automation, robotics, automatic handling systems or all the automation for productivity improvement.

Then moving forward, you go more on healthcare, space, military, and then you go to consumer-like markets. It is clear that on power energy and automation and robotics, the behavior of this market is exactly the same than the automotive, so very solid and very strong. And why? Because worldwide, massively, the world is investing in renewable energy. Last year, , people said that the investment in renewable energy has been bigger than the fossil energy.

For electronics, what does it means? It means more IGBT, more silicon carbide MOSFET, more BCD9 power driver, more microcontroller, so is more of all the electronics on which ST is positioned. And factory automation and robotics is the same. Because of the COVID lesson learnt about their exposure for low automated company, the demand for robots are more and more important, and here you have many microcontrollers. It is true that on consumer-like industrial markets, like home appliances, or battery operated tools, we see similar behavior than on smartphone. So, I fully respect, all my competitors but for those who are exposed widely to this markets, I can confirm to you that automotive and industrial markets is very solid.

**Jerôme Ramel**

Thank you. So maybe, a second question, during the Q1 result, during the call, you talked about price pressure and it had put investor in a surprise they have been a little bit under pressure to say the least. So maybe could you come back to the pricing dynamics, I think one of the big concern that prices have been so strong over the last 2 years, that is coming to an end. So what were the comments you made about pricing, and maybe if you could elaborate on how you see the prices... pricing environment?

**Jean-Marc Chery**

It's interesting, the way you structure your question, because it will be my same answer and I am very consistent each time. On price, we see exactly the same dynamics as the market dynamic. So automotive, again I repeat, we can still increase price on automotive, so it is a discussion between volume, warranty and price. On industrial power-related and automation or robotics-related, there is no price decrease, absolutely no price decrease.

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

Moving forward, when you go to the consumer area about price and mainly in Asia, in China, yes, there is, for new sockets some price discussion. And why is there some price discussion? Because the demand is softening definitively and the capacity available in China for mainstream or general purpose devices is now equal to the demand. So, for a non-significant part of our business , well below 10%, we see some price discussion for the new sockets, not on the existing backlog but on the new order that we will receive, , yes we see there some price discussion and we have anticipated it since, now many months and it is part of our guidance for the year.

### Jerôme Ramel

Understood. And maybe just to conclude on the short term, how do you see the supply and demand environment? I mean you have always said that you were expecting the supply to get back to normal by the end of 2023. So, could you update us on your view on the supply for the industry and for you?

### Jean-Marc Chery

For the industry, basically I think we are very similar. Again, I am speaking about diversified semiconductors. So, I am speaking about the... let's say TI, NXP, ON, Microchip ST, RENESAS, so, this kind of company, I am not speaking about NVIDIA or Qualcomm, Broadcom.

Here, , when you are speaking about silicon carbide MOSFET, high performance IGBT, high-performance power drivers, high-performance microcontrollers with AI embedded with the right connectivity protocol and so on. Here, , next year will be stabilized, but still this year, the lead times are quite long. We don't see disaster of disruption at customer level, but we are still under stretched situation. And basically we are still in capacity allocation between regions and between markets. And it's basically true across the markets. Next year, with the capacity coming on board we should normalize the situation, but this is what we see.

On the rest of the products, so general purpose products, we are totally in what we say since many quarters that our expectation that the shortage will finish this year is moving on. So, it is clear, and now the lead time are let's say equal or below 6 months and that the reason why the backlog is reducing on these products in order to fit with the new lead time that the semiconductor companies are capable to offer.

### Jerôme Ramel

Thank you Jean-Marc. Maybe we will take a question from the audience because it's related to the price pressure. So the question is what level of price pressure are you seeing in consumer area?

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

**Jean-Marc Chery**

Level in term of percentage?

**Jerôme Ramel**

I guess so, yes to quantify maybe if you can. No, if you want.

**Jean-Marc Chery**

But it's... for sure it is a few percent and is not 20%... or 30%. It's a few percent.  Again it's very opportunistic, it is through the  distribution. After it is your choice to follow or not to follow. What is important is more to understand that the industry for diversified semiconductor or product are not building massive excess of capacity. Where we can see some unbalanced capacity situation is specifically in China, Why? Because Chinese foundry are building some capacity because they are not authorized to build capacity on advanced technology. So, that the reason why ST has engaged since many quarters some diversification in its sourcing, to source some technology and some capacity in China to compete with the same weapons than our Chinese competitors, to compete in this arena where we see this few percent price pressure. So this is the situation, but it is not massive price reduction like we can see in memory, which is a totally different business.

**Jerôme Ramel**

Thank you. Maybe I think we have read the short term. Maybe more on the mid long-term. The first question I have is to understand if the last few years we had of shortages and the transition that some of your customers are facing, how the supply chain has changed and how has your degree of collaboration has changed with your customer namely in automotive. If any change happens so I think the concern from investor is that you are building a lot of capacity and that maybe this capacity will end up in term of overcapacity but do you think that the relationship you have with your customers is more... you have better visibility than you used to have or has anything changed from that perspective?

**Jean-Marc Chery**

I would like to correct we are not building overcapacity. We are building capacity according to sales and     operating     plan     that     are     consistent     with     the     market     we     see. And the market we see  will reach 1 trillion Dollar in 2030 split between embedded electronics and standalone electronics. ST is positioned on embedded electronics so mainly automotive and industrial. We are not building massive excess of capacity.
We are just closing the gap with the shortage of capacity which has been created by the foundry under investing purposely for this business. And unfortunately, except ST and to a lesser extent

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

STMicroelectronics International Nv
2023-06-06 11:45 AM CET

;Infineon, nobody never invested purposely to support automotive and to support the industrial market.

As a  result, we created a shortage. Now there is a gap closing., Us, TI, they have decided finally to discover that manufacturing is a competitive advantage, and then TSMC set up one fab in Japan. They are increasing smoothly their capacity for 28 and 40 nanometer and there is a Chinese case, but there is no excess of capacity building.verybody who are following our business closely understand this point. We are not a memory maker. We are not in the race for the 5 nanometer and the 3 nanometer. We are in the race of an industry which moving forward is very stable:  40, 28, 20 nanometer power and analog and sensors. Saying that to answer your question which was exactly...

**Jerôme Ramel**

so your relationship with your customers.

**Jean-Marc Chery**

Okay. Our relationship with customers. What we have discovered altogether was the following. When you have a system maker or a carmaker, in fact they discover that they completely ignore their supply chain, because their supply chain was spread, global, worldwide with the set of Tier 1 then EMS... what we call EMS is manufacturing subcontractor. And multi-EMS, EMS1, EMS2, EMS3, distributor or multi distributor and in fact they have no control toward central point of their own supply chain. And they were completely blind. So what the customers have done for the biggest part of them I have spoken about, they have rationalized a lot their supply chain in order to have a better visibility and definitively as a result, to close the distance between their plan and us. That's the reason why more and more with carmakers some Tier 1 or big OEMs we have a relationship where, like Apple is doing with us, we plan 18 months in advance or 24 months in advance, , their needs.

And for some of them, we are negotiating contracts to protect their need. And when I say contracts it means it's volume warranted versus value. So yes, it changed completely. The perception of the car makers and OEM in the industrial has completely changed during the pandemic, making them improve in the way they manage their own supply chain and  giving us the visibility on how to plan our activity. That's the reason why I confirm we are not building over capacity, because we have better visibility.

**Jerôme Ramel**

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

Pretty clear Jean-Marc. Thank you. I got plenty of questions to ask you. So I will ask maybe 1 or 2 but there are also a lot of questions from the audience. So what I think, I ask you 2 more question on my side. And then I take all the question from the audience.

**Jean-Marc Chery**

Sure, no problem

**Jerôme Ramel**

The second question I want you to come back is one of the hot topics. silicon carbide, it's one of the big revenue growth drivers for STMicro, you've been a pioneer and you are still the leader in silicon carbide. So maybe if you could update us on your strategy for silicon carbide, the revenues target you have communicated to the market on the short term, the midterm and the long term?

**Jean-Marc Chery**

Let's speak first about the current strategic plan. So '23 and '24, '25. So we have positioned ourself to deliver basically 2 billion Dollar of revenue of silicon carbide in 2025. So this year, we will deliver 1.2 billion Dollar and we plan to deliver more than 2 okay in 2025. We are building capacities consistently. So we are investing consistently in our wafer fabs of Singapore and Catania. And we are investing consistently in our assembly plants of Shenzhen and Bouskoura close to Casablanca. And we are investing consistently in Catania to be capable to supply 40% of our need, with the 2 billion Dollar, in terms of raw materials, of raw wafer. So, this will addressed, this 2 billion Dollar, with Generation 3 and 4 of the technology. Generation 3 already in production, Generation 4 will be qualified by this year end and will start to ramp up next year. So, this is the very short term.

Then to enable the next step. So, the next step will be to go to above 5 billion Dollar of revenues, because we consider that with a market that should reach 20 billion Dollar of market by 2030, keeping our market share of 30%, we will have the opportunity to deliver between 2028 to 2030 above 5 billion Dollar of revenue. In order to address this market, what we are doing? First of all, okay, we will convert our wafer fab and our raw material into 200 millimeter, is Point number 1.

Point number 2, we will qualify and we will let's say enable our device with a new technology called the SmartSiC. SmartSiC is a technology, we have a license from Soitec, that will decrease overall cost of the raw material, that will enable better performance of the transistor and that will make

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

easier the 8 inch wafer size conversion. We will develop a Generation 5, and we will make a disruption with the Generation 6 moving out from Plannar going to another kind of architecture.

And then, last but not the least, we are working on the manufacturing footprint, because we want to complement our manufacturing footprint which is basically today European centric and Singapore centric, to better address the worldwide market. So first the Chinese market, the Chinese market is a booming market, asking for silicon carbide both for automotive  - where you know that in the electrical car in China is moving fast and the carmakers in China are really moving like at the speed of light -  and to address the power energy market, specially inverters for energy storage. So ST is preparing a plan to adapt our manufacturing footprint to better answer and adapt ourself to the worldwide market. First in China, later on we will think about America.

So as a takeaway, I would like to say our strategy on SiC : deliver 2 billion with the Generation 3 and 4 technology, prepare the 200 millimeter convertion, prepare the SmartSiC, prepare the 40% supply chain for raw material, and then prepare a plan, which is well engaged, to adapt our footprint to remain a global company addressing the worldwide market and sustaining 30% of market share. So a 30% of market share of 20 billions makes 6 billion correct?  right. okay, so this is mathematical result. So this is our strategic plan.

**Jerôme Ramel**

Okay, Jean-Marc I got a question concerning China and power, do you see the Chinese competition evolving in power electronics, so IGBT and silicon carbide?

**Jean-Marc Chery**

Well, first of all, everybody needs to understand that China in power system are the leader, they are the leaders for, inverters on residential for photovoltaic panel and inverters for wind farms. They are everywhere worldwide. The Chinese are the leader in power electronics systems ;  where they are not the leader is in semiconductor. And of course, okay when we discuss with the Chinese players, they want to have the supply chain secured in order to support them with the fantastic growth opportunities they have moving forward because China is engaged in a massive electrification and decarbonization of their industry and they do not want to be limited by semiconductor.

So that the reason why a few minutes ago, I explained that part of our next Strategic Plan beyond 2025 there is clearly for ST the willingness to adapt our manufacturing footprint to warrantee to China that we will be key enabler for the electrification and decarbonization, at the same level, we are a key enabler of Europe and America.

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

**Jerôme Ramel**

Thank you, Jean-Marc. I will mix question from the audience and the question I had for you on a microcontrollers or MDG. So you are the number 1 in microcontroller worldwide. It is the most profitable division of STMicro on the EBIT- level. So the question from the audience is, do you see competition from China on microcontroller?

And the second question from the audience is, is microcontroller more cyclical than the other market product you are addressing?

**Jean-Marc Chery**

Well, you have microcontroller everywhere and microcontroller basically address all the verticals we have. So automotive, industrial, personal electronics of course but as well..., computer and communication. So this market now is not a cyclical market like the memory. These microcontrollers are also driven by the transformation of the decarbonization of the industry and electrification of mobility definitively because everywhere you have a power solution, you need to have an embedded  processing solution, to control what is arriving and to optimize. Battery management system, you need high precision analog, and you need microcontroller. So for sure if you have spoken about microcontrollers in a small consumer connected device like a speaker or a smart speaker, yes, it's cyclical like smartphones and everything. But here, I have spoken about automotive and industrial.

And then the second point, I would like to repeat,  ST is number 1 worldwide. So if you take all the microcontrollers,  automotive,  general  purpose  and  secure,  ST,  now,  is  number  1. So we have the full view of what is happening on this market. And yes, we see, , Chinese players growing in the field of mainstream general purpose, microcontrollers. Why? Because company like Gigadevicegrew during  the overall shortage of microcontroller last year and in 2021, where the industry has allocated massively capacity to automotive. Why? Because of the economical impact on automotive of one microcontroller of one Dollar missing,  and you have  a Class S Mercedes, on hold so you understand the impact, okay... the final impact of the missing microcontroller.

Of course, Gigadevice taking advantage of capacity available in China, because of the embargo on advanced technology has grown, I think 40% ? okay, and us we grew about 45%.
So Gigadevice grew 40% last year, taking advantage of SMIC capacity available. So yes, on the mainstream general purpose, we see them quite active, but  we have anticipated this move and now we are using also SMIC capacity in China in order to compete, leveraging our eco-system. And

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

what is our ecosystem? Our ecosystem is basically software design kit and tools to enable the developers - so we have what? 1 million developer in the world connected to us - and to propose a scalable system, where our microcontroller will have more computing power or ultra low power, will have hardware accelerator for artificial intelligence at the edge, will have the right connectivity protocol, and will have the right security features to protect the connectivity and the access. But competing with the manufacturing capacity done in China. So yes, we see competitors coming from China but so what? Today, STMicrocontroller general purpose is using massively the TSMC as everybody. We are number 1. We want to remain number 1, and we will remain number 1, thanks to the roadmap we are developing in terms of IP, in terms of features and in terms of connectivity.

### Jerôme Ramel

Thank you Jean-Marc. We have more question, but they are more short-term. So I wanted to ask you one more long-term question, before coming back to the question from the audience. About one year ago, you had your Capital Market Day, here in Paris and you set up goals of revenues of 20 billion Dollars between 2025 and 2027, and a gross margin of 50%. So my question is I think are you still reiterating this guidance and what have changed, what have not changed over the last year?

### Jean-Marc Chery

Let's take a reference point,. As I told you, if we look this year, so midpoint 17.4, tunder the control of my Investor relation, so midpoint 17.4 billion Dollar and gross margin will be average between 47 to 48. If we look H2, H2 we will have 9 billion Dollar as a midpoint basically and a gross margin between 46 to 47. We have explained that based on this baseline of 9 billion Dollar for 6 months, so 18 billion Dollar and a gross margin 46, 47, 2/3rd of the gap versus the 49 are basically non-recurring. It is Agrate ramp up in 300 millimeter, and we know that a 12 inch fab below 3000 wafer per week is not accretive to this 49% gross margin average. So we have basically 100 basis points which is related to Agrate.

Then there is unused capacity cost we must afford in H2, to decrease our inventory we have build-up during H1, because entering in the year our forecast on consumer market was higher and unfortunately, smartphone makers and accessories decreased their forecast. So another third is non-recurring. So this means that our gross margin baseline in H2 is 48%.

The revenue baseline is 18 billion and gross margin baseline is 48%. So what we have in our hand in front of us? The market exposure which is 70%, -72% to automotive and industrial, 28% -30% on consumer and communication and computers. We consider this mix was the strategic mix we forecasted during the Capital Market Day. So the mix is done, 18 billion with right mix.

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

Then in term of price versus product mix, we do believe that with the new products we have introduce and we will continue to introduce we will have a strong mitigation by our mix against any price discussion we will have, coming back to a normal situation between capacity and demand. So it will be positive.

Then the manufacturing, what we have in our hand in manufacturing : of course, , we will face a different situation compared to the Capital Market Day in terms of price of energy and in terms of inflation. But we will have in our hand the 12 inch conversion, so acceleration of Crolles and Agrate, the 200 millimeter SiC conversion and the SmartSiC which was not considered and we can increase also our coverage in terms of internal sourcing in silicon carbide. So all-in-all, looking at the situation to win 200 basis point versus the baseline moving forward to 20 billion Dollar plus, yes, I confirm this objective. And I confirm the time frame.

**Jerôme Ramel**

Very clear. Thank you Jean-Marc. One question I can't help asking you, generative AI, what does it mean for STMicro. Is it material or tangible for STMicro?

**Jean-Marc Chery**

If you don't mind. I have invited Remi El-Ouazzane who is the President in-charge of Microcontroller and Digital. Remi is coming from Intel, Remi is coming also from TI. I would like to give the opportunity of Remi to answer about AI, because it is really important focus for him okay. So if you want Remi if you can address the room and to tell them where we are on AI and to recall our big agreement?

**Remi El-Ouazzane**

Hi. We have as you can imagine a very edge focused for AI across the portfolio, which is for us microcontrollers, microprocessors, imaging sensors as well as MEMS. We've been quite aggressive from an architectural standpoint to develop, what I think would be a structural advantage. Because AI at the edge is very dimensioned by memory technology and we have the chance to have a great embedded non-volatile memory technology in ST that we've built over the years.

The next part of the equation is market adoption. I think it's going very fast. It's around use case related to vision for [unaudible], but more and more also predictive maintenance and anomaly detection. An example will be, you know, big fans that are being deployed in data centers where you really do not want to disturb AWS operation for example and make sure that you're ahead of a

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

problem. So more and more and more we see AI being deployed in many industrial setup. You know we ship anywhere between 3to 4billion microcontroller every year. Okay, you know it's not crazy if I tell you that in within 5 years from now, 500 million of those will be actually powered with AI and I don't think it's a crazy number at all. And because of that vision, we have announced actually, I don't know if you guys were aware, so I'll share. We have announced roughly 2 months ago a collaboration with a company called NVIDIA. NVIDIA is actually a very active as you know in term of data center training. They do believe the next level of growth for them is multiple, but one of the next ways of growth is really to go and engage with those customers at this very edge. So what we did was to marry our software tools, because AI is very software defined when you think of it. And we have actually integrated the entire software environment of NVIDIA together with ours so that actually you can train, in the cloud, using NVIDIA GPU and deploy with the exact same software framework at the edge on an STM32 microcontroller, This is one very big example, very visible because of what's happening in the market, but we have many of those on a moving forward basis, so a big area of growth for us.

**Jerôme Ramel**

Thank you, Remi. Don't have that much time anymore, but one more question maybe on the short-term. The question was, yes, you talk about your backlog visibility for automotive which is up to the end of 2024, so the question is, do you think that the backlog is due to the double ordering, are you seeing any volumes decline?

**Jean-Marc Chery**

No, the backlog is related to the fact that our automotive customer they want to add the warranty to achieve their transformation, so that's the reason why they give us visibility up to the end of 2024, and now we are discussing about 2025, and it is valid for automotive ICs, it is valid for ADAS, it is valid for microcontroller, and it is valid of course for power, IGBT and silicon carbide, and the drivers, which are either in BCD9 or BCD8 technology. So, now it's purely related to the capacity availability, and to the fact that engaging themselves in a massive transformation, they don't want to be in difficulties, if you read the newspaper yesterday, I think it's Renault Zoé the electrical cars, has being stalled by semiconductor.

At the moment of time we are, the demand on electrical car is very important. So, the customer, they don't want to be taken by surprise on their transformation, so no, the backlog is not a question of double ordering, is a question to simply support their demand. And we have the same. Again. on power and energy transformation, and we have the same on robotics. We have the same on automation.

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.

We are lucky to have our  main customer Apple they give us visibility up to end of '24. Yes, they have the capability to adjust, this is what they have done in Q1, definitively. But now it's quite stable. So, automotive power and engaged customer program with Apple, we have the full visibility up to end of '24.

For the rest, consistently with the fact that I told to the market that we are completing our capacity investment to better supply, for general purpose devices, sour lead times now are basically equal or below 6 months. So step-after-step, we will finish with the visibility of 2, 3 quarter of backlog, that is business as usual I have to say.

Then on custom design for low-earth-orbit satellite communication, hard disk drive custom device product and so on, the visibility we have is very clear, is 6 to 9 months, and again this is business as usual. So, today the visibility ST has in term of backlog is very clear, we start to put order on '24. The book to bill is below 1, why? because, we are reducing the lead time, not because we are facing a bad market condition, it's exactly what we have predicted. Where the market is I have to say, below our expectation is the consumer, but as everybody, in January, after the Las Vegas show everybody were enthusiast after China  removed the lockdown, everybody were enthusiast. Now, unfortunatelythe consumer market will restart only Q1 or Q2 next year.

**Jerôme Ramel**

Thank you very much Jean-Marc. I think that will conclude the presentation. So, thanks again.

**Jean-Marc Chery**

Thank you.

**- END -**

© 2023 Chorus Call SA. All rights reserved. Reproduction in whole or in part without written permission is prohibited.