# EXHIBIT T

TipRanks > Top Financial Experts > Insiders > Jean-Marc Chery

# Jean-Marc Chery Insider Profile

Jean-Marc Chery, President & Chief Executive Officer at STMicroelectronics NV, holds 51.06K shares in STMicroelectronics NV (Ticker: GB:0INB).

Subscribe Now · | Go Premium | Type Expert or Stock 🔍 | Ideas | Tools | Screeners | Dividends | Top Experts | Portfolio | News | Plans | More



**Jean-Marc Chery**
**STMicroelectronics NV (0INB)**
🏢 President & Chief Executive Officer
★★★★★
Ranked #94,985 out of 100,956 Corporate Insiders

See the Hottest Stocks Based on Insider Trading >

## Profitable Transactions
18%
5 out of 28 Profitable Transactions

## Average Return
**-20.40%**
Average return per transaction

Time Frame: 1 Year
Compare to: No Benchmark

How are Insiders Ranked?

## Jean-Marc Chery's Trading History

| Company Name | Last Transaction Date | Insider Position | Last Transaction | Last Transaction Amount | Holding Value |
|---|---|---|---|---|---|
| 0INB STMicroelectronics NV | Jan 09, 2025 | President & Chief ... | Uninformative Buy | — | €1.22M |

Export Stocks to Screener >

GB:0INB €22.51 ▲ €0.36 (1.63%) | Insider Shares: 51.06K (0.56%) | Value: €1.22M

5d 3m 6m 1y YTD 3y 5y 10y
-44.99%

Apr '24 May '24 Jun '24 Jul '24 Aug '24 Sep '24 Oct '24 Nov '24 Dec '24

Sell

### Success Rate for 0INB
18%
5 out of 28 profitable transactions on 0INB

### Average Return for 0INB
**-20.42%**
Average return transaction on 0INB per

| Date ▼ | Transaction | Amount | No. of Shares | Price per Share | Profit | Link to Report |
|---|---|---|---|---|---|---|
| Jan 09, 2025 | Uninformative Buy | €0.00 | - | - | — | 🔢 |
| Oct 14, 2024 | Uninformative Buy | €0.00 | €0.00 | €0.00 | — | 🔢 |

## Insider Holdings ⓘ



€1M   ■ 100.00% 0INB

See the Top Stocks by Insiders

## Insider Roles ⓘ

| | |
|---|---|
| STMicroelectronics NV (0INB) | President & Chief Executive Officer |

See the Top Corporate Insiders

## Most Profitable Insider Trade ⓘ

| | |
|---|---|
| Stock: | STMicroelectronics NV (0INB) |
| Rating: | Informative Sell |
| Date: | Jul 31, 2023 - Jul 31, 2024 |
| Return: | +37.70% |

See the Latest Stocks Traded by Insiders

| Date | Rating | Value | | Price | Return | |
|---|---|---|---|---|---|---|
| Jul 15, 2024 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| May 28, 2024 | Informative Sell | €2.06M | - | €41.67 | +37.40% | 📋 |
| May 28, 2024 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Aug 01, 2023 | Informative Sell | $1.09M | - | $52.79 | +37.70% | 📋 |
| Jul 18, 2023 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| Jun 22, 2023 | Informative Sell | $882.01K | - | $48.51 | +12.90% | 📋 |
| Jun 22, 2023 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Mar 30, 2023 | Informative Sell | $0.00 | - | $0.00 | +16.80% | 📋 |
| Mar 30, 2023 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Feb 13, 2023 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| Aug 03, 2022 | Informative Sell | $671.70K | - | $37.58 | -21.60% | 📋 |
| Aug 03, 2022 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Jun 24, 2022 | Informative Sell | $480.06K | - | $33.85 | -36.60% | 📋 |
| Jun 24, 2022 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Apr 29, 2022 | Informative Sell | $315.40K | - | $36.79 | -5.60% | 📋 |
| Mar 31, 2022 | Informative Sell | $257.12K | - | $44.50 | -23.90% | 📋 |
| Mar 31, 2022 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Mar 30, 2022 | Informative Sell | $117.19K | - | $44.49 | -18.80% | 📋 |
| Mar 30, 2022 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Aug 04, 2021 | Informative Sell | $719.82K | - | $40.73 | -9.80% | 📋 |
| Jun 22, 2021 | Informative Sell | $524.24K | - | $36.53 | -4.20% | 📋 |
| Jun 22, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Jun 07, 2021 | Informative Sell | $745.84K | - | $36.73 | -21.80% | 📋 |
| Jun 05, 2021 | Informative Sell | $581.81K | - | $37.07 | -24.10% | 📋 |
| Jun 05, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| May 27, 2021 | Informative Sell | $454.34K | - | $37.15 | -23.90% | 📋 |
| May 26, 2021 | Informative Sell | $334.45K | - | $36.66 | -18.20% | 📋 |

| Date | Type | Value | | Price | Percentage | |
|---|---|---|---|---|---|---|
| May 26, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| May 06, 2021 | Informative Sell | $259.56K | - | $37.08 | -15.90% | |
| May 06, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Mar 30, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Aug 12, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jul 30, 2020 | Informative Sell | €1.98M | - | €24.82 | -41.60% | |
| Jul 30, 2020 | Informative Sell | €2.56K | - | €24.82 | -41.60% | |
| Jul 15, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jun 24, 2020 | Informative Sell | $333.87K | - | $26.55 | -30.00% | |
| Jun 24, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jun 04, 2020 | Informative Sell | $344.04K | - | $24.76 | -24.40% | |
| Jun 04, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| May 29, 2020 | Informative Sell | $222.84K | - | $25.28 | -41.10% | |
| May 29, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| May 15, 2020 | Informative Sell | $105.23K | - | $24.83 | -33.50% | |
| May 15, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Apr 07, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jan 29, 2020 | Informative Sell | $1.28M | - | $30.62 | -22.90% | |
| Jan 29, 2020 | Informative Sell | $3.95K | - | $30.62 | -22.90% | |
| Jan 14, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Oct 10, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jul 10, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jun 25, 2019 | Informative Sell | $213.84K | - | $16.90 | -59.00% | |
| Jun 25, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jun 05, 2019 | Informative Sell | $234.43K | - | $15.27 | -81.40% | |
| Jun 05, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| May 30, 2019 | Informative Sell | $96.24K | - | $15.22 | -62.70% | |
| May 30, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |

| Apr 10, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jan 15, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jul 31, 2018 | Informative Sell | $220.70K | - | $22.07 | +8.90% | |
| Jul 13, 2018 | Uninformative Buy | €0.00 | - | €0.00 | — | |
| Jun 26, 2018 | Uninformative Buy | €0.00 | - | €0.00 | — | |
| Jun 07, 2018 | Uninformative Buy | €0.00 | - | €0.00 | — | |

See All Insider Trading from Today

## You May Also Like



Meet our Smart Portfolio. See what top analysts say about your stocks.



Get a breakdown of the different strategies based on detected insider trading activity.

Find the best performing Analyst in each sector. Follow them so you never miss a recommendation.

## Jean-Marc Chery insider profile FAQ

| | |
|---|---|
| What is the percentage of profitable transactions made by Jean-Marc Chery? | ⌄ |
| What is the average return per transaction made by Jean-Marc Chery? | ⌄ |
| What stocks does Jean-Marc Chery hold? | ⌄ |
| What was Jean-Marc Chery's latest transaction? | ⌄ |
| What was Jean-Marc Chery's most profitable transaction? | ⌄ |
| What is Jean-Marc Chery's role in STMicroelectronics NV? | ⌄ |
| How can I follow the stock ratings of top corporate insiders? | ⌄ |



TipRanks is a comprehensive research tool that helps investors make better, data-driven investment decisions.

| Education | About us | Working With TipRanks | Plans |
|---|---|---|---|
| How To Use TipRanks | About TipRanks | Enterprise Solutions | Plans & Pricing |
| TipRanks Labs | Contact Us | Top Online Brokers | Smart Investor Newsletter |

NEWSLETTER SUBSCRIPTION

Enter your email to receive our newsletter

Email address    SIGN UP

I'm not a robot

reCAPTCHA
Privacy - Terms

✔ I agree to TipRanks Terms of use and Privacy Policy

Terms of Use        Privacy Policy        FAQ

Webinar Center

Glossary

FAQs

Careers

Reviews

Become an Affiliate

TipRanks News Wire

Smart Dividend Newsletter

API for Institutions

Real Estate Opportunities

Arrived

EquityMultiple

Find Us on

Download on the App Store

GET IT ON Google Play

**Disclaimer:** The TipRanks Smart Score performance is based on backtested results. Backtested performance is not an indicator of future actual results. The results reflect performance of a strategy not historically offered to investors and does not represent returns that any investor actually attained. Backtested results are calculated by the retroactive application of a model constructed on the basis of historical data and based on assumptions integral to the model which may or may not be testable and are subject to losses. General assumptions include: XYZ firm would have been able to purchase the securities recommended by the model and the markets were sufficiently liquid to permit all trading. Changes in these assumptions may have a material impact on the backtested returns presented. Certain assumptions have been made for modeling purposes and are unlikely to be realized. No representations and warranties are made as to the reasonableness of the assumptions. This information is provided for illustrative purposes only. Backtested performance is developed with the benefit of hindsight and has inherent limitations. Specifically, backtested results do not reflect actual trading or the effect of material economic and market factors on the decision-making process. Since trades have not actually been executed, results may have under- or over-compensated for the impact, if any, of certain market factors, such as lack of liquidity, and may not reflect the impact that certain economic or market factors may have decision-making process. Further, backtesting allows the security selection methodology to be adjusted until past returns are maximized. Actual performance may differ significantly from backtested performance. Backtested results are adjusted to reflect the reinvestment of dividends and other income and, except where otherwise indicated, are presented gross-of fees and do not include the effect of backtested transaction costs, management fees, performance fees or expenses, if applicable. Please note all regulatory considerations regarding the presentation of fees must be taken into account. No cash balance or cash flow is included in the calculation.

Review us
★ Trustpilot

TipRanks > Top Financial Experts > Insiders > Lorenzo Grandi

Get the App    Subscribe Now    Go Premium

Type Expert or Stock

Ideas    Tools    Screeners    Dividends    Top Experts    Portfolio    News    More    Plans

**Lorenzo Grandi**
STMicroelectronics NV (0INB)
Chief Financial Officer
★★★★★
Ranked #77,358 out of 100,956 Corporate Insiders

See the Hottest Stocks Based on Insider Trading >

**Profitable Transactions**
38%
8 out of 21 Profitable Transactions

**Average Return** ⊖
**-7.90%**
Average return per transaction

**Time Frame**    1 Year

**Compare to**    No Benchmark

How are Insiders Ranked?

## Lorenzo Grandi's Trading History

| Company Name | Last Transaction Date | Insider Position | Last Transaction | Last Transaction Amount | Holding Value |
|---|---|---|---|---|---|
| STMicroelectronics NV | Oct 14, 2024 | Chief Financial O... | Uninformative Buy | — | €432.08K |

GB:0INB  €22.51  ▲ €0.36 (1.63%)  |  Insider Shares: 18.15K (0.20%)  |  Value: €432.08K

-44.99%

5d  3m  6m  1y  YTD  3y  5y  10y

Apr '24  May '24  Jun '24  Jul '24  Aug '24  Sep '24  Oct '24  Nov '24  Dec '24

Sell

Export Stocks to Screener >

**Success Rate for 0INB**
8 out of 21 profitable transactions on 0INB
38%

**Average Return for 0INB**
Average return per transaction on 0INB
-7.92%

| Date ▼ | Transaction | Amount | No. of Shares | Price per Share | Profit | Link to Report |
|---|---|---|---|---|---|---|
| Oct 14, 2024 | Uninformative Buy | €0.00 | - | €0.00 | — | |
| Jul 15, 2024 | Uninformative Buy | €0.00 | - | €0.00 | — | |

## Insider Holdings ⓘ



€432K　　■ 100.00% 0INB

See the Top Stocks by Insiders

## Insider Roles ⓘ

| STMicroelectronics NV (0INB) | Chief Financial Officer |
|---|---|

See the Top Corporate Insiders

## Most Profitable Insider Trade ⓘ

| | |
|---|---|
| Stock: | STMicroelectronics NV (0INB) |
| Rating: | Informative Sell |
| Date: | Aug 02, 2023 - Aug 02, 2024 |
| Return: | +38.30% |

See the Latest Stocks Traded by Insiders

| Date | Rating | Value | | Price | Return | |
|---|---|---|---|---|---|---|
| May 31, 2024 | Informative Sell | €650.65K | - | €41.73 | +35.90% | 📋 |
| May 31, 2024 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| May 29, 2024 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| Aug 03, 2023 | Informative Sell | $1.72M | - | $53.13 | +38.30% | 📋 |
| Jul 20, 2023 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Jun 29, 2023 | Informative Sell | $675.16K | - | $48.51 | +17.00% | 📋 |
| Jun 29, 2023 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| Jun 03, 2023 | Informative Sell | $647.14K | - | $43.41 | +7.10% | 📋 |
| Jun 03, 2023 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Feb 09, 2023 | Informative Sell | $1.57K | - | $50.51 | +7.20% | 📋 |
| Jan 18, 2023 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Oct 13, 2022 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Aug 05, 2022 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| Jul 01, 2022 | Informative Sell | $390.19K | - | $33.85 | -55.40% | 📋 |
| Jul 01, 2022 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Jun 15, 2022 | Informative Sell | $236.45K | - | $40.11 | -34.90% | 📋 |
| Jun 15, 2022 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Aug 10, 2021 | Informative Sell | $1.02M | - | $40.72 | -0.30% | 📋 |
| Jun 29, 2021 | Informative Sell | $444.90K | - | $36.53 | 0.00% | 📋 |
| Jun 29, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Jun 10, 2021 | Informative Sell | $746.23K | - | $37.33 | -11.60% | 📋 |
| Jun 10, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Jun 03, 2021 | Informative Sell | $283.82K | - | $36.66 | -23.90% | 📋 |
| Jun 03, 2021 | Uninformative Buy | $0.00 | - | $0.00 | — | 📋 |
| Dec 28, 2020 | Uninformative Buy | €0.00 | - | €0.00 | — | 📋 |
| Oct 23, 2020 | Informative Buy | $607.32K | - | $33.74 | +5.50% | 📋 |
| Aug 03, 2020 | Informative Sell | $426.00K | - | $28.40 | -16.60% | 📋 |

| Date | Type | Value | | Price | Change | |
|---|---|---|---|---|---|---|
| Jul 13, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jun 22, 2020 | Informative Sell | $199.36K | - | $26.55 | -20.90% | |
| Jun 22, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| May 31, 2020 | Informative Sell | $219.15K | - | $24.76 | -31.30% | |
| May 31, 2020 | Uninformative Buy | €0.00 | - | €0.00 | — | |
| May 23, 2020 | Informative Sell | $189.27K | - | $25.28 | -31.90% | |
| May 23, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Feb 06, 2020 | Informative Sell | $1.19M | - | $29.85 | -5.70% | |
| Jan 17, 2020 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Oct 25, 2019 | Uninformative Buy | €0.00 | - | €0.00 | — | |
| Aug 26, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jul 12, 2019 | Informative Sell | $113.21K | - | $16.90 | -61.60% | |
| Jul 12, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jun 26, 2019 | Informative Buy | $132.39K | - | $15.27 | +4.50% | |
| Jun 26, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jun 14, 2019 | Informative Sell | $50.96K | - | $15.22 | -7.30% | |
| Jun 14, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jan 18, 2019 | Uninformative Buy | $0.00 | - | $0.00 | — | |
| Jul 14, 2018 | Uninformative Buy | €0.00 | - | €0.00 | — | |
| Jun 30, 2018 | Informative Sell | $140.24K | - | $23.73 | +19.60% | |
| Jun 30, 2018 | Uninformative Buy | $0.00 | - | $0.00 | — | |

See All Insider Trading from Today

## You May Also Like


Meet our Smart Portfolio. See what top analysts say about your stocks.


Get a breakdown of the different strategies based on detected insider trading activity.


Find the best performing Analyst in each sector. Follow them so you never miss a recommendation.

# Lorenzo Grandi insider profile FAQ

What is the percentage of profitable transactions made by Lorenzo Grandi?    ⌄

What is the average return per transaction made by Lorenzo Grandi?    ⌄

What stocks does Lorenzo Grandi hold?    ⌄

What was Lorenzo Grandi's latest transaction?    ⌄

What was Lorenzo Grandi's most profitable transaction?    ⌄

What is Lorenzo Grandi's role in STMicroelectronics NV?    ⌄

How can I follow the stock ratings of top corporate insiders?    ⌄

TipRanks is a comprehensive research tool that helps investors make better, data-driven investment decisions.

NEWSLETTER SUBSCRIPTION

Enter your email to receive our newsletter

Email address    SIGN UP

I'm not a robot    reCAPTCHA
Privacy - Terms

✔ I agree to TipRanks Terms of use and Privacy Policy

Terms of Use        Privacy Policy        FAQ

### Education

How To Use TipRanks

TipRanks Labs

Webinar Center

Glossary

FAQs

### About us

About TipRanks

Contact Us

Careers

Reviews

### Working With TipRanks

Enterprise Solutions

Top Online Brokers

Become an Affiliate

TipRanks News Wire

### Plans

Plans & Pricing

Smart Investor Newsletter

Smart Dividend Newsletter

API for Institutions

### Real Estate Opportunities

Arrived

EquityMultiple

Find Us on

Download on the App Store    GET IT ON Google Play

**Disclaimer:** The TipRanks Smart Score performance is based on backtested results. Backtested performance is not an indicator of future actual results. The results reflect performance of a strategy not historically offered to investors and does not represent returns that any investor actually attained. Backtested results are calculated by the retroactive application of a model constructed on the basis of historical data and based on assumptions integral to the model which may or may not be testable and are subject to losses. General assumptions include: XYZ firm would have been able to purchase the securities recommended by the model and the markets were sufficiently liquid to permit all trading. Changes in these assumptions may have a material impact on the backtested returns presented. Certain assumptions have been made for modeling purposes and are unlikely to be realized. No representations and warranties are made as to the reasonableness of the assumptions. This information is provided for illustrative purposes only. Backtested performance is developed with the benefit of hindsight and has inherent limitations. Specifically, backtested results do not reflect actual trading or the effect of material economic and market factors on the decision-making process. Since trades have not actually been executed, results may have under- or over-compensated for the impact, if any, of certain market factors, such as lack of liquidity, and may not reflect the impact that certain economic or market factors may have Review us decision-making process. Further, backtesting allows the security selection methodology to be adjusted until past returns are maximized. Actual performance may differ significantly from backtested performance. Backtested r adjusted to reflect the reinvestment of dividends and other income and, except where otherwise indicated, are

presented gross-of fees and do not include the effect of backtested transaction costs, management fees, performance fees or expenses, if applicable. Please note all regulatory considerations regarding the presentation of fees must be taken into account. No cash balance or cash flow is included in the calculation.