# EXHIBIT U

## US dollar (USD)

**20 March 2025**
**EUR 1 = USD 1.0833** -0.0064(-0.6%)

Change from **30 July 2020** to **30 July 2020**

| Min (30 July 2020) | Max (30 July 2020) | Average |
|---|---|---|
| **1.1743** | **1.1743** | **1.1743** |



### Reference rates over last four months - US dollar (USD)

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3<br>1.0465 | 4<br>1.0557 | 5<br>1.0694 | 6<br>1.0796 | 7<br>1.0857 | 8 | 9 |
| 10<br>1.0845 | 11<br>1.0912 | 12<br>1.0886 | 13<br>1.0830 | 14<br>1.0889 | 15 | 16 |
| 17<br>1.0903 | 18<br>1.0918 | 19<br>1.0897 | 20<br>1.0833 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3<br>1.0274 | 4<br>1.0335 | 5<br>1.0422 | 6<br>1.0360 | 7<br>1.0377 | 8 | 9 |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| 10 1.0320 | 11 1.0324 | 12 1.0370 | 13 1.0390 | 14 1.0478 | 15 | 16 |
| 17 1.0473 | 18 1.0447 | 19 1.0434 | 20 1.0443 | 21 1.0465 | 22 | 23 |
| 24 1.0466 | 25 1.0497 | 26 1.0487 | 27 1.0477 | 28 1.0411 | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | 1 | 2 1.0321 | 3 1.0299 | 4 | 5 |
| 6 1.0426 | 7 1.0393 | 8 1.0286 | 9 1.0305 | 10 1.0304 | 11 | 12 |
| 13 1.0198 | 14 1.0245 | 15 1.0300 | 16 1.0272 | 17 1.0298 | 18 | 19 |
| 20 1.0316 | 21 1.0357 | 22 1.0443 | 23 1.0404 | 24 1.0472 | 25 | 26 |
| 27 1.0530 | 28 1.0421 | 29 1.0396 | 30 1.0403 | 31 1.0393 | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 1.0507 | 3 1.0512 | 4 1.0492 | 5 1.0540 | 6 1.0581 | 7 | 8 |
| 9 1.0568 | 10 1.0527 | 11 1.0507 | 12 1.0491 | 13 1.0518 | 14 | 15 |
| 16 1.0498 | 17 1.0497 | 18 1.0496 | 19 1.0395 | 20 1.0390 | 21 | 22 |
| 23 1.0393 | 24 1.0395 | 25 | 26 | 27 1.0435 | 28 | 29 |
| 30 1.0444 | 31 1.0389 | | | | | |

Copyright 2025, European Central Bank

## US dollar (USD)

**20 March 2025**
**EUR 1 = USD 1.0833 -0.0064(-0.6%)**

Change from **28 May 2024** to **28 May 2024**

| Min (28 May 2024) | Max (28 May 2024) | Average |
|---|---|---|
| **1.0882** | **1.0882** | **1.0882** |



### Reference rates over last four months - US dollar (USD)

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3<br>1.0465 | 4<br>1.0557 | 5<br>1.0694 | 6<br>1.0796 | 7<br>1.0857 | 8 | 9 |
| 10<br>1.0845 | 11<br>1.0912 | 12<br>1.0886 | 13<br>1.0830 | 14<br>1.0889 | 15 | 16 |
| 17<br>1.0903 | 18<br>1.0918 | 19<br>1.0897 | 20<br>1.0833 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3<br>1.0274 | 4<br>1.0335 | 5<br>1.0422 | 6<br>1.0360 | 7<br>1.0377 | 8 | 9 |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| **10** 1.0320 | **11** 1.0324 | **12** 1.0370 | **13** 1.0390 | **14** 1.0478 | **15** | **16** |
| **17** 1.0473 | **18** 1.0447 | **19** 1.0434 | **20** 1.0443 | **21** 1.0465 | **22** | **23** |
| **24** 1.0466 | **25** 1.0497 | **26** 1.0487 | **27** 1.0477 | **28** 1.0411 | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | **1** | **2** 1.0321 | **3** 1.0299 | **4** | **5** |
| **6** 1.0426 | **7** 1.0393 | **8** 1.0286 | **9** 1.0305 | **10** 1.0304 | **11** | **12** |
| **13** 1.0198 | **14** 1.0245 | **15** 1.0300 | **16** 1.0272 | **17** 1.0298 | **18** | **19** |
| **20** 1.0316 | **21** 1.0357 | **22** 1.0443 | **23** 1.0404 | **24** 1.0472 | **25** | **26** |
| **27** 1.0530 | **28** 1.0421 | **29** 1.0396 | **30** 1.0403 | **31** 1.0393 | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | | **1** |
| **2** 1.0507 | **3** 1.0512 | **4** 1.0492 | **5** 1.0540 | **6** 1.0581 | **7** | **8** |
| **9** 1.0568 | **10** 1.0527 | **11** 1.0507 | **12** 1.0491 | **13** 1.0518 | **14** | **15** |
| **16** 1.0498 | **17** 1.0497 | **18** 1.0496 | **19** 1.0395 | **20** 1.0390 | **21** | **22** |
| **23** 1.0393 | **24** 1.0395 | **25** | **26** | **27** 1.0435 | **28** | **29** |
| **30** 1.0444 | **31** 1.0389 | | | | | |

Copyright 2025, European Central Bank

## US dollar (USD)

**20 March 2025**
**EUR 1 = USD 1.0833 -0.0064(-0.6%)**

Change from **31 May 2024** to **31 May 2024**

| Min (31 May 2024) | Max (31 May 2024) | Average |
|---|---|---|
| **1.0852** | **1.0852** | **1.0852** |



### Reference rates over last four months - US dollar (USD)

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3<br>1.0465 | 4<br>1.0557 | 5<br>1.0694 | 6<br>1.0796 | 7<br>1.0857 | 8 | 9 |
| 10<br>1.0845 | 11<br>1.0912 | 12<br>1.0886 | 13<br>1.0830 | 14<br>1.0889 | 15 | 16 |
| 17<br>1.0903 | 18<br>1.0918 | 19<br>1.0897 | 20<br>1.0833 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3<br>1.0274 | 4<br>1.0335 | 5<br>1.0422 | 6<br>1.0360 | 7<br>1.0377 | 8 | 9 |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| **10** 1.0320 | **11** 1.0324 | **12** 1.0370 | **13** 1.0390 | **14** 1.0478 | **15** | **16** |
| **17** 1.0473 | **18** 1.0447 | **19** 1.0434 | **20** 1.0443 | **21** 1.0465 | **22** | **23** |
| **24** 1.0466 | **25** 1.0497 | **26** 1.0487 | **27** 1.0477 | **28** 1.0411 | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | **1** | **2** 1.0321 | **3** 1.0299 | **4** | **5** |
| **6** 1.0426 | **7** 1.0393 | **8** 1.0286 | **9** 1.0305 | **10** 1.0304 | **11** | **12** |
| **13** 1.0198 | **14** 1.0245 | **15** 1.0300 | **16** 1.0272 | **17** 1.0298 | **18** | **19** |
| **20** 1.0316 | **21** 1.0357 | **22** 1.0443 | **23** 1.0404 | **24** 1.0472 | **25** | **26** |
| **27** 1.0530 | **28** 1.0421 | **29** 1.0396 | **30** 1.0403 | **31** 1.0393 | | |

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|
| | | | | | | **1** |
| **2** 1.0507 | **3** 1.0512 | **4** 1.0492 | **5** 1.0540 | **6** 1.0581 | **7** | **8** |
| **9** 1.0568 | **10** 1.0527 | **11** 1.0507 | **12** 1.0491 | **13** 1.0518 | **14** | **15** |
| **16** 1.0498 | **17** 1.0497 | **18** 1.0496 | **19** 1.0395 | **20** 1.0390 | **21** | **22** |
| **23** 1.0393 | **24** 1.0395 | **25** | **26** | **27** 1.0435 | **28** | **29** |
| **30** 1.0444 | **31** 1.0389 | | | | | |

Copyright 2025, European Central Bank