**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STMICROELECTRONICS N.V. SECURITIES LITIGATION | Case No.: 1:24-cv-06370-AKH |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORAL ARGUMENT REQUESTED |

**DECLARATION OF DAVID M.J. REIN IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, David M.J. Rein, hereby declare under penalty of perjury as follows:

1.      I am a member of the Bar of the State of New York and a partner at Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action.  I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint.

2.      Attached to this Declaration as Exhibit A is a chart prepared by Sullivan & Cromwell employees under my direction, which, for the convenience of the Court, lists the challenged statements in the Second Amended Complaint and certain of the grounds on which Defendants seek dismissal.

3.      Attached to this Declaration as Exhibit B is a chart prepared by Sullivan & Cromwell employees under my direction, which, for the convenience of the Court, lists cautionary disclosures by STMicroelectronics N.V. ("ST") to investors of risks related to customer inventory and demand issued between February 23, 2023 and July 25, 2024.  The chart indicates the paragraph number of the Second Amended Complaint or judicially noticeable document in which the cautionary disclosure is referenced.

4.      Attached to this Declaration as Exhibits C through R are true and correct copies of the following documents (excerpted where indicated).  I also note below where documents are

referenced in the Second Amended Complaint or if they are referenced in a judicially noticeable document.

| | |
|---|---|
| Exhibit C | Business update press release of ST, dated October 27, 2010, filed on Form 6-K with the U.S. Securities and Exchange Commission ("SEC") on October 27, 2010.* |
| Exhibit D | Annual Report of ST, dated February 23, 2023, filed on Form 20-F with the SEC on February 23, 2023 (excerpts).* |
| Exhibit E | Transcript of March 14, 2023 interview of Jean-Marc Chery at Citi TMT Conference, from Refinitiv StreetEvents.  (SAC ¶ 58.) |
| Exhibit F | Transcript of Q1 2023 earnings conference call, dated April 27, 2023, from Refinitiv StreetEvents.  (SAC ¶ 60.) |
| Exhibit G | Transcript of June 6, 2023 interview of Jean-Marc Chery at Exane BNP Paribas 25th European CEO Conference, from Chorus Call.  (SAC ¶¶ 62, 64.) |
| Exhibit H | Transcript of September 6, 2023 interview of Jean-Marc Chery at Citi Global Technology Conference, from Refinitiv StreetEvents.  (SAC ¶ 66.) |
| Exhibit I | Transcript of Q3 2023 earnings conference call, dated October 26, 2023, from Refinitiv StreetEvents.  (SAC ¶¶ 68, 70.) |
| Exhibit J | Annual earnings press release of ST, dated January 25, 2024, filed on Form 6-K with the SEC on January 25, 2024.  (SAC ¶ 72.) |
| Exhibit K | Transcript of FY 2023 earnings conference call, dated January 25, 2024, from Refinitiv StreetEvents.  (SAC ¶¶ 74, 76.) |
| Exhibit L | Annual Report of ST, dated February 22, 2024, filed on Form 20-F with the SEC on February 22, 2024 (excerpts).  (SAC ¶¶ 80, 82, 84, 86.) |
| Exhibit M | Transcript of March 12, 2024 interview of Jean-Marc Chery and Lorenzo Grandi at Citi TMT Conference, from Refinitiv StreetEvents.  (SAC ¶¶ 88, 90.) |
| Exhibit N | Transcript of Q1 2024 earnings conference call, dated April 25, 2024, from Refinitiv StreetEvents.  (SAC ¶ 92.) |

---

*       Exhibit is not cited in the Second Amended Complaint but is judicially noticeable.  *See* Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint at 5 n.3.

| Exhibit O | Transcript of Q2 2024 earnings conference call, dated July 25, 2024, from Refinitiv StreetEvents. (SAC ¶ 94.) |
| Exhibit P | Q3 2024 earnings press release of ST, dated October 31, 2024, filed on Form 6-K with the SEC on October 31, 2024. (SAC ¶ 101.) |
| Exhibit Q | Annual Report of ST, dated February 27, 2025, filed on Form 20-F with the SEC on February 27, 2025 (excerpts).[*] |
| Exhibit R | ST Insider Trading Policy, appended as Exhibit 98.1 to the Annual Report of ST, dated February 27, 2025, filed on Form 20-F with the SEC on February 27, 2025.[*] |

5.      Attached to this Declaration as Exhibit S is a chart prepared by Sullivan & Cromwell employees under my direction, which, for the convenience of the Court, summarizes Jean-Marc Chery's and Lorenzo Grandi's alleged stock sales as listed on TipRanks.com, the source cited in the Second Amended Complaint. (SAC ¶ 110.)

6.      Attached to this Declaration as Exhibit T are true and correct copies of Jean-Marc Chery's and Lorenzo Grandi's pages on TipRanks.com, available at https://www.tipranks.com/experts/insiders/jean-marc--chery (last visited March 20, 2025), and https://www.tipranks.com/experts/insiders/lorenzo--grandi (last visited March 20, 2025), the contents of which are summarized on Exhibit S. (SAC ¶ 110.)

7.      Attached to this Declaration as Exhibit U are the Euro to USD exchange rates on July 30, 2020, May 28, 2024, and May 31, 2024, according to true and correct copies of the website of the European Central Bank, available at https://www.ecb.europa.eu/stats/policy_and_exchange_rates/euro_reference_exchange_rates/html/eurofxref-graph-usd.en.html (last visited March 20, 2025).[*]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2025 in New York, New York.

David M.J. Rein