# EXHIBIT Q

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 20-F

☐   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2024**
**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐   **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report_____
For the transition period from _____ to _____
Commission file number:  1-13546

# STMicroelectronics N.V.

(Exact name of Registrant as specified in its charter)

## Not Applicable

(Translation of Registrant's name into English)

## The Netherlands

(Jurisdiction of incorporation or organization)

**WTC Schiphol Airport**
**Schiphol Boulevard 265**
**1118 BH Schiphol**
**The Netherlands**

(Address of principal executive offices)
**Jean-Marc Chery**
**39, Chemin du Champ des Filles**
**1228 Plan-Les-Ouates**
**Geneva**
**Switzerland**
**Tel:  +41 22 929 29 29**
**Fax:  +41 22 929 29 88**

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)
Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of Each Class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common shares, nominal value €1.04 per share | STM | New York Stock Exchange |

Securities registered or to be registered pursuant to Section 12(g) of the Act.
**None**

(Title of Class)
Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.
**None**

(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

**898,175,408 common shares outstanding as of December 31, 2024**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  ☒Yes    ☐No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.  ☐Yes    ☒No

Note – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  ☒Yes    ☐No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  ☒Yes    ☐No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company.  See definition of "large accelerated filer", "accelerated filer", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Emerging growth company | ☐ |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act.  ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.  ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements.  ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b).  ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| U.S. GAAP  ☒ | International Financial Reporting Standards as issued by the International Accounting Standards Board  ☐ | Other  ☐ |

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court. ☐ Yes ☐ No

**TABLE OF CONTENTS**

Page

PART I ........................................................................................................................... 7

| | | |
|---|---|---|
| Item 1. | Identity of Directors, Senior Management and Advisers | 7 |
| Item 2. | Offer Statistics and Expected Timetable | 126 |
| Item 3. | Key Information | 7 |
| Item 4. | Information on the Company | 29 |
| Item 5. | Operating and Financial Review and Prospects | 46 |
| Item 6. | Directors, Senior Management and Employees | 79 |
| Item 7. | Major Shareholders and Related Party Transactions | 124 |
| Item 8. | Financial Information | 125 |
| Item 9. | Listing | 126 |
| Item 10. | Additional Information | 126 |
| Item 11. | Quantitative and Qualitative Disclosures About Market Risk | 142 |
| Item 12. | Description of Securities Other than Equity Securities | 145 |

PART II                                                                                          147

| | | |
|---|---|---|
| Item 13. | Defaults, Dividend Arrearages and Delinquencies | 147 |
| Item 14. | Material Modifications to the Rights of Security Holders and Use of Proceeds | 147 |
| Item 15. | Controls and Procedures | 147 |
| Item 16. | | |
| Item 16A. | Audit Committee Financial Expert | 149 |
| Item 16B. | Code of Ethics | 149 |
| Item 16C. | Principal Accountant Fees and Services | 150 |
| Item 16D. | Exemptions from the Listing Standards for Audit Committees | 151 |
| Item 16E. | Purchases of Equity Securities by the Issuer and Affiliated Purchasers | 151 |
| Item 16F. | Change in Registrant's Certifying Accountant. | 152 |
| Item 16G. | Corporate Governance | 152 |
| Item 16H. | Mine Safety Disclosure | 154 |
| Item 16I. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 154 |
| Item 16J. | Insider Trading Policies | 154 |
| Item 16K. | Cybersecurity | 154 |

PART III                                                                                         158

| | | |
|---|---|---|
| Item 17. | Financial Statements | 158 |
| Item 18. | Financial Statements | 158 |
| Item 19. | Exhibits | 158 |

**PRESENTATION OF FINANCIAL AND OTHER INFORMATION**

In this annual report on Form 20-F (the "Form 20-F"), references to "we", "us" "our", the "Group", "ST", "STM" and "Company" are to STMicroelectronics N.V. together with its consolidated subsidiaries, references to "EU" are to the European Union, references to "€" and the "Euro" are to the Euro currency of the EU, references to the "United States" and the "U.S." are to the United States of America and references to "$" and to "U.S. dollars" are to United States dollars. References to "mm" are to millimeters and references to "nm" are to nanometers.

We have compiled market size and our market share data in this Form 20-F using statistics and other information obtained from several third-party sources. Except as otherwise disclosed herein, all references to trade association data are references to World Semiconductor Trade Statistics ("WSTS"). Certain terms used in this Form 20-F are defined in "Certain Terms".

We report our financial statements in U.S. dollars and prepare our audited consolidated financial statements (the "Consolidated Financial Statements") in accordance with generally accepted accounting principles in the United States ("U.S. GAAP"). We also report certain non-U.S. GAAP financial measures (free cash flow, net financial position and adjusted net financial position), which are derived from the amounts presented in the financial statements prepared under U.S. GAAP. Furthermore, we are required by Dutch law to report our Statutory and Consolidated Financial Statements, in accordance with International Financial Reporting Standards ("IFRS"), as issued by the International Accounting Standards Board ("IASB") and adopted by the EU. The IFRS financial statements are reported separately and can differ materially from the statements reported in U.S. GAAP.

Various amounts and percentages used in this Form 20-F have been rounded and, accordingly, they may not total 100%.

We and our affiliates own or otherwise have rights to the trademarks and trade names, including those mentioned in this Form 20-F, used in conjunction with the marketing and sale of our products.

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

Some of the statements contained in this Form 20-F that are not historical facts, particularly in "Item 3. Key Information — Risk Factors", "Item 4. Information on the Company" and "Item 5. Operating and Financial Review and Prospects" and "— Business Outlook" are statements of future expectations and other forward-looking statements (within the meaning of Section 27A of the Securities Act of 1933 or Section 21E of the Securities Exchange Act of 1934, each as amended) that are based on management's current views and assumptions, and are conditioned upon and also involve known and unknown risks and uncertainties that could cause actual results, performance or events to differ materially from those anticipated by such statements due to, among other factors:

- changes in global trade policies, including the adoption and expansion of tariffs and trade barriers, that could affect the macro-economic environment and adversely impact the demand for our products;

- uncertain macro-economic and industry trends (such as inflation and fluctuations in supply chains), which may impact production capacity and end-market demand for our products;

- customer demand that differs from projections which may require us to undertake transformation measures that may not be successful in realizing the expected benefits in full or at all;

- the ability to design, manufacture and sell innovative products in a rapidly changing technological environment;

- changes in economic, social, public health, labor, political, or infrastructure conditions in the locations where we, our customers, or our suppliers operate, including as a result of

4

macro-economic or regional events, geopolitical and military conflicts, social unrest, labor actions, or terrorist activities;

- unanticipated events or circumstances, which may impact our ability to execute our plans and/or meet the objectives of our R&D and manufacturing programs, which benefit from public funding;

- financial difficulties with any of our major distributors or significant curtailment of purchases by key customers;

- the loading, product mix, and manufacturing performance of our production facilities and/or our required volume to fulfill capacity reserved with suppliers or third-party manufacturing providers;

- availability and costs of equipment, raw materials, utilities, third-party manufacturing services and technology, or other supplies required by our operations (including increasing costs resulting from inflation);

- the functionalities and performance of our IT systems, which are subject to cybersecurity threats and which support our critical operational activities including manufacturing, finance and sales, and any breaches of our IT systems or those of our customers, suppliers, partners and providers of third-party licensed technology;

- theft, loss, or misuse of personal data about our employees, customers, or other third parties, and breaches of data privacy legislation;

- the impact of IP claims by our competitors or other third parties, and our ability to obtain required licenses on reasonable terms and conditions;

- changes in our overall tax position as a result of changes in tax rules, new or revised legislation, the outcome of tax audits or changes in international tax treaties which may impact our results of operations as well as our ability to accurately estimate tax credits, benefits, deductions and provisions and to realize deferred tax assets;

- variations in the foreign exchange markets and, more particularly, the U.S. dollar exchange rate as compared to the Euro and the other major currencies we use for our operations;

- the outcome of ongoing litigation as well as the impact of any new litigation to which we may become a defendant;

- product liability or warranty claims, claims based on epidemic or delivery failure, or other claims relating to our products, or recalls by our customers for products containing our parts;

- natural events such as severe weather, earthquakes, tsunamis, volcano eruptions or other acts of nature, the effects of climate change, health risks and epidemics or pandemics in locations where we, our customers or our suppliers operate;

- increased regulation and initiatives in our industry, including those concerning climate change and sustainability matters and our goal to become carbon neutral in all direct and indirect emissions (scopes 1 and 2), product transportation, business travel, and employee commuting emissions (our scope 3 focus), and to achieve our 100% renewable electricity sourcing goal by the end of 2027;

- epidemics or pandemics, which may negatively impact the global economy in a significant manner for an extended period of time, and could also materially adversely affect our business and operating results;

- industry changes resulting from vertical and horizontal consolidation among our suppliers, competitors, and customers;

- the ability to successfully ramp up new programs that could be impacted by factors beyond our control, including the availability of critical third-party components and performance of subcontractors in line with our expectations; and

- individual customer use of certain products, which may differ from the anticipated uses of such products and result in differences in performance, including energy consumption, may lead to a failure to achieve our disclosed emission-reduction goals, adverse legal action or additional research costs.

Such forward-looking statements are subject to various risks and uncertainties, which may cause actual results and performance of our business to differ materially and adversely from the forward-looking statements. Certain forward-looking statements can be identified by the use of forward-looking terminology, such as "believes", "expects", "may", "are expected to", "should", "would be", "seeks" or "anticipates" or similar expressions or the negative thereof or other variations thereof or comparable terminology, or by discussions of strategy, plans or intentions. Some of these risk factors are set forth and are discussed in more detail in "Item 3. Key Information — Risk Factors". Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those described in this Form 20-F as anticipated, believed or expected. We do not intend, and do not assume any obligation, to update any industry information or forward-looking statements set forth in this Form 20-F to reflect subsequent events or circumstances.

Unfavorable changes in the above or other factors listed under "Item 3. Key Information — Risk Factors" from time to time in our Securities and Exchange Commission ("SEC") filings, could have a material adverse effect on our business and/or financial condition.

**PART I**

**Item 1.     Identity of Directors, Senior Management and Advisers**
   Not applicable.

**Item 3.     Key Information**

**Selected Financial Data**

   The table below sets forth our selected consolidated financial data for each of the years in the five-year period ended December 31, 2024. Such data have been derived from our audited Consolidated Financial Statements. Audited Consolidated Financial Statements for each of the years in the three-year period ended December 31, 2024, including the Notes thereto (collectively, the "Consolidated Financial Statements"), are included elsewhere in this Form 20-F, while data for prior periods have been derived from our audited Consolidated Financial Statements used in such periods.

   The following information should be read in conjunction with "Item 5. Operating and Financial Review and Prospects" and the audited Consolidated Financial Statements and the related Notes thereto included in "Item 18. Financial Statements" in this Form 20-F.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2024 | 2023 | 2022 | 2021 | 2020 |
| | (In millions except per share amounts and ratio data) | | | | |
| **Consolidated Statements of Income Data:** | | | | | |
| Net sales | $ 13,217 | $ 17,239 | $ 16,083 | $ 12,729 | $ 10,181 |
| Other revenues | 52 | 47 | 45 | 32 | 38 |
| Net revenues | 13,269 | 17,286 | 16,128 | 12,761 | 10,219 |
| Cost of sales | (8,049) | (8,999) | (8,493) | (7,435) | (6,430) |
| Gross profit | 5,220 | 8,287 | 7,635 | 5,326 | 3,789 |
| Operating expenses: | | | | | |
| Selling, general and administrative expenses | (1,649) | (1,631) | (1,454) | (1,323) | (1,109) |
| Research and development expenses | (2,077) | (2,100) | (1,901) | (1,723) | (1,548) |
| Other income and expenses, net | 182 | 55 | 159 | 141 | 202 |
| Impairment, restructuring charges and other related closure costs | — | — | — | (2) | (11) |
| Operating income | 1,676 | 4,611 | 4,439 | 2,419 | 1,323 |
| Interest income (expense), net[1] | 218 | 171 | 58 | (29) | (20) |
| Other components of pension benefit costs | (15) | (19) | (11) | (10) | (12) |
| Income on equity-method investments | — | — | — | — | 2 |
| Loss on financial instruments, net | (1) | — | — | (43) | (26) |
| Income before income taxes and noncontrolling interest[1] | 1,878 | 4,763 | 4,486 | 2,337 | 1,267 |
| Income tax expense | (313) | (541) | (520) | (331) | (159) |
| Net income[1] | 1,565 | 4,222 | 3,966 | 2,006 | 1,108 |
| Net income attributable to noncontrolling interest | (8) | (11) | (6) | (6) | (2) |
| Net income attributable to parent company[1] | 1,557 | 4,211 | 3,960 | 2,000 | 1,106 |
| Earnings per share (basic) attributable to parent company stockholders | 1.73 | 4.66 | 4.37 | 2.21 | 1.24 |
| Earnings per share (diluted) attributable to parent company stockholders[1] | 1.66 | 4.46 | 4.19 | 2.16 | 1.20 |
| Number of shares used in calculating earnings per share (basic) | 901.2 | 903.5 | 905.6 | 904.3 | 894.6 |
| Number of shares used in calculating earnings per share (diluted)[1] | 939.3 | 944.2 | 946.2 | 924.8 | 919.7 |
| **Consolidated Balance Sheets Data (end of period):** | | | | | |
| Cash and cash equivalents | 2,282 | 3,222 | 3,258 | 3,225 | 3,006 |
| Short-term deposits | 1,450 | 1,226 | 581 | 291 | 581 |
| Marketable securities | 2,452 | 1,635 | 679 | — | 133 |
| **Total assets** | **24,743** | **24,453** | **19,982** | **15,540** | **14,454** |
| Net assets[1] | 17,679 | 16,852 | 12,758 | 9,273 | 8,506 |
| Short-term debt | 990 | 217 | 175 | 143 | 795 |
| Long-term debt[1] | 1,963 | 2,710 | 2,542 | 2,396 | 1,826 |
| **Total parent company stockholders' equity** | **17,449** | **16,729** | **12,693** | **9,209** | **8,448** |
| Common stock and Additional Paid-in Capital[1] | 4,245 | 4,023 | 3,788 | 3,690 | 4,219 |
| **Other Data:** | | | | | |
| Dividend per share | 0.360 | 0.240 | 0.240 | 0.240 | 0.168 |
| Capital expenditures, net of proceeds from sales and capital grants and other contributions | (2,642) | (4,111) | (3,524) | (1,828) | (1,279) |
| Net cash from operating activities | 2,965 | 5,992 | 5,202 | 3,060 | 2,093 |
| Depreciation and amortization | 1,760 | 1,561 | 1,216 | 1,045 | 923 |
| Debt-to-equity ratio[2] | 0.17 | 0.17 | 0.21 | 0.28 | 0.31 |

---

(1)   On January 1, 2022, we adopted the new U.S. GAAP guidance applicable to 2020 senior unsecured convertible bonds. Prior year comparative periods have not been restated.

(2)    Debt-to-equity ratio is the ratio between our total financial debt (short-term debt and long-term debt) and our total parent company stockholder's equity.

## RISK FACTORS

**Summary of Risk Factors**

**Risks Related to the Semiconductor Industry which Impact Us**

- We, and the semiconductor industry as a whole, have been and may be further impacted by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change.

- The semiconductor industry is cyclical and downturns in the semiconductor industry can negatively affect our results of operations and financial condition.

- Epidemics or pandemics may impact the global economy and could also adversely affect our business, financial condition and results of operations,

- We may not be able to match our production capacity to demand.

- Competition in the semiconductor industry is intense, and we may not be able to compete successfully if our product design technologies, process technologies and products do not meet market requirements. Furthermore, the competitive environment of the industry has resulted, and is expected to continue to result, in vertical and horizontal consolidation among our suppliers, competitors and customers, which may lead to erosion of our market share, impact our ability to compete and require us to restructure our operations.

**Risks Related to Our Operations**

- Our high fixed costs could adversely impact our results.

- Our capital needs are high compared to those competitors who do not manufacture their own products and we may need additional funding in the coming years to finance our investments, to purchase other companies or technologies developed by third parties or to refinance our maturing indebtedness.

- Our operating results depend on our ability to obtain quality supplies on commercially reasonable terms. As we depend on a limited number of suppliers for materials, equipment and technology, we may experience supply disruptions if suppliers interrupt supply, increase prices or experience material adverse changes in their financial condition.

- Our financial results can be affected by fluctuations in exchange rates, principally in the value of the U.S. dollar.

- Our operating results may vary significantly from quarter to quarter and annually and may also differ significantly from our expectations or guidance.

- If our external silicon foundries or back-end subcontractors fail to perform, this could adversely affect our business prospects, financial condition and results of operations.

- Our manufacturing processes are highly complex, costly and potentially vulnerable to impurities, disruptions or inefficient implementation of production changes or interruptions that can significantly increase our costs and delay product shipments to our customers.

- We may experience quality problems from time to time that can result in decreased sales and operating margin and product liability or warranty claims.

- Disruptions in our relationships with any one of our key customers or distributors, and/or material changes in their strategy or financial condition or business prospects, could adversely affect our results of operations.

9

- We may experience delays in delivering our product and technology roadmaps as well as transformation initiatives.

- Our computer systems, including hardware, software, information and cloud-based initiatives, are subject to attempted security breaches and other cybersecurity threats, which, if successful, could adversely impact our business.

- We may be subject to theft, loss, or misuse of personal data about our employees, customers, or other third parties, which could increase our expenses, damage our reputation, or result in legal or regulatory proceedings.

- Our business is dependent in large part on continued growth in the industries and segments into which our products are sold and on our ability to retain existing customers and attract new ones. A market decline in any of these industries, our inability to retain and attract customers, or customer demand for our products which differs from our projections, could have a material adverse effect on our results of operations.

- Market dynamics have driven, and continue to drive us, to a strategic repositioning.

- We depend on collaboration with other semiconductor industry companies, research organizations, universities, customers and suppliers to further our R&D efforts, and our business and prospects could be materially adversely affected by the failure or termination of such alliances.

- We depend on patents to protect our rights to our technology and may face claims of infringing the IP rights of others.

- We operate in many jurisdictions with highly complex and varied tax regimes. Changes in tax rules, new or revised legislation or the outcome of tax assessments and audits could cause a material adverse effect on our results.

- We receive public funding, and a reduction in the amount available to us or demands for repayment could increase our costs and impact our results of operations.

- Some of our production processes and materials are environmentally sensitive, which could expose us to liability and increase our costs due to environmental, health and safety laws and regulations or because of damage to the environment.

- Climate change, increased focus on social impact, and related sustainability regulations and initiatives, including our commitment to become carbon neutral in all direct and indirect emissions (scopes 1 and 2), product transportation, business travel, and employee commuting emissions (our scope 3 focus), and to achieve our 100% renewable electricity sourcing goal by the end of 2027, could place additional burden on us and our operations.

- Individual customer use of certain products, which may differ from the anticipated uses of such products and result in differences in performance, including energy consumption, may lead to a failure to achieve our disclosed emission-reduction goals, adverse legal action or additional research costs.

- Loss of key employees and the inability to continuously recruit and retain qualified employees could hurt our competitive position.

- The interests of our controlling shareholder, which is in turn indirectly controlled by the French and Italian governments, may conflict with other investors' interests. In addition, our controlling shareholder may sell our existing common shares or issue financial instruments exchangeable into our common shares at any time.

- Our shareholder structure and our preference shares may deter a change of control.

- Any decision to reduce or discontinue paying cash dividends to our shareholders could adversely impact the market price of our common shares.

- We are required to prepare financial statements under IFRS and we also prepare Consolidated Financial Statements under U.S. GAAP, and such dual reporting may impair the clarity of our financial reporting.

- There are inherent limitations on the effectiveness of our controls.

- Because we are subject to the corporate law of The Netherlands, U.S. investors might have more difficulty protecting their interests in a court of law or otherwise than if we were a U.S. company.

**Risks Related to the Semiconductor Industry which Impact Us**

***We, and the semiconductor industry as a whole, have been and may be further impacted by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change.***

Changes in, and uncertainty about, economic, political, legal, regulatory and social conditions pose a risk as consumers and businesses may postpone spending in response to factors such as curtailment of trade and other business restrictions, financial market volatility, interest rate fluctuations, recessions, shifts in inflationary and deflationary expectations, lower capital and productivity growth, unemployment, negative news, declines in income or asset values, natural catastrophes or weather events, and/or other factors. Such global, regional and local conditions are volatile, subject to frequent change and could have a material adverse effect on customer and end-market demand for our products, thus materially adversely affecting our business and financial condition.

We may also experience a shortage of certain semiconductor composites and delays in shipments due to supply chain disruptions caused by geopolitical conflicts, natural catastrophes, extreme weather events, or punctual power outages, and sales of our products may be negatively impacted by such events, both directly and indirectly through a reduction of sales or production by our customers in or to affected areas or otherwise.

Geopolitical conflicts have additionally resulted in certain countries imposing sanctions. Further consequences of such conflicts could include a risk of further sanctions, embargoes, regional instability, geopolitical shifts and adverse effects on macro-economic conditions, currency exchange rates and financial markets. This could lead to disruption to international commerce and the global economy, and could have a negative effect on our ability to sell to, ship products to, collect payments from, and support customers in certain regions based on trade restrictions, embargoes, logistics restrictions and export control law restrictions.

The institution of trade tariffs globally, as well as the threat thereof, could negatively impact economic conditions, which could have negative repercussions for our business. In particular, trade protection and national security policies of the U.S. and Chinese governments, including tariffs, trade restrictions, export restrictions and the placing of companies on restricted entity lists, have and may continue to limit or prevent us from transacting business with certain of our Chinese customers or suppliers; limit, prevent or discourage certain of our Chinese customers or suppliers from transacting

business with us; or make it more expensive to do so. If disputes were to arise under any of our agreements with other parties conducting business in China, the resolution of such dispute may be subject to the exercise of discretion by the Chinese government, or agencies of the Chinese government, which may have a material adverse effect on our business. In addition, we could face increased competition as a result of China's programs to promote a domestic semiconductor industry and supply chains (including the Made in China 2025 campaign). In the United States, the new administration is imposing and increasing tariffs on imports into the country, and may impose additional tariffs or further increase existing tariffs on imports into the country. Other countries are also imposing or increasing tariffs and may impose or increase existing tariffs or impose other restrictions on imports in response to these measures. Any or all of these measures or restrictions may impact our ability to service our customer base in a cost-effective manner.

Trade policy changes could trigger retaliatory actions by affected countries, which could have a negative impact on our ability to do business in affected countries or lead to reduced purchases of our products by foreign customers, leading to increased costs of components contained in our products, increased manufacturing costs of our products, currency exchange rate volatility, and higher prices for our products in foreign markets. Further, protectionist measures, laws or governmental policies may encourage our customers to relocate their manufacturing capacity or supply chain to their own respective countries or other countries, or require their respective contractors, subcontractors and relevant agents to do so, which could impair our ability to sustain our current level of productivity and manufacturing efficiency.

We, and the semiconductor industry as a whole, face greater risks due to the international nature of the semiconductor business, including in the countries where we, our customers or our suppliers operate, such as:

- instability of foreign governments, including the threat of war, military conflict, civil unrest, regime changes, mass migration and terrorist attacks;

- natural events such as severe weather, earthquakes and tsunamis, or the effects of climate change;

- epidemics or pandemics such as disease outbreaks and other health related issues;

- changes in, or uncertainty about, laws, regulations (including executive orders) and policies affecting trade and investment, including following Brexit and including through the imposition of trade and travel restrictions, government sanctions, local practices which favor local companies and constraints on investment;

- complex and varying government regulations and legal standards, particularly with respect to export control regulations and restrictions, customs and tax requirements, data privacy, IP, anti-corruption, bribery, fraud and sanctions (including potential third-party product diversion risks into sanctioned countries or use for unauthorized purposes);

- differing practices of regulatory, tax, judicial and administrative bodies, including with regards to the interpretation of laws, governmental approvals, permits and licenses;

- water availability, usage and consumption levels, as well as recycling and discharge practices;

- constraints in the supply of electricity as a result of cost increases, reliability of infrastructure or due to extreme weather events, leading to power outages; and

- changes in, or uncertainty about, labor laws and human rights and our ability to ensure compliance across our international supply chains.

***The semiconductor industry is cyclical and downturns in the semiconductor industry can negatively affect our results of operations and financial condition.***

The semiconductor industry is cyclical and has been subject to significant downturns from time to time, as a result of global economic conditions, as well as industry-specific factors, such as built-in excess capacity, fluctuations in product supply, product obsolescence and changes in end-customer preferences. See "Item 3. Key Information — Risk Factors — Risks Related to the Semiconductor Industry which Impact Us — We, and the semiconductor industry as a whole, have been and may be further impacted by changes in, or uncertainty about, global, regional and local economic, political, legal, regulatory and social environments as well as climate change."

Downturns are typically characterized by reduction in overall demand, accelerated erosion of selling prices, reduced revenues and high inventory levels, any of which could result in a significant deterioration of our results of operations. Such macro-economic trends typically relate to the semiconductor industry as a whole rather than to the individual semiconductor markets to which we sell our products. To the extent that industry downturns are concurrent with the timing of new increases in production capacity or introduction of new advanced technologies in our industry, the negative effects on our business from such industry downturns may also be more severe. We have experienced revenue volatility and market downturns in the past and expect to experience them in the future, which could have a material adverse impact on our results of operations and financial condition.

The recent increase in inflation rates in the markets in which we operate may lead us to experience higher costs related to labor, energy, water, transportation, wafer and other raw materials costs from suppliers. Our suppliers may raise their prices, and in the competitive markets in which we operate, we may not be able to make corresponding price increases to preserve our gross margins and profitability due to market conditions and competitive dynamics. Additionally, any such increase in prices may not be accepted by our customers.

### *Epidemics or pandemics may impact the global economy and could also adversely affect our business, financial condition and results of operations.*

Epidemics or pandemics may result in authorities imposing, and businesses and individuals implementing, numerous measures to try to contain the virus, including travel bans and restrictions, shelter-in-place and stay-at-home orders, quarantines and social distancing guidelines. This may negatively impact the ability of our suppliers to deliver on their commitments to us, our ability to ship our products to our customers and general consumer demand for our products may be negatively impacted by the pandemic and/or government responses thereto.

Many of our products and services are considered to be essential under national and local guidelines. As such, during the COVID-19 pandemic, we generally continued to operate in each of the jurisdictions where we were present. However, certain of our facilities were not able to operate at optimal capacity and any future similarly restrictive measures may have a negative impact on our operations, supply chain and transportation networks, and our products and services may not be considered to be essential in the future. In addition, our customers and suppliers may experience disruptions in their operations and supply chains, which could result in delayed, reduced, or cancelled orders, or collection risks, and which may adversely affect our results of operations and financial condition.

During an epidemic or pandemic, governments may look to re-direct resources and implement austerity measures in the future to balance public finances, which could result in reduced economic activity. Any resulting economic downturn could reduce overall demand for our products, accelerate the erosion of selling prices, lead to reduced revenues and higher inventory levels, any of which could result in a significant deterioration of our results of operations and financial condition.

An epidemic or pandemic may also lead to increased disruption and volatility in capital markets and credit markets. Unanticipated consequences of an epidemic or pandemic and resulting economic uncertainty could adversely affect our liquidity and capital resources in the future.

### *We may not be able to match our production capacity to demand.*

As a result of the cyclicality and volatility of the semiconductor industry, it is difficult to predict future developments in the markets we serve, and, in turn, to estimate requirements for production capacity. If our markets, start-up or ramp-ups in manufacturing operations are not efficiently executed, major customers or certain product designs or technologies do not perform as well as we have anticipated, demand is impacted by factors outside of our or our customers' control, or if there is otherwise any future excess capacity by us or other semiconductor manufacturers, we risk unused capacity charges, price erosion, write-offs of inventories and losses on products that may adversely impact our operating results, and we could be required to undertake restructuring and transformation measures that may involve significant charges to our earnings. Furthermore, during certain periods, the global supply of semiconductor industry fabrication capacity may not be sufficient to meet the demand for semiconductor products. We may also experience increased demand in certain market segments and product technologies and any future shortage of our capacity and the capacity of our sub-contractors may lead to an increase in the lead times of our delivery to customers, us being required to enter into agreements with our suppliers with onerous terms such as take-or-pay arrangements, or us being unable to service some of our customers, which may result in adverse effects on our customer relationships and in liability claims. Further, as a result of this supply imbalance, the industry in general may experience a high level of profitability and gross margins, which may not be sustainable over the long-term.

***Competition in the semiconductor industry is intense, and we may not be able to compete successfully if our product design technologies, process technologies and products do not meet market requirements. Furthermore, the competitive environment of the industry has resulted, and is expected to continue to result, in vertical and horizontal consolidation among our suppliers, competitors and customers, which may lead to erosion of our market share, impact our ability to compete and require us to restructure our operations.***

We compete in different product lines to various degrees on certain characteristics, for example, price, technical performance, product features, product design, product availability, process technology, manufacturing capabilities and sales and technical support. Given the intense competition in the semiconductor industry, if our products do not meet market requirements based on any of these characteristics, our business, financial condition and results of operations could be materially adversely affected. Our competitors may have a stronger presence in key markets and geographic regions, greater name recognition, larger customer bases, greater government support and greater financial, research and development, sales and marketing, manufacturing, distribution, technical and other resources than we do. These competitors may be able to adapt more quickly to changes in the business environment, to new or emerging technologies and to changes in customer requirements.

The semiconductor industry is intensely competitive and characterized by the high costs associated with developing marketable products and manufacturing technologies as well as high levels of investment in production capabilities. As a result, the semiconductor industry has experienced, and is expected to continue to experience, significant vertical and horizontal consolidation among our suppliers, competitors and customers. Consolidation in the semiconductor industry could erode our market share, negatively impact our ability to compete and require us to increase our R&D effort, engage in mergers and acquisitions and/or restructure our operations.

**Risks Related to Our Operations**

***Our high fixed costs could adversely impact our results.***

Our operations are characterized by high fixed or other costs which are difficult to reduce, including costs related to manufacturing, particularly as we operate our own manufacturing facilities, and the employment of our highly skilled workforce. When demand for our products decreases, competition increases or we fail to forecast demand accurately, we may be driven to reduce prices and we may not always be able to decrease our total costs in line with resulting revenue declines. As a result, the costs associated with our operations may not be fully absorbed, leading to unused capacity charges, higher average unit costs and lower gross margins, adversely impacting our results.

***Our capital needs are high compared to those competitors who do not manufacture their own products and we may need additional funding in the coming years to finance our investments, to purchase other companies or technologies developed by third parties or to refinance our maturing indebtedness.***

As a result of our choice to maintain control of a large portion of our manufacturing technologies and capabilities, we may require significant capital expenditure to maintain or upgrade our facilities if our facilities become inadequate in terms of capacity, flexibility and location. We monitor our capital expenditures taking into consideration factors such as trends in the semiconductor market, customer requirements and capacity utilization. These capital expenditures may increase in the future if we decide to upgrade or expand the capacity of our manufacturing facilities, purchase or build new facilities or increase investments supporting key strategic initiatives. For instance, we may be unable to successfully develop, maintain and operate large infrastructure projects. Such increased capital expenditures associated with large infrastructure projects and strategic initiatives might not achieve profitability or we may be unable to utilize infrastructure projects to full capacity. There can also be no assurance that future market demand and products required by our customers will meet our expectations. We also may need to invest in other companies, in IP and/or in technology developed either by us or by third parties to maintain or improve our position in the market or to reinforce our existing business. Failure to invest appropriately and in a timely manner or to successfully integrate any recent or future business acquisitions may prevent us from achieving the anticipated benefits and could have a material adverse effect on our business and results of operations.

The foregoing may require us to secure additional financing, including through the issuance of debt, equity or both. The timing and the size of any new share or bond offering would depend upon market conditions as well as a variety of other factors. In addition, the capital markets may from time to time offer terms of financing that are particularly favorable. We cannot exclude that we may access the capital markets opportunistically to take advantage of market conditions. Any such transaction or any announcement concerning such a transaction could materially impact the market price of our common shares. If we are unable to access capital on acceptable terms, this may adversely affect our business and results of operations.

***Our operating results depend on our ability to obtain quality supplies on commercially reasonable terms. As we depend on a limited number of suppliers for materials, equipment and technology, we may experience supply disruptions if suppliers interrupt supply, increase prices or experience material adverse changes in their financial condition.***

Our ability to meet our customers' demand to manufacture our products depends upon obtaining adequate supplies of quality materials on a timely basis and on commercially reasonable terms. Certain materials are available from a limited number of suppliers or only from a limited number of suppliers in a particular region. We purchase certain materials whose prices on the world markets have fluctuated significantly in the past and may fluctuate significantly in the future. Although supplies for most of the materials we currently use are adequate, shortages could occur in various essential materials due to interruption of supply or increased demand in the industry. For instance, epidemics or pandemics could cause disruptions from the temporary closure of suppliers' facilities or delays and reduced export or shipment of various materials. Geopolitical conflicts could also disrupt supply chains and cause shortages of certain semiconductor components and corresponding delays in shipments. Any such shortage may impact different geographical markets disproportionately, leading to shortages or unavailability of supplies in specific areas and higher transportation costs. In addition, the costs of certain materials may increase due to recent inflationary rates and market pressures and we may not be able to pass on such cost increases to our customers.

We also purchase semiconductor manufacturing equipment and third-party licensed technology from a limited number of suppliers and providers and, because such equipment and technology are complex, it is difficult to replace one supplier or provider with another or to substitute one piece of equipment or type of technology for another. In addition, suppliers and providers may extend lead times, limit our supply, increase prices or change contractual terms related to certain manufacturing equipment and third-party licensed technology, any of which could adversely affect our results. Furthermore, suppliers and technology providers tend to focus their investments on providing the

most technologically advanced equipment, materials and technology and may not be able to address our requirements for equipment, materials or technology of older generations. Although we work closely with our suppliers and providers to avoid such shortages, there can be no assurance that we will not encounter these problems in the future.

Consolidation among our suppliers or vertical integration among our competitors may limit our ability to obtain sufficient quantities of materials, equipment and/or technology on commercially reasonable terms and engage in mergers and acquisitions. In certain instances, we may be required to enter into agreements with our suppliers with onerous terms, such as take-or-pay arrangements. If we are unable to obtain supplies of materials, equipment or technology in a timely manner or at all, or if such materials, equipment or technology prove inadequate or too costly, our results of operations could be adversely affected.

***Our financial results can be affected by fluctuations in exchange rates, principally in the value of the U.S. dollar.***

Currency exchange rate fluctuations affect our results of operations because our reporting currency is the U.S. dollar, in which we receive the major portion of our revenues, while, more importantly, we incur a limited portion of our revenue and a significantly higher portion of our costs in currencies other than the U.S. dollar. A significant variation of the value of the U.S. dollar against the principal currencies that have a material impact on us (primarily the Euro, but also certain other currencies of countries where we have operations, such as the Singapore dollar) could result in a favorable impact, net of hedging, on our net income in the case of an appreciation of the U.S. dollar, or a negative impact, net of hedging, on our net income if the U.S. dollar depreciates relative to these currencies, in particular with respect to the Euro.

In order to reduce the exposure of our financial results to the fluctuations in exchange rates, our principal strategy has been to balance as much as possible the proportion of sales to our customers denominated in U.S. dollars with the amount of purchases from our suppliers denominated in U.S. dollars and to reduce the weight of the other costs, including depreciation, denominated in Euros and in other currencies. In order to further reduce our exposure to U.S. dollar exchange rate fluctuations, we have hedged certain line items on our consolidated statements of income, in particular with respect to a portion of the cost of sales, the majority of the R&D expenses and certain selling, general & administrative ("SG&A") expenses located in the Euro zone. We also hedge certain manufacturing costs, included within the cost of sales, denominated in Singapore dollars. There can be no assurance that our hedging transactions will prevent us from incurring higher Euro-denominated manufacturing costs and/or operating expenses when translated into our U.S. dollar-based accounts. See "Item 5. Operating and Financial Review and Prospects — Impact of Changes in Exchange Rates" and "Item 11. Quantitative and Qualitative Disclosures About Market Risk".

***Our operating results may vary significantly from quarter to quarter and annually and may also differ significantly from our expectations or guidance.***

Our operating results are affected by a wide variety of factors that could materially and adversely affect revenues and profitability or lead to significant variability of our operating results from one period to the next. These factors include changes in demand from our key customers, capital requirements, inventory management, availability of funding, competition, new product developments, start of adoption of our new products by customers, technological changes, manufacturing or supplier issues and effective tax rates. In addition, in periods of industry overcapacity or when our key customers encounter difficulties in their end-markets or product ramps, orders are more exposed to cancellations, reductions, price renegotiation or postponements, which in turn reduce our ability to forecast the next quarter or full year production levels, revenues and margins. Although backlog may provide an indication of future orders, quantities actually purchased by customers, as well as prices, are subject to variations between booking and delivery and, in some cases, to cancellation due to changes in customer needs or industry conditions, as well as seasonality, among other things. As a result, we may not meet our financial targets, which could in turn have an impact on our reputation or brand. For these reasons and others that we may not yet have identified, our revenues and operating results may differ materially from our expectations or guidance as visibility is reduced. See "Item 4. Information on the Company — Backlog".

***If our external silicon foundries or back-end subcontractors fail to perform, this could adversely affect our business prospects, financial condition and results of operations.***

We currently use external silicon foundries and back-end subcontractors for a portion of our manufacturing activities. Any limitation on the ability of our external silicon foundries and back-end subcontractors to satisfy our demand may cause our results of operations and ability to satisfy the demand of our customers to suffer. Likewise, if we are unable to meet our commitments to silicon foundries and back-end subcontractors, our results of operations could suffer. Prices for these services also vary depending on capacity utilization rates at our external silicon foundries and back-end subcontractors, quantities demanded and product and process technology. Such outsourcing costs can vary materially and, in cases of industry shortages, they can increase significantly, negatively impacting our business prospects, financial condition and results of operations.

***Our manufacturing processes are highly complex, costly and potentially vulnerable to impurities, disruptions or inefficient implementation of production changes or interruptions that can significantly increase our costs and delay product shipments to our customers.***

Our manufacturing processes are highly complex, require advanced and increasingly costly equipment and are continuously modified or maintained in an effort to improve yields and product performance and lower the cost of production.

Furthermore, impurities or other difficulties in the manufacturing process can lower yields, interrupt production or result in scrap. As system complexity and production changes have increased and sub-micron technology has become more advanced, manufacturing tolerances have been reduced and requirements for precision have become even more demanding. We have from time to time experienced bottlenecks and production difficulties that have caused delivery delays and quality control problems. There can be no assurance that we will not experience bottlenecks or production, transition or other difficulties in the future.

In addition, we are exposed to risks related to interruptions of our manufacturing processes. If any of our property or equipment is damaged or otherwise rendered unusable or inoperable due to accident, cyberattack or otherwise this could result in interruptions which could have a material adverse effect on our business, financial condition and results of operations.

***We may experience quality problems from time to time that can result in decreased sales and operating margin and product liability or warranty claims.***

We sell complex products that may not in each case comply with specifications or customer requirements, or may contain design or manufacturing defects, that could cause personal injury, property damage or security risks that could be exploited by unauthorized third parties hacking, corrupting or otherwise obtaining access to our products, including the software loaded thereon by us, our suppliers or our customers. Although our general practice is to contractually limit our liability to the repair, replacement or refund of defective products, we occasionally agree to contractual terms with key customers in which we provide extended warranties and accordingly we may face product liability, warranty, delivery failure, and/or other claims relating to our products that could result in significant expenses relating to compensation payments, product recalls or other actions related to such extended warranties and/or to maintain good customer relationships, which could result in decreased sales and operating margin and other material adverse effects on our business. Costs or payments we may make in connection with warranty and other claims or product recalls may adversely affect our results of operations. There can be no assurance that we will be successful in maintaining our relationships with customers with whom we incur quality problems. Furthermore, if litigation occurs we could incur significant costs and liabilities to defend ourselves against such claims. The industry has experienced a rise in premiums and deductibles with regards to insurance policies. These may continue to increase and insurance coverage may also correspondingly decrease. If litigation occurs and damages are awarded against us, there can be no assurance that our insurance policies will be available or adequate to protect us against such claims.

***Disruptions in our relationships with any one of our key customers or distributors, and/or material changes in their strategy or financial condition or business prospects, could adversely affect our results of operations.***

A substantial portion of our sales is derived from a limited number of customers and distributors. The level of sales booked by our customers and distributors varies year to year and there can be no assurance that our customers or distributors will continue to book the same level of sales with us that they have in the past, will continue to succeed in the markets they serve and will not purchase competing products over our products. Many of our key customers and distributors operate in cyclical businesses that are also highly competitive, and their own market positions may vary considerably. In recent years, some of our customers have vertically integrated their businesses. Such vertical integrations may impact our business. Our relationships with the newly formed entities could be either reinforced or jeopardized by the integration. If we are unable to maintain or increase our market share with our key customers or distributors, or if they were to increase product returns or fail to meet payment obligations, our results of operations could be materially adversely affected. Certain of our products are customized to our customers' specifications. If customers do not purchase products made specifically for them, we may not be able to recover a cancellation fee from our customers or resell such products to other customers. In addition, the occurrence of epidemic or pandemic outbreaks could affect our customers. The geographic spread of epidemics or pandemics may be difficult to predict and adverse public health impacts on our customers could negatively affect our results.

***We may experience delays in delivering our product and technology roadmaps as well as transformation initiatives.***

Our industry adapts to technological advancements and it is likely that new products, equipment, processes and service methods, including transformation initiatives related to digitalization, are in the process of being implemented. Any failure by us to manage our data governance processes could undermine our initiatives related to digitalization and any failure by us to react to changes or advances in existing technologies and processes as we develop and invest in our product, technology and transformation roadmaps could materially delay the introduction of new solutions. If we are not able to execute on these roadmaps on a timely basis or at an acceptable cost this could result in loss of competitiveness of our solutions, decreased revenue and a loss of market share.

***Our computer systems, including hardware, software, information and cloud-based initiatives, are subject to attempted security breaches and other cybersecurity threats, which, if successful, could adversely impact our business.***

We have, from time to time, detected and experienced attempts by others to gain unauthorized access to our computer systems and networks. The reliability and security of our information technology infrastructure and software, including our AI technology, and our ability to expand and continually update technologies, including to transition to cloud-based technologies, in response to our changing needs is critical to our business. In the current environment, there are numerous and evolving risks to cybersecurity, including criminal hackers, state-sponsored intrusions, terrorism, industrial espionage, employee malfeasance, vandalism and human or technological error. Computer hackers and others routinely attempt to breach the security of technology products, services, and systems, and those of our customers, suppliers, partners and providers of third-party licensed technology, and some of those attempts may be successful.

The attempts to breach our systems, including our cloud-based systems, and to gain unauthorized access to our information technology systems are becoming increasingly more sophisticated, are often well-financed, in some cases supported by state actors, and are designed to not only track, but also to evade detection. These attempts may include covertly introducing malware into our computers, including those in our manufacturing operations, and impersonating unauthorized users, among others. For instance, employees and former employees, in particular former employees who become employees of our competitors or customers, may misappropriate, use, publish or provide to our competitors or customers our IP and/or proprietary or confidential business information. Also,

third parties may attempt to register domain names similar to our brands or website, which could cause confusion and divert online customers away from our products.

Since the techniques used by cyber attackers change frequently and are often not recognized until launched against a target, we may be unable to anticipate these techniques or to implement adequate preventative measures. Our use of AI technology may also increase vulnerability to cybersecurity risks, including through unauthorized use or misuse of AI tools and bad inputs or logic or the introduction of malicious code incorporated into AI generated code. AI and machine learning also may be used for certain cybersecurity attacks, improving or expanding the existing capabilities of threat actors in manners we cannot predict at this time, resulting in greater risks of security incidents and breaches.

Such security incidents and breaches could result in, for example, unauthorized access to, disclosure, modification, misuse, loss, or destruction of our, our customer, or other third-party data or systems, theft of our trade secrets and other sensitive or confidential data, including personal information and IP, system disruptions, and denial of service. In the event of such breaches, we, our customers or other third parties could be exposed to potential liability, litigation, and regulatory action, as well as the loss of existing or potential customers, damage to our reputation, and other financial loss and such breaches could also result in losing existing or potential customers in connection with any actual or perceived security vulnerabilities in our systems. In addition, the cost and operational consequences of responding to breaches and implementing remediation measures could be significant. As these threats continue to develop and grow, we have been adapting and strengthening our security measures.

As a result of work-from-home policies that we have undertaken, there has been additional reliance placed on our IT systems and resources. The resulting reliance on these resources, and the added need to communicate by electronic means, could increase our risk of cybersecurity incidents.

Geopolitical instability has been associated with an increase in cybersecurity incidents. This may result in a higher likelihood that we may experience direct or collateral consequences from cybersecurity conflicts between nation-states or other politically motivated actors targeting critical technology infrastructure.

U.S. and foreign regulators have increased their focus on cybersecurity vulnerabilities and risks, and customers and service providers are increasingly demanding more rigorous contractual certification and audit provisions regarding cybersecurity and data governance. This may result in an increase of our overall compliance burden due to increasingly onerous obligations and leading to significant expense. There may also be shorter deadlines in which to notify the authorities of data breaches and ever-increasing fines and penalties for businesses that fail to respond swiftly and appropriately to cyberattacks. Any failure to comply could also result in proceedings against us by regulatory authorities or other third parties.

We continue to increase the resources we allocate to implementing, maintaining and/or updating security systems to protect data and infrastructure and to raising security awareness among those having access to our systems. However, these security measures cannot provide absolute security and there can be no assurance that our employee training, operational, and other technical security measures or other controls will detect, prevent or remediate security or data breaches in a timely manner or otherwise prevent unauthorized access to, damage to, or interruption of our systems and operations.

We regularly evaluate our IT systems and business continuity plan to make enhancements and periodically implement new or upgraded systems, including the transition and migration of our data systems to cloud-based platforms and critical system migration. Any delay in the implementation of, or disruption in the transition to different systems could adversely affect our ability to record and report financial and management information on a timely and accurate basis and could impact our operations and financial position. In addition, a miscalculation of the level of investment needed to ensure our technology solutions are current and up-to-date as technology advances and evolves could result in disruptions in our business should the software, hardware or maintenance of such

items become out-of-date or obsolete and the costs of upgrading our cybersecurity systems and remediating damages could be substantial.

We may also be adversely affected by security breaches related to our equipment providers and providers of IT services or third-party licensed technology. As a global enterprise, we could also be impacted by existing and proposed laws and regulations, as well as government policies and practices related to cybersecurity, data privacy and data protection. Additionally, cyberattacks or other catastrophic events resulting in disruptions to or failures in power, information technology, communication systems or other critical infrastructure could result in interruptions or delays to us, our customers, or other third-party operations or services, financial loss, potential liability, damage to our reputation and could also affect our relationships with our customers, suppliers and partners. See "Item 16K. Cybersecurity".

***We may be subject to theft, loss, or misuse of personal data about our employees, customers, or other third parties, which could increase our expenses, damage our reputation, or result in legal or regulatory proceedings.***

We have, from time to time, detected and experienced attempts by others to gain unauthorized access to our computer systems and networks, may experience successful breaches of our computer systems in the future, and may be adversely affected by security breaches related to our equipment providers and providers of IT services or third-party licensed technology. See "Risk Factors - Our computer systems, including hardware, software, information and cloud-based initiatives, are subject to attempted security breaches and other cybersecurity threats, which, if successful, could adversely impact our business." The theft, loss, or misuse of personal data processed by us or for us, as a result of any such breaches or otherwise, could result in significantly increased security costs or potential liability, litigation and regulatory action, as well as the loss of existing or potential customers.

Further, with increasing digitalization, data privacy-related legislations are rapidly evolving around the globe which may have a negative impact on our business if interpreted or implemented in a manner that is inconsistent from country to country and inconsistent with the current policies and practices of our customers or business partners. We may also have to change the manner in which we contract with our business partners, store and transfer information and otherwise conduct our business, which could increase our costs and reduce our revenues.

***Our business is dependent in large part on continued growth in the industries and segments into which our products are sold and on our ability to retain existing customers and attract new ones. A market decline in any of these industries, our inability to retain and attract customers, or customer demand for our products which differs from our projections, could have a material adverse effect on our results of operations.***

The demand for our products depends significantly on the demand for our customers' end products. Growth of demand in the industries and segments into which our products are sold fluctuates significantly and is driven by a variety of factors, including consumer spending, consumer preferences, the development and acceptance of new technologies and prevailing economic conditions. Changes in our customers' markets and in our customers' respective shares in such markets could result in slower growth and a decline in demand for our products. In addition, if projected industry growth rates do not materialize as forecasted, our spending on process and product development ahead of market acceptance could have a material adverse effect on our business, financial condition and results of operations.

Our business is dependent upon our ability to retain existing customers. In 2024 our largest customer, Apple, accounted for 14.5% of our total revenues. While we do not believe to be dependent on any one customer or group of customers, the loss of key customers or important sockets at key customers could have an adverse effect on our results of operations and financial condition.

Our existing customers' product strategy may change from time to time and/or product specifications may change on short-time product life cycles and we have no certainty that our business, financial position and results of operations will not be affected. Our business is also

dependent upon our ability to attract new customers. There can be no assurance that we will be successful in attracting and retaining new customers, or in adequately projecting customer demand for our products. Our failure to do so could materially adversely affect our business, financial condition and results of operations.

***Market dynamics have driven, and continue to drive us, to a strategic repositioning.***

In recent years, we have undertaken several initiatives to reposition our business. Our strategies to improve our results of operations and financial condition have led us, and may in the future lead us, to acquire businesses that we believe to be complementary to our own, to divest ourselves of or wind down activities that we believe do not serve our longer term business plans, or to enter into partnerships or joint ventures to enter into or strengthen our position in certain markets and increase our scale of operations. Our potential acquisition strategies depend in part on our ability to identify suitable acquisition targets, finance their acquisition, obtain approval by our shareholders and obtain required regulatory and other approvals. Our potential divestiture strategies depend in part on our ability to compete and to identify the activities in which we should no longer engage, obtain the relevant approvals pursuant to our governance process and then determine and execute appropriate methods to divest of them. Our actual or potential partnerships and joint venture strategies depend in part on our ability to execute sales and operations plans alongside our partner or joint venture.

We are constantly monitoring our product portfolio and cannot exclude that additional steps in this repositioning process may be required. Furthermore, we cannot assure that any strategic repositioning of our business, including executed and possible future acquisitions, dispositions or partnerships and joint ventures, will be successful and will not result in impairment, restructuring charges and other related closure costs. The realization of our identified opportunities, including sustainability opportunities, may result in exposure to new risks. Should we not be able to anticipate these risks, or should the anticipated benefits not be realized from these opportunities, our business and strategy could be adversely affected.

Acquisitions, divestitures, partnerships and joint ventures involve a number of risks that could adversely affect our operating results and financial condition, including, in respect of acquisitions and divestitures, the inability for us to successfully integrate businesses or teams that we acquire with our culture and strategies on a timely basis or at all, and the potential requirement for us to record charges related to the goodwill or other long-term assets associated with the acquired businesses. There can be no assurance that we will be able to achieve the full scope of the benefits we expect from a particular acquisition, divestiture, partnership, joint venture or investment. Our business, financial condition and results of operations may suffer if we fail to coordinate our resources effectively to manage both our existing businesses and any acquired businesses. In addition, the financing of future acquisitions, divestitures, partnerships or joint ventures may negatively impact our financial position, including our ability to pay a dividend and/or repurchase our shares, and our credit rating and we could be required to raise additional funding.

Other risks associated with acquisitions include the assumption of potential liabilities, disclosed or undisclosed, associated with the business acquired, which liabilities may exceed the amount of indemnification available from the seller, potential inaccuracies in the financials of the business acquired, and our ability to retain customers of an acquired entity, its business or industrialize an acquired process or technology. Identified risks associated with divestitures include loss of activities and technologies that may have complemented our remaining businesses or operations and loss of important services provided by key employees that are assigned to divested activities.

***We depend on collaboration with other semiconductor industry companies, research organizations, universities, customers and suppliers to further our R&D efforts, and our business and prospects could be materially adversely affected by the failure or termination of such alliances.***

Our success depends on our ability to introduce innovative new products and technologies to the marketplace on a timely basis. In light of the high levels of investment required for R&D activities,

we depend in certain instances on collaborations with other semiconductor industry companies, research organizations, universities, customers and suppliers to develop or access new technologies.

Such collaboration provides us with a number of important benefits, including the sharing of costs, reductions in our own capital requirements, acquisitions of technical know-how and access to additional production capacities. However, there can be no assurance that our collaboration efforts will be successful and allow us to develop and access new technologies in due time, in a cost-effective manner and/or to meet customer demands. If a particular collaboration terminates before our intended goals are accomplished we may incur additional unforeseen costs, and our business and prospects could be adversely affected. Furthermore, if we are unable to develop or otherwise access new technologies, whether independently or in collaboration with another industry participant, we may fail to keep pace with the rapid technology advances in the semiconductor industry, our participation in the overall semiconductor industry may decrease and we may also lose market share.

***We depend on patents to protect our rights to our technology and may face claims of infringing the IP rights of others.***

We depend on patents and other IP rights to protect our products and our manufacturing processes against misappropriation by others. The process of seeking patent protection can be long and expensive, and there can be no assurance that we will receive patents from currently pending or future applications. Even if patents are issued, they may not be of sufficient scope or strength to provide meaningful protection or any commercial advantage. In addition, effective IP protection may be unavailable or limited in some countries. Our ability to enforce one or more of our patents could be adversely affected by changes in patent laws, laws in certain foreign jurisdictions that may not effectively protect our IP rights or by ineffective enforcement of laws in such jurisdictions. Competitors may also develop technologies that are protected by patents and other IP and therefore either be unavailable to us or be made available to us subject to adverse terms and conditions. We have in the past used our patent portfolio to negotiate broad patent cross-licenses with many of our competitors enabling us to design, manufacture and sell semiconductor products, without concern of infringing patents held by such competitors. We may not in the future be able to obtain such licenses or other rights to protect necessary IP on favorable terms for the conduct of our business, and such failure may adversely impact our results of operations. Such cross-license agreements expire from time to time and there is no assurance that we can or we will extend them.

We have from time to time received, and may in the future receive, communications alleging possible infringement of third-party patents and other IP rights. Some of those claims are made by so-called non-practicing entities against which we are unable to assert our own patent portfolio to lever licensing terms and conditions. Competitors with whom we do not have patent cross-license agreements may also develop technologies that are protected by patents and other IP rights and which may be unavailable to us or only made available on unfavorable terms and conditions. We may therefore become involved in costly litigation brought against us regarding patents and other IP rights. See Note 25 to our Consolidated Financial Statements. IP litigation may also involve our customers who in turn may seek indemnification from us should we not prevail and/or who may decide to curtail their orders for those of our products over which claims have been asserted. Such lawsuits may therefore have a material adverse effect on our business. We may be forced to stop producing substantially all or some of our products or to license the underlying technology upon economically unfavorable terms and conditions or we may be required to pay damages for the prior use of third-party IP and/or face an injunction.

The outcome of IP litigation is inherently uncertain and may divert the efforts and attention of our management and other specialized technical personnel. Such litigation can result in significant costs and, if not resolved in our favor, could materially and adversely affect our business, financial condition and results of operations.

***We operate in many jurisdictions with highly complex and varied tax regimes. Changes in tax rules, new or revised legislation or the outcome of tax assessments and audits could cause a material adverse effect on our results.***

We operate in many jurisdictions with highly complex and varied tax regimes. Changes in tax rules, new or revised legislation or the outcome of tax assessments and audits could have a material adverse effect on our results.

In 2021, the Organization for Economic Cooperation and Development ("OECD") and the G20 Inclusive Framework on base erosion and profit shifting ("BEPS") agreed to a two-pillar solution to address the tax challenges arising from the digitalization of the economy. Pillar I is a set of proposals to revisit tax allocation rules in a changed economy. The intention is that a portion of a multinationals' residual profit is taxed in the jurisdiction where revenue is sourced.

Pillar II enforces a global minimum corporate income tax at an effective rate of 15% for large multinationals. On December 20, 2021 the OECD published the Global Anti-Base Erosion Model Rules ("GloBe Rules") for Pillar II. On December 22, 2021, the European Commission published a legislative proposal for Pillar II (the "EU Pillar II Directive" or "Pillar II").

On December 15, 2022, the Council of the EU (the "Council") formally adopted the EU Pillar II Directive. The EU Pillar II Directive aims at consistently implementing among all 27 member states the GloBe Rules. The majority of the EU Member States transposed the EU Pillar II Directive into their national laws and started applying the Pillar II measures as from fiscal years beginning on or after December 31, 2023. The Netherlands transposed the EU Pillar II Directive into its national legislation with effect from December 31, 2023 pursuant to the Dutch Minimum Tax Act 2024 (*Wet minimumbelasting 2024*). On January 15, 2025, the OECD published new guidance for which we are currently assessing the potential impact. We are continuously monitoring the EU Pillar II legislation and related guidance, which are still evolving and may have an impact on our EU Pillar II tax charge in future periods.

The tax impact of the Pillar I rules is monitored to determine the potential effect on our results and to ensure compliance when the legislation is effective.

Our tax rate is variable and depends on changes in the level of operating results within various local jurisdictions and on changes in the applicable taxation rates of these jurisdictions, as well as changes in estimated tax provisions due to new events. We currently receive certain tax benefits or benefit from net operating losses cumulated in prior years in some countries, and these benefits may not be available in the future due to changes in the local jurisdictions or credits on net operating losses being no longer available due to either full utilization or expiration of the statute of limitations in such jurisdictions. As a result, our effective tax rate could increase and/or our benefits from carrying forward net operating losses could affect our deferred tax assets in certain countries in the coming years. In addition, the acquisition or divestiture of businesses in certain jurisdictions could materially affect our effective tax rate.

We evaluate our deferred tax asset position and the need for a valuation allowance on a regular basis. The ultimate realization of deferred tax assets is dependent upon, among other things, our ability to generate future taxable income that is sufficient to utilize in certain jurisdictions loss carry-forwards or tax credits before their expiration. The recorded amount of total deferred tax assets could be reduced, which could have a material adverse effect on our results of operations and financial position, if our estimates of projected future taxable income and benefits from available tax strategies are reduced as a result of a change in business condition or in management's plans or due to other factors, such as changes in tax laws and regulations.

We are subject to the possibility of loss contingencies arising out of tax claims, assessment of uncertain tax positions and provisions for specifically identified income tax exposures. We are also subject to tax audits in certain jurisdictions. There can be no assurance that we will be successful in resolving potential tax claims that result from these audits, which could result in material adjustments in our tax positions. We record provisions on the basis of the best current understanding; however, we could be required to record additional provisions in future periods for amounts that cannot currently be assessed. Our failure to do so and/or the need to increase our provisions for such claims could have a material adverse effect on our results of operations and our financial position.

Our operating results can vary significantly due to impairment of goodwill, other intangible assets and equity investments booked pursuant to acquisitions and the timeframe required to foster and realize synergies thereof, joint venture agreements and the purchase of technologies and licenses from third parties, as well as to impairment of tangible assets due to changes in the business environment. Because the market for our products is characterized by rapidly changing technologies, significant changes in the semiconductor industry, and the potential failure of our business initiatives, our future cash flows may not support the value of goodwill, tangible assets and other intangibles registered in our consolidated balance sheets. See "Item 5. Operating and Financial Review and Prospects— Critical Accounting Policies Using Significant Estimates — Impairment of goodwill", "— Intangible assets subject to amortization" and "Item 4. Information on the Company — Property, Plants and Equipment".

***We receive public funding, and a reduction in the amount available to us or demands for repayment could increase our costs and impact our results of operations.***

We have in the past obtained public funding, primarily to support our proprietary R&D for technology investments and investments in cooperative R&D ventures, and expect to obtain public funding in the future, mainly from EU member states (including France, Italy and Malta) as well as from China. The public funding we receive is subject to periodic review by the relevant authorities and there can be no assurance that we will continue to benefit from such programs at current levels or that sufficient alternative funding will be available if we lose such support. If any of the public funding programs we participate in are curtailed or discontinued and we do not reduce the relevant R&D or other costs, this could have a material adverse effect on our business. Furthermore, to receive public funding, we enter into agreements which require compliance with extensive regulatory requirements and set forth certain conditions relating to the funded programs. If we fail to meet the regulatory requirements or applicable conditions, we may, under certain circumstances, be required to refund previously received amounts, which could have a material adverse effect on our results of operations. If there are changes in the public funding we receive this could increase the net costs for us to, amongst others, continue investing in R&D at current levels and could result in a material adverse effect on our results of operations.

A change in the landscape in public funding may also affect our business. For example, the European Chips Act which entered into force on September 21, 2023 and is designed to bolster Europe's competitiveness and resilience in semiconductor technologies and applications and any similar proposals in other regions, may provide public funding towards manufacturing activities of semiconductors. It is yet to be seen whether this would impact the amount of public funding currently available to us for our R&D or other investments and ventures, but any reduction in said funding will result in a material adverse effect on our results of operations. Further, this may result in new or existing competitors benefiting from such funding and could also have an impact on the competitive landscape in our industry. See "Item 4. Information on the Company — Public Funding".

***Some of our production processes and materials are environmentally sensitive, which could expose us to liability and increase our costs due to environmental, health and safety laws and regulations or because of damage to the environment.***

We are subject to various laws and regulations, as well as increasing focus from our stakeholders regarding environmental, health and safety matters, including the use, storage, discharge and disposal of chemicals, gases and other hazardous substances used in our operations. Addressing such focus from stakeholders, as well as compliance with such laws and regulations could adversely affect our manufacturing costs or product sales by requiring us to acquire costly equipment, materials or greenhouse gas allowances, or to incur other significant expenses in adapting our manufacturing processes or waste and emission disposal processes. In addition, we are working towards transitioning into an increasingly circular economy model through which we aim to continue to reduce our waste, and increase the use of recycled raw materials in our manufacturing processes. Failure to successfully implement such a model, or a reduction in stakeholder interest in circular economy models, may result in increased costs and stakeholder dissatisfaction.

Separately, several jurisdictions have recently sought to restrict the use of certain substances found in process chemicals, parts, components and other materials used in semiconductor manufacturing and which have limited technically and commercially feasible alternatives. Any such restriction in our ability to access materials necessary for the manufacturing of our products may adversely affect our results of operations. Furthermore, environmental claims or our failure to comply with present or future regulations could result in the assessment of damages or imposition of fines against us, suspension of production or a cessation of operations. Failure by us to control the use of, or adequately restrict the discharge of, chemicals or hazardous substances could subject us to future liabilities.

***Climate change, increased focus on social impact, and related sustainability regulations and initiatives, including our commitment to become carbon neutral in all direct and indirect emissions (scopes 1 and 2), product transportation, business travel, and employee commuting emissions (our scope 3 focus), and to achieve our 100% renewable electricity sourcing goal by the end of 2027, could place additional burden on us and our operations.***

As climate change issues become more pronounced, we may correspondingly face increased regulation and also expectations from our stakeholders to take actions beyond existing regulatory requirements to minimize our impact on the environment and mitigate climate change related effects.

The semiconductor manufacturing process has historically contributed to direct greenhouse gas emissions by utilizing perfluorocarbons, which may lead to new or increased regulation of such compounds. In order to address such regulation, we may be required to adapt our production processes or purchase additional equipment or carbon offsets, leading to increased costs. We are on track to be carbon neutral in all direct and indirect emissions (scopes 1 and 2), product transportation, business travel, and employee commuting emissions (our scope 3 focus), and to achieve our 100% renewable electricity sourcing goal by the end of 2027 (as further explained below in "Item 4. – Environmental, Health and Safety Matters").

To meet these additional regulatory requirements, expectations, and goals, we will need to continue to deploy additional equipment, introduce process changes, utilize alternative suppliers and materials, and take other similar actions, some or all of which may require us to incur additional costs which could result in a material adverse effect on our results of operations and our financial condition. To address climate change mitigation of our own operations, we may resort to purchasing renewable energy, and purchasing carbon credits. In addition, if we fail to meet these requirements, expectations, or goals, or foster additional sustainability initiatives, we may experience reputational risk which could impact our ability to attract and retain customers, employees, and investors.

Further, our sites, as well as those of our partners along the supply chain, may be exposed to changing and/or increasing physical risks resulting from climate change that are either chronic (induced by longer-term shifts in climate patterns, such as sea level rise or constraints in the availability of water, changing temperature, wind or precipitation patterns) or acute (event-driven such as cyclones, hurricanes or heat waves). In the context of the transition to a lower-carbon economy, we will likely be exposed to further policy, legal, technology, and market transition risks. We have already seen further policy developments in this area in the form of Regulation (EU) 2020/852 of the European Parliament and of the Council of June 18, 2020 on the establishment of a framework to facilitate sustainable investment and amending Regulation (EU) 2019/2088 (the "EU Taxonomy Regulation"), which entered into force on July 12, 2020. As a result of the EU Taxonomy Regulation, we must disclose information on how and to what extent our activities are associated with economic activities that qualify as environmentally sustainable. See "Item 4. Information on the Company – Environmental, Health and Safety Matters".

Enhanced focus on issues concerning the protection of human rights, labor laws, environmental justice and climate change are resulting in a more complex regulatory environment, leading to potential additional legal risks, penalties or taxes. Directive (EU) 2022/2464 of the European Parliament and of the Council of December 14, 2022 amending Regulation (EU) No 537/2014, Directive 2004/109/EC, Directive 2006/43/EC and Directive 2013/34/EU, as regards

corporate sustainability reporting (the "CSRD"), which entered into force on January 5, 2023, strengthens the rules regarding social and environmental information that is required to be reported.

The CSRD seeks to provide investors and other stakeholders with access to the information they need to assess investment risks arising from climate change, social impact, and other sustainability topics, including mandatory supply chain due diligence requirements and new third-party assurance obligations. Should our partners not comply with current regulations, their performance may detrimentally impact our own results on climate change mitigation, social impact, energy efficiency, water use, chemicals and pollution management, or waste disposal. Moreover, if our partners are unable to meet our climate change, social impact and sustainability criteria, we may engage with alternative partners at a higher cost.

The requirements of the CSRD are likely to overlap in scope and diverge in content with the rules of other jurisdictions to which we may be subject. If our disclosure metrics relating to climate change and other sustainability topics are lower than those of our peers in the industry, or are otherwise regarded as insufficient, this may lead to reputational risk which may lead to onward financial repercussions such as a decrease in share price or difficulty in raising capital.

This enhanced focus and increased regulations and initiatives, as well as related stakeholder expectations, have been and may continue to be subject to rapid and extensive change or reversal, and have resulted and may result in conflicts between regulatory regimes and stakeholders.

***Individual customer use of certain products, which may differ from the anticipated uses of such products and result in differences in performance, including energy consumption, may lead to a failure to achieve our disclosed emission-reduction goals, adverse legal action or additional research costs.***

Our standard terms and conditions of sale state that our products are not intended for certain uses. Our calculations for the anticipated GHG emissions reductions from the use of our products are based on certain common but significant assumptions, such as that all products are powered by grid electricity. Misuse of our products, or any deviation from our products' anticipated uses, could result in difference in performance, decrease in product lifespan, product malfunction and an increase in energy consumption. Any such instances of misuse may lead to a failure to achieve our disclosed emission-reduction goals, adverse publicity, and may lead to legal action.

***Loss of key employees and the inability to continuously recruit and retain qualified employees could hurt our competitive position.***

Our success depends to a significant extent upon our key executives and R&D, engineering, marketing, sales, manufacturing, support and other personnel. Our success also depends upon our ability to continue to identify, attract, retain and motivate highly trained and skilled engineering, technical and professional personnel in a competitive recruitment environment, as well our ability to ensure the smooth succession and continuity of business with newly hired and promoted personnel. For instance, in highly specialized areas, it may become more difficult to retain employees.

Our employee hiring and retention also depend on our ability to build and maintain a diverse and inclusive workplace culture and be viewed as an employer of choice. We intend to continue to devote significant resources to recruit, train and retain qualified employees, however, we may not be able to attract, obtain and retain these employees, which may affect our growth in future years and the loss of the services of any of these key personnel without adequate replacement or the inability to attract new qualified personnel could have a material adverse effect on us.

***The interests of our controlling shareholder, which is in turn indirectly controlled by the French and Italian governments, may conflict with other investors' interests. In addition, our controlling shareholder may sell our existing common shares or issue financial instruments exchangeable into our common shares at any time.***

We understand that as of December 31, 2024, STMicroelectronics Holding N.V. ("ST Holding"), owned 250,704,754 shares, or approximately 27.5%, of our issued common shares. ST Holding may

therefore be in a position to effectively control the outcome of decisions submitted to the vote at our shareholders' meetings, including but not limited to the appointment of the members of our Managing and Supervisory Boards (the "Managing Board" and the "Supervisory Board", respectively).

We have been informed that ST Holding's shareholders, each of which is ultimately controlled by the French or Italian government, are party to a shareholders agreement (the "STH Shareholders Agreement"), which governs relations between them. We are not a party to the STH Shareholders Agreement. See "Item 7. Major Shareholders and Related Party Transactions — Major Shareholders". The STH Shareholders Agreement includes provisions requiring the unanimous approval by the shareholders of ST Holding before ST Holding can vote its shares in our share capital, which may give rise to a conflict of interest between our interests and investors' interests, on the one hand, and the (political) interests of ST Holding's shareholders, on the other hand. Our ability to issue new shares or other securities giving access to our shares may be limited by ST Holding's desire to maintain its shareholding at a certain level and our ability to buy back shares may be limited by ST Holding due to a Dutch law requiring one or more shareholders acquiring 30% or more of our voting rights to launch a tender offer for our outstanding shares.

The STH Shareholders Agreement also permits our respective French and Italian indirect shareholders to direct ST Holding to dispose of its stake in us at any time, thereby reducing the current level of their respective indirect interests in our common shares. Sales of our common shares or the issuance of financial instruments exchangeable into our common shares or any announcements concerning a potential sale by ST Holding could materially impact the market price of our common shares depending on the timing and size of such sale, market conditions as well as a variety of other factors.

***Our shareholder structure and our preference shares may deter a change of control.***

We have an option agreement in place with an independent foundation, whereby the foundation can acquire preference shares in the event of actions which the board of the independent foundation determines would be contrary to our interests, our shareholders and our other stakeholders and which in the event of a creeping acquisition or offer for our common shares are not supported by our Managing Board and Supervisory Board. In addition, our shareholders have authorized us to issue additional capital within the limits of the authorization by our annual general meeting of shareholders (our "AGM"), subject to the requirements of our articles of association (the "Articles of Association"), without the need to seek a specific shareholder resolution for each capital increase. Accordingly, an issue of preference shares or new shares may make it more difficult for a shareholder to obtain control over our general meeting of shareholders. These anti-takeover provisions could substantially impede the ability of our shareholders to benefit from a change in control and, as a result, may materially adversely affect the market price of our ordinary shares and our investors' ability to realize any potential change of control premium. See "Item 7. Major Shareholders and Related Party Transactions — Major Shareholders — Preference Shares".

***Any decision to reduce or discontinue paying cash dividends to our shareholders could adversely impact the market price of our common shares.***

On an annual basis, our Supervisory Board, upon the proposal of the Managing Board, may propose the distribution of a cash dividend to the general meeting of shareholders. See "Item 8. Dividend Policy". Any reduction or discontinuance by us of the payment of cash dividends at historical levels could cause the market price of our common shares to decline.

***We are required to prepare financial statements under IFRS and we also prepare Consolidated Financial Statements under U.S. GAAP, and such dual reporting may impair the clarity of our financial reporting.***

We use U.S. GAAP as our primary set of reporting standards. Applying U.S. GAAP in our financial reporting is designed to ensure the comparability of our results to those of our competitors, as well as the continuity of our reporting, thereby providing our stakeholders and potential investors with a clear understanding of our financial performance. As we are incorporated in The Netherlands

27

and our shares are listed in Europe on Euronext Paris and on the Borsa Italiana, we are subject to EU regulations requiring us to also report our results of operations and financial statements using IFRS.

As a result of the obligation to report our financial statements under IFRS, we prepare our results of operations using both U.S. GAAP and IFRS, which are currently not consistent. Such dual reporting can materially increase the complexity of our financial communications. Our financial position and results of operations reported in accordance with IFRS will differ from our financial position and results of operations reported in accordance with U.S. GAAP, which could give rise to confusion in the marketplace.

### *There are inherent limitations on the effectiveness of our controls.*

There can be no assurance that a system of internal control over financial reporting, including one determined to be effective, will prevent or detect all misstatements. A control system, no matter how well designed and operated, can provide only reasonable, not absolute, assurance regarding financial statement preparation and presentation. Projections of the results of any evaluation of the effectiveness of internal control over financial reporting into future periods are subject to inherent risk. The relevant controls may become inadequate due to changes in circumstances or the degree of compliance with the underlying policies or procedures may deteriorate.

### *Because we are subject to the corporate law of The Netherlands, U.S. investors might have more difficulty protecting their interests in a court of law or otherwise than if we were a U.S. company.*

Our corporate affairs are governed by our Articles of Association and by the laws governing corporations incorporated in The Netherlands. The rights of our investors and the responsibilities of members of our Managing and Supervisory Boards under Dutch law are not as clearly established as under the rules of some U.S. jurisdictions. Therefore, U.S. investors may have more difficulty in protecting their interests in the face of actions by our management, members of our Managing and Supervisory Boards or our controlling shareholders than U.S. investors would have if we were incorporated in the United States.

Our executive offices and a substantial portion of our assets are located outside the United States. In addition, ST Holding and most members of our Managing and Supervisory Boards are residents of jurisdictions other than the United States. As a result, it may be difficult or impossible for shareholders to effect service within the United States upon us, ST Holding, or members of our Managing or Supervisory Boards. It may also be difficult or impossible for shareholders to enforce outside the United States judgments obtained against such persons in U.S. courts, or to enforce in U.S. courts judgments obtained against such persons in courts in jurisdictions outside the United States. This could be true in any legal action, including actions predicated upon the civil liability provisions of U.S. securities laws. In addition, it may be difficult or impossible for shareholders to enforce, in original actions brought in courts in jurisdictions located outside the United States, rights predicated upon U.S. securities laws.

We have been advised by Dutch counsel that the United States and The Netherlands do not currently have a treaty providing for reciprocal recognition and enforcement of judgments (other than arbitration awards) in civil and commercial matters. With respect to choice of court agreements in civil or commercial matters, it is noted that the Hague Convention on Choice of Court Agreements entered into force in The Netherlands, but has not entered into force in the United States. As a consequence, a final judgment for the payment of money rendered by any federal or state court in the United States based on civil liability, whether or not predicated solely upon the federal securities laws of the United States, will not be enforceable in The Netherlands. However, if the party in whose favor such final judgment is rendered brings a new suit in a competent court in The Netherlands, such party may submit to The Netherlands court the final judgment that has been rendered in the United States. If The Netherlands court finds that the jurisdiction of the federal or state court in the United States has been based on grounds that are internationally acceptable and that proper legal procedures that are in accordance with the Dutch standards of proper administration of justice including sufficient safeguards (*behoorlijke rechtspleging*) have been observed, the court in The Netherlands would, under current

28

practice, in principle give binding effect to the final judgment that has been rendered in the United States unless such judgment contradicts The Netherlands' public policy and provided that the judgment by the foreign court is not incompatible with a decision rendered between the same parties by a Dutch court, or with a previous decision rendered between the same parties by a foreign court in a dispute that concerns the same subject and is based on the same cause, provided that the previous decision qualifies for acknowledgment in The Netherlands. Even if such a foreign judgment is given binding effect, a claim based thereon may, however, still be rejected if the foreign judgment is not or no longer formally enforceable.

**Item 4.    Information on the Company**

***History and Development of the Company***

STMicroelectronics N.V. was formed and incorporated in 1987 as a result of the combination of the semiconductor business of SGS Microelettronica (then owned by Società Finanziaria Telefonica (S.T.E.T.), an Italian corporation) and the non-military business of Thomson Semiconducteurs (then owned by the former Thomson-CSF, now Thales, a French corporation). We completed our initial public offering in December 1994 with simultaneous listings on the Bourse de Paris (now known as "Euronext Paris") and the New York Stock Exchange ("NYSE"). In 1998, we also listed our shares on the Borsa Italiana S.p.A. ("Borsa Italiana").

We operated as SGS-Thomson Microelectronics N.V. until May 1998, when we changed our name to STMicroelectronics N.V. We are organized under the laws of The Netherlands, with our corporate legal seat in Amsterdam, The Netherlands, and our head offices at WTC Schiphol Airport, Schiphol Boulevard 265, 1118 BH Schiphol, The Netherlands. Our telephone number there is +31-20-654-3210. Our headquarters and operational offices are managed through our wholly owned subsidiary, STMicroelectronics International N.V., and are located at 39 Chemin du Champ des Filles, 1228 Plan-Les-Ouates, Geneva, Switzerland. Our main telephone number there is +41-22-929-2929. Our agent for service of process in the United States related to our registration under the U.S. Securities Exchange Act of 1934, as amended, is Corporation Service Company (CSC), 80 State Street, Albany, New York, 12207. Our operations are also conducted through our various subsidiaries, which are organized and operated according to the laws of their country of incorporation, and consolidated by STMicroelectronics N.V.

**Business Overview**

We are a global semiconductor company that designs, develops, manufactures and markets a broad range of products used in a wide variety of applications for the four end-markets we address: Automotive, Industrial, Personal Electronics and Communications Equipment, Computers and Peripherals (each as defined below). For the Automotive and Industrial markets we address a wide customer base, particularly in Industrial, with a broad and deep product portfolio. In Personal Electronics and in Communications Equipment, Computers and Peripherals we have a selective approach both in terms of the customers we serve, as well as in the technologies and products we offer, while leveraging our broad portfolio to address high-volume applications.

Our diverse product portfolio includes discrete and general purpose components, ASIC, full-custom devices and semi-custom devices and ASSPs for analog, digital and mixed-signal applications. It benefits from a unique, strong foundation of proprietary and differentiated leading-edge technologies. We use all of the prevalent function-oriented process technologies, including CMOS, bipolar and non-volatile memory technologies. In addition, by combining basic processes, we have developed advanced systems-oriented technologies that enable us to produce differentiated and application-specific products, including FD-SOI technology offering superior performance and power efficiency compared to bulk CMOS, Bi-CMOS and RF-SOI for mixed-signal and high-frequency applications, SiPho technology using silicon-based materials to develop photonic circuits, as well as BCD, VIPpower, and intelligent integrated gallium-nitride ("STI$^2$GaN") technologies for smart power applications, power MOSFET, SiC and gallium-nitride GaN for high-efficiency systems, MEMS technologies for sensors and actuators, embedded memory technologies for our microcontrollers and differentiated optical sensing technologies for our optical sensing solutions. For our 2024 results of

operations, see "Item 5. Operating and Financial Review and Prospects — Results of Operations — Segment Information".

**Strategy**

We are 50,000 creators and makers of semiconductor technologies mastering the semiconductor supply chain with state-of-the-art manufacturing facilities. As an integrated device manufacturer, we work with more than 200,000 customers and thousands of partners to design and build products, solutions, and ecosystems that address their challenges and opportunities, and the need to enable and support a more sustainable world. Our technologies enable smarter mobility, more efficient power and energy management, and the wide-scale deployment of cloud-connected autonomous things.

Our strategy focuses on sustainable long-term value creation for the Company and its affiliated enterprises and takes into account the short-, medium- and longer-term evolution of the markets we serve and the environment and opportunities we see. It stems from key long-term trends in electronic systems. These key trends are: smart mobility, where we provide innovative solutions to help car manufacturers make driving safer, greener and more connected; power & energy: our technology and solutions enable industries to increase energy efficiency and support the use of renewable energy and cloud-connected autonomous things; which transform our lives and the objects we use with smart, connected devices for personal, business and industrial applications.

Our strong focus as a broad range player, is on high-growth applications such as: (i) in automotive, electrified power train, advanced driver assistance systems ("ADAS"), and legacy systems; (ii) in industrial, with energy management at large, battery-operated tools, automation and robotics as well as, more selectively, (iii) on premium personal electronics devices, data center power management and connectivity, and low-earth-orbit satellite communications.

Our global integrated device manufacturer operational model, provides us with a wide range of capabilities in proprietary and innovative technology & IP design, product and solution development, and with advanced manufacturing – both in-house and with selected partners – providing us with a strong competitive advantage and supply chain resilience for our customers.

Our value proposition for stakeholders is focused on sustainable and profitable growth, providing differentiating enablers to customers and a strong commitment to sustainability. We are on track to be carbon neutral in all direct and indirect emissions (scopes 1 and 2), product transportation, business travel, and employee commuting emissions (our scope 3 focus), and to achieve our 100% renewable electricity sourcing goal by the end of 2027.

**Product Information**

Semiconductor devices are electronic components that serve as the building blocks inside electronic systems and equipment. Semiconductor devices, generally known as "chips" combine multiple transistors on a single piece of material to form a complete electronic circuit. With our portfolio of semiconductor products, we serve customers across the spectrum of electronics applications with innovative solutions.

We have a portfolio of power products and analog products, including sensors, signal channel devices and output power stages - discrete and/or integrated - as well as complete power management blocks. Our analog products, including both general purpose and application specific, can fulfill the needs of a wide range of designs and systems.

We also have digital products that are at the heart of electronics systems, including microcontrollers and microprocessors, ASICs and optical sensing solutions. Our full set of microcontrollers and microprocessors includes one of the industry's broadest ranges of general-purpose devices serving all market segments, microprocessors addressing the industrial market, secure microcontrollers for mobile devices, wearables, banking, identification, industrial, automotive and Internet of Things ("IoT") markets and a series of embedded processing solutions for our

addressed end-markets (Automotive, Industrial, Personal Electronics and Communications Equipment, Computers and Peripherals, as defined below).

We are one of the leading suppliers and innovators in the domain of semiconductor devices dedicated to automotive applications. Our offer includes a wide range of products, covering systems and functions from powertrain, chassis and safety, to audio, infotainment and telematics, as well as body and convenience. We offer automotive microcontrollers as well as solutions for ADAS and we provide automotive-grade MEMS as well as imaging solutions. Our portfolio also features a comprehensive range of analog and power solutions, including wide bandgap devices for hybrid and electric vehicles. The products are designed and manufactured specifically for automotive applications and complemented by a large range of "automotive grade" standard products, both tested and guaranteed to perform under stringent automotive environmental conditions.

On top of the product design R&D spending, our principal investment and resource allocation decisions in the semiconductor business area are for expenditures on technology R&D as well as capital investments in front-end and back-end manufacturing facilities, which are planned at the corporate level; therefore, our product groups share common R&D for process technology and manufacturing capacity for some of their products.

As of December 31, 2024, our reportable segments were as follows:

- In our Analog, Power & Discrete, MEMS and Sensors ("APMS") product group:
    - Analog Products, MEMS and Sensors ("AM&S") segment, comprised of ST analog products, MEMS sensors and actuators, and optical sensing solutions.
    - Power and Discrete products ("P&D") segment, comprised of discrete and power transistor products.
- In our Microcontrollers, Digital ICs and RF products ("MDRF") product group:
    - Microcontrollers ("MCU") segment, comprised of general-purpose microcontrollers, secure and automotive microcontrollers, microprocessors and connected security products (including EEPROM).
    - Digital ICs and RF Products ("D&RF") segment, comprised of automotive ADAS, infotainment, RF and communication products.

Below is a description of our main categories of products as of December 31, 2024.

**Analog, Power & Discrete, MEMS and Sensors ("APMS") product group**

(i)    Analog products, MEMS and Sensors ("AM&S") segment

*Analog Integrated Circuits*

We develop a broad range of innovative smart power and analog ICs, comprising both application specific and general-purpose analog products. These serve a wide spectrum of markets and applications including automotive, smart grid, cloud computing, data servers, industrial automation, power conversion and personal electronics.

We are a leading supplier of analog semiconductors devices for automotive industry worldwide, enabling the electrification and digitalization of the car, and the pervasion of electronics in both traditional internal combustion engine vehicles as well as in electric cars, full or hybrid. Based on our proprietary BCD and VIPpower technologies, we provide solutions for a range of car systems, such as battery management, traction engine, braking systems, airbag, door zone, e-fuse, and power management for ECUs.

In Industrial (as defined below) our product families include ASICs and ASSPs, covering motion control, power and energy management and factory automation. We continuously introduce new devices in our MasterGaN® and VIPerGaN families integrating a silicon driver and GaN power transistors in a single package. Our connectivity ICs range from wireline to wireless solutions. For wireline communication, we offer a complete family of transceivers compatible with different protocol

31

standards used in the industry. Finally, we have a strong presence with our galvanic isolated gate drivers (also known as STGAP family) that are used both in industrial and automotive markets.

In Communications Equipment, Computers and Peripherals (as defined below) we serve our customers with power management solutions for data storage, as well as addressing the high power and high efficiency needs for servers and AI data centers.

In Personal Electronics (as defined below) we provide custom analog ICs, mainly power management ICs for battery powered devices. We deploy wireless charging solutions from low to high power across applications from smartphones to wearables, as well as display power management ICs and FingerTip touch screen controllers.

In General-Purpose Analog (as defined below) we have a wide product portfolio addressing all the market segments, spanning high-end analog front-end products, AC-DC and DC-DC converters, gate drivers for MOSFET , IGBT, SiC and GaN transistors, intelligent power switches, high & low side drivers, LED drivers, real-time clocks & timers, supervision and control ICs, as well as a comprehensive range of operational amplifiers (both low-voltage and high-voltage), comparators and current-sense amplifiers.

### *MEMS Sensors and Actuators*

Our MEMS portfolio includes both sensors and actuators for a broad range of applications, including smartphones, personal devices, computers, automotive, industrial, healthcare and IoT.

MEMS sensors include motion MEMS (accelerometers, gyroscopes, magnetic sensors), environmental sensors (pressure, temperature and presence detection), biosensors and microphones. We offer a unique sensor portfolio, from discrete to fully integrated solutions, high performance sensor fusion to improve the accuracy of multi-axis sensor systems in order to enable highly-demanding applications, such as navigation and location-based services, optical image stabilization and high-level quality products. Our latest range of smart sensors includes machine learning and edge AI processing capabilities built into the sensor enabling ultra-low power gesture recognition and tracking applications.

MEMS actuators include: (i) thermal and piezoelectric actuators for 2D and 3D printing in consumer, commercial and industrial market applications and (ii) piezoelectric actuators for applications such as smartphone camera autofocus, MEMS loudspeakers and image projection.

### *Optical Sensing Solutions*

We have a broad portfolio of optical sensing solutions based on our proprietary differentiated technologies such as FlightSense and BrightSense. These address various markets including 3D sensing for automotive applications such as in-cabin monitoring and occupant detection, as well as for industrial and consumer applications. Our optical sensing solutions are composed of both specialized components developed for dedicated customer systems; and full optical sense and illumination system solutions targeting multiple customers.

(ii)      Power and Discrete products ("P&D") segment

### *Discrete and Power Transistor*

Our discrete and power transistors families include both power products and protection devices serving our end markets (Automotive, Industrial, Personal Electronics and Communications Equipment, Computers and Peripherals).

Our leading-edge power technologies cater to both high-voltage and low-voltage applications. We combine a full range of packaging options with innovative die bonding technologies, utilizing both silicon and wide bandgap materials Our portfolio includes silicon MOSFETs, SiC MOSFETs, IGBTs, thyristors, rectifiers, and power modules as well as a wide range of power bipolar transistors. We are

expanding our offering based on wide bandgap materials with a full range of GaN-based power device solutions targeting a wide variety of applications.

Our portfolio of protection devices supports all industry requirements for electrical overstress and electrostatic surge protection, lightning surge protection and automotive protection. Our devices meet or exceed international protection standards for electrical hazards on electronics boards found in the demanding markets we serve.

**Microcontrollers, Digital ICs and RF products ("MDRF") product group**

(i) Microcontrollers ("MCU") segment

*General purpose microcontrollers and microprocessors*

Our general purpose microcontroller product portfolio largely contains families of products based on 32-bit ARM®-based Cortex®-M0, -M0+, -M3, -M4, -M33, -M55 and M7 with the ARM® TrustZone®. The STM32N6 MCU series introduced in December 2024 is ST's most powerful to date, and the first to embed ST's proprietary neural processing unit, the neural-ART accelerator, currently delivering 600 times more machine-learning performance than a high-end STM32 MCU.

For each product family, a broad selection of features is available with respect to microcontroller performance, ultra-low-power, memory size, peripherals, and packaging. Numerous dedicated families include features such as our TouchGFX advanced 3D graphics, dedicated peripherals for industrial motor controls, security features, and low-power wireless connectivity.

Our latest microprocessors product line targeting the industrial market features 64-bit processing and edge AI acceleration. Based on the Arm Cortex®-A35, these microprocessors run up to 1.5GHz, enhancing the main processing capability compared to first-generation devices. Additionally, they come with a dedicated Linux distribution.

The STM32 family based on the ARM® Cortex®-M and -A processors are designed to offer significant degrees of freedom to microcontroller and microprocessors users. The product range combines very high performance, real-time capabilities, digital signal processing, and low-power, low-voltage operation, while maintaining full integration and ease of development. We offer an unparalleled range of STM32 devices, accompanied by a vast choice of tools and software including support for industrial safety standard IEC 61508 SIL2/3, human machine interface.

In 2024, we continued to strengthen our STM32 microcontroller ecosystem with various software releases and updates of STM32Cube, CubeMX and TouchGFX. We also introduced ST Edge AI suite, a comprehensive approach to help developers create AI for the tiny edge. This comprehensive portfolio makes our STM32 an ideal choice for enabling ever smarter objects for an increasingly broad range of applications.

*Secure Microcontrollers and NFC solutions*

We offer cutting-edge solutions for secure and connected applications. Security is particularly critical to NFC, contactless and wired connectivity technologies that target payment, identification, access control and all secure transactions in mobile, industrial, consumer and automotive applications. Building upon our 30+ year experience in security, we offer one of the most ambitious and coherent security portfolios, with the right level of protection from a basic identification of objects (tags and secure tags) to the most advanced security with our certified secure microcontrollers.

Our well-defined system-level architecture enables us to match our security strategy with current and future threats, accelerating our pervasion in the security ecosystem. We offer security solutions for everybody, creating the opportunity to address customers for whom security is a must.

With the STSECURE and ST25 portfolio, we offer certified hardware and software solutions to answer the market demand in security dand connectivity. In 2024, we delivered the industry's first FIPS 140-3 certified trusted platform module ("TPM") for computer, server, and embedded systems. We diversified our portfolio with the introduction of the ST25TA-E NFC tag IC to strengthen the security of

digital product passports and blockchain-based applications by implementing state-of-the-art on-chip digital signature mechanism, TruST25™ Edge.

*Memories*

Our wide range of small density serial non-volatile memories has among the highest industry performance. The serial EEPROM family ranges from 1 Kbit to 32 Mbits and offers the most common serial interfaces to facilitate adoption: I²C, SPI and Microwire. In 2024, we introduced Page EEPROM with two-in-one memory, creating a hybrid memory for applications that face extreme size and power constraints.Our wide range of products are also automotive compliant. Very small package options are available for applications where space is critical, such as in camera modules for consumer and mobile devices.

*Automotive MCU*

Our automotive microcontroller portfolio supports ongoing transformation of the industry through electrification and digitalization of the car. We offer a complete portfolio of products able to address all the needs, from local actuation and smart sensing to high-performance real-time processing with cross functional integration across multiple application domains.

Our *Stellar* family is a scalable ARM-based hardware architecture supporting real-time virtualization of multi-ASIL ECUs. It features a rich set of IOs and peripherals, and offers a unique over-the-air update value proposition. This is made possible by leveraging our internally developed embedded non-volatile memory technology, built on 28nm FD-SOI technology. This is the industry's first family of emerging technologies after eFlash, representing the most mature and smallest memory cell automotive-grade solution on the market. The Stellar family is optimized for electrification, including x-in-1 vehicle motion control computer, new vehicle architectures and safety MCUs for safety critical subsystems, such as ADAS, zone and body integration.

In 2024 we announced that we will build a new series in the STM32 family tailored for automotive. The STM32A will be designed for actuation at the very edge of the car network, such as car body control and smart sensor management, and will support ASIL B automotive safety level.

(ii) Digital ICs and RF Products ("D&RF") segment

*RF Communications and ASICs*

We offer RF, digital and mixed-signal ASICs, which are based on our proprietary FD-SOI, RF-SOI, and SiGe technologies, as well as foundry-based FinFET technologies, for satellite communications (satellites, ground stations, user antennas and terminals) as well as networking infrastructure.

We also use our proprietary FD-SOI, RF-SOI, and SiGe technologies to provide RF and mmWave components for terrestrial communication, based on our know-how in analog and digital beamforming design techniques, to address massive MIMO antenna and 60GHz very-short-range ultra-low-power multi-gigabit/second links.

We also address the fast-growing market of interconnect in data centers based on our SiGe and SiPho technologies.

*ADAS, RF & Infotainment*

We are a leading player in ADAS, dedicated to improving the passenger experience and helping to avoid or minimize the severity of traffic accidents. We manufacture cutting-edge ADAS SoCs and radar systems that assist drivers with basic - high volume ADAS to advanced hand-off functions such as autonomous lane changing, front/rear collision avoidance and traffic jam assistance, paving the way towards most advanced eye-off systems. Our ADAS products meet the most stringent quality criteria required for automotive applications guaranteeing a safer driving experience.

Our car infotainment portfolio includes comprehensive solutions for digital radios, audio amplification and positioning systems. With our continuous innovation, we are the leader in the audio infotainment market, with a wide range of power amplifiers meeting all the needs, from head units to premium audio, from telematics to AVAS.

The positioning portfolio includes families of SoC and RF solutions capable of receiving signals from different bands and multiple satellite constellations. These solutions are designed to enhance the accuracy of the user's position and ensure reliable, safe and secure position even under poor satellite visibility conditions.

ST is also a leading provider of radio solutions for automotive infotainment systems and offers digital and analog terrestrial and satellite receivers, as well as multi-standard ICs designed to deliver world-class performance and functionality.

**Alliances with Customers and Industry Partnerships**

We believe that customer alliances and industry partnerships are critical to our success in the semiconductor market. Customer alliances provide us with valuable systems and application know-how and access to markets for key products, while enabling our customers to gain access to our technologies and manufacturing infrastructure. We are actively working to expand the number of our customer alliances, targeting key global OEMs as well as emerging, innovative customers and partners around the globe.

From time to time we collaborate with other semiconductor industry companies, research organizations, universities, customers, experts and suppliers to further our R&D efforts. Such collaboration provides us with a number of important benefits, including acquisition of technical know-how, access to additional production capacities, sharing of costs and reductions in our own capital requirements.

**Customers and Applications**

We design, develop, manufacture and market thousands of products which we sell to over 200,000 customers. We emphasize a broad and balanced product portfolio, in the applications and regional markets we serve, which helps foster closer, strategic relationships with customers. Our major customers include (in alphabetical order) Apple, Bosch, Continental, Denso, Hyundai Motor, Mobileye, Samsung, SpaceX, Tesla and Vitesco. This broad product breadth provides opportunities to enable application solutions and to supply such customers' requirements for all their product and technology needs. We also sell our products through our distribution channel.

In Automotive, we have identified a significant evolution of the relationship with customers. Historically, semiconductor companies addressed the needs of carmakers mostly through tier 1 and/or tier 2 automotive industry suppliers with whom we work closely. In recent years there has been an accelerated transformation of the automotive industry driven by the electrification and the digitalization of vehicles, significantly increasing the amount and complexity of semiconductor products in vehicles. As a result, and following further from the supply chain challenges which arose during and after the COVID-19 pandemic, carmakers are taking a more direct role in the decision making and control of both the semiconductor strategy and supply for their vehicles. Carmakers now have a more direct relationship with companies such as ours, notably playing a more active role in defining the specific solutions they require, as well as in certain instances engaging in direct co-operation agreements. We are committed to playing a major role in these new business models and we see multiple opportunities for co-operation with carmakers in this area, while also continuing to build on our co-operation with tier 1 and tier 2 automotive industry suppliers.

**Sales, Marketing and Distribution**

Our sales and marketing is organized by a combination of regional and key account coverage with the primary objective of accelerating sales growth and gaining market share. Emphasis is placed on strengthening the development of our global and major local accounts; boosting demand creation

through an enhanced focus on geographical and key account coverage with strong technical and application expertise, supported in the mass market by our distribution channel and local initiatives; and establishing regional sales and marketing teams that are fully aligned with our end-markets, each as defined below: Automotive, Industrial (split into two verticals: a power and energy vertical; and a smart industrial IoT / automation vertical), Personal Electronics and Communications Equipment, Computers and Peripherals.

We have four regional sales organizations reporting to a global head of Sales & Marketing: Americas, Asia Pacific excluding China ("APeC"), China and Europe, Middle-East and Africa ("EMEA"). Our regional sales organizations have a similar structure to enhance global coordination and go-to-market activities. The sales and marketing teams are strongly focused on profitable revenue growth and business performance as well as on fostering demand creation, expanding the customer base, maximizing market share, developing new product-roadmaps and providing the best technical and application support in the field for our customers. The sales and marketing activities are supported by sales engineers, system marketing, product marketing, application labs, competence centers, field application engineers and quality engineers.

In the first quarter of 2024, we announced that we will complement the existing sales & marketing organization (the "Sales & Marketing" organization) by implementing a new Segment Marketing and Application ("SM&A") organization, offering customers end-to-end system solutions based on our product and technology portfolio, covering the following four end markets:

- automotive end-market ("Automotive");
- industrial end-market ("Industrial"), split into two verticals: a power and energy vertical; and a smart industrial IoT / automation vertical;
- personal electronics end-market ("Personal Electronics"); and
- communications equipment, computers and peripherals end-market ("Communications Equipment, Computers and Peripherals").

The regional Sales & Marketing organization remained unchanged.

We engage distributors and sales representatives to distribute and promote our products around the world. Typically, distributors handle a wide variety of products, including those that compete with ours. Our distributors have a dual role, in that they assist in fulfilling the demand of our customers by servicing their orders, while also supporting the creation of product demand and business development. Most of our sales to distributors are made under specific agreements allowing for price protection and stock rotation for unsold merchandise. Sales representatives, on the other hand, generally do not offer products that compete directly with our products, but may carry complementary items manufactured by others.

At the request of certain customers, we also sell and deliver our products to EMS companies, which, on a contractual basis with our customers, incorporate our products into the application specific products they manufacture for our customers. We also sell products to original design manufacturers ("ODM"). ODMs manufacture products for our customers much like EMS companies do, but they also design applications for our customers, and in doing so themselves select the products and suppliers that they wish to purchase from. In furtherance of our strong commitment to quality, our sales organizations include personnel dedicated to close monitoring and resolution of quality-related issues. For a breakdown of net revenues by segment and geographic region for the last three fiscal years, see "Item 5. Operating and Financial Review and Prospects".

**Research and Development**

We believe that market driven R&D based on leading-edge products and technologies is critical to our success. We devote significant effort to R&D because we believe such investment can be leveraged into competitive advantages: about 20% of our employees work in R&D on product design/ development and technology and, in 2024, we spent approximately 15.7% of our net revenues on R&D.

New developments in semiconductor technology can make end products significantly cheaper, smaller, faster, more reliable and embedded than their predecessors, with differentiated functionalities. They can enable significant value creation opportunities with their timely appearance on the market. Our innovations in semiconductor technology as well as in hardware and software contribute to the creation of successful products that generate value for us and our customers. Our complete design platforms, including a large selection of IP and silicon-proven models and design rules, enable the fast development of products designed to meet customer expectations in terms of reliability, quality, competitiveness in price and time-to-market. Through our R&D efforts, we contribute to making our customers' products more efficient, more appealing, more reliable and safer.

Our technology R&D strategy is based on the development of differentiated technologies, allowing for a unique offer in terms of new products and enabling new applications opportunities. We draw on a rich pool of fabrication technologies for chips and products, including advanced digital CMOS on FD-SOI, embedded non-volatile memories, analog and mixed-signal, optical sensing, integrated photonics, MEMS, BCD for smart power, power transistors and diodes, power SiC and GaN processes, Bi-CMOS, and SiPho. This is well embedded in our strong packaging technologies portfolio such as high pin count BGA, wafer level packaging, panel-level packaging, highly integrated sensor packages and leadframe package power products. We combine both front-end and back-end manufacturing and technology R&D under the same organization to ensure a smooth flow of information between our R&D and manufacturing organizations. We leverage significant synergies and shared activities between our product groups to cross-fertilize them. We also use silicon foundries and test and packaging suppliers ("OSATs").

We have advanced R&D and innovation centers which offer us a significant advantage in quickly and cost effectively introducing products. Furthermore, we have established a strong culture of partnerships and through the years have created a network of strategic collaborations with key customers, suppliers, competitors, and leading universities and research institutes around the world. See "Item 4. Information on the Company — Alliances with Customers and Industry Partnerships". We also play leadership roles in numerous projects running under the Information Society Technologies programs of the EU. We also participate in certain collaborative R&D and innovation programs established by the EU Commission, individual countries and local authorities in Europe (primarily in France and Italy) and in Singapore. We currently own over 21,000 active and pending patents worldwide. See "Item 4. Information on the Company — Public Funding".

The total amount of our R&D expenses in the past three fiscal years was $2,077 million, $2,100 million and $1,901 million in 2024, 2023 and 2022, respectively. For more information on our R&D expenses, see "Item 5. Operating and Financial Review and Prospects — Results of Operations — Research and Development Expenses".

**Property, Plants and Equipment**

We are an integrated device manufacturer with the ability to control and optimize the value chain, from semiconductor process development, chip design, testing and validation, wafer fabrication, to assembly, testing, and delivery to our customers. At our Company, manufacturing is based on our owned and operated facilities in EMEA and in Asia, complemented by outsourcing in both front-end and back-end processes. This enables us to provide customers with an independent, flexible and robust manufacturing and supply chain, which aids in our success. In addition, our proprietary semiconductor process technologies highlighted above enable product differentiation. We believe that the combination of these two aspects represent a differentiating factor for our Company as compared to fabless semiconductor companies and semiconductor foundries.

We currently operate 14 main manufacturing sites around the world. The table below sets forth certain information with respect to our current manufacturing facilities, products and technologies.

| Location[1] [6] | Products | Technologies |
| --- | --- | --- |
| **Front-end facilities[2]** | | |
| Agrate, Italy[3] | Application-specific, MEMS, smart power and analog ICs | Fab 1:  200mm, BCD and MEMS<br>Fab 2:  200mm, advanced BCD and integrated GaN power ICs<br>Fab 3: 300mm, analog CMOS, BCD, and embedded non-volatile memories |
| Ang Mo Kio, Singapore | Application-specific, analog, commodity, MEMS, microcontrollers, non-volatile memories and power transistors | Fab 1:  150mm, BCD, Bi-CMOS, Bipolar, CMOS logic, EEPROM, MEMS, microfluidics, power MOS and SiC power devices<br>Fab 2:  200mm, advanced BCD, BCD, EEPROM, embedded non-volatile memories, power MOS and VIPpower$^{TM}$ |
| Catania, Italy | Application-specific, power transistors and smart power and analog ICs | Site 1<br>Fab 1:  150mm, SiC power devices  and  RF GaN<br>Fab 2:  200mm, advanced BCD, power MOS, SiC power devices and VIPpower$^{TM}$<br><br>Site 2 (SiC)<br>Substrate manufacturing facility for the production in volume of 200mm SiC epitaxial substrate |
| Crolles, France[4] | Application-specific, optical sensors, leading edge logic and non-volatile memories and microcontrollers | Fab 1:  200mm, analog/RF, CMOS, Bi-CMOS and optical sensing<br>Fab 2:  300mm, analog/RF, Bi-CMOS, bulk CMOS, embedded non-volatile memories, FD-SOI advanced CMOS and optical sensing |
| Norrköping, Sweden | Industrialization, research and development and SiC substrate | SiC 150mm and 200mm wafers; N+ doped and semi insulated |
| Rousset, France | Application-specific and standard and secure microcontrollers | Fab: 200mm, analog/RF, Bi-CMOS EEPROM, embedded non-volatile memories and CMOS and VIPpowerTM |
| Tours, France | ASD$^{TM}$ power transistors, diodes, IPAD$^{TM}$ and protection thyristors | Fab 1:  150mm, Transil, Trisil, Schottky diodes and Thyristor/ TRIACs<br>Fab 2:  200mm IPD, power GaN and rectifiers |
| **Back-end facilities[2]** | | |

| | | |
|---|---|---|
| Bouskoura, Morocco | Discrete and standard, micro modules, power and power module, RF and subsystems | Micromodules, power discrete, power automotive SMD, die packaging and SOIC |
| Calamba, Philippines | Application-specific and standard, MEMS | Wire bond BGA , optical sensors module, MEMS sensors module, wafer level packaging and QFN |
| Kirkop, Malta | Application-specific, MEMS, microcontrollers | MEMS sensors module, wire bond BGA flip chip BGA and QFP |
| Marcianise, Italy | Secure microcontrollers and smartcards | Reel-to-reel secure device provisioning and smartcards and issuance technology |
| Muar, Malaysia | Application-specific and standard, microcontrollers | Wire bond BGA, power automotive SMDs, QFP and SOIC and panel level packaging |
| Rennes, France | Application specific | Rad-hard technologies |
| Shenzhen, China[5] | Application-specific and standard, discrete, non-volatile memories, optical packages, power and power module | Optical sensors modules, power discrete, power automotive SMDs, power modules, flip chip CSP, power QFN, die packaging, and SOIC |

_____

(1)   This table does not include (i) the new 200mm SiC device manufacturing joint venture with Sanan Optoelectronics in Chongqing, China, which we are currently building as we announced on June 7 2023; and (ii) the new high-volume 200mm SiC manufacturing facility for power devices and modules, as well as test and packaging, which we are currently building in Catania, Italy, as we announced on May 31, 2024. See "Item 5. Operating and Financial Review and Prospects - Financial outlook: Capital Investment" and Notes 7, 10 and 12 of the Consolidated Financial Statements.

(2)   Front-end manufacturing facilities are fabs and back-end facilities are assembly, packaging and final testing plants.

(3)   Fab 3 is currently shared between the Company and Tower Semiconductor.

(4)   The jointly-operated 300mm semiconductor manufacturing facility with GlobalFoundries Inc in Crolles, France, which has received European Commission approval, has a projected cost of €7.5 billion of capital expenditure, maintenance and ancillary costs and will benefit from financial support of up to roughly €2.9 billion from the State of France in line with the European Chips Act.

(5)   Jointly owned with Shenzhen SEG Hi-Tech Industrial Company Limited, a subsidiary of Shenzhen Electronics Group.

(6)   This list does not include our sites which have ancillary manufacturing activities, such as testing at our site in Toa Payoh, Singapore, and R&D activities at our sites in Castelletto, Italy and Grenoble, France.

As of December 31, 2024, our front-end facilities had a total maximum capacity of approximately 145,000 wafer starts per week (200mm equivalent). The number of wafer starts per week varies from facility to facility and from period to period as a result of changes in product mix.

We own all of our manufacturing facilities, but certain facilities (Muar, Malaysia; Shenzhen, China; Kirkop, Malta; and Toa Payoh and Ang Mo Kio, Singapore) are built on land subject to long-term leases.

We have historically subcontracted a portion of total manufacturing volumes to external suppliers. In 2024, we subcontracted approximately 11% of the value of our total silicon production to external foundries. Our plan is to continue sourcing silicon from external foundries and OSATs to give us flexibility in supporting our growth.

As of December 31, 2024, we had approximately $1,411 million in outstanding orders for purchases of equipment (certain of which are subject to cancellation or amendment in accordance with their terms) and other assets for delivery in 2025. In 2024, our capital expenditure payments (defined as payments for purchases of tangible assets), net of proceeds from sales, capital grants and other contributions, was $2,642 million compared to $4,111 million in 2023. In the 2022-2024 period the ratio of capital expenditure payments, net of proceeds from sales, capital grants and other contributions to total revenues was about 22%. For more information, see "Item 5. Operating and Financial Review and Prospects — Financial Outlook: Capital Investment".

**Intellectual Property**

39

Our success depends in part on our ability to obtain patents, licenses and other IP rights to protect our proprietary technologies and processes. IP rights that apply to our various products include patents, copyrights, trade secrets, trademarks and mask work rights. We currently own over 21,000 active and pending patents worldwide.

We believe that our IP represents valuable assets. We rely on various IP laws, confidentiality procedures and contractual provisions to protect our IP assets and enforce our IP rights. To optimize the value of our IP assets, we have engaged in licensing our design technology and other IP, including patents, when consistent with our competitive position and our customers' interests. We have also entered into broad-scope cross-licenses and other agreements which enable us to design, manufacture and sell semiconductor products using the IP rights of third parties and/or operating within the scope of IP rights owned by third parties.

From time to time, we are involved in IP litigation and infringement claims. See Note 25 to our Consolidated Financial Statements and "Item 3. Key Information — Risk Factors". Regardless of the validity or the successful assertion of such claims, we may incur significant costs with respect to the defense thereof, which could have a material adverse effect on our results of operations, cash flow or financial condition.

**Backlog**

Our sales are made primarily pursuant to standard purchase orders that are generally booked from one to twelve months in advance of delivery. Quantities actually purchased by customers, as well as prices, are subject to variations between booking and delivery and, in some cases, to cancellation due to changes in customer needs or industry conditions. During periods of economic slowdown and/or industry overcapacity and/or declining selling prices, customer orders are not generally made far in advance of the scheduled shipment date. Such reduced lead time can diminish management's ability to forecast production levels and revenues. When the economy rebounds, our customers may strongly increase their demands, which can result in capacity constraints due to a time lag when matching manufacturing capacity with such demand.

In addition, our sales are affected by seasonality, with the first quarter generally showing lowest revenue levels in the year, and the third or fourth quarter historically generating higher amounts of revenues partly as a result of the seasonal dynamics for smartphone applications dynamics.

We also sell certain products to key customers pursuant to frame contracts. Frame contracts are annual contracts with customers setting forth quantities and prices on specific products that may be ordered in the future. These contracts allow us to schedule production capacity in advance and allow customers to manage their inventory levels consistent with just-in-time principles while shortening the cycle times required to produce ordered products. Orders under frame contracts are also subject to a high degree of volatility, because they reflect expected market conditions which may or may not materialize. Thus, they are subject to risks of price reduction, order cancellation and modifications as to quantities actually ordered resulting in inventory build-ups.

Furthermore, developing industry trends, including customers' use of outsourcing and their deployment of new and revised supply chain models, may reduce our ability to forecast changes in customer demand and may increase our financial requirements in terms of capital expenditures and inventory levels.

We entered 2024 with a backlog lower than we had entering 2023. For 2025, we entered the year with a backlog lower than what we had entering 2024.

**Competition**

Markets for our products are intensely competitive. We compete with major international semiconductor companies and while only a few companies compete with us in all of our product lines, we face significant competition from each of them. Smaller niche companies are also increasing their participation in the semiconductor market, and semiconductor foundry companies have expanded

significantly, particularly in Asia. Competitors include manufacturers of standard semiconductor devices, ASICs and fully customized ICs, including both chip and board-level products, as well as customers who develop their own IC products and foundry operations. Some of our competitors are also our customers or suppliers. We compete in different product lines to various degrees on the basis of price, technical performance, product features, product system compatibility, customized design, availability, quality and sales and technical support. In particular, standard products may involve greater risk of competitive pricing, inventory imbalances and severe market fluctuations than differentiated products. Our ability to compete successfully depends on factors both within and outside our control, including successful and timely development of new products and manufacturing processes, product performance and quality, manufacturing yields and product availability, customer service, pricing, industry trends and general economic trends.

The semiconductor industry is characterized by the high costs associated with developing marketable products and manufacturing technologies as well as high levels of investment in production capabilities. As a result, the semiconductor industry has experienced, and is expected to continue to experience, significant vertical and horizontal consolidation among our suppliers, competitors and customers, which could lead to erosion of our market share, impact our capacity to compete and require us to restructure our operations. See "Item 3. Key Information — Risk Factors".

## Organizational Structure and History

We are organized in a matrix structure with geographic regions interacting with product lines, both supported by shared technology and manufacturing operations and by central functions, designed to enable us to be closer to our customers and to facilitate communication among the R&D, production, marketing and sales organizations.

While STMicroelectronics N.V. is the parent company, we conduct our global business through STMicroelectronics International N.V. and also conduct our operations through service activities from our subsidiaries. We provide certain administrative, human resources, legal, treasury, strategy, manufacturing, marketing, insurance and other overhead services to our consolidated subsidiaries pursuant to service agreements for which we recover the cost.

The following table lists our consolidated subsidiaries and our percentage of ownership as of December 31, 2024:

| Legal Seat | Name | Percentage of Ownership (direct or indirect) |
|---|---|---|
| Australia, Sydney | STMicroelectronics PTY Ltd | 100 |
| Austria, Graz | STMicroelectronics Austria GmbH | 100 |
| Belgium, Diegem | STMicroelectronics Belgium N.V. | 100 |
| Brazil, Sao Paulo | STMicroelectronics Ltda | 100 |
| Canada, Ottawa | STMicroelectronics (Canada), Inc. | 100 |
| China, Beijing | STMicroelectronics (Beijing) R&D Co. Ltd | 100 |
| China, Chongqing[1] | SANAN, STMicroelectronics Co., Ltd. | 49 |
| China, Shanghai | STMicroelectronics (China) Investment Co. Ltd | 100 |
| China, Shenzhen | Shenzhen STS Microelectronics Co. Ltd | 60 |
| China, Shenzhen | STMicroelectronics (Shenzhen) R&D Co. Ltd | 100 |
| Czech Republic, Prague | STMicroelectronics Design and Application s.r.o. | 100 |
| Denmark, Aarhus | STMicroelectronics A/S | 100 |
| Egypt, Cairo | STMicroelectronics Egypt SSC | 100 |
| Finland, Nummela | STMicroelectronics Finland Oy | 100 |
| France, Crolles | STMicroelectronics (Crolles 2) SAS | 100 |
| France, Grenoble | STMicroelectronics (Alps) SAS | 100 |
| France, Grenoble | STMicroelectronics (Grenoble 2) SAS | 100 |
| France, Le Mans | STMicroelectronics (Grand Ouest) SAS | 100 |
| France, Montrouge | STMicroelectronics France SAS. | 100 |

41

| | | |
|---|---|---|
| France, Rousset | STMicroelectronics (Rousset) SAS | 100 |
| France, Tours | STMicroelectronics (Tours) SAS | 100 |
| Germany, Aschheim-Dornach | STMicroelectronics GmbH | 100 |
| Germany, Aschheim-Dornach | STMicroelectronics Application GmbH | 100 |
| Hong Kong, Kowloon | STMicroelectronics Ltd | 100 |
| India, Noida | STMicroelectronics Pvt Ltd | 100 |
| Israel, Netanya | STMicroelectronics Limited | 100 |
| Italy, Agrate Brianza | STMicroelectronics S.r.l. | 100 |
| Italy, Naples | STMicroelectronics Services S.r.l. | 100 |
| Japan, Tokyo | STMicroelectronics KK | 100 |
| Malaysia, Kuala Lumpur | STMicroelectronics Marketing SDN BHD | 100 |
| Malaysia, Muar | STMicroelectronics SDN BHD | 100 |
| Malaysia, Muar | STMicroelectronics Services Sdn.Bhd. | 100 |
| Malta, Kirkop | STMicroelectronics (Malta) Ltd | 100 |
| Mexico, Guadalajara | STMicroelectronics Marketing, S. de R.L. de C.V. | 100 |
| Morocco, Casablanca | STMicroelectronics (MAROC) SAS, a associé unique | 100 |
| The Netherlands, Amsterdam | STMicroelectronics Finance B.V. | 100 |
| The Netherlands, Amsterdam | STMicroelectronics Finance II N.V. | 100 |
| The Netherlands, Amsterdam | STMicroelectronics International N.V. | 100 |
| Philippines, Calamba | STMicroelectronics, Inc. | 100 |
| Philippines, Calamba | Mountain Drive Property, Inc. | 40 |
| Singapore, Ang Mo Kio | STMicroelectronics Asia Pacific Pte Ltd | 100 |
| Singapore, Ang Mo Kio | STMicroelectronics Pte Ltd | 100 |
| Slovenia, Ljubljana | STMicroelectronics d.o.o. | 100 |
| Spain, Barcelona | STMicroelectronics Iberia S.A. | 100 |
| Sweden, Jönköping | STMicroelectronics Software AB | 100 |
| Sweden, Kista | STMicroelectronics AB | 100 |
| Sweden, Norrköping | STMicroelectronics Silicon Carbide AB | 100 |
| Switzerland, Geneva | STMicroelectronics S.A. | 100 |
| Switzerland, Geneva | STMicroelectronics Re S.A. | 100 |
| Thailand, Bangkok | STMicroelectronics (Thailand) Ltd | 100 |
| Tunisia, Ariana | STMicroelectronics Tunisie | 100 |
| United Kingdom, Marlow | STMicroelectronics (Research & Development) Limited | 100 |
| United Kingdom, Marlow | STMicroelectronics Limited | 100 |
| United States, Coppell | STMicroelectronics Inc. | 100 |
| United States, Coppell | STMicroelectronics (North America) Holding, Inc. | 100 |

[1] SANAN, STMicroelectronics Co., Ltd. has been identified as a variable interest entity for which the Company is the primary beneficiary, and is consequently fully consolidated.

**Public Funding**

We receive public funding mainly from EU member states (including France, Italy and Malta) and China. Such funding is generally provided to encourage R&D and innovation activities, enhance industrialization, and contribute to Capex for certain strategic programs, as well as national, regional and local economic development. Our funding programs are classified under four general categories: funding for research, development and innovation ("RDI") activities, funding for first industrial deployment ("FID") activities and capital investment for pilot lines, and tax credits. We benefit from tax credits for R&D activities in several countries which are generally available to all companies. See "Item 5. Operating and Financial Review and Prospects — Results of Operations" and the Notes to our Consolidated Financial Statements.

The main R&D, RDI and FID programs in which we are involved include: (i) Important Projects of Common European Interest ("IPCEI") which combines R&D, RDI as well as FID activities; (ii) Chips JU/ECS program, formerly Key Digital Technologies Initiative ("KDT"), which combines all electronics

related R&D activities and is operated by a joint undertaking formed by the EU, certain member states and industry; (iii) EU R&D projects within Horizon Europe (the EU's research and innovation framework); and (iv) national or regional programs for R&D and for industrialization in the electronics industries involving many companies and laboratories.

In December 2018, the European Commission announced the approval of the IPCEI on Microelectronics ("IPCEI ME"), a pan-European project initiated to foster research and innovation in microelectronics to be funded by Germany, France, Italy, the U.K. and Austria.

In our combined role as beneficiary of the IPCEI ME, we have recognized grants of €266.1 million for the period 2018-2022 in France (locally referenced as Nano2022) which was linked to technical objectives and associated achievements, and have been allocated approximately €789 million for the period 2018-2024 in Italy. The IPCEI ME program significantly strengthened our leadership in key technologies. It has contributed to anticipating, accelerating, and securing our technological developments. The IPCEI ME program also has wide ranging, pan-European benefits on the microelectronics ecosystem from education to downstream industries.

In December 2021, we took part in a new IPCEI program, titled IPCEI on Microelectronics and Communication Technologies ("IPCEI ME/CT"). This new pan-European project was initiated to foster research and innovation and kick-start the first industrialization of microelectronics. It involves ST in France (2022-2026), Italy (2023-2027) and Malta (2021-2026), as well as around 65 other companies across 14 European countries. In 2024 we recognized grants of €86 million and €157 million related to our respective participations in IPCEI ME and IPCEI ME/CT in Italy, €113.6 million related to our participation in IPCEI ME/CT, Chips JU/ECS and other national and European programs in France and $18 million related to our participation in IPCEI ME/CT in Malta.

On October 4, 2022, the European Commission approved, under EU State Aid rules, a support up to €292.5 million through the Italian Recovery and Resilience Plan for the construction of a new integrated SiC substrate manufacturing facility in Catania, Italy. In 2024 we recognized grants of €17 million related to this project. On April 28, 2023, the European Commission approved, under EU State Aid rules, a French aid measure to support the Company and GlobalFoundries in the construction and operation of a front-end semiconductor production facility in Crolles, France. This project represents an overall projected cost of €7.5 billion for capital expenditure, maintenance and ancillary costs. The new facility will benefit from significant financial support of up to around €2.9 billion from France for GlobalFoundries and ST. In 2024 we received around €309.8 million in cash and recognized grants of €41.3 million from this program in Crolles, France.

On May 31, 2024, the European Commission approved, under the EU State Aid rules, an Italian aid measure to support the Company in the construction and operation of an integrated chip manufacturing plant for SiC power devices in Catania, Italy. The aid will take the form of a €2 billion direct grant to ST to support its planned investment of €5 billion in capital expenditure. The measure will strengthen Europe's security of supply, resilience and digital sovereignty in semiconductor technologies. The measure will also contribute to achieving the digital and green transitions.

These projects are "first-of-a-kind" facilities in Europe in line with the ambitions and objectives of the European Chips Act.

In 2023, the Company and Sanan Optoelectronics jointly created SANAN, STMicroelectronics Co. Ltd. ("Sanan ST JV"), for high-volume 200mm SiC device manufacturing in China. This joint venture will make SiC devices exclusively for us, using our proprietary SiC manufacturing process technology, and will serve as a dedicated foundry to support the demand of our Chinese customers. The total amount for the full buildout of the joint venture's future operations is expected to be about $3.2 billion, including capital expenditures of about $2.4 billion over the next 5 years, for which Sanan ST JV receives local government support through a funding program with Chinese regional authorities.

For more information on our public funding, see Note 7 to our Consolidated Financial Statements.

**Suppliers**

We use three primary critical types of suppliers in our business: (i) equipment suppliers, (ii) material suppliers and (iii) external silicon foundries and test & packaging subcontractors. We also purchase third-party licensed technology from a limited number of providers.

In the front-end process, we use steppers, scanners, tracking equipment, strippers, chemo-mechanical polishing equipment, cleaners, inspection equipment, etchers, physical and chemical vapor-deposition equipment, implanters, furnaces, testers, probers and other specialized equipment. The manufacturing tools that we use in the back-end process include bonders, burn-in ovens, testers and other specialized equipment. The quality and technology of equipment used in the IC manufacturing process defines the limits of our technology. Demand for increasingly smaller chip structures means that semiconductor producers must quickly incorporate the latest advances in process technology to remain competitive. Advances in process technology cannot occur without commensurate advances in equipment technology, and equipment costs tend to increase as the equipment becomes more sophisticated.

Our manufacturing processes consume significant amounts of energy and use many materials, including silicon and SiC, GaN and glass wafers, lead frames, mold compound, ceramic packages and chemicals, gases and water. The prices of energy, such as electricity and natural gas, and many of these materials are volatile due to the specificity of the market, and other factors including geopolitics. We have therefore adopted a "multiple sourcing strategy" designed to protect us from the risk of price increases. The same strategy applies to energy and to supplies for the materials used by us to avoid potential material disruption of essential materials and to ensure the continuity of energy supply. Our "multiple sourcing strategy", our financial risk monitoring as well as the robustness of our supply chain and strong partnership with suppliers are intended to mitigate these risks. See "Item 3. Key Information — Risk Factors".

Finally, we also use external subcontractors to outsource wafer manufacturing and assembly and testing of finished products. See "— Property, Plants and Equipment" above.

**Environmental, Health and Safety Matters**

We adopt a rigorous and pro-active approach to managing our business operations in an environmentally responsible way and are subject to a variety of environmental, health and safety laws and regulations in the jurisdictions where we operate. Such laws and regulations govern, among other things, the use, storage, discharge and disposal of chemicals and other hazardous substances, emissions and waste, as well as the investigation and remediation of soil and ground water contamination. We are also required to obtain environmental permits, licenses and other forms of authorization, or give prior notification, in order to operate.

Consistent with our sustainability strategy, we have established proactive environmental policies with respect to the handling of chemicals, emissions, waste disposals and other substances of concern from our manufacturing operations. We are certified to be in compliance with quality standard ISO 9001 on a company-wide basis. We implement the highest standards across our manufacturing activities and supply chain. Our major manufacturing sites are ISO 14001 (environment), ISO 14064 (greenhouse gas emissions), and ISO 50001 (energy) certified and EMAS validated.

We believe that in 2024 our activities complied with then-applicable environmental regulations in all material respects. We have engaged outside consultants to audit all of our environmental activities and have created environmental management teams, information systems and training. We have also instituted environmental control procedures for processes used by us as well as our suppliers. In 2024, there were no material environmental claims made against us.

We are on track to be carbon neutral in all direct and indirect emissions (scopes 1 and 2), product transportation, business travel, and employee commuting emissions (our scope 3 focus), and to achieve our 100% renewable electricity sourcing goal by the end of 2027.

We also adopt a rigorous approach to protect the health and safety of our employees and contractors by preventing work-related injuries and illnesses and providing a safe working environment.

We have implemented a robust health and safety management system throughout our Company. Our main manufacturing sites are ISO 45001 certified. Our performance and management systems are evaluated annually through third-party surveillance audits and certifications are renewed every three years.

On July 12, 2020, the EU Taxonomy Regulation entered into force. The EU Taxonomy Regulation provides the basis for the EU taxonomy: a classification system, on the basis of which a list of environmentally sustainable economic activities has been drawn up. The EU Taxonomy Regulation defines overarching conditions that an economic activity must meet to be considered environmentally sustainable, and focuses on six environmental objectives. On January 1, 2022 the delegated acts on the technical screening criteria for two environmental objectives, being (i) climate change mitigation and (ii) adaption to climate change, entered into force, in which technical screening criteria have been laid down which specify environmental performance requirements for the economic activities to be classified as environmentally sustainable. The delegated acts on the technical screening criteria for the remaining four environmental objectives entered into force January 1, 2024. As we are subject for our reporting over financial year 2024 to an obligation to publish non-financial information pursuant to Directive 2014/95/EU of the European Parliament and of the Council of 22 October 2014 amending Directive 2013/34/EU as regards disclosure of non-financial and diversity information by certain large undertakings and groups (the "Non-Financial Reporting Directive"), the EU Taxonomy Regulation is applicable to us, and subsequently, we must disclose information on how and to what extent our activities are associated with economic activities that qualify as environmentally sustainable. This information will be disclosed in our Dutch Annual Report for financial year 2024, which is expected to be filed in March 2025.

On January 5, 2023, the CSRD entered into force. The CSRD modernizes and strengthens the rules about the social and environmental information that companies have to report, and aims to ensure that investors and other stakeholders have access to the information they need to assess investment risks arising from climate change and other sustainability topics. Based on the CSRD, we would be required to report on the way we operate and manage social and environmental challenges. In connection with these reporting obligations we would be required to formulate long-term environmental, social and governance ("ESG") targets, policies, strategic plans and to conduct due diligence for our own operations and supply chain. Under the CSRD, further transparency rules are introduced on division of roles and responsibilities within the Company for the management of material ESG matters. The CSRD also makes it mandatory for companies to have third-party assurance on the sustainability information that they report. The European Sustainability Reporting Standards ("ESRS") require us to disclose detailed information on environmental protection, social responsibility and treatment of employees, respect for human rights, anti-corruption, bribery and on diversity.

Being a Directive, all EU Member States and EEA countries are required to implement the CSRD into domestic law. The deadline for such implementation was July 6, 2024. While certain EU member states have implemented the CSRD into domestic law, The Netherlands, has not done so yet. The legislative proposal to implement the CSRD into Dutch law was submitted to the Second Chamber of Dutch Parliament on January 13, 2025, for parliamentary proceedings. At the date hereof, there is no certainty on the effective date of the implementation of the CSRD into Dutch law. As we are a company incorporated and governed under Dutch law, this means that we are not legally required to report in accordance with the CSRD with respect to this financial year 2024. However, considering the current status of the CSRD implementation in the Netherlands, we are currently preparing our sustainability reporting based on the general principles of the CSRD, to be integrated into our Dutch annual report over financial year 2024, which is expected to be filed in March 2025.

Supervisory Board was 93.8%. Our Supervisory Board has adopted (i) a Supervisory Board charter, (ii) a profile for the Supervisory Board based on which proposed new members of the Supervisory Board are selected (both of which are available on our website (www.st.com)), (iii) a diversity policy for the composition of the Managing Board, the Executive Committee and the Supervisory Board, and (iv) a selection criteria and appointment procedure for the Supervisory Board and Managing Board members.

Our Supervisory Board may make a proposal to our AGM for the suspension or dismissal of one or more of its members. Each member of our Supervisory Board must resign no later than three years after appointment, as described in our Articles of Association, but may be reappointed following the expiration of his/her term of office. Pursuant to Dutch law, there is no mandatory retirement age for members of our Supervisory Board. Members of the Supervisory Board may be suspended or dismissed by our AGM. Certain of our Supervisory Board members are proposed by and may retain certain relationships with our direct or indirect shareholders represented through our major shareholder. See "Item 7. Major Shareholders and Related Party Transactions — Major Shareholders".

In accordance with the best practice provisions of the Dutch Corporate Governance Code, on an annual basis our Supervisory Board undertakes to perform an evaluation of the functioning of the Managing Board and the Supervisory Board. Once every three years, this evaluation is conducted by an independent external advisor, whose mission is to assist the Supervisory Board in this evaluation through, among other things, conducting interviews with individual members of the Supervisory Board and Managing Board and facilitating discussions within the Supervisory Board on the functioning of the boards, and the Supervisory Board's committees, including an evaluation of the involvement of each member, the culture within the Supervisory Board and the relationship between the Supervisory Board and the Managing Board. The evaluation for the year ended December 31, 2024 was conducted with an independent third-party advisor. The evaluation was completed and its outcomes discussed at the meeting of the Supervisory Board held on January 29, 2025. The Supervisory Board concluded that the Supervisory Board and Managing Board, and their respective members, are functioning well. It also concluded that the Supervisory Board fulfills its responsibilities in terms of, among other things, performance monitoring, financial reporting, risk management and compliance. The Supervisory Board noted it is satisfied with the support it receives, as well as with the information that it receives, from the Managing Board, and that the work of the Supervisory Board's committees is appreciated. Certain major action points for 2025 are monitoring the ongoing challenging market conditions and the Company's performance therein, monitoring the Company's new global manufacturing reshaping and cost resizing programs and improving the Supervisory Board's access to global talent pools.

### ii.    *Biographies of our Current Supervisory Board Members*

*Nicolas Dufourcq*

Nicolas Dufourcq has been a member of our Supervisory Board since May 2015 and currently serves as its chairman. He serves on our Supervisory Board's Compensation Committee, Strategic Committee, Sustainability Committee and Nominating and Corporate Governance Committee. Mr. Dufourcq is a graduate of HEC (*Hautes Etudes Commerciales*) and ENA (Ecole Nationale d'Administration). He began his career at the French Ministry of Finance and Economics before joining the Ministry of Health and Social affairs in 1992. In 1994, he joined France Telecom, where he created the Multimedia division, before going on to chair Wanadoo, the firm's listed Internet and Yellow Pages subsidiary. After joining the Capgemini Group in 2003, he was made responsible for the Central and Southern Europe region, successfully leading their financial turnaround. He was appointed chief financial officer of the Capgemini Group and member of their Executive Committee in September 2004. In 2005, he was named deputy Chief Executive Officer in charge of finance, risk management, IT, delivery, purchases and Lean program and, in 2007, also in charge of the follow-up of the Capgemini Group's major contracts. On February 7, 2013, Mr. Dufourcq was appointed chief executive officer of Bpifrance (*Banque Publique d'Investissement*). Mr. Dufourcq is also a member of the board of directors of Stellantis.

*Maurizio Tamagnini*

Maurizio Tamagnini has been a member of our Supervisory Board since June 2014 and is the vice chairman of our Supervisory Board since June 2023. He also serves on our Supervisory Board's Nominating and Corporate Governance Committee, Sustainability Committee, Compensation Committee and Strategic Committee. Mr. Tamagnini is currently chief executive officer of FSI SGR S.p.A., an asset management company sponsored, until July 2022, by CDP SpA (with a 39% ownership), which is 82.7% controlled by the Italian government. FSI SGR S.p.A. manages "FSI I" and "FSI II", private equity closed-end funds with approximately €3 billion capital endowment, specialized on growth equity investments in Italian midmarket companies with development potential. He was, until April 2019, non-executive chairman of FSI Investimenti S.p.A., which is controlled 77% by CDP SpA. Until March 31, 2016, Mr. Tamagnini was chief executive officer and chairman of the Investment Committee of Fondo Strategico Italiano S.p.A. (now CDP Equity S.p.A.), an investment company controlled by CDP SpA. Until April 2016, he was Chairman of the joint venture between Fondo Strategico Italiano S.p.A. and Qatar Holding (IQ Made in Italy Investment Company S.p.A.) with capital endowment of up to €2 billion in total for investments in the food, brands, furniture & design and tourism sectors. He was previously Southern European Manager of the Corporate & Investments Banking division of Bank of America Merrill Lynch and a member of the executive committee of Bank of America Merrill Lynch for the EMEA region. Mr. Tamagnini has gained over 34 years of experience in the financial sector specializing in the areas of corporate finance, private equity, debt and equity. Mr. Tamagnini is also a member of the international advisory board of BIDMC Harvard Medical School and a board member of Tech Europe Foundation. He holds a degree in International Monetary Economics from Bocconi University in Milan and has also studied at the Rensselaer Polytechnic Institute - Troy in New York, USA.

*Pascal Daloz*

Pascal Daloz has been a member of our Supervisory Board since May 2024. Pascal Daloz has been chief executive officer of Dassault Systèmes, world leader in virtual universes and a global top ten software company, since January 2024. Having acquired an extensive experience in strategy and technology innovation management with investment banks and consultancy firms, Pascal Daloz joined Dassault Systèmes in 2001 as vice president research, strategy and market development. He became vice president, strategy and business development (2003), executive vice president, strategy and marketing (2007), then executive vice president, corporate strategy and market development (2010), and then executive vice president, brands and corporate development (2014). In 2018, Mr. Daloz became head of corporate finance and strategy. Mr. Daloz was Dassault Systèmes' chief operating officer and head of the operations executive committee from 2020 to 2023, and deputy chief executive officer in 2023, orchestrating the transformation of all strategic functions, with the aim for Dassault Systèmes to become the world leader in three key sectors of the economy: manufacturing industries, life sciences & healthcare, infrastructure and cities. He serves as chairman of MEDIDATA, world leader in clinical trials, and of 3DS OUTSCALE, the cloud services company founded by Dassault Systèmes. Mr. Daloz is an independent member of the board of directors of Sopra-Steria. He is an alumnus from the Ecole des Mines de Paris, France.

*Janet Davidson*

Janet Davidson has been a member of our Supervisory Board since June 2013. She serves on our Supervisory Board's Audit Committee and Strategic Committee and chairs our Supervisory Board's Sustainability Committee. She began her career in 1979 as a member of the technical staff of Bell Laboratories, Lucent Technologies (as of 2006 Alcatel Lucent), and served from 1979 through 2011 in several key positions, most recently as chief strategy officer (2005 – 2006), chief compliance officer (2006 – 2008) and executive vice president quality and customer care (2008 – 2011). From 2005 through 2012, Ms. Davidson was a member of the Lehigh University board of trustees. In 2007 she served on the Riverside Symphonia board of trustees and in 2005 and 2006, Ms. Davidson was a member of the Liberty Science Center board of trustees. Ms. Davidson was a member of the board of the Alcatel Lucent Foundation from 2011 until 2014, and a member of the board of directors of Millicom from April 2016 until June 2020. Ms. Davidson is also a member of the board of the AES Corporation, since February 2019. Ms. Davidson is a graduate of the Georgia Institute of Technology (Georgia Tech), Atlanta, Georgia,

United States of America, and Lehigh University, Bethlehem, Pennsylvania, United States of America, and holds a master's degree in Electrical Engineering.

*Ana de Pro Gonzalo*

Ana de Pro Gonzalo has been a member of our Supervisory Board since June 2020. She chairs our Supervisory Board's Audit Committee and serves on our Supervisory Board's Sustainability Committee. She has been an independent non-executive director for Mobico Group PLC (formerly National Express Group PLC) since October 2019 and a member of its audit committee and remuneration committee and she serves as independent non-executive director of Novartis A.G. and as a member of its audit and risk committees since March 2022. Until December 2020, she was chief financial officer of Amadeus IT Holding (a world leading technology provider and transaction processor for the global travel and tourism industry), with global responsibility for financial management and control for the Amadeus group. She was appointed in this role in February 2010 and was also a member of the Amadeus executive management team. From 2002 to 2010, Ms. De Pro Gonzalo was corporate general manager at Sacyr Vallehermoso and was instrumental in leading the international expansion of one of the major construction groups in the world. From 1994 to 2002, Ms. De Pro Gonzalo was deputy general manager and finance director at Metrovacesa, and from 1990 to 1994 she was a senior auditor at Arthur Andersen. She has been independent non-executive director for Merlin Properties, S.A. from 2015-2017 and for Indra Sistemas S.A. from 2020-2022. Since June 2019, Ms. De Pro Gonzalo is an independent member of the non-profit Global Steering Group for Impact Assessment (*Consejo Asesor Nacional Español*) and member of the board of trustees of foundation Juan XXIII for the people with special intellectual needs since October 2020. She has been appointed as of December 4, 2024, to the board of Gavi, the Vaccine Alliance, an international organization with the goal of increasing equitable & sustainable use of vaccines to save lives and protect people's health. Ms. De Pro Gonzalo holds a bachelors degree in business studies, specializing in auditing, from *Universidad Complutense de Madrid*, and completed IESE Business School's general management executive program.

*Frédéric Sanchez*

Frédéric Sanchez has been a member of our Supervisory Board since June 2017. He chairs our Supervisory Board's Compensation Committee and serves also on our Supervisory Board's Audit Committee, Strategic Committee and Nominating & Corporate Governance Committee. Mr. Sanchez is the chairman of Fives' executive board, an industrial engineering group with heritage of over 200 years of engineering excellence and expertise. Fives designs and supplies machines, process equipment and production lines for the world's largest industrial groups in various sectors such as aluminium, steel, glass, automotive, logistics, aerospace, cement and energy, in both developing and developed countries. Mr. Sanchez started his career in 1985 with Renault in Mexico, then in the USA. In 1987 he became a mission manager at Ernst & Young. In 1990 he joined Fives-Lille group, in which he held various positions before being appointed chief financial officer in 1994 and becoming chief operating officer in 1997. In 2002, the Compagnie de Fives-Lille (renamed Fives in 2007) became a company with a management and supervisory board chaired by Mr. Sanchez. In 2018, Fives became a French simplified joint stock company (*société par actions simplifiée*) and Mr. Sanchez its chairman and chief executive officer. Within MEDEF (French Business Confederation), Mr. Sanchez is president of MEDEF International, president of the council of entrepreneurs France-Japan, France-United Arab Emirates and France-Bahrain. Mr. Sanchez is an administrator of Orange, Thea and Bureau Veritas and he is honorary co-president of the Alliance Industrie du Futur. Mr. Sanchez graduated from HEC Business School (1983) and Sciences-Po Paris (1985) and he also holds a master degree in economics from Université Paris-Dauphine (1984).

*Donatella Sciuto*

Donatella Sciuto has been a member of our Supervisory Board since May 2022 and serves on our Supervisory Board's Audit Committee and Compensation Committee. Ms. Sciuto has been the executive vice rector of Politecnico di Milano since 2015 and is its executive rector since January 2023, and full professor in computer science and engineering (since 2000). She was appointed IEEE Fellow for her scientific contribution in the "embedded systems design". Ms. Sciuto has been a member of the governing board of the Bank of Italy, since 2013. She has been an independent member of the board of directors of

Avio S.p.A (since 2017) and of Fila S.p.A. (since 2020). Ms. Sciuto has also been a member of the board of the Italian Institute of Technology since 2021 and she was a member of the supervisory board of the Human Technopole Foundation until May 2022 and a member of the board of directors of Rai Way S.p.A. until April 2023. Ms. Sciuto holds a degree in electronic engineering from Politecnico di Milano and a PhD in electrical and computer engineering from the University of Colorado, Boulder. She holds a masters degree in business and administration (CEGA) from the Bocconi University School of Business Management.

*Paolo Visca*

Paolo Visca has been a member of our Supervisory Board since May 24, 2023. He serves on our Supervisory Board's Strategic Committee and Nominating and Corporate Governance Committee. Mr. Visca retired in 2022 after gaining over 30 years of experience in the public sector during which he covered several senior positions, specializing in the areas of public investments, support to industrial projects manufacturing activities, public finance and relations with the European Union. He holds a master's degree in political science from the University of Rome. Mr. Visca was the head of the cabinet of the Italian Minister of Economic Development from February 2021 until July 2022. In this capacity he oversaw several initiatives aimed to attract and promote public and private investments in Italy in the areas of semiconductor, automotive, technological and manufacturing industries and to foster the Italian venture capital ecosystem. Previously, he held the position of chief of the cabinet of the vice president of the council of ministers of the Italian Republic (from June 2018 until February 2021) where he worked on several topics related to industrial and infrastructural investments. From November 2008 to June 2020, he held several positions within the Office of Relations with the European Union and the International Relations of the Italian Chamber of Deputies, being appointed as head in 2018. In this capacity he oversaw the relationship between the Republic of Italy and the European Union and other international organizations firstly with respect to the laws and projects requiring an EU clearance and more broadly supporting all the parliamentary activities in the international scenario. From February 2003 until November 2008, he was the head of the Italian office for "legislative coordination for the public finance area" and secretary of the commission for budgetary policies. From September 1996 until February 2003, he was the coordinator of the Italian Finance Department Task Force and from 2001, the head of office "coordination for the public finance area". Previously, he was the responsible of the committees for telecommunication and for foreign affairs within the Italian parliament. In addition, he served several times on the board of directors of the employees' of the chambers of deputies pension fund.

*Hélène Vletter-van Dort*

Helene Vletter-van Dort has been a member of our Supervisory Board since May 24, 2023. She chairs our Supervisory Board's Nominating and Corporate Governance Committee and serves on our Supervisory Board's Audit, Compensation and Sustainability Committees. Ms. Vletter-van Dort is a partner at De Bestuurskamer (since 2022) and a professor of financial law and governance at Erasmus School of Law, Rotterdam (since 2004). She holds a bachelors degree / masters in law degree in corporate and commercial law from the University of Leiden and a PhD from the Utrecht University. Ms. Vletter-van Dort has been the chairperson of the board of Intertrust NV from 2015 until 2022. She has been a member of the board of Fortis Bank Netherlands (from 2008 until 2010) and member of its risk committee and remuneration committee. Ms. Vletter-van Dort has been a member of the board of the Dutch Central Bank and chair of its committee on supervisory policy (from 2010 until 2014). She has been a member of the Dutch Monitoring Committee Corporate Governance (from 2009 until 2018) and, from 2017 until 2019, a member of the board of Barclays Bank Plc and chair of its remuneration committee. From 2015 - 2023, Ms. Vletter-van Dort has been a member of the board of NN Group NV and, since 2019, vice-chair as well as chair of its remuneration committee. She is also a member of the board of the Dutch Foundation for Public Broadcasting, NPO (since 2020), Anthos Fund & Asset Management (since 2021) and Nyenrode Business University (since 2022) and serves on its audit committee and chairs its education & research committee. From 2018 - 2024, she was the chairperson of Stichting Luchtmans, protective foundation Koninklijke Brill NV, a 335-year old listed publisher.

### iii.    Supervisory Board Committees

83

*Membership and Attendance.* As of December 31, 2024, the composition of the five standing committees of our Supervisory Board was as follows: (i) Ms. Ana de Pro Gonzalo is the chair of the Audit Committee (the "Audit Committee"), and Ms. Janet Davidson, Mr. Frédéric Sanchez, Ms. Donatella Sciuto and Mrs. Hélène Vletter-van Dort are members of the Audit Committee; (ii) Mr. Frédéric Sanchez is the chair of the Compensation Committee (the "Compensation Committee"), and Mr. Nicolas Dufourcq, Ms. Donatella Sciuto, Mr. Maurizio Tamagnini and Mrs. Hélène Vletter-van Dort are members of the Compensation Committee; (iii) Mrs. Hélène Vletter-van Dort is the chair of the Nominating and Corporate Governance Committee (the "Nominating and Corporate Governance Committee"), and Messrs. Nicolas Dufourcq, Frédéric Sanchez, Maurizio Tamagnini and Paolo Visca are members of the Nominating and Corporate Governance Committee; (iv) Nicolas Dufourcq is the chair of the Strategic Committee (the "Strategic Committee") and Ms. Janet Davidson, and Messrs. Frédéric Sanchez, Maurizio Tamagnini and Paolo Visca are members of the Strategic Committee; and (v) Ms. Janet Davidson is the chair of the Sustainability Committee (the "Sustainability Committee"), and Mr. Nicolas Dufourcq, Ms. Ana de Pro Gonzalo, Mr. Maurizio Tamagnini and Mrs. Hélène Vletter-van Dort are members of the Sustainability Committee.

Detailed information on attendance at full Supervisory Board and Supervisory Board committee meetings during 2024 is as follows:

| Number of Meetings attended in 2023 | Supervisory Board | % Attendance | Audit Committee | % Attendance | Compensation Committee | % Attendance | Strategic Committee | % Attendance | Nominating & Corporate Governance Committee | % Attendance | Sustainability Committee | % Attendance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nicolas Dufourcq | 8 | 89% | — | — | 2 | 100% | 2 | 100% | 4 | 100% | 3 | 100% |
| Maurizio Tamagnini | 9 | 100% | — | — | 2 | 100% | 2 | 100% | 4 | 100% | 3 | 100% |
| Pascal Daloz [1] | 3 | 60% | — | — | — | — | — | — | — | — | — | — |
| Janet Davidson [2] | 9 | 100% | 10 | 100% | — | — | 2 | 100% | — | — | 3 | 100% |
| Yann Delabrière [1] | 4 | 100% | 4 | 80% | — | — | — | — | — | — | — | — |
| Ana de Pro Gonzalo | 8 | 89% | 10 | 100% | — | — | — | — | — | — | 3 | 100% |
| Frédéric Sanchez | 9 | 100% | 5 | 100% | 2 | 100% | 2 | 100% | 4 | 100% | — | — |
| Donatella Sciuto | 9 | 100% | 9 | 90% | 2 | 100% | — | — | — | — | — | — |
| Paolo Visca | 9 | 100% | — | — | — | — | 2 | 100% | 4 | 100% | — | — |
| Hélène Vletter-van Dort | 9 | 100% | 10 | 100% | 2 | 100% | — | — | 4 | 100% | 2 | 67% |

[1] Mr. Yann Delabrière was a member of our Supervisory Board until May 22, 2024, on which date his term expired and Mr. Pascal Daloz was appointed as a new member of the Supervisory Board.

*Audit Committee.* Our Audit Committee assists the Supervisory Board in fulfilling its oversight responsibilities relating to corporate accounting, reporting practices, and the quality and integrity of our financial reports as well as our auditing practices, legal and regulatory related risks, execution of our auditors' recommendations regarding corporate auditing rules and the independence of our external auditors.

Our Audit Committee met 10 times during 2024. At many of the Audit Committee's meetings, the committee received presentations on current financial and accounting issues and had the opportunity to discuss with our Chief Executive Officer, Chief Financial Officer, Chief Accountant, Chief Audit and Risk Executive, President, Legal Counsel, Chief Ethics & Compliance Officer (each as detailed in "-Biographies of our Senior Management" above") and our external auditors. Our Audit Committee also proceeded with its annual review of our internal audit function. Our Audit Committee reviewed our annual Consolidated Financial Statements in U.S. GAAP for the year ended December 31, 2024, and the results press release was published on January 30, 2025.

In 2024, the Audit Committee further monitored the sustainability reporting process, including the set-up of the Company's related internal control and risk management systems.

Our Audit Committee approved the compensation of our external auditors for 2024, reviewed and monitored their independence, and discussed the scope of their audit, audit related and non-audit related services for 2024.

At the end of each quarter, prior to each Supervisory Board meeting to approve our quarterly results, our Audit Committee reviewed our interim financial information and the proposed press release

and had the opportunity to raise questions to management and the independent registered public accounting firm. In addition, our Audit Committee reviewed our quarterly "Operating and Financial Review and Prospects" and Consolidated Financial Statements (and notes thereto) before they were furnished to the SEC and voluntarily certified by the Chief Executive Officer and the Chief Financial Officer (pursuant to sections 302 and 906 of the Sarbanes Oxley Act). Our Audit Committee also reviewed Operating and Financial Review and Prospects and our Consolidated Financial Statements contained in this Form 20-F, prior to its approval by our Supervisory Board. Furthermore, our Audit Committee monitored our compliance with the European Directive and applicable provisions of Dutch law that require us to prepare a set of accounts pursuant to IFRS in advance of our AGM, which was held on May 22, 2024. See "Item 3. Key Information—Risk Factors—Risks Related to Our Operations".

Our Audit Committee regularly reviewed management's conclusions as to the effectiveness of internal control over financial reporting and supervised the implementation of our corporate Enterprise Risk Management ("ERM") process.

As part of each of its quarterly meetings, our Audit Committee also reviewed our financial results as presented by management and whistleblowing reports, including independent investigative reports provided in relation thereto.

*Compensation Committee.* Our Compensation Committee advises our Supervisory Board in relation to the compensation of the members of the Supervisory Board and Managing Board the variable portion of such compensation based on performance criteria recommended by our Compensation Committee. Our Compensation Committee also reviews the stock based compensation plans for our Senior Management and key employees. Our Compensation Committee met twice in 2024.

Among its main activities, in 2024 our Compensation Committee: (i) reviewed the remuneration policy for the Managing Board and the remuneration policy for the Supervisory Board, which were submitted to and approved by the 2024 AGM; (ii) discussed the performance targets relating to the bonus of our President and Chief Executive Officer for the fiscal year ending on December 31, 2024 (which short-term targets are based on, inter alia, four to seven performance conditions with a mix of financial criteria for approximately 70% and non-financial criteria (including sustainability/corporate social responsibility performance) for approximately 30%, and long-term targets are based on, inter alia, two financial performance conditions constituting revenue growth versus a range of semiconductor peer companies (the "Peer Group" as discussed below) and average of operating margin ratio before restructuring, and one non-financial performance condition constituting the composite sustainability/ corporate social responsibility index, including health and safety, CO2 neutrality, diversity & inclusion and people engagement (as further detailed in "—Compensation" below); (iii) discussed the performance targets relating to the bonus of our President and Chief Financial Officer for the fiscal year ending on December 31, 2024, (which short-term targets are based on, inter alia, four to seven performance conditions with a mix of financial criteria for approximately 70% and non-financial criteria (including sustainability/corporate social responsibility performance) for approximately 30%, and long-term targets are based on, inter alia, two financial performance conditions constituting revenue growth versus a range of semiconductor peer companies (the "Peer Group" as discussed below) and average of operating margin ratio before restructuring, and one non-financial performance condition constituting the composite sustainability/corporate social responsibility index including health and safety, CO2 neutrality, diversity & inclusion and people engagement (as further detailed in "—Compensation"); and (iv) established, on behalf and with the approval of the entire Supervisory Board, the applicable performance criteria, which must be met by senior managers and selected key employees participating in the employee stock award plans to benefit from such awards (for the 2021 unvested stock award plan, these performance criteria are further described below in "Item 6. Managing Board – Managing Board compensation – Managing Board remuneration structure").

*Strategic Committee.* Our Strategic Committee advises the Supervisory Board on and monitor key developments within the semiconductor industry, our overall strategy for sustainable long-term value creation, and the long-term planning and budgeting. Our Strategic Committee met twice in 2024. In addition, there were strategic discussions, many of which occurred at extended Supervisory Board meetings and involved all Supervisory Board members.

*Nominating and Corporate Governance Committee.* Our Nominating and Corporate Governance Committee advises the Supervisory Board on the selection criteria and procedures relating to the appointment of members to our Supervisory Board and Managing Board, and the review of principles relating to corporate governance. Our Nominating and Corporate Governance Committee met 4 times during 2024 to discuss succession planning for our Supervisory Board and Managing Board, best practices regarding corporate governance, and the update of our corporate governance documents.

*Sustainability Committee.* Our Sustainability Committee advises and supports the Supervisory Board in relation to its responsibilities in supervising, monitoring and advising on the Company's sustainability strategy, targets, goals and overall sustainability performance. Our Sustainability Committee met 3 times in 2024 to discuss our overall sustainability strategy, as well as our sustainability performances and reporting.

*Secretariat and Controllers.* Our Supervisory Board appoints a secretary (the "Secretary") and vice secretary (the "Vice Secretary"). Furthermore, the Managing Board makes an executive secretary (the "Executive Secretary") available to our Supervisory Board, who is also appointed by the Supervisory Board. The Secretary, Vice Secretary and Executive Secretary constitute the secretariat of the Supervisory Board (the "Secretariat"). The mission of the Secretariat is primarily to organize meetings, to ensure the continuing education and training of our Supervisory Board members and to maintain record keeping. Our Chief Ethics & Compliance Officer, Philippe Dereeper, serves as Executive Secretary for our Supervisory Board, and for each of the five standing committees of our Supervisory Board. Ms. Charlotte Fadlallah serves as Secretary and, Ms. Alessia Allegretti serves as Vice Secretary. Ms. Fadlallah also serves as managing director of ST Holding.

Our Supervisory Board also appoints two financial experts (the "Controllers"). The mission of the Controllers is primarily to assist our Supervisory Board in evaluating our operational and financial performance, business plan, strategic initiatives and the implementation of Supervisory Board decisions, as well as to review the operational reports provided under the responsibility of the Managing Board. The Controllers generally meet once a month with the management of the Company and report to our full Supervisory Board. The current Controllers are Mr. Samuel Dalens and Mr. Paolo Bonazzi. Mr. Dalens also serves as a member of the supervisory board of ST Holding.

The STH Shareholders Agreement between our principal indirect shareholders contains provisions with respect to the appointment of the Secretary, Vice Secretary and Controllers. See "Item 7. Major Shareholders and Related Party Transactions".

**iv.    Supervisory Board Compensation**

*a.  Supervisory Board Remuneration Policy*

On December 1, 2019, a Dutch act implementing the revised EU Shareholders' Rights Directive (2017/828/EU ("SRDII")) took effect in The Netherlands. As the Company is incorporated under the laws of The Netherlands and the common shares of the Company are admitted to trading on regulated markets in the EU, the Company was required, inter alia, to update the remuneration policy accordingly with respect to the compensation of the Supervisory Board members and to comply with the respective disclosure requirements introduced to the Dutch Civil Code. In connection therewith, we present in this section certain comparative information on our performance relative to the compensation of the Supervisory Board members.

Our Articles of Association provide that the compensation of our Supervisory Board members is determined by our general meeting of shareholders. Our proposal for adoption of a remuneration policy for the Supervisory Board members to ensure compliance with the new requirements under the Dutch Civil Code, following the implementation of SRDII, was approved by the AGM on June 17, 2020 with a vote percentage in favor of the policy of 98.43%. As its term lapsed per the date of the 2024 AGM, the remuneration policy of the Supervisory Board was resubmitted to the 2024 AGM for renewal and was approved with a vote percentage in favor of the policy of 98.28%.

*b. Compensation paid to current and former Supervisory Board Members in financial year 2024*

The annual compensation of the Supervisory Board members is comprised of an annual fee and an attendance fee, promoting effective and independent supervision in the interest of the Company and the long-term success of the Company. There is no variable compensation nor stock-based compensation awarded to the members of our Supervisory Board.

The aggregate compensation for current and former members of our Supervisory Board with respect to service in 2024 was €970,500 before any applicable withholding or other taxes, as set forth in the following table. No reimbursement fees were paid to members of our Supervisory Board in 2024.

| Supervisory Board Members Fees | Annual Fees (Euro) | | Attendance Fees (Euro) | | Total (Euro) | |
|---|---|---|---|---|---|---|
| Nicolas Dufourcq [1] | € | — | € | — | € | — |
| Maurizio Tamagnini | € | 144,000 | € | 28,500 | € | 172,500 |
| Pascal Daloz [2] | € | 70,000 | € | 3,500 | € | 73,500 |
| Janet Davidson | € | 84,500 | € | 30,500 | € | 115,000 |
| Yann Delabrière (2) | € | — | € | 10,000 | € | 10,000 |
| Ana de Pro Gonzalo | € | 133,500 | € | 27,500 | € | 161,000 |
| Frédéric Sanchez | € | 80,500 | € | 29,000 | € | 109,500 |
| Donatella Sciuto | € | 81,000 | € | 26,500 | € | 107,500 |
| Paolo Visca | € | 77,000 | € | 21,000 | € | 98,000 |
| Hélène Vletter-van Dort | € | 88,000 | € | 35,500 | € | 123,500 |
| **Total** | **€** | **758,500** | **€** | **212,000** | **€** | **970,500** |

(1)    Mr. Dufourcq waived his rights to receive any compensation from the Company in relation to his mandate as a member of the Supervisory Board or otherwise.

(2)    Mr. Yann Delabrière was a member of our Supervisory Board until May 22, 2024, on which date his term expired and on such date Mr. Pascal Daloz was appointed as a new member of our Supervisory Board.

*c.    Supervisory Board Remuneration Comparison*

Set forth in the following table is the annual change over the last three years of (i) the average remuneration of our Supervisory Board members, (ii) the performance of the Company and (iii) the average remuneration of our indirect employees (i.e., all indirect employees other than the members of our Senior Management, including the members of our Managing Board):

| | 2024 | | 2023 | | 2022 | |
|---|---|---|---|---|---|---|
| **Supervisory Board remuneration** | | | | | | |
| Average remuneration of Supervisory Board members[1] | $ | 112,082 | $ | 119,413 | $ | 113,985 |
| **Company's performance** | | | | | | |
| Net revenues (amounts in millions) | $ | 13,269 | $ | 17,286 | $ | 16,128 |
| Operating income (amounts in millions) | $ | 1,676 | $ | 4,611 | $ | 4,439 |
| **Employee remuneration** | | | | | | |
| Average remuneration[2] of all global indirect employees (FTE basis)[3] | $ | 114,400 | $ | 114,100 | $ | 109,600 |

(1)    Using the Euro per U.S. dollar exchange rate on December 31, 2024 of €1 = $ 1.0394.

(2)    Remuneration is defined as all remuneration paid to indirect employees including base salary, variable compensation in both cash and shares, social premiums, pension, expense allowances and benefits in kind. The average is calculated by taking the sum of remuneration costs and dividing by the average number of full-time equivalent indirect employees over the period.

(3)    Global indirect employees are all employees other than those directly manufacturing our products, excluding Senior Management. "FTE" refers to full time equivalent.

We do not have any service agreements with any of the members of our Supervisory Board. We did not extend any loans or overdrafts to any of our Supervisory Board members. Furthermore, we have not guaranteed any debts or concluded any leases with any of our Supervisory Board members or their families.

***B.    Managing Board***

**i.    Role of the Managing Board**

In accordance with Dutch law, our management is entrusted to the Managing Board under the supervision of our Supervisory Board. Mr. Jean-Marc Chery was appointed on May 31, 2018 for a three-year term and was re-appointed on May 27, 2021 and on May 22, 2024, for subsequent three-year terms expiring at the 2027 AGM and is currently a member and chairman of the Managing Board with the function of President and Chief Executive Officer. Mr. Lorenzo Grandi was appointed on May 22, 2024, for a three-year term and is currently a member of the Managing Board, with the function of President and Chief Financial Officer. We continue to review and strengthen the succession planning for the Managing Board to ensure business continuity, taking into account, amongst others, the rapidly changing technological, social, economic and regulatory developments in our industry. For further biographical details concerning the members of our Managing Board, please refer to the "Biographies of our Executive Committee members (including the Managing Board)" section.

Under our Articles of Association, Managing Board members are appointed for a three-year term upon a non-binding proposal by our Supervisory Board at our AGM and adoption by a simple majority of the votes cast at the AGM, provided quorum conditions are met, which term may be renewed one or more times.

Our shareholders' meeting may suspend or dismiss one or more members of our Managing Board, in accordance with the procedures laid down in our Articles of Association. Under Dutch law, our Managing Board is entrusted with our general management and the representation of the Company. Our Managing Board must seek prior approval from our shareholders' meeting for decisions regarding a significant change in the identity or nature of the Company. Under our Articles of Association and our Supervisory Board charter, our Managing Board must also seek prior approval from our Supervisory Board for certain other decisions with regard to the Company and our direct or indirect subsidiaries.

The members of our Managing Board may not serve on the board of a public company without the prior approval of our Supervisory Board. Pursuant to the Supervisory Board charter, the members of our Managing Board must inform our Supervisory Board of any (potential) conflict of interest and pursuant to such charter and Dutch law, any Managing Board resolution regarding a transaction in relation to which the members of our Managing Board have a conflict of interest must be approved and adopted by our Supervisory Board. Should our entire Supervisory Board also have a conflict of interest, the resolution must be adopted by our shareholders' meeting pursuant to Dutch law. We are not aware of any actual or potential conflicts of interests between the private interest or other duties of the members of our Managing Board and members of our Senior Management and their duties to us.

Pursuant to our Articles of Association and the Supervisory Board charter, the following decisions by our Managing Board with regard to the Company and any of our direct or indirect subsidiaries (an "ST Group Company") require prior approval from our Supervisory Board: (i) any modification of our or any ST Group Company's Articles of Association or other constitutional documents, other than those of wholly owned subsidiaries; (ii) other than for wholly owned subsidiaries, any change in our or any ST Group Company's authorized share capital or any issue, acquisition or disposal by us — with the exception of shares in our share capital acquired in order to transfer these shares under employee stock option or stock purchase plans — or any ST Group Company of own shares or change in share rights and any issue of instruments resulting in a share in performance conditions related to corporate social responsibility and environmental, social and governance factors. Both short-term and long-term incentive includes performance conditions promoting ST's sustainable growth.

**ii.    Managing Board compensation**

*a.   Guiding principles of Managing Board compensation*

Amongst others, the following key principles are considered by the Supervisory Board to determine the remuneration structure of the members of our Managing Board:

- Alignment with the Company's strategy: the compensation package should be strongly linked to the achievement of targets that are indicators of the execution of the Company's business strategy.

- Improving the performance of the Company: most of the compensation (excluding base salary, benefits, and pensions) is directly linked to the Company's performance through variable pay incentives. These incentives are based on ambitious performance conditions that include a mix of internal and external criteria as well as relative performance conditions against peers.

- Enhancing long-term creation of shareholder value: to strengthen the alignment with the interests of the shareholders and to enhance the sustainable long-term value creation of the Company, the compensation structure includes short-term and long-term variable remuneration either in cash or in shares or a combination thereof.

- Promoting sustainable corporate development: to ensure that the Company is managed in a sustainable and responsible manner for the common good, the remuneration includes non-financial performance conditions related to corporate social responsibility and environmental, social, and governance factors. Both short- and long-term incentive include performance conditions promoting ST's sustainable growth.

- Retaining and motivating key employees: the compensation package should be competitive, ensuring remuneration levels are determined by reference internally between the Company's senior managers and externally against the Peer Group.

In accordance with the key principles of the Company's remuneration structure, the total remuneration of the members of our Managing Board takes into consideration factors such as the size and complexity of our Company, our global presence and that of our customers, the pace of change in our industry, the Company's value proposition, strategy and goal of sustainable long-term value creation, and the need to recruit and retain key personnel.

*b. Managing Board remuneration policy*

The remuneration of the members of our Managing Board is determined by our Supervisory Board on the advice of the Compensation Committee.

In compliance with the disclosure requirements in the Dutch Civil Code, we present in this Item 6 comparative information on our performance relative to the compensation of the members of our Senior Management and the members of our Managing Board.

The Compensation Committee advises the Supervisory Board in reviewing the remuneration package of the members of our Managing Board, both in the context of the Company performance and against the Peer Group and relevant market index. Before setting targets for the members of our Managing Board, the Compensation Committee carries out scenario analyses of the possible financial outcomes of meeting target levels.

Set forth in the table below is the list of companies retained for the Peer Group compensation analysis used for the remuneration policy for the Managing Board:

| | |
|---|---|
| Analog Devices | ON Semiconductor |
| Infineon | Texas Instruments |
| Monolithic Power Systems | Vishay |
| Microchip | Rohm |
| NXP Semiconductors | Renesas |

Should one of the Peer Group companies not publish financial results for any reason, Diodes and/or Melexis would replace the missing company.

The remuneration of the members of our Managing Board is bound by the remuneration policy as adopted by our 2024 AGM, with a majority of votes of 94.53% in favor, for a duration of a maximum of 4 years (the "2024 Remuneration Policy"). Under the terms of the Dutch Civil Code, the remuneration policy

for the Managing Board shall be submitted to the AGM for adoption at least every four years after its adoption. A resolution to adopt the remuneration policy requires a majority of at least 75% of the votes cast. At the 2024 AGM, 95% of voting shareholders voted in favor of the remuneration report.

The remuneration policy for the Managing Board contains the following key features:

- the reinforcement of the link between Managing Board remuneration and long-term company strategy;

- the simplification of the short-term incentive structure (fully paid in cash, as compared to a hybrid cash-equity pay-out previously) featuring enhanced disclosure of criteria and threshold, targets, and maximum performance levels;

- the inclusion of corporate social responsibility criteria among performance conditions for both the short-term and long-term incentive in line with our objectives of promoting sustainable corporate development;

- enhanced disclosure of long-term incentive (share-settled) performance conditions and threshold and target performance levels as well as the remaining outstanding shares (which are not yet vested);

- a three-year performance period for long-term incentives (as compared to one year previously), with vesting based on performance measured over the 3-year performance period, to improve alignment of Managing Board remuneration with our objective of enhancing long-term shareholder value;

- enhanced disclosure regarding early vesting provisions for the unvested stock awards;

- the implementation of share ownership guidelines for the Managing Board; and

- claw-back provisions in order to reclaim payments after they have been awarded or to withhold remuneration under specific conditions.

c. *Managing Board remuneration structure*

The remuneration structure is reflective of the level of responsibility of the Company's Managing Board, and each of the members of our Managing Board. The remuneration structure is further aligned to the Company's current context while remaining competitive and providing an incentive to promote the Company's performance over the medium to long-term, and is in line with the Company's corporate interest and the interests of all its stakeholders.

The Supervisory Board, upon proposal from the Compensation Committee, determines the remuneration structure and remuneration amounts for the members of our Managing Board based on the analysis of the theoretical maximum total direct remuneration (i.e., sum of base salary, maximum short-term incentive, and maximum long-term incentive).

The remuneration package of each member of the Managing Board, our President and Chief Executive Officer, and our President and Chief Financial Officer, respectively, is comprised of the following:

- **A base salary;** and

- **Variable components, linked to performance:**

    o **A short-term incentiv**e for our President and Chief Executive Officer of up to 210% of base salary and for our President and Chief Financial Officer of up to 150% of base salary, which is fully paid in cash.

90

o   **A long-term incentive** through the grant of **stock awards**, up to a maximum of 100,000 shares for our President and Chief Executive Officer and up to a maximum of 90,000 shares for our President and Chief Financial Officer.

The sum of these three elements represents the maximum total direct remuneration for the members of our Managing Board.

The above-mentioned three elements of the total maximum remuneration of the members of our Managing Board are further described below:

*Base salary*

The purpose of the base salary is to provide a fixed level of earnings and to attract and retain the members of our Managing Board. It is a key component of overall remuneration, particularly as the short-term incentive is expressed as a percentage of base salary. The Company seeks to determine a fair and competitive base salary as compared to the Peer Group based on several factors.

*Short-term incentive*

The purpose of the short-term incentive is to motivate the members of our Managing Board to achieve financial and commercial objectives consistent with and supportive of the Company's strategy and to create a tangible link between annual performance and individual pay opportunity.

In accordance with the 2024 Remuneration Policy, (i) the short-term incentive of our President and Chief Executive Officer is fully paid in cash up to a maximum of 210% of the base salary for the relevant year, and (ii) the short-term incentive of our President and Chief Financial Officer is fully paid in cash up to a maximum of 150% of the base salary for the relevant year, all subject to the assessment and achievement of a number of performance conditions which are set annually by the Compensation Committee of our Supervisory Board.

The short-term incentive is subject to annual performance measurement of a unique set of 4 to 7 predefined criteria (both financial and non-financial) and a performance matrix both for financial and non-financial criteria that explicitly outline threshold and target outcomes (as well as over-performance conditions for financial criteria).

Performance measures and weightings are reviewed annually by the Compensation Committee. The recommendations made by the Compensation Committee regarding scorecard targets and weightings are designed to support the delivery of the Company's strategy. The Supervisory Board, upon recommendation by the Compensation Committee, retains the ability to adjust performance measure targets and weightings year-by-year within the overall target and maximum pay-outs approved in the remuneration policy.

The Supervisory Board, upon the recommendation of its Compensation Committee, sets the conditions and performance criteria that must be met by the members of our Managing Board for the attribution of their short-term incentive (which is paid in the subsequent year).

These performance conditions will enable the Supervisory Board to conduct a holistic and comprehensive assessment of the annual performance of the members of our Managing Board. The combination of financial and non-financial criteria is well balanced in terms of external and internal criteria and reflect the challenging objectives set by the Compensation Committee in line with the Company's ambitious long-term vision and business strategy.

The financial performance criteria for 2024, set by the Supervisory Board were as follows:

•   *Market share evolution*, which is measured by assessing the Company's relative positioning and competitiveness in relation to its market and its industry peers and how fast the Company grows its revenues compared to its competitors. Market share is assessed on the basis of industry data published by the WSTS.

- *Revenue growth*, which represents the total amount of income generated by the Company's operations;

- *Operating income*, which is an important yardstick of profit measurement and reflects the operating performance of the business which does not take into consideration of non-operating gains or losses suffered by business, the impact of financial leverage and tax factors; and

- *Net operating cash flow*, which is a liquidity metric that evaluates whether the Company has enough liquidity to meet its debt obligations. This metric helps assess the financial soundness of the Company in terms of liquidity risk, financial risk, credit risk and business risk.

The non-financial performance criteria for 2024, set by the Supervisory Board were as follows:

- Execution of special manufacturing programs;

- Execution of strategy implementation, including the reorganization of our product groups and sales and marketing organization as announced on January 10, 2024; and

- Sustainability/corporate social responsibility index, which is divided into four criteria related to:

    o Health & safety: measured against, amongst others, the employee safety performance;

    o Environment/climate: measured against, amongst others, direct emissions ($kCO_2$ equivalent);

    o Diversity & inclusion: measured against, amongst others, gender ratio among management levels; and

    o People management: measured against, amongst others, the employee survey (engagement index).

The weight of the sustainability/corporate social responsibility index is designed to remain stable over time, however the individual sub-components used to form the sustainability/corporate social responsibility index may evolve in the future to address sustainability priorities facing the Company and society.

*Calculation of payout*

The tables below set forth the calculation methodology for the pay-out of the short-term incentive to the members of our Managing Board.

As described in Table A1 and Chart A1 below, the final pay-out of the short-term incentive for our President and Chief Executive Officer is calculated by measuring the performance of each condition, then adding the sums of the corresponding pay-out from Table A3, taking into account any applicable caps. The sum is then multiplied by the base salary to determine the final short-term incentive pay-out.

Table A1: Pay-out according to performance for each performance criterion for our President and Chief Executive Officer.

| | Pay-out as a percentage of base salary | | | |
| Annual short-term incentive performance criteria financial year 2024 for the President and Chief Executive Officer (to be paid in 2025) | Performance below threshold | Performance above or equal to threshold and below target | Performance above or equal to target and below stretch | Performance above stretch |
|---|---|---|---|---|
| **Financial performance conditions** | | | | |
| o Market share evolution | 0% | 15% | 30% | 45% |
| o Revenue growth | 0% | 20% | 40% | 60% |
| o Operating income | 0% | 20% | 40% | 60% |
| o Net operating cash flow | 0% | 20% | 40% | 60% |
| **Sub-total for financial performance conditions** | **0%** | **75%** | **150%** | **Capped at 150%**[1] |
| **Non-financial performance conditions** | | | | |
| o Execute special manufacturing programs | 0% | 15% | 30% | 30% |
| o Execute strategy implementation | 0% | 5% | 10% | 10% |
| o Sustainability/corporate social responsibility index | 0% | 10% | 20% | Capped at 20% |
| **Sub-total for non-financial performance conditions** | **0%** | **30%** | **60%** | **60%**[2] |
| **Total** | **0%** | **105%** | **210%** | **Short-term incentive pay-out capped at 210%** |

(1)   Over-performance for certain financial conditions can balance the potential under-performance of other financial conditions if performance exceeds stretch targets, without exceeding a maximum pay-out of 150% of base salary in relation to  the portion of the short-term incentive dependent on financial performance criteria.

(2)   No stretch targets are defined for non-financial performance criteria.

Chart A1: Performance criteria with target weighting and pay-out for our  President & Chief Executive Officer



SHORT-TERM INCENTIVES' INDICATORS

Business Performance Indicators

Market Share Evolution (30%)

Revenue Growth (40%)

Operating Income (40%)

Net Operating Cash Flow (40%)

150%

Non-Financial performance Indicators

Execute special manufacturing programs (30%)

Execute strategy implementation (10%)

Sustainability/Corporate Social Responsibility Index (20%)

60%

As described in Table A2  and Chart A2 below, the final pay-out of the short-term incentive for our President and Chief Financial Officer is calculated by measuring the performance of each condition, then adding the sums of the corresponding pay-out from Table A4, taking into account any applicable caps. The sum is then multiplied by the base salary to determine the final short-term incentive pay-out.

Table A2: Pay-out according to performance for each performance criterion for our President and Chief Financial Officer

| Annual short-term incentive performance criteria financial year 2024 for the President and Chief Financial Officer (to be paid in 2025) | Pay-out as a percentage of base salary | | | |
| --- | --- | --- | --- | --- |
| | Performance below threshold | Performance above or equal to threshold and below target | Performance above or equal to target and below stretch | Performance above stretch |
| Financial performance conditions | | | | |
| o    Market share evolution | 0% | 12% | 21% | 32% |
| o    Revenue growth | 0% | 14% | 29% | 43% |
| o    Operating income | 0% | 14% | 29% | 43% |
| o    Net operating cash flow | 0% | 14% | 29% | 43% |
| **Sub-total for financial performance conditions** | **0%** | **54%** | **108%** | Capped at 108%[1] |
| Non-financial performance conditions | | | | |
| o    Execute special manufacturing programs | 0% | 10% | 21% | 21% |
| o    Execute strategy implementation | 0% | 4% | 7% | 7% |
| o    Sustainability/corporate social responsibility index | 0% | 7% | 14% | Capped at 14% |
| **Sub-total for non-financial performance conditions** | **0%** | **21%** | **42%** | **42%[2]** |
| **Total** | **0%** | **75%** | **150%** | **Short-term incentive pay-out capped at 150%** |

_____
(1)    Over-performance for certain financial conditions can balance the potential under-performance of other financial conditions if performance exceeds stretch targets, without exceeding a maximum pay-out of 108% of base salary in relation to the portion of the short-term incentive dependent on financial performance criteria.
(2)    No stretch targets are defined for non-financial performance criteria.

Chart A2: Performance criteria with target weighting at target pay-out for our President and Chief Financial Officer

SHORT-TERM INCENTIVES' INDICATORS



As of the publication of this Form 20-F the evaluation and assessment of the fulfillment of conditions and performance criteria as well as the determination of conditions for the 2024 short-term incentive have not yet been completed by the Supervisory Board upon the proposal of the Compensation Committee (expected in March 2025).

As a result, performance achievement levels and final pay-out for the short-term incentive based on 2024 performance (to be paid in 2025), as well as the scorecard for the 2024 short-term incentive will be disclosed at a later date, and is expected to be included in the 2024 Dutch Annual Report. Scorecard targets are not disclosed prospectively as it would require the disclosure of commercially sensitive information. Scorecard targets for the 2024 short-term incentive will be disclosed only when they are no longer deemed to be commercially sensitive.

*Long-term incentive*

The purpose of the long-term incentive is to motivate the members of our Managing Board to deliver sustainable long-term shareholder value through long-term profitability and share price growth.

The terms of this long-term incentive are included in the long-term incentive plan approved at the 2024 AGM, allowing for grants of unvested stock awards in 2024, 2025 and 2026. The vesting of unvested stock awards is subject to the achievement of performance conditions and calculated over a three-year performance period. Grants of unvested stock awards made in 2024, 2025 and 2026 will fully vest, subject to performance conditions, in 2027, 2028 and 2029 respectively.

Award levels are determined annually by the Compensation Committee within the maximum amounts set by the Supervisory Board. In accordance with the resolution adopted by our AGM, the maximum annual grant allowed is (i) in relation to our President and Chief Executive Officer's stock award for 2024, 2025 and 2026, 100,000 unvested stock awards subject to performance criteria, and (ii) in relation to the President and Chief Financial Officer's stock award for 2024, 2025 and 2026 is 90,000 unvested stock awards, subject to performance criteria.

The Supervisory Board, upon recommendation of the Compensation Committee, determines whether the performance criteria are met and concludes whether and to which extent the members of our Managing Board are entitled to any stock awards under the long-term incentive plan. Scorecard targets are not disclosed prospectively as it would require the disclosure of commercially sensitive information. Scorecard targets will be disclosed, as relevant, only when they are no longer deemed to be commercially sensitive.

*Grants in 2024, 2023 and 2022*

**Long-term incentive grant in 2024**

For the 2024 long-term incentive, the performance criteria used for the assessment of the Managing Board members are:

- Revenue growth;

- Operating margin; and

- Sustainability/corporate social responsibility index, which was comprised of the following key performance indicators ("KPIs") (including two external criteria):

    o Environment/climate: measured against, amongst others, the direct emissions ($kCO_2$ equivalent);

    o Diversity, inclusion and people engagement: measured against, amongst others, gender ratio among management levels;

    o Investor ESG index: measured against, amongst others, the Dow Jones sustainability indices; and

    o Carbon rating: measured against, amongst others, the Carbon Disclosure Project carbon rating.

Set forth in the following Table B1 and Chart B1 is the weight set for each of the performance criteria that will be assessed by the Supervisory Board over the three-year performance period for the attribution of the relevant long-term incentive grant in 2024. Table B2 sets out the shares to vest at the end of the 3-year vesting period based on performance.

Table B1: Long-term incentive performance criteria and target weighting over the three-year performance period

| Long-term incentive plan performance criteria to be assessed over a 3-year period | Target Weighting (as % of maximum achievement score) |
|---|---|
| Revenue growth (financial year 2026 vs financial year 2023 in comparison to Peer Group) | 33.33% |
| Operating margin ratio before restructuring (average for the 2024 – 2026 period) | 33.33% |
| Sustainability/corporate social responsibility index | 33.33% |
| Maximum achievement score | **100% which corresponds to a maximum of (i) 100,000 unvested stock awards with regard to the CEO and (ii) 90,000 unvested stock awards with regard to the CFO** |

Chart B1: Long-term incentive performance criteria and target weighting over the three-year performance period



LONG-TERM INCENTIVE INDICATOR

Table B2: Shares to vest at the end of the 3-year vesting period according to performance for each performance criterion

| | Shares to vest as a percentage of maximum award | | | |
|---|---|---|---|---|
| **Long-term incentive plan performance criteria to be assessed over a 3-year period** | **Performance below threshold** | **Performance equal to threshold** | **Performance above threshold and below target** | **Performance above or at target** |
| Revenue growth (financial year 2026 vs financial year 2023 in comparison to Peer Group) | 0% | 16.67% | 25% | 33.33% |
| Operating margin ratio before restructuring (average for the 2024 – 2026 period) | 0% | 16.67% | 16.67% | 33.33% |
| Sustainability/corporate social responsibility index | 0% | 16.67% | 16.67% | 33.33% |
| **Total** | **0%** | **50%** | **58.34%** | **100%** |

*Vesting schedule for outstanding awards*

Set forth in Table B3 is an overview of the outstanding awards that have been granted in accordance with the new long-term incentive plan adopted by the 2021 AGM and the long-term incentive plan adopted by the 2024 AGM to the members of our Managing Board. For the purposes of the vesting schedule table below, a hypothetical achievement rate of 100% of performance conditions is used.

Table B3: Vesting schedule for the 2022, 2023 and 2024 long-term incentive grants

97

| Name and principal position | Grant date | Final vesting date | Max. number of shares that can be granted | Number of shares that have been granted based on performance conditions achievement (2) | Share price at grant (in $) | 2025 vesting | 2026 vesting | 2027 vesting | Unvested shares as of end of 2024 |
|---|---|---|---|---|---|---|---|---|---|
| **Jean-Marc Chery** President and Chief Executive Officer | July 24, 2024 | AGM date for 2027 | 100,000 | 100,000 | $33.47 | | | *100,000(1)* | **100,000** |
| | July 26, 2023 | AGM date for 2026 | 100,000 | 100,000 | $51.55 | | *100,000(1)* | | **100,000** |
| | July 27, 2022 | AGM date for 2025 | 100,000 | 100,000 | $36.33 | *100,000(1)* | | | **100,000** |
| | **Total vesting** | | | | | | | | **300,000** |
| **Lorenzo Grandi** President and Chief Financial Officer | July 24, 2024 | AGM date for 2027 | 90,000 | 75,000 | $33.47 | | | *75,000(1)* | **75,000** |
| | **Total vesting** | | | | | | | | **75,000** |

_____

(1)    In the event of 100% achievement of performance criteria to be assessed by the Supervisory Board.

(2)    Shares granted based on the long-term incentive plan 2021 vest after a 3-year performance period subject to the achievement of performance conditions.

*Share ownership guidelines*

The members of our Managing Board are expected to build up shareholding in the Company equal to 1.5 times their base salary, in line with the 2024 Remuneration Policy.

*Claw-back provisions under Dutch law*

All performance-related remuneration awarded to the members of our Managing Board are subject to the following claw-back provisions, in accordance with Dutch law. If the Supervisory Board considers that there is a significant downward restatement of the Company's financial results, breach of duty from the members of our Managing Board or where remuneration has been paid based upon incorrect information about the achievement of the goals on which the remuneration was based or the circumstances on which the short-term incentive was dependent, it may, in its discretion, within two years of the performance-related remuneration of the members of our Managing Board vesting or being paid:

- require the members of our Managing Board to repay to the Company an amount equal to the after-tax value of some or all of any short-term cash incentive or the Company's shares that were granted; and/or

- require the Company to withhold from, or offset against, any other remuneration to which the members of our Managing Board may be or become entitled in connection with its employment such an amount as the Supervisory Board considers appropriate.

When reaching its decision, the Supervisory Board will take into account of the significance of the breach of duty and in addition, the Supervisory Board may take other actions in relation to the statutory provision e.g. claim for damages.

During 2024, no claw-backs occurred.

The members of our Managing Board may also receive other types of remuneration other than the above-mentioned performance-related remuneration policy, as further described in the 2024 Remuneration Policy. Other types of remuneration described in the 2024 Remuneration Policy are, amongst others, social premiums, benefits in kind (including a company car), pension contributions and miscellaneous allowances.

*Statement of Compliance with Section 303A.14 of the New York Stock Exchange Listed Company Manual*

In accordance with the applicable provisions of the New York Stock Exchange Listed Company Manual providing for the recovery of erroneously awarded incentive-based compensation, the Company has adopted a statement of compliance which provides for recovery of erroneously awarded incentive-based compensation (including both cash and equity compensation) received by current and former executive officers during a three-year look back period following an accounting restatement.

The statement of compliance is filed as an exhibit to this Form 20-F.

d.    *Compensation paid to the members of our Managing Board in financial year 2024*

The members of our Managing Board received compensation in the form of a base salary, short-term incentive, long-term incentive grant (unvested stock awards), social premiums, benefits in kind (including a company car), pension contributions and miscellaneous allowances.

Set forth in the following table and chart is an overview of the total compensation of the members of our Managing Board paid in 2024:

| | | President and Chief Executive Officer | President and Chief Financial Officer[1] |
|---|---|---|---|
| **Base salary** | | $ 1,172,200 | $ 585 475 |
| **Variable components** | Short-term incentive[2] | $ 2,458,745 | $ ---- |
| | Long-term incentive[3] | $ 4,255,388 [8] | $ --— [4] |
| **Other components** | Benefits | $ 120,885 | $ 67,850 |
| | Social security contributions[5] | $1,058,494 | $200,801 |
| | Pensions[6] | $ 399,449 | $947,460 |
| | Miscellaneous allowances[7] | $ ---- | $ ---- |
| | Termination benefits[7] | $ ---- | $ ---- |
| **Total** | | **$ 9,465,160** | **$1,801,587** |

_____

(1)    The compensation paid to our President & Chief Financial Officer as included in this table concerns his compensation received since his appointment as member of the Managing Board on May 22, 2024.

(2)    Short-term incentive includes the amount paid in cash in 2024 based on 2023 performance (the achievement rate was 205%) The short-term incentive based on 2024 performance will be determined by the Compensation Committee and will be paid at a date after the publication of this Form 20-F.

(3)    The members of our Managing Board were granted, in accordance with the 2024 Remuneration Policy and subsequent shareholder authorizations, (i) with regard to the President and Chief Executive Officer: up to a maximum of 100,000 unvested stock awards, subject to performance criteria, and (ii) with regard to the President and Chief Financial Officer up to a maximum of 90,000 unvested stock awards, subject to performance criteria. The vesting of such stock awards is conditional upon the members of our Managing Board continued service with us.

(4)    For this financial year 2024, the long-term incentive is not relevant to our President and Chief Financial Officer, as he was appointed as member of the Managing Board on May 22, 2024. The first long-term incentive grant to our President and Chief Financial Officer occurred in July 2024, therefore the first vesting, depending on the assessment of the performance conditions by the Compensation Committee and the Supervisory Board after the 3-year performance period, will take place in 2027.

(5)    The employer social security contributions relate to the fixed and variable remuneration, including the unvested stock awards.

(6)    Complementary pension plan for certain of the Company's key executives.

(7)    There were no miscellaneous allowances nor termination benefits paid to the members of our Managing Board in 2024

(8)    The long-term incentive corresponds to the grant of shares in 2021 (100,000 shares) that have vested in full in May 2024 based on the 3 year performance review period mechanism in place since 2021 (first vesting in 2024).

During 2024, the members of our Managing Board did not have any stock options, and did not purchase any shares in the Company. During 2024, the members of our Managing Board sold 64,915 shares (all of which have been sold automatically from the relevant account to pay the taxes related to their vesting, through a sell-to-cover mechanism applied by default by ST).

### e. Evolution of paid remuneration to the Managing Board

Set forth in the following table is the total compensation of the members of our Managing Board, paid from 2022 to 2024:

| Name and title | Year | Base salary | Variable components | | Other components(1) | | Pensions | Total | Fixed/ Variable remuneration |
| | | | Short-term Incentives [2] | Long-term Incentives[3] | Benefits | Social security contributions[4] | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jean-Marc Chery President and Chief Executive Officer | 2024 | $ 1,172,200 | $ 2,458,745 | $4,255,388 | $ 120,885 | $ 1,058,494 | $ 399,449 | $9,465,160 | 29% fixed/ 71% variable |
| | 2023 | $ 1,213,544 | $ 2,819,125 | $ 1,838,364 | $ 117,737 | $ 877,128 | $ 435,717 | $ 7,301,615 | 38% fixed / 62% variable |
| | 2022 | $ 1,250,954 | $ 2,506,576 | $ 2,043,212 | $ 108,023 | $ 857,448 | $ 452,230 | $ 7,218,443 | 37% fixed / 63% variable |
| Lorenzo Grandi President and Chief Financial Officer | 2024 | $ 585,475 | ──── | ──── | $67,850 | $200,801 | $947,460 | $1,801,587 | 100% fixed/ ---% variable [5] |

_____

(1) There were no miscellaneous allowances nor termination benefits paid in the years 2024, 2023 and 2022.

(2) As of 2021 with the implementation of the remuneration policy for our Managing Board adopted at the 2021 AGM, the short-term incentive is paid fully in cash. The short-term incentive related to 2024, 2023 and 2022 was approved by the Compensation Committee and Supervisory Board with respect to the 2024, 2023 and 2022 financial year, respectively, based on the evaluation and assessment of the actual fulfillment of a number of pre-defined objectives for such year. The short-term incentive related to a relevant year is paid in the subsequent year, i.e. the short-term incentive related to the 2024, 2023 and 2022 financial year, respectively, is paid in 2025, 2024 and 2023. The achievement rate for the 2023 short-term incentive (paid in 2024), based on 2023 performance, was 205% in cash out of maximum of 210%.The achievement rate for the 2022 short-term incentive (paid in 2023), based on 2022 performance, was 205% in cash out of maximum of 210%. The achievement rate for the 2021 short-term incentive (paid in 2022), based on 2021 performance, was 205% in cash out of maximum of 210%.

(3) Following the Supervisory Board's approval of the achievement of the performance conditions, the number of shares definitively acquired under the terms of the long-term incentive plans was as follows: 56,002 shares in 2022, 36,000 shares in 2023 and 100,000 shares in 2024. The evolution of the number of shares acquired each year, is linked to the decision made by the Supervisory Board to transition from long-term incentive plans with annual vesting over a three-year performance period (long-term incentive grants before 2021) to long-term incentive plans with one-time vesting after a three-year performance period (long-term incentive grants since 2021).

(4) The social security contributions relate to the fixed and variable remuneration, including the unvested stock awards.

(5) As our President and Chief Financial Officer was appointed as member of the Managing Board on May 22, 2024, this table does not include any variable remuneration, since in his current position as member of the Managing Board, he will be eligible to receive (i) any short-term incentive as of 2025 and (ii) any long-term incentive as of 2027, subject to the assessment of the performance conditions by the Compensation Committee and the Supervisory Board.

### f. Compensation provisions in the event of termination or departure of the members of our Managing Board

The members of our Managing Board are appointed by the AGM for a three-year term, which term is renewable. Our President and Chief Executive Officer was reappointed at the 2024 AGM and our President and Chief Financial Officer was appointed at the 2024 AGM, both for a three-year term, expiring at the 2027 AGM. The agreements with the members of our Managing Board may be a mandate agreement or an employment agreement. Although the relationship between a member of the Managing Board and a listed Dutch company will be treated as a mandate agreement and not as an employment agreement, existing employment agreements between the Company and a member of the Managing Board will remain in effect.

Our President and Chief Executive Officer has two employment agreements with us, first with the Company, which relates to his activities as member of our Managing Board and representative of the

Company, and the second agreement with one of our legal entities in Switzerland, which relates to his activities as President and Chief Executive Officer, the executive incentive program ("EIP"), pension and other items covered by the remuneration policy for our Managing Board (the "CEO Agreements").

The CEO Agreements can be terminated with a notice period of 6 months, if terminated by the Company, or 3 months if terminated by the President and Chief Executive Officer.

Our President and Chief Financial Officer has one employment agreement with one of our legal entities in Switzerland, which relates to his activities as President and Chief Financial Officer, the EIP, pension and other items covered by the 2024 Remuneration Policy (the "CFO Agreement"). The CFO Agreement can be terminated with a notice period of 3 months, if terminated by the Company, or 3 months if terminated by the President and Chief Financial Officer.

*Severance clause*

Pursuant to the CEO Agreements, our President and Chief Executive Officer will be entitled to a severance payment if his employment is terminated at the initiative of the Company, other than for cause, considering amongst others, his critical role in the Company and his seniority. The severance payment will be equal to a gross lump sum payment in the amount of two times his latest gross annual salary, plus the short-term incentive (being the average of the short-term incentive received in the last three years) subject to any and all applicable legal, regulatory and/or contractual deductions.

Any severance payments made will be disclosed in the remuneration report in the annual report of the financial year that this amount relates to, as well as the reason for the severance payment.

*Vesting of stock awards in the event of termination or departure*

In the event of termination of the employment or departure of the members of our Managing Board, their stock awards will either (i) be forfeited in full, (ii) accelerate in vesting or (iii) continue vesting, as shown in the table below.

| | Resignation | Retirement | Termination by the Company | | |
| --- | --- | --- | --- | --- | --- |
| | | | **Not in connection with change of control or serious or gross misconduct** | **In connection with change of control** | **In connection with serious or gross misconduct** |
| **Outcome of unvested stock awards** | Forfeited in full | Continuation of vesting | Accelerated vesting | Accelerated vesting | Forfeited in full |

Set forth in the table below is an overview of the compensation of our President and Chief Executive Officer in the event of his termination or departure, as applicable.

| | Resignation | Retirement | Termination by the Company | | |
| --- | --- | --- | --- | --- | --- |
| | | | **Not in connection with change of control or serious or gross misconduct** | **In connection with change of control** | **In connection with serious or gross misconduct** |
| **Severance Clause** | Not applicable | Not applicable | 2 times the annual base salary plus average short-term incentive over the last 3 years | 2 times the annual base salary plus average short-term incentive over the last 3 years | Not applicable |

101

*C.      Senior Management*

**i.       Definition of Senior Management**

The term "Senior Management" refers to:

•       The members of our Managing Board;

•       The members of the executive committee (the "Executive Committee") (including the members of our Managing Board); and

•       The Executive Vice Presidents of the Company, as defined below.

The members of our Managing Board are entrusted with our general management and is supported in his tasks by our Executive Committee and Executive Vice Presidents, who together constitute the Senior Management.

**ii.       Role of Executive Committee**

The Executive Committee acts under the authority and responsibility of the Managing Board and in this respect manages the Company. The Managing Board remains legally responsible for the management of the Company. The responsibilities of the Executive Committee include overseeing the general strategy as well as the risk management in connection with the Company's activities, operational and financial objectives and financial reporting processes. The Executive Committee adopts resolutions based on consensus, or if no consensus can be reached, by a majority of the votes cast by the members of our Managing Board including the vote of the chairman of the Executive Committee.

The chairman of the Executive Committee is the President and Chief Executive Officer of the Company. Members of the Executive Committee are appointed by the Managing Board subject to the approval of the Supervisory Board. Members of the Executive Committee can be suspended and dismissed by the Managing Board without prior approval by the Supervisory Board.

The Executive Committee was composed of the following nine members as of December 31, 2024 as set forth in the table below:

| Name [(1)] | Position | Years with Company | Years in Semi-Conductor Industry | Age |
|---|---|---|---|---|
| Jean-Marc Chery | President and Chief Executive Officer | 40 | 40 | 64 |
| Marco Cassis | President,  Analog, Power & Discrete, MEMS and Sensors Group. Head of STMicroelectronics' Strategy, System Research and Applications, Innovation Office | 37 | 37 | 61 |
| Rajita D'Souza | President, Human Resources, Corporate Social Responsibility | 4 | 4 | 52 |
| Remi El-Ouazzane | President, Microcontrollers, Digital ICs and RF Group | 3 | 27 | 51 |
| Lorenzo Grandi | President and Chief Financial Officer | 37 | 37 | 63 |
| Fabio Gualandris | President, Quality, Manufacturing and Technology | 36 | 37 | 65 |
| Steven Rose | President, Legal Counsel and Public Affairs | 33 | 33 | 62 |
| Jerome Roux | President, Sales & Marketing | 33 | 37 | 59 |

————————

[(1)]  Mr. Monti left the Company in 2024.

*iii.  Biographies of our Senior Management*

a. *Biographies of our Executive Committee Members (including the members of the Managing Board)*

*Jean-Marc Chery*

Jean-Marc Chery is STMicroelectronics' President and Chief Executive Officer (the "President and Chief Executive Officer" or our "CEO") and has held this position since May 2018. He chairs ST's Managing Board and Executive Committee. Mr. Chery began his career in the Quality organization of Matra, the French engineering group. In 1986, he joined Thomson Semiconducteurs, which subsequently became ST, and held various management positions in product planning and manufacturing, rising to lead ST's wafer fabs in Tours, France, and later in Rousset, France. In 2005, Mr. Chery led the company-wide 6-inch wafer-production restructuring program before taking charge of ST's Front-End Manufacturing operations in Asia Pacific. In 2008, he was promoted to Chief Technology Officer and assumed additional responsibilities for manufacturing and quality (2011) and the digital product sector (2012). In 2014, Mr. Chery was appointed ST's Chief Operating Officer responsible for Technology and Manufacturing operations. In July 2017, Mr. Chery was appointed Deputy Chief Executive Officer with overall responsibility for technology and manufacturing, as well as for sales and marketing operations.

*Marco Cassis*

Marco Cassis is STMicroelectronics' President, Analog, Power & Discrete, MEMS and Sensors group and has held this position since February 2024. He also heads the corporate functions of strategy development, system research and applications, and innovation office, and is a member of ST's Executive Committee. Mr. Cassis joined SGS-Thomson Microelectronics (now STMicroelectronics) as a car-radio chip designer in 1987. He later moved to Japan to help expand ST's audio business with major local players, including ST's strategic alliance with Pioneer. In the early 2000s, Mr. Cassis managed the audio business unit and was subsequently promoted to director of audio and automotive Group. In 2004, Mr. Cassis was named Vice President of marketing for automotive, computer peripheral, and telecom products. In 2005, he advanced to Vice President of the automotive segment group and was promoted to lead ST's operations in Japan. His mandate was expanded to include Korea in 2010 and Greater China and South Asia in 2016, when he was appointed President of ST's Asia Pacific region. In 2017, Mr. Cassis was promoted president, global sales and marketing, and added communications and strategy development in 2018. Marco Cassis was born in Treviso, Italy, in 1963, and graduated with a master's degree in electronic engineering from the Polytechnic of Milan, Italy.

*Rajita D'Souza*

Rajita D'Souza is President of STMicroelectronics' Human Resources and Corporate Social Responsibility ("CHRO") and has held this role since January 2021. Her mandate also entails the Company's directions on environment, health, and safety. Ms. D'Souza is a member of ST's Executive Committee. Ms. D'Souza started her career in 1993 as manager operations with reliance consultancy services in Mumbai, India. In 1997 she joined general electric, where she held various human resources leadership positions with increasing responsibility and scope. In 2007 Ms. D'Souza moved to SABIC to become Director Human Resources in Europe. In 2011, she was appointed Vice President Human Resources for the EMEA region of The Goodyear Tire & Rubber Company. In 2017 Ms. D'Souza joined Bekaert as Chief Human Resources Officer. Rajita D'Souza was born in Mumbai, India, in 1973. She holds a master's degree in law from the University of Mumbai and a bachelor's degree in business management. She is also a certified master black-belt in six sigma quality.

*Remi El-Ouazzane*

Remi El-Ouazzane is STMicroelectronics' President, Microcontrollers, Digital ICs and RF products Group and has held this position since February 2024. He is also functionally responsible for the corporate system research and applications organization and is a member of ST's Executive Committee. Mr. El-Ouazzane started his career at Texas Instruments in 1997. He rose through the ranks across the broadband, mobile, and embedded processing divisions to become vice president and general manager of the open multimedia applications platform ("OMAP") in 2009. Mr. El-Ouazzane was appointed chief executive officer of Movidius in 2013, responsible for driving its vision-processing technologies to advance

103

the adoption of AI in the Internet of Things. With the acquisition of Movidius by Intel in 2016, he joined Intel's new technology group as vice president and general manager, and became Chief Operating Officer of Intel's artificial intelligence products group in 2018. In 2020, Mr. El-Ouazzane became Intel's datacenter platform group Chief Strategy Officer, driving strategic initiatives in the data center and cloud markets. In 2009, Mr. El-Ouazzane was honored with the French-American Foundation's Young Leaders Award. Remi El-Ouazzane was born in Neuilly-sur-Seine, France in 1973 and graduated from the Grenoble Institute of Technology (INPG) in 1996 and the Grenoble Institute of political studies in 1997. He graduated from the general management program at Harvard Business School in 2004.

*Lorenzo Grandi*

Lorenzo Grandi is STMicroelectronics' President and Chief Financial Officer (the "President and Chief Financial Officer" or our "CFO") and has held this position since 2018. In addition to Finance, Treasury and M&A, the CFO office currently encompasses digital transformation and information technology and global procurement, enterprise risk management and resilience, corporate development and integrated external communication, supply chain, as well as strategic corporate programs. Mr. Grandi is a Member of ST's Managing Board and Executive Committee. Mr. Grandi joined SGS-THOMSON Microelectronics (now STMicroelectronics) in 1987 as a R&D process engineer. In 1990, he moved to ST's memory product group as financial analyst and later was appointed group controller contributing to the expansion of ST's flash memory business. In 2005, Mr. Grandi joined ST's corporate finance organization responsible for budgeting and reporting. In 2012, he was promoted to corporate vice president in charge of corporate control and became ST's Chief Financial Officer in 2018. In December 2020, Mr. Grandi received a special award for his long-standing professional achievements from the French Association of Financial Directors and Management Controllers ("DFCG"). Lorenzo Grandi was born in Sondrio, Italy, in 1961. He graduated cum laude in Physics from the University of Modena, Italy, and holds an MBA from SDA Bocconi School of Management in Milan, Italy.

*Fabio Gualandris*

Fabio Gualandris is STMicroelectronics' President, Quality, Manufacturing, and Technology and has held this position since July 2023. He was responsible for the company's back-end manufacturing and technology organization since 2016 and also led the Company's testing council, alongside its manufacturing strategy in Asia and efforts in system-in-package technology. Mr. Gualandris is a member of ST's Executive Committee. Mr. Gualandris joined SGS Microelettronica (now ST) R&D in 1984. He became R&D director of operations in 1989 and became automotive business unit Director in 1996. After two years as President and CEO of Semitool, he rejoined ST in 2000 as group vice president responsible for memory products including the RAM/PSRAM and automotive flash. In 2005, Mr. Gualandris was appointed CEO of ST Incard, an ST smart-card subsidiary. In 2008-2010, he served as VP and Supply chain general manager at ST's memory joint venture with Intel. In 2011, Mr. Gualandris was appointed ST's Executive Vice President, Product Quality Excellence. He also serves as board member of ST Sanan manufacturing JV in China. Mr. Gualandris has authored several technical and managerial papers and holds multiple international patents. He serves as chairman of STS, ST's manufacturing joint venture in China. Fabio Gualandris was born in Bergamo, Italy, in 1959. He holds a master's degree in physics from the University of Milan.

*Steven Rose*

Steven Rose is STMicroelectronics' President, Legal Counsel and Public Affairs, and has held this position since July 2023. He was appointed President, Legal Counsel in May 2018 and has been in charge of ST's legal affairs since 2013. Mr. Rose is a member of ST's Executive Committee. Mr. Rose started his career as a corporate attorney at the law firm Gardere & Wynne in Dallas, Texas, providing legal advice and services to public and private companies. He joined SGS-THOMSON Microelectronics (now STMicroelectronics) in 1991 as the associate general counsel for the U.S. subsidiary, STMicroelectronics, Inc. In 2006, Mr. Rose was appointed senior associate general counsel for the Americas, Greater China & South Asia, and Japan & Korea regions, in addition to serving as vice president, secretary and general counsel and a director of STMicroelectronics, Inc. Steven Rose was born in Wichita, Kansas (USA), in 1962. He obtained a degree in accounting from Oklahoma State University and a *juris docto*r degree from the University of Oklahoma College of Law.

*Jerome Roux*

Jerome Roux is STMicroelectronics' President, Sales & Marketing, and has held this position since January 1st, 2022. He is a member of ST's Executive Committee. Mr. Roux began his career in the planning department of SGS-THOMSON Microelectronics (now STMicroelectronics) in 1988. He soon moved to the Company's packaging facility in Casablanca, Morocco as material manager. Afterwards, Mr. Roux moved to Singapore and then Shanghai as the Asia Pacific marketing director for ST's discrete and standard product group. He left ST briefly to manage an ST supplier company and returned to ST in 2006 as group vice president, assembly and testing outsourcing operations. Global purchasing responsibilities were added to his mandate in 2008. Mr. Roux was promoted to corporate vice president in 2012 and managed ST's sales in the Greater China & South Asia Region and later the whole Asia Pacific Region. In 2017, Mr. Roux was appointed Executive Vice President, sales and marketing, for the Company's Asia Pacific region. Mr. Roux serves as advisor to the French government ("CCEF") on foreign trade. Jerome Roux was born in Antibes, France, in 1965, and graduated from ISG Business School in Paris with a master's degree in commerce (management and marketing).

b.   *Biographies of our Executive Vice Presidents*

The group of executive vice presidents (our "Executive Vice Presidents") consisted of the following people as of December 31, 2024:

| Name[1] | Position | Years with Company | Years in Semi-Conductor Industry | Age |
|---|---|---|---|---|
| Michael Anfang | Executive Vice President, Sales & Marketing, Europe, Middle East and Africa Region (EMEA) | 26 | 34 | 56 |
| Mario Aleo | Executive Vice President, Power & Discrete Sub-Group - Analog, Power & Discrete, MEMS and Sensors Group | 23 | 23 | 55 |
| Christophe Ayela | Executive Vice President, Analog & Power Front-End Manufacturing | 34 | 34 | 58 |
| Alexandre Balmefrezol | Executive Vice President, Imaging sub-group -Analog, MEMS and Sensors Group | 27 | 27 | 50 |
| Stefano Cantù | Executive Vice President, Strategic Corporate Programs Office | 30 | 30 | 56 |
| Henry Cao | Executive Vice President, Sales & Marketing, China Region | 4 | 4 | 51 |
| Alessandro Cremonesi | Executive Vice President, Chief Innovation Officer and General Manager System Research and Applications ("SRA") Group | 40 | 40 | 66 |
| Alberto Della Chiesa | Executive Vice President Supply Chain | 36 | 36 | 60 |
| Ricardo De Sa Earp | Executive Vice President Microcontroller, Digital ICs and RF Products Group Deputy | 27 | 27 | 61 |
| Franck Freymond | Executive Vice President, Chief Audit & Risk Executive | 14 | 14 | 56 |
| Fabrice Gomez | Executive Vice President, Head of Back-End Manufacturing & Technology | 12 | 12 | 56 |
| Frédérique Le Grevès | Executive Vice President, Europe and France Public Affairs | 4 | 4 | 57 |
| Claudia Levo | Executive Vice President, Integrated Marketing & Communications | 13 | 15 | 59 |
| Matteo Lo Presti | Executive Vice President, Analog sub-group, Analog, Power & Discrete, MEMS and Sensors Group | 31 | 34 | 60 |
| Laurent Malier | Executive Vice President Digital Front-End Manufacturing and Technology | 9 | 30 | 57 |
| Hiroshi Noguchi | Executive Vice President, Sales & Marketing, Asia Pacific Region excluding China ("APeC") | 17 | 17 | 49 |
| Giuseppe Notarnicola | Executive Vice President, Treasury, Insurance, M&A, IP BU, and Italy Public Affairs | 19 | 19 | 63 |
| Rino Peruzzi | Executive Vice President, Sales & Marketing, Americas and Global Key Account Cluster Organization | 26 | 26 | 59 |
| Jerome Ramel | Executive Vice President, Corporate Development, Integrated Marketing and Communications and Investor Relations | 25 | 25 | 51 |
| Chouaib Rokbi | Executive Vice President, Digital Transformation and Information Technology, and Global Procurement | 24 | 24 | 53 |
| Bertrand Stoltz | Executive Vice President Finance, Global Shared Services and Systems, Asia Public Affairs | 30 | 30 | 54 |
| Geoff West | Executive Vice President, Chief Procurement Officer | 31 | 39 | 61 |
| Nicolas Yackowlew | Executive Vice President, Global Quality & Reliability | 29 | 30 | 55 |

_____

[1] Our former Executive Vice President, Power Transistor subgroup, Mr. Edoardo Merli has left the Company in 2024.

### c. Biographies of our Executive Vice Presidents Committee Members

#### Mario Aleo

Mario Aleo is STMicroelectronics' Executive Vice President, Power & Discrete sub-group, and has held this position since January 2025. Mr. Aleo began his professional career in 1996 at Fiat Automotive, where he worked in the R&D department focusing on the powertrain development in Piedmont, Italy. Subsequently, he joined International Rectifier as marketing manager for power modules, rectifiers, and

IGBTs. In 2001, Mr. Aleo joined STMicroelectronics, serving across a series of technical marketing functions for analog products. From 2008 onwards he held a number of senior positions in charge of power, discrete, and RF products. In 2018 Mr. Aleo was appointed head of ST's Analog ASIC business targeting the personal electronics segment. Mr. Aleo has authored multiple technical papers and holds several patents in power electronics, for both silicon and wide bandgap materials, as well as analog products. Mario Aleo was born in Palermo, Italy, in 1969. He graduated with a master's degree in electric engineering specializing in power electronics and conversion from the University of Palermo and holds a masters in business administration from the Fiat University Torino.

### Michael Anfang

Michael Anfang is Executive Vice President, Sales & Marketing for STMicroelectronics' EMEA region and has held this position since November 2018. Mr. Anfang started his career with Siemens Semiconductor AG in 1990 in product engineering, followed by responsibilities in product design, automotive and strategic marketing. In 1999, he joined ST as an automotive business development manager. In 2002, he was given responsibility for microcontroller product marketing at ST's Automotive division in Agrate, Italy, and was promoted to director of marketing and applications in 2005. Four years later, he was appointed digital automotive business unit director of the automotive product group and became a member of the management team responsible for the MCU joint development program between Freescale and STMicroelectronics. In 2013, Mr. Anfang joined the EMEA regional organization of STMicroelectronics as automotive marketing and applications vice president. Michael Anfang was born in Kitzbühel, Austria, in 1968. He graduated with a degree in electronic engineering from the Higher Technical School in Saalfelden, Austria, and a degree in business management and marketing from the FU University in Hagen-Munich, Germany.

### Christophe Ayela

Christophe Ayela is Executive Vice President, Analog & Power Front-End Manufacturing, and has held this position since November 2023. Mr. Ayela joined STMicroelectronics in Tours, France, as R&D engineer in 1990. Five years later, he moved to Tours Manufacturing as engineering manager. In 2005, Mr. Ayela was named Tours operations deputy director. In 2011, Mr. Ayela became the Tours operations director; he was then promoted to operations director for the Tours front-end and Rennes back-end sites in 2016. In 2018, Mr. Ayela was appointed general manager for ST's Asia Pacific region front-end manufacturing, leading the capacity extension and operations transformation of the 200mm fab in Ang Mo Kio, Singapore. Christophe Ayela was born in Cognac, France in 1966. He graduated in microelectronics engineering from the National Institute of Applied Sciences ("INSA") of Toulouse, France.

### Alexandre Balmefrezol

Alexandre Balmefrezol is Executive Vice President and General Manager of the Imaging sub-group and has held this position since January 2023. Mr. Balmefrezol started his professional career as product design engineer at ST in 1997. He held various positions in product design developing ST's expertise and leadership in power-management ICs for mobile phones. In 2009, Mr. Balmefrezol joined ST-Ericsson, serving in different roles in product and business management. He was appointed fellow in mixed-signal IC design and became head of ST-Ericsson's analog and mixed signal group. In 2013, Mr. Balmefrezol returned to ST as a design manager and was subsequently promoted to lead system and product design for time-of-flight and global-shutter sensors at ST's imaging division. Alexandre Balmefrezol was born in Millau, France, in 1974. He graduated with a degree in electronic engineering from the Institute of Engineering Sciences of Montpellier in 1997 and earned a master's degree in management technology and innovation from Grenoble Ecole of Management in 2011.

### Stefano Cantù

Stefano Cantù is Executive Vice President, Strategic Corporate Programs Office, and has held this position since October 2024. After experiences at Italtel and the Italian Ministry of Defense, Stefano Cantù joined the planning organization of STMicroelectronics' dedicated product group in 1994. Five years later, he was appointed central planning manager for the telecom, peripheral, and automotive group. In 2003-2004, Mr. Cantù managed production control at ST's manufacturing sites in Phoenix and Carrollton in Texas, US and in 2005, he moved to planning director at ST's Automotive product group. Mr. Cantù was

promoted to Automotive product group Vice President responsible for supply chain in 2009 with group operations added to his mandate in 2012, before becoming supply chain general manager in 2016. From 2019 to 2023, Mr. Cantù served as Automotive business deputy across all ST Automotive and Discrete product organizations. In 2020, he was appointed Executive Vice President leading ST's smart power solutions sub-group. Stefano Cantù was born in Milan, Italy, in 1968, and he graduated with a degree in electronic engineering from the Polytechnic of Milan.

*Henry Cao*

Henry Cao is Executive Vice President, Sales & Marketing for STMicroelectronics' China region and has held this position since January 2022. Mr. Cao began his career as account manager at Siemens Communications Group in 1995 in charge of the communication-infrastructure business. In the following years, he moved among roles as business development manager and sales director in various Siemens business units and corporate functions in Munich, Beijing, and Shanghai. In 2006, Mr. Cao joined Dell Technologies as a director, managing enterprise solutions covering server, storage, networking, and related software & service businesses. In 2014, he was appointed Vice President in charge of the data-center solutions business for Dell Technologies in Greater China and was promoted to senior Vice President in 2018. Mr. Cao joined ST in June 2020 as corporate Vice President to manage the Company's sales in China. Henry Cao was born in Shanghai, China, in 1973. He graduated from Shanghai University of Engineering & Science with a degree in mechanical and electrical engineering and holds an masters in business administration degree from Washington University in St. Louis.

*Alessandro Cremonesi*

Alessandro Cremonesi is Executive Vice President, Chief Innovation Officer and general manager of STMicroelectronics' system research and applications ("SRA") group. He has managed the SRA group since 2013 and added the innovation office to his mandate in early 2020. Mr. Cremonesi's responsibilities span from global innovation coordination to corporate advanced R&D to system-solutions support for ST customers. Mr. Cremonesi joined STMicroelectronics in 1984. He has served in managerial roles with both strategic marketing and R&D responsibilities across domains from telecommunications to audio/video digital-signal processing and multimedia applications. He has been a key contributor to ST's extensive efforts and strategy in IoT and artificial intelligence and, more recently, has led the creation of strategic initiatives to increase ST's innovation capability. Mr. Cremonesi was part of an expert advisory group defining the agenda for artificial intelligence for the Italian Ministry of Economic Development. He has authored several technical papers and patents and is a member of the scientific advisory board at IMEC. Born in Sant'Angelo Lodigiano, Italy, in 1958, Alessandro Cremonesi graduated with a master's degree in electronics engineering from University of Pavia in 1984.

*Alberto Della Chiesa*

Alberto Della Chiesa is Executive Vice President in charge of supply chain and has held this role since May 2012. Mr. Della Chiesa joined STMicroelectronics as a new product planning engineer in 1988. He was in charge of new product introductions in the automotive and hard disk drive market and pioneered a number of ST's successful collaborative programs with major key customers. In his tenure at STMicroelectronics, Mr. Della Chiesa has covered different positions in both planning and operations. In 2005, he was appointed director, planning and service for the computer peripherals group, where he actively contributed to the creation of ST's first operations and planning structure in Singapore. Over time, Mr. Della Chiesa rose to become group Vice President of supply chain, followed by the nomination of general manager and consequently head of operations and supply chain for ST's computers and communications infrastructure product group. Alberto Della Chiesa was born in Varese, Italy, in 1964, and holds a bachelor's degree in statistics from the Catholic University of Milan, with a specialization in the manufacturing processes. He is also certified in production and inventory management with the American Production and Inventory Control Society in Paris, France.

*Ricardo De Sa Earp*

Ricardo De Sa Earp is Executive Vice President, Microcontrollers, Digital ICs and RF products group deputy, and has held this position since January 2025. In this role, he oversees certain strategic aspects including the distribution channel, the group's forecast business cycle, merger and acquisitions opportunities, or China-for-China initiatives. Mr. De Sa Earp started his career with Philips Consumer Electronics in Sao Paulo, Brazil, working in TV design. In 1993, he moved to the electronics division of

Valeo, where he held positions in marketing and project management. Mr. De Sa Earp joined ST in 1997 as strategic marketing manager in the ASD and IPAD division at ST Tours, France), and successfully led the division as its general manager from 2003. In 2018, Mr. De Sa Earp was appointed group Vice President and general manager of the microcontrollers division and served as Executive Vice President, general-purpose microcontroller sub-group vice president since 2022. Ricardo De Sa Earp was born in Petropolis, Brazil, in 1963. He graduated in electronic engineering from the Instituto Tecnologico de Aeronautica Sao Jose dos Campos, Brazil, and completed his master's degree in electronic engineering at the Technical University of Eindhoven, the Netherlands. He also holds an masters in business administration from INSEAD in France.

### Franck Freymond

Franck Freymond is Executive Vice President, Chief Audit & Risk Executive, and has held this role since March 2019. Mr. Freymond started his career with Credit Suisse Group in 1992 as credit analyst/ assistant account manager and then became manager in charge of financing solutions for specific segments of Swiss corporates. In 2000, he joined Ernst & Young in Switzerland as manager in the risk advisory service line and was promoted Regional Leader and member of the service line leadership team in 2004. In those roles, Mr. Freymond advised multi-national companies globally in a wide cross-section of industries in governance, risk management, internal control, and internal audit matters. In 2010, he joined STMicroelectronics as group Vice President, chief audit executive in charge of the corporate audit function. Mr. Freymond's scope of responsibilities was subsequently extended to enterprise risk management and resilience management, including business continuity and crisis management. Mr. Freymond served as chairman of STMicroelectronics' Corporate Ethics Committee from 2012 to 2018. Franck Freymond was born in Morges near Lausanne, Switzerland in 1968. He holds a master of science in management from HEC Lausanne, Switzerland, and various professional certifications in internal audit and risk management assurance.

### Fabrice Gomez

Fabrice Gomez is Executive Vice President, head of ST's back-end manufacturing and technology organization. He has held this position since July 2023. Fabrice Gomez started his career as a project manager at Solectron in 1992. He worked as general manager and sales director for European PCB manufacturer Ruwel from 2001 to 2005, when he joined global EMS provider Flextronics, earning promotions to become head of operations in Bordeaux, France, in 2007. After two years with another EMS heavyweight Celestica, Mr. Gomez served as managing director for First Solar, a leading manufacturer of photovoltaic solar modules and systems in Vietnam. In 2012, he joined ST as general manager of the back-end fab in Bouskoura, Morocco, one of the Company's key manufacturing sites with high-volume production for automotive, industrial, and consumer markets. Fabrice Gomez was born in Bordeaux, France, in 1968. He holds an engineering degree in microelectronics from the Ecole Nationale Supérieur d'Electronique et Radio in Bordeaux and a certified in production and inventory management certification from the Association for Supply Chain Management.

### Frédérique Le Grevès

Frédérique Le Grevès is Executive Vice President, Europe and France Public Affairs. She has also held the position of President of STMicroelectronics France since March 2021. In 1990, Frédérique Le Grevès started her career in marketing and communication for various international companies in Europe and in the US. From 1995 to 2003, she worked at Aptiv (ex-Delphi Automotive Systems) as EMEA communication director. In 2003, Ms. Le Grevès joined Nissan Motors as Vice President communication for Europe and in 2004, she moved to Los Angeles as Vice President communications for Nissan Americas. Ms. Le Grevès returned to France in 2008 and joined the Renault Group as global Vice President for corporate communication. Two years later, she expanded her role to global Vice President of communications and deputy to the chief marketing and communication officer. In 2011, Ms. Le Grevès was appointed chief of staff for the Renault Nissan Mitsubishi Alliance chairman and chief executive officer. More recently, she worked as senior advisor for several companies helping on corporate effectiveness, operations efficiency, and brand reputation. In April 2022, Ms. Le Grevès was appointed President of the electronic industry sector strategic committee in France. She has also sat at the supervisory board of TRIGO Holding as an independent board member since May 2021 and at the strategic board of Clinatec since October 2021. Since May 2024, she is also an independent board member at the board of Esso SAF. Born in Suresnes, France, in 1967, Frédérique Le Grevès graduated with a master's degree in business management from the Paris School of Business in 1991 and graduated from the senior executive program at the London Business School in 2019.

*Claudia Levo*

Claudia Levo is Executive Vice President at STMicroelectronics with responsibility, since June 2018, for integrated marketing and communications strategies and plans. Her responsibilities encompass corporate communications, including public relations, media and industry analyst relations, marketing communications and digital marketing. Claudia Levo began her career in 1993, with Marconi, a global telecommunications company, where she had responsibility for a number of management roles within the communication function, including marketing communications and internal and external communications across wide geographies. In 2005, she managed the communication activities related to the integration of Marconi with Ericsson, and was subsequently appointed Vice President for communications at the newly formed Ericsson multimedia business unit. In 2008, Ms. Levo was appointed Vice President communications at Italtel. In early 2009 she joined ST-Ericsson, the wireless joint venture between STMicroelectronics and Ericsson, as senior Vice President and head of global communications. In this capacity, she has successfully built the global communication function covering marketing and portfolio communication, public and media relations, investor relations and internal communication. Claudia Levo was born in Genoa, Italy, in 1965, and holds a language school diploma (*Liceo Linguistico*) in English and Russian.

*Matteo Lo Presti*

Matteo Lo Presti is Executive Vice President, General Manager of the Analog sub-group and has held this position since January 2016. Matteo Lo Presti joined the advanced research group of SGS-Thomson Microelectronics (now STMicroelectronics) in 1994 and was appointed head of Fuzzy Logic R&D four years later. From 2002 to 2004, he led the marketing and application labs for the Industrial and Automotive market segments in ST's emerging markets. He gained responsibility for the Company's systems lab in 2004 and the subsystem product group and technical marketing for the industrial and multisegment sector were added to his mandate in 2008 and 2009, respectively. In 2012, Mr. Lo Presti was promoted to group Vice President, general manager, industrial and power conversion division. From 1996 to 2004, he served as a visiting professor at the University of Messina, Italy, and the University of Catania, Italy. He has authored more than 40 international publications and holds several industrial patents. Matteo Lo Presti was born in Misterbianco, Italy, in 1965, and graduated with a degree in electronic engineering from the University of Catania.

*Laurent Malier*

Laurent Malier is Executive Vice President of STMicroelectronics, Digital Front-End Manufacturing and Technology, and has held this position since January 2022. He manages ST's manufacturing operations in Crolles and Rousset, as well as R&D for all front-end technologies but MEMS (digital, imaging, RF, non-volatile memory, smart power and power technologies). After several years of research in chemical physics, Mr. Malier worked at the French Ministry of Defence from 1995 to 2000. He then joined Alcatel Optronics, first to lead new-product development and later managed semiconductor activities. Mr. Malier was appointed front-end R&D and manufacturing director for Avanex Group that merged Alcatel's and Corning's opto-electronics operations in 2003. In 2005, he joined the French technology research center CEA-LETI as deputy director, strategy and programs, and became CEO of LETI in 2006. In 2015, Mr. Malier joined ST to drive the Company's digital technology R&D. He was promoted to group Vice President, RF & communication sub-group in 2020. Laurent was elected as member of the French "*Académie des Technologies*" in 2019. He has authored 29 publications in physics and solid-state chemistry. Laurent Malier was born in Paris, France, in 1967. He graduated from the Ecole Polytechnique and has a PhD in physics from Paris-Saclay University.
.

*Hiroshi Noguchi*

Hiroshi Noguchi is Executive Vice President, Sales & Marketing for STMicroelectronics' Asia Pacific region excluding China and has held this position since January 1, 2022. Hiroshi Noguchi started his career as an optics engineer in Bell Labs at Lucent Technologies in 1999. He joined ST Japan in 2007 as a motion MEMS marketing engineer. In 2011, Mr. Noguchi was promoted to senior marketing manager for ST's advanced analog group. Since 2015, he has served as director of analog, MEMS & sensor group in Japan contributing to significant business growth and strengthening ST's market leadership in Japan. In 2017, Mr, Noguchi was appointed country manager for ST Japan. Hiroshi Noguchi was born in Nagasaki,

Japan, in 1975. He graduated from Northwestern University with a bachelor of science degree in electrical engineering and from Stanford University with a master of science degree in electrical engineering.

*Giuseppe Notarnicola*

Giuseppe Notarnicola is Executive Vice President responsible for managing corporate treasury, a position he has held since January 2006. His responsibilities were expanded in 2013 to include insurance and mergers and acquisitions, IP business unit and public affairs for Italy. Giuseppe Notarnicola started his career with Banca Nazionale del Lavoro ("BNL"), one of Italy's largest banks, in 1987. At BNL, he managed financial operations in Singapore, the financial department of the London branch, the global head office, financial advisory arm for corporate and institutional customers, and in 2004, was promoted head of large corporate clients. Mr. Notarnicola joined ST in 2006, when he initiated the Company's relationship with the European Investment Bank and managed the financing aspects of ST's flash memory business spin-out, as well as all the Company's strategic funding in the capital markets. Mr. Notarnicola is President of ST Italy and a board member of several other ST affiliates. Giuseppe Notarnicola was born in Codroipo near Udine, Italy, in 1961. He graduated cum laude in business administration from the LUISS Guido Carli University in Rome, Italy.

*Rino Peruzzi*

Rino Peruzzi is Executive Vice President, Sales & Marketing, Americas and global key account cluster organization, and has held this combined position since August 2022. Mr. Peruzzi began his career in electronics at Micom Communications Systems in 1984, moved to Macom, Inc in 1989, and into the storage sector in 1990, with StorageTek, Maxtor, and Seagate Technology. In 1998 he joined ST as an account executive in the storage business unit, where he earned ST Samsung Electronics' Presidential Award. Mr. Peruzzi was promoted to key account manager in 2000 and director of sales for worldwide storage Business in 2003. He was promoted to Vice President worldwide storage sales in 2008) and Vice President sales for the consumer business unit in 2011, before being appointed Vice President global key accounts ("GKAs") in 2012. Here, he assembled a global organization and grew a key account's revenue to become ST's biggest. In 2014 Mr. Peruzzi's perimeter expanded to include both GKA and EMS. In 2018 Mr. Peruzzi was promoted to the CEO's staff as group Vice President of GKAs and became Executive Vice President GKAs sales and marketing regions in 2021. Rino Peruzzi was born in Buffalo, New York, US, in 1965. He completed his masters in business administration from York St. John University.

*Jerome Ramel*

Jerome Ramel is Executive Vice President, Corporate Development and Integrated External Communication, and has held this position since October 2024. His scope of responsibilities includes corporate development, integrated marketing and communications, and investor relations. Mr. Ramel has been an equity analyst covering the European and US semiconductor sector for 25 years. He started his career in 1999 with KBC Securities, working in Paris and Brussels, before joining IXIS Securities in Paris. In 2006, Mr. Ramel joined Exane BNP Paribas and headed its semiconductor team in Paris, London, New York, and San Francisco as a managing director and partner. Jerome Ramel was born in Vélizy-Villacoublay, France, in 1973. He holds a master's degree in physics from University Pierre et Marie Curie and a master's in finance from ESCP Business School.

*Chouaib Rokbi*

Chouaib Rokbi is Executive Vice President, Digital Transformation and Information Technology, and Global Procurement at STMicroelectronics and has held this position since October 2024. Chouaib Rokbi started his career in Tamrock, Sandvik's hard-rock mining division, in 1995 as the design manager for small-size mining rigs, where he successfully led the redesign to reduce the cost of the equipment line. After earning his masters in business administration in 2000, he joined STMicroelectronics as the industrial controller for the Rousset plant in France. Four years later, Mr. Rokbi's controlling responsibilities were expanded to cover all of ST's front-end manufacturing operations. Between 2007 and 2018, he held senior positions in financial control, efficiency improvement programs, and corporate strategic initiatives. In 2018, Mr. Rokbi was appointed chief transformation officer with the mission to rebuild the Company's main operational processes, including supply chain, product lifecycle management, and manufacturing analytics, leveraging state-of-the-art digital technologies. In 2022, he was appointed Executive Vice President, digital transformation and information technology, and held additional responsibility for corporate development from early 2023 to October 2024. Chouaib Rokbi was born in

111

Lyon, France, in 1971, and holds a degree in mechanical engineering from INSA Lyon and an masters in business administration from Emlyon Business School in Lyon.

*Bertrand Stoltz*

Bertrand Stoltz is Executive Vice President, Corporate Finance, and has held this position since October 2024. His mandate includes finance, global business services and systems, as well as corporate external reporting, accounting, compliance and corporate tax. Mr. Stoltz also leads ST's Asia public affairs and sits on ST's Corporate Ethics Committee. Mr. Stoltz started his career at finance of SGS-Thomson (now ST) in France in 1994. From 1999 to 2002, he worked at the Company's headquarters in corporate strategic planning and corporate internal audit. Mr. Stoltz later moved to Singapore to lead ST's Asia internal audit team and became head of finance at ST Singapore in 2005. Mr. Stoltz was subsequently promoted to group Vice President, expanding his mandate to cover financial reporting and business control worldwide. managing director for ST's Singapore entities and a board member at several other ST affiliates, Mr. Stoltz also serves as advisor to the French Government on foreign trade in Singapore. Bertrand Stoltz was born in Moulins, France, in 1970. He holds an honour's degree with a major in finance from the Institute of Political Studies in Lyon. He also graduated with a degree from the University Business School in Tours, and the International Executive Program of INSEAD.

*Geoff West*

Geoff West is ST's Executive Vice President, Chief Procurement Officer, and has been responsible for the Company's Global Procurement Organization since 2016. Geoff West started his career as a fab accountant working for Plessey Semiconductors for seven years before joining SGS-THOMSON (now ST) as a business unit controller in Bristol, UK, in 1993. Following controller roles of increasing responsibility in the US and France, he was appointed group Vice President manufacturing and technology, financial control based in Rousset, France. In 2011, Mr. West was promoted to Vice President finance and chief financial officer for ST's America Region, with European responsibility added in 2013. In that year, he was appointed general manager wafer foundry organization, managing the procurement of external manufacturing services including engineering, quality, and the supply chain. In 2016, Mr. West became head of global sourcing, responsible for the development and implementation of ST's corporate sourcing strategies. Geoff West was born in Warwick, England, in 1963. He holds a bachelors degree in business studies from the University of Plymouth, United Kingdom, and is a fellow of the Chartered Institute of Management Accountants.

*Nicolas Yackowlew*

Nicolas Yackowlew is Executive Vice President, Global Quality & Reliability at STMicroelectronics and has held this position since August 2018. Nicolas Yackowlew began his career in 1996 as product quality engineer at ST. He has successfully driven quality and reliability departments for many years at both the division and group levels. He was promoted division quality and reliability manager in 2006 leading quality for serial non volatile memory. Three years later, he was appointed quality and reliability director in charge of the quality for memory, microcontrollers and secured MCUs. In 2016, Mr. Yackowlew took the responsibility of quality and reliability for the microcontroller and digital ICs group. Nicolas Yackowlew was born in Mulhouse, France, in 1969 and graduated with a degree in chemistry from the University of Nice Sophia Antipolis, France.

### iv.  Senior Management compensation

#### a.  Guiding principles of Senior Management compensation

The Managing Board determines the remuneration structure of the Senior Management based on, amongst others, the same key principles that the Supervisory Board considers when determining the remuneration structure of the Managing Board. These key principles are described above in " — Managing Board Compensation — Guiding principles of Managing Board compensation".

In accordance with the key principles, the total remuneration of the Senior Management takes into consideration factors such as the size and complexity of the Company, our global presence and that of our customers, the pace of change in our industry, the Company's value proposition, strategy and goal of sustainable long-term value creation, and the need to recruit and retain key personnel.

*b.  Senior Management remuneration structure*

The Managing Board determines the remuneration structure and remuneration amounts for our Senior Management based on the analysis of the theoretical maximum total direct remuneration (i.e., sum of base salary, maximum short-term incentive, and maximum long-term incentive).

The remuneration package of the Senior Management is comprised of the following:

- **Base salary**; and

- **Variable components, linked to performance:**

    o  **A short-term incentive** which is fully paid in cash.

    o  **A long-term incentive** through the grant of stock awards, that are included in the long-term incentive plan approved at the AGM.

The sum of these three elements represents the **maximum total direct remuneration** for the Senior Management.

*Base salary*

The purpose of the base salary is to provide a fixed level of earnings and to attract and retain talent. It is a key component of overall remuneration, particularly as the short-term incentive is expressed as a percentage of base salary.

*Short-term incentive*

The short-term incentive based on the corporate EIP, entitles selected executives, including the members of Senior Management, to an annual short-term incentive. This short-term incentive is based upon the assessment of the achievement of individual, organizational and Company objectives that are set on an annual basis and focused on, inter alia, return on net assets, customer service, profit, cash flow and market share. The maximum amount awarded under the short-term incentive is based upon a percentage of the executive's salary and the overall achievement of the relevant objectives on an annual basis.

The 2024 short-term incentive includes a sustainability/corporate social responsibility index for Senior Management, as part of our efforts to include corporate social responsibility into the performance framework of our Senior Management. For Executive Committee members and Executive Vice Presidents, the weight of the sustainability/corporate social responsibility index ranges between 5% and 10%. The sustainability/corporate social responsibility index is divided into four criteria related to health and safety, environment, diversity & inclusion, and people engagement.

For the 2024 short-term incentive, the sustainability/corporate social responsibility index was comprised of the following KPIs:

- Health & safety: measured against, amongst others, the employee safety performance

- Environment/climate: measured against, amongst others, direct emissions ($kCO_2$ equivalent)

- Diversity & inclusion: measured against, amongst others, gender ratio among management levels

- People management: measured against, amongst others, the employee survey (engagement index)

The weight of the sustainability/corporate social responsibility index is designed to remain stable over time, however the individual sub-components used to form the sustainability/corporate social responsibility index may evolve in the future to address sustainability priorities facing the Company and society.

*Long-term incentive*

The purpose of the long-term incentive, through the grant of stock awards, is to motivate the Senior Management to deliver sustainable long-term shareholder value through long-term profitability and share price growth.

In accordance with the current long-term incentive plan, and similar to the Managing Board, stock awards granted to members of our Senior Management under the long-term incentive plan vest over a three-year performance period, more specifically, the vesting of unvested stock awards in respect of:

(i)    the Executive Committee, is subject to the achievement of performance conditions and calculated over a three-year performance period. Grants of unvested stock awards made in 2023 and 2024 will fully vest, subject to performance conditions, in 2026 and 2027 respectively, provided also that the eligible employee is still an employee of the Company at such time; and

(ii)    the Executive Vice Presidents, is subject to the achievement of performance conditions and calculated over a three-year performance period. Grants of unvested stock awards made in 2024 will fully vest, subject to performance conditions, in 2027, provided also that the eligible employee is still an employee of the Company at such time.

The Supervisory Board determines whether the performance criteria are met and concludes whether and to which extent all eligible employees are entitled to any stock awards under the long-term incentive plan.

From 2021, a new sustainability/corporate social responsibility index has been introduced among the performance conditions for the long-term incentive.

For the 2024 long-term incentive, the sustainability/corporate social responsibility index was comprised of the following KPIs:

- Environment/climate: measured against, amongst others, the direct emissions ($kCO_2$ equivalent)

- Diversity & inclusion: measured against, amongst others, gender ratio among management levels

- ESG investor index: measured against, amongst others, the Dow Jones sustainability indices

- Carbon rating agency: measured against, amongst others, the Carbon Disclosure Project carbon rating

The weight of the sustainability/corporate social responsibility index is designed to remain stable for future grants, however the individual sub-components used to form the sustainability/corporate social responsibility index may evolve in the future to address sustainability priorities facing the Company and society.

*Pension plan, life and medical insurance*

Our Supervisory Board has approved the establishment of a complementary pension plan for certain key executives as selected by the members of our Managing Board, according to the general criteria of eligibility and service as determined by the Supervisory Board upon the proposal of its Compensation Committee. With respect to such complementary pension plan, we have set up an independent foundation under Swiss law which manages the plan and to which we make contributions. Pursuant to this plan, in 2024, we made a contribution of approximately $1.35 million to the plan of the members of our Managing Board and of $1.18 million to the plan for all beneficiaries other than the members of our Managing Board. The amount of pension plan payments made for other beneficiaries, such as former employees retired in 2024 and/or no longer salaried in 2024, was $1.1 million.

The members of our Senior Management, including the members of our Managing Board were covered in 2024 under certain group life and medical insurance programs provided by us. The aggregate additional amount set aside by us in 2024 to provide pension, retirement or similar benefits to our Senior Management, including the members of our Managing Board, including the amounts allocated to the complementary pension plan described above, is estimated to have been approximately $10.05 million, which includes statutory employer contributions for state run retirement, similar benefit programs and other miscellaneous allowances.

The structure of our remuneration for our (i) Managing Board, (ii) Senior Management, and (iii) certain other groups of senior employees is aligned and consists of a base salary, short-term incentive and long-term incentive, under specified conditions. The standard benefits for the aforementioned groups are also aligned.

*c.  Compensation paid to the Senior Management in 2024, 2023 and 2022*

*Base salary*

Over the last three years the base salary paid to the Senior Management is:

|  | 2024[1] | 2023[2] | 2022[3] |
|---|---|---|---|
| **Senior Management base salary** | $18,264,979 | $19,225,024 | $20,848,371 |

(1)  Including amounts paid in 2024 to our former President, Automotive and Discrete Group, Marco Monti, who left the Company in 2024. During 2024, our Senior Management consisted of 31 members.

(2)  Including the amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza; former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti. During 2023, our Senior Management consisted of 34 members

(3)  Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak. During 2022, our Senior Management consisted of 33 members.

*Short-term incentive*

The amounts paid in 2024 to our Senior Management (including the members of our Managing Board) pursuant to the short-term incentive represented approximately 17.5% of the total compensation paid to our Senior Management and are further detailed below:

|  | Bonus paid in 2024 (2023 performance)[1] | Bonus paid in 2023 (2022 performance)[2] | Bonus paid in 2022 (2021 performance)(3) |
|---|---|---|---|
| **Short-term incentive (cash) amount** | $18,891,495 | $19,654,870 | $17,557,713 |
| **Ratio short-term incentive / (base salary + Short-term incentive)** | 50.84 % | 50.55 % | 45.72 % |

(1)  Including amounts paid in 2024 to our former President, Automotive and Discrete Group, Marco Monti; our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza; our former Executive Vice President, Power Transistor subgroup within ST's Automotive and Discrete Group, Edoardo Merli; our former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel.

(2)  Including amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza; former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.

(3)  Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

*Long-term incentive*

The second part of the variable component is the long-term incentive which links the long-term interests of the Senior Management with the shareholders' and investors' interests.

The amounts paid in 2024 to our Senior Management (including the members of our Managing Board) pursuant to the long-term incentive represented approximately 38.91%% of the total compensation paid to our Senior Management and are further detailed below:

|  | Long-term incentives paid in 2024 [1] | Long-term incentives paid in 2023 [12] | Long-term incentives paid in 2022 [3] |
|---|---|---|---|
| Long-term incentive amount | $ 42,029,100 | $ 50,010,449 | $ 41,000,100 |
| Ratio long-term incentive / base salary | 230.11% | 260.13% | 196.66% |
| Ratio long-term incentive / (short-term incentive + long-term incentive) | 68.99% | 71.79% | 70.02% |

(1)    Including amounts paid in 2024 to our former President, Automotive and Discrete Group, Marco Monti; our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza; our former Executive Vice President, Power Transistor subgroup within ST's Automotive and Discrete Group, Edoardo Merli; our former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel.

(2)    Including amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza; former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.

(3)    Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

*Total compensation*

The following table sets forth the total amount paid as compensation in 2024, 2023 and 2022 to our Senior Management (including the members of our Managing Board) as of December 31 of each year, before applicable withholding taxes and social contributions:

| Year | Base salary | Variable components | | Benefits | Other components[1] | | | Total | Fixed/ Variable remuneration |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Short-term Incentives | Long-term Incentives |  | Social security contributions | Pensions | Termination benefits |  |  |
| 2024[2] | $18,264,979 | $18,891,495 | $42,029,100 | $2,280,421 | $12,560,478 | $2,530,968 | $11,434,984 | $107,992,426 | 43% fixed / 57% variable |
| 2023[3] | $19,225,024 | $19,654,870 | $50,010,449 | $1,659,639 | $10,555,981 | $1,474,372 | $6,203,607 | $108,783,942 | 36% fixed / 64% variable |
| 2022[4] | $20,848,371 | $17,557,713 | $41,000,100 | $1,706,799 | $10,468,677 | $1,498,828 | $2,284,907 | $95,365,395 | 39% fixed/ 61% variable |

(1)    There were no miscellaneous allowances in the years 2024, 2023, and 2022.

(2)    Including amounts paid in 2024 to our former President, Automotive and Discrete Group, Marco Monti; our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza; our former Executive Vice President, Power Transistor subgroup within ST's Automotive and Discrete Group, Edoardo Merli.

(3)    Including amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza; former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.

(4)    Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

We did not extend any loans or overdrafts to the members of our Managing Board, nor to any other member of our Senior Management. Furthermore, we have not guaranteed any debts or concluded any leases with the members of our Managing Board, nor with any other member of our Senior Management or their families.

As discussed above, Senior Management (and the compensation related hereto in this Item 6(C)(iv)(c)) refers to:

- The members of our Managing Board;

- The members of the Executive Committee (including the members of our Managing Board) of the Company; and

- The Executive Vice Presidents of the Company.

We also include below, for comparative purposes, (i) compensation paid to the Executive Committee (excluding the members of our Managing Board) in financial years 2024, 2023 and 2022, and (ii) compensation paid to the Executive Vice Presidents in financial years 2024, 2023 and 2022.

I.    *Compensation paid to the Executive Committee (excluding the members of our Managing Board)*

*Base salary*

The base salary paid to the Executive Committee (excluding the members of our Managing Board) in financial years 2024, 2023 and 2022 is:

|  | 2024[1] | 2023[2] | 2022 |
|---|---|---|---|
| **Executive Committee base salary** | $ 5,952,378 | $ 6,782,818 | $ 7,001,152 |

_____

(1)    Including amounts paid in 2024 to our President and Chief Financial Officer prior to his appointment as member of our Managing Board on May 22, 2024 and our former President, Automotive and Discrete Group, Marco Monti; our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza.

(2)    Including amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza

*Short-term incentive*

The amounts paid in financial years 2024, 2023 and 2022 to the Executive Committee (excluding the members of our Managing Board) pursuant to the short-term incentive are further detailed below:

|  | Bonus paid in 2024 (2023 performance)[1] | Bonus paid in 2023 (2022 performance)[2] | Bonus paid in 2022 (2021 performance) |
|---|---|---|---|
| **Short-term incentive (cash) amount** | $9,043,380 | $8,553,348 | $6,647,780 |
| **Ratio short-term incentive / (base salary + Short-term incentive)** | 60% | 56% | 49% |

_____

(1)    Including amounts paid in 2024 to our President and Chief Financial Officer prior to his appointment as member of our Managing Board on May 22, 2024 and our former President, Automotive and Discrete Group, Marco Monti; our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza

(2)    Including amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza.

*Long-term incentive*

The amounts paid in financial years 2024, 2023 and 2022 to the Executive Committee (excluding the members of our Managing Board) pursuant to the long-term incentive are further detailed below:

|  | Long-term incentives paid in 2024[1] | Long-term incentives paid in 2023[2] | Long-term incentives paid in 2022 |
|---|---|---|---|
| **Long-term incentive amount** | $18,500,090 | $21,024,493 | $15,336,113 |
| **Ratio long-term incentive / base salary** | 311% | 310% | 219% |
| **Ratio long-term incentive / (short-term incentive + long-term incentive)** | 67% | 71% | 70% |

(1)　Including amounts paid in 2024 to our President and Chief Financial Officer prior to his appointment as member of our Managing Board on May 22, 2024 and our former President, Automotive and Discrete Group, Marco Monti; our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza.
(2)　Including amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza.

*Total Compensation*

The following table sets forth the total amount paid as compensation in financial years 2024, 2023, and 2022, to the Executive Committee (excluding the members of our Managing Board) as of December 31, before applicable withholding taxes and social contributions:

| Year | Base salary | Variable components | | Other components[1] | | | | Total | Fixed/ Variable remuneration |
|---|---|---|---|---|---|---|---|---|---|
| | | Short-term Incentives | Long-term Incentives | Benefits | Social security contri-butions | Pensions | Termination benefits | | |
| 2024[2] | $5,952,378 | $9,043,380 | $18,500,090 | $1,422,243 | $4,639,390 | $1,184,059 | $7,795,680 | $48,537,220 | 43% fixed/ 57% variable |
| 2023[3] | $6,782,818 | $8,553,348 | $21,024,493 | $879,991 | $3,612,613 | $1,038,655 | $2,638,475 | $44,530,393 | 34% fixed/ 66% variable |
| 2022 | $7,001,152 | $6,647,780 | $15,336,113 | $958,896 | $2,723,709 | $1,046,598 | $283,494 | $33,997,741 | 35% fixed/ 65% variable |

(1)　There were no miscellaneous allowances in the years 2024, 2023, and 2022.
(2)　Including amounts paid in 2024 to our President and Chief Financial Officer prior to his appointment as member of our Managing Board on May 22, 2024 and our former President, Automotive and Discrete Group, Marco Monti; our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza.
(3)　Including amounts paid in 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza.

II.　*Compensation paid to the Executive Vice Presidents*

The base salary paid to the Executive Vice Presidents in financial years 2024, 2023 and 2022 is:

|  | 2024[1] | 2023[2] | 2022[3] |
|---|---|---|---|
| **Executive Vice Presidents base salary** | $10,554,925 | $11,228,661 | $12,596,266 |

(1)　Including amounts paid in 2024 to our former Executive Vice President, Power Transistor subgroup within ST's Automotive and Discrete Group Edoardo Merli.
(2)　Including amounts paid in 2023 to our former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.
(3)　Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

*Short-term incentive*

The amounts paid in financial years 2024, 2023 and 2022 to the Executive Vice Presidents pursuant to the short-term incentive are further detailed below:

| | Bonus paid in 2024 (2023 performance)[1] | Bonus paid in 2023 (2022 performance)[2] | Bonus paid in 2022 (2021 performance)[3] |
|---|---|---|---|
| **Short-term incentive (cash) amount** | $7,389,370 | $8,282,397 | $8,403,357 |
| **Ratio short-term incentive / (base salary + Short-term incentive)** | 41% | 42% | 40% |

———————————

(1)    Including amounts paid in 2024 to our former Executive Vice President, Power Transistor subgroup within ST's Automotive and Discrete Group Edoardo Merli; and our former Executive Vice President Analog & Power Front-End Manufacturing, Michael Hummel.

(2)    Including amounts paid in 2023 to our former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.

(3)    Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

*Long-term incentive*

The amounts paid in financial years 2024, 2023 and 2022 to the Executive Vice Presidents pursuant to the long-term incentive are further detailed below:

| | Long-term incentives paid in 2024[1] | Long-term incentives paid in 2023[2] | Long-term incentives paid in 2022[1] |
|---|---|---|---|
| **Long-term incentive amount** | $19,273,622 | $27,147,593 | $23,620,775 |
| **Ratio long-term incentive / base salary** | 183% | 242% | 188% |
| **Ratio long-term incentive / (short-term incentive + long-term incentive)** | 72% | 77% | 74% |

———————————

(1)    Including amounts paid in 2024 to our former Executive Vice President, Power Transistor subgroup within ST's Automotive and Discrete Group Edoardo Merli; and our former Executive Vice President Analog & Power Front-End Manufacturing, Michael Hummel.

(2)    Including amounts paid in 2023 to our former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.

(3)    Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

*Total Compensation*

The following table sets forth the total amount paid as compensation in financial years 2024, 2023 and 2022, to the Executive Vice Presidents as of December 31 of each year, before applicable withholding taxes and social contributions:

| Year | Base salary | Variable components | | Other components[1] | | | Total | Fixed/ Variable remuneration |
| | | Short-term Incentives | Long-term Incentives | Benefits | Social security contributions | Termination benefits | | |
|---|---|---|---|---|---|---|---|---|
| 2024[2] | $10,554,925 | $7,389,370 | $19,273,622 | $669,443 | $6,661,794 | $3,639,304 | $48,188,459 | 45% fixed / 55% variable |
| 2023[3] | $11,228,661 | $8,282,397 | $27,147,593 | $661,911 | $6,066,240 | $3,565,133 | $56,951,933 | 38% fixed / 62% variable |
| 2022[4] | $12,596,266 | $8,403,357 | $23,620,775 | $639,879 | $6,887,522 | $2,001,414 | $54,149,213 | 41% fixed / 59% variable |

(1)    There were no miscellaneous allowances in the years 2024, 2023, and 2022.
(2)    Including amounts paid in 2024 to our former Executive Vice President, Power Transistor subgroup within ST's Automotive and Discrete Group Edoardo Merli; and our former Executive Vice President Analog & Power Front-End Manufacturing, Michael Hummel.
(3)    Including amounts paid in 2023 to our former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.
(3)    Including amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

> d.    *Remuneration comparison between the Managing Board, the Executive Committee (excluding the members of our Managing Board), the Executive Vice Presidents and employees*

Set forth in the following table is the annual change over the last three years of (i) the remuneration of the members of our Managing Board, (ii) the remuneration of the Executive Committee (excluding the members of our Managing Board, (iii) the remuneration of the Executive Vice Presidents, (iv) the performance of the Company and (v) the average remuneration of all our indirect employees other than the members of our Senior Management, including the members of our Managing Board. The average is calculated by taking the sum of remuneration costs and dividing by the average number of full-time equivalent indirect employees over the period. The table below also shows the pay ratio between our Managing Board, the Executive Committee (excluding the members of our Managing Board, the Executive Vice Presidents and our indirect employees.

| | 2024 | 2023 | 2022 |
|---|---|---|---|
| **Managing Board remuneration** | | | |
| Total remuneration of the members of our Managing Board (A) (amounts in thousand USD)[1] | $11,267 | $7,302 | $7,218 |
| Evolution of the remuneration of the members of our Managing Board | 54% | 1% | (5)% |
| **Executive Committee (excluding the members of our Managing Board) remuneration** | | | |
| Average remuneration of the Executive Committee (excluding the members of our Managing Board) (B) (amounts in thousand USD)[2][7] | $6,067 | $4,948 | $4,250 |
| Evolution of average remuneration of the Executive Committee (excluding the members of our Managing Board) | 23% | 16% | (3)% |
| Ratio A versus B | 1.86 | 1.48 | 1.70 |
| **Executive Vice Presidents remuneration** | | | |
| Average remuneration of the Executive Vice Presidents (C) (amounts in thousand USD)[3][4] | $2,095 | $2,373 | $2,256 |
| Evolution of the average remuneration of the Executive Vice Presidents | (12)% | 5% | (19)% |
| Ratio A versus C | 5.38 | 3.08 | 3.2 |
| **Employee remuneration[5]** | | | |
| Average remuneration of all global indirect employees (FTE basis) (D)[6] | $114,400 | $114,100 | $109,600 |
| Evolution of the average remuneration of all global indirect employees (FTE basis) | 0% | 4% | (1)% |
| Ratio A versus D | 98.49 | 64.0 | 65.9 |
| Ratio B versus D | 53.03 | 43.4 | 38.8 |
| Ratio C versus D | 18.31 | 20.8 | 20.6 |
| **Company's performance** | | | |
| Net revenues (amounts in millions) | $13,269 | $17,286 | $16,128 |
| Evolution of the revenues | (23)% | 7% | 26% |
| Operating income (amounts in millions) | $1,676 | $4,611 | $4,439 |
| Evolution of the Operating income | (64)% | 4% | 84% |

---

(1)    Total Managing Board remuneration for 2022 and 2023 includes the remuneration to the, at that time, sole member of our Managing Board, whereas the total Managing Board remuneration for 2024 includes the remuneration of the President and Chief Executive Officer and the remuneration of the President and Chief Financial Officer as per his appointment to the Managing Board on May 22, 2024.

(2)     Average remuneration of our Executive Committee includes amounts paid in 2024 to our Chief Financial Officer before his appointment to the Managing Board, our former President, Automotive and Discrete Group, Mario Monti and 2024 / 2023 to our former President, Technology, Manufacturing, Quality and Supply Chain, Orio Bellezza.

(3)    Average remuneration of our Executive Vice Presidents includes amounts paid in 2024 to our former Executive Vice President Power Transistor and Discrete Group Edoardo Merli and for 2024 and 2023 to our former Executive Vice President Front-End Manufacturing, Analog and Power, Michael Hummel and former Executive Vice President, MEMS Sub-Group Analog, MEMS and Sensors Group, Andrea Onetti.

(4)    Average remuneration of our Executive Vice Presidents includes amounts paid in 2022 to our former Executive Vice President, Digital & Smart Power Technology and Digital Front-End Manufacturing, Joel Hartmann, and former Executive Vice President, General Manager, Sales & Marketing, Americas Region, Paul Cihak.

(5)    Employee remuneration is defined as all remuneration paid to our indirect employees including base salary, variable compensation in both cash and shares, social premiums, pension, expense allowances and benefits in kind. The average is calculated by taking the sum of remuneration costs and dividing by the average number of full-time equivalent indirect employees over the period.

(6)    Global indirect employees are all employees other than those directly manufacturing our products, excluding Senior Management. "FTE" refers to full time equivalent.

(7)    Variation in 2024 is mainly driven by the termination benefits granted in that specific year and share price increase for long-term incentive pay-out.

**D. Share Ownership and Stock Awards**

*i.   Share Ownership*

None of the members of our Supervisory Board, Managing Board or Senior Management holds shares or options to acquire shares representing more than 1% of our issued share capital.

*ii.   Overview of Stock Awards and Options*

Our stock-based compensation plans are designed to incentivize, attract and retain our executives and key employees by aligning compensation with our performance and the evolution of our share price. Since 2005, we have adopted long-term incentive plans based on stock awards for our management as well as key employees. Furthermore, until 2012, the Compensation Committee (on behalf of the Supervisory Board and with its approval) granted stock-based awards (the options to acquire common shares in the share capital of the Company) to the members and professionals of the Supervisory Board. For a description of our stock option plans and unvested share award plans, please see Note 18 to our Consolidated Financial Statements, which is incorporated herein by reference.

Pursuant to the shareholders' resolutions adopted by our General Meetings of Shareholders, our Supervisory Board, upon the proposal of the Managing Board and the recommendation of the Compensation Committee, took the following actions:

- approved conditions relating to our 2024 unvested stock award allocation under the 2021 unvested stock award plan, including restriction criteria linked to our performance (for selected employees);

- approved conditions relating to our 2023 unvested stock award allocation under the 2021 unvested stock award plan, including restriction criteria linked to our performance (for selected employees); and

- approved conditions relating to our 2022 unvested stock award allocation under the 2021 unvested stock award plan, including restriction criteria linked to our performance (for selected employees).

The sale or purchase of shares of our stock by the members or professionals of our Supervisory Board, the members of our Managing Board and all our employees are subject to an internal policy which involves, inter alia, certain blackout periods.

## E. Employees

The tables below set forth the breakdown of employees by geographic area and main category of activity for the past three years.

|  | At December 31, | | |
| --- | --- | --- | --- |
|  | **2024** | **2023** | **2022** |
| France | 11,528 | 11,958 | 11,953 |
| Italy | 12,745 | 12,561 | 12,037 |
| Rest of Europe | 1,169 | 1,198 | 1,128 |
| Americas | 821 | 828 | 789 |
| Mediterranean (Malta, Morocco, Tunisia, Egypt) | 5,374 | 5,923 | 5,634 |
| Asia | 17,965 | 18,855 | 19,829 |
| **Total** | **49,602** | **51,323** | **51,370** |

|  | At December 31, | | |
|---|---|---|---|
|  | **2024** | **2023** | **2022** |
| Research and Development | 9,257 | 9,426 | 9,036 |
| Marketing and Sales | 2,698 | 2,671 | 2,573 |
| Manufacturing | 31,133 | 32,822 | 33,690 |
| Administration and General Services | 3,323 | 3,038 | 2,787 |
| Divisional Functions | 3,192 | 3,366 | 3,284 |
| **Total** | **49,602** | **51,323** | **51,370** |

Our future success will partly depend on our ability to continue to attract, retain and motivate highly qualified technical, marketing, engineering and management personnel, as well as on our ability to timely adapt the size and/or profile of our personnel to changing industry needs. Unions are represented at almost all of our manufacturing facilities and at several of our R&D sites. We use temporary employees if required during production spikes and, in Europe, during summer vacation. We have not experienced any significant strikes or work stoppages in recent years.

**F. Disclosure of a registrants action to recover erroneously awarded compensation**

The Company did not have any restatement of financial statements that required a recovery of erroneously awarded compensation for the fiscal year ended December 31, 2024, nor up to the date of this Form 20-F.

**PART III**

**Item 17.    Financial Statements**

Not applicable.

**Item 18.    Financial Statements**

|  | Page |
|---|---|
| **Financial Statements:** | |
| Report of Independent Registered Public Accounting Firm for the Years Ended December 31, 2024 and 2023 (PCAOB ID:1460) | F-1 |
| Consolidated Statements of Income for the Years Ended December 31, 2024, 2023 and 2022 | F-2 |
| Consolidated Statements of Comprehensive Income for the Years Ended December 31, 2024, 2023 and 2022 | F-3 |
| Consolidated Balance Sheets as of December 31, 2024 and 2023 | F-5 |
| Consolidated Statements of Equity for the Years Ended December 31, 2024, 2023 and 2022 | F-6 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2024, 2023 and 2022 | F-7 |
| Notes to the Consolidated Financial Statements | F-8 |
| **Financial Statement Schedule:** | |
| For each of the three years in the period ended December 31, 2024, 2023 and 2022 Schedule II Valuation and Qualifying Accounts | S-1 |

**Item 19.    Exhibits**

2.3    Description of Securities Registered under Section 12 of the Securities Exchange Act of 1934 (the "Exchange Act")

8.1    Subsidiaries of the Company

12.1    Certification of Jean-Marc Chery, President and Chief Executive Officer and  Member and Chairman of the Managing Board of STMicroelectronics N.V., pursuant to Section 302 of the Sarbanes-Oxley Act of 2002

12.2    Certification of Lorenzo Grandi, President and Chief Financial Officer and Member of the Managing Board of STMicroelectronics N.V., pursuant to Section 302 of the Sarbanes-Oxley Act of 2002

13.1    Certification of Jean-Marc Chery, President and Chief Executive Officer and Member and Chairman of the Managing Board of STMicroelectronics N.V., and Lorenzo Grandi, President and Chief Financial Officer and Member of the Managing Board of STMicroelectronics N.V., pursuant to 18 U.S.C. §1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002

15.1    Consent of Independent Registered Public Accounting Firm

97.1    Statement of Compliance with Section 303A.14 of the New York Stock Exchange Listed Company Manual regarding recovery of erroneously awarded compensation

98.1    Insider Trading Policy

101    Inline Interactive Data File

104    Cover Page Interactive Data File (embedded within the Inline XBRL document)

**Report of Independent Registered Public Accounting Firm**

To the Supervisory Board and Stockholders of STMicroelectronics N.V.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of STMicroelectronics N.V. (the Company) as of December 31, 2024 and 2023, and the related consolidated statements of income, comprehensive income, equity and cash flows for each of the three years in the period ended December 31, 2024, and the related notes and financial statements schedule on page S-1 (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at December 31, 2024 and 2023, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2024, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2024, based on criteria established in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and our report dated February 27, 2025, expressed an unqualified opinion thereon.

**Basis for Opinion**

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matter**

The critical audit matter communicated below is a matter arising from the current period audit of the consolidated financial statements that was communicated or required to be communicated to the audit committee and that: (1) relates to accounts or disclosures that are material to the consolidated financial statements and (2) involved our especially challenging, subjective or complex judgments. The communication of the critical audit matter does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

*Recoverability of deferred tax assets*

*Description of the Matter:*   At December 31, 2024 the Company reports deferred tax assets of $464 million. As explained in note 2.7 to the consolidated financial statements, the Company performs an evaluation of the likelihood that future taxable income will be generated in an amount sufficient to utilize such deferred tax assets prior to their expiration, and, after having considered positive and negative available evidence, records a valuation allowance for any deferred tax assets when it is more likely than not they will not be realized.

Assessing the recoverability of deferred tax assets involves significant judgement and estimates in relation to the prospective financial information used by management in order to assess future taxable income, which are dependent on the outcome of future events.

*How We Addressed the Matter*

*In Our Audit:*   We obtained an understanding, evaluated the design and tested the operating effectiveness of management's controls around, among others: the calculation of the gross amount of deferred tax assets recorded, the preparation of the prospective financial information used to determine the Company's future taxable income and the assessment of valuation allowance needed for deferred tax assets not deemed recoverable.

We involved tax professionals to assist with our procedures in evaluating management's weighting of available positive and negative evidence used in their assessment of the realizability of deferred tax assets. Among other procedures, we evaluated the timing of the reversal of the temporary differences and management's prospective financial information used to determine future taxable income and its consistency with current transfer pricing policies. We compared management's projections with the actual results of prior periods, as well as management's consideration of current and expected industry and economic trends.

/s/ Ernst & Young AG

We have served as the Company's auditor since 2016.

Lancy - Geneva, Switzerland

February 27, 2025

F-1