# EXHIBIT S

**TipRanks.com Trades**[1]

| Lorenzo Grandi | |
|---|---|
| **Date** | **Amount** |
| **Before Putative Class Period** | |
| June 30, 2018 | $140,240 |
| June 14, 2019 | $50,960 |
| June 26, 2019 | $132,390 |
| July 12, 2019 | $113,210 |
| February 6, 2020 | $1,190,000 |
| May 23, 2020 | $189,270 |
| May 31, 2020 | $219,150 |
| June 22, 2020 | $199,360 |
| August 3, 2020 | $426,000 |
| October 23, 2020 | $607,320 |
| June 3, 2021 | $283,820 |
| June 10, 2021 | $746,230 |
| June 29, 2021 | $444,900 |
| August 10, 2021 | $1,020,000 |
| June 15, 2022 | $236,450 |
| July 1, 2022 | $390,190 |
| February 9, 2023 | $1,570 |
| **Putative Class Period Begins (March 14, 2023)** (SAC ¶ 1) | |
| June 3, 2023 | $647,140 |
| June 29, 2023 | $675,160 |
| August 23, 2023 | $1,720,000 |
| **First Alleged Corrective Disclosure (April 25, 2024)** (SAC ¶¶ 96-97) | |
| May 31, 2024 | $706,085[2] |

[1]    Defendants compiled this list of alleged trades from the respective TipRanks.com pages for Messrs. Chery and Grandi, which Plaintiffs cite to support their allegations of scienter.  (Ex. T; *see* SAC ¶ 110.)

[2]    Trade is denominated in EUR on TipRanks.  Conversion is based on exchange rate of 1 EUR to 1.0852 USD on May 31, 2024.  (Ex. U.)

| Jean-Marc Chery | |
|---|---|
| **Date** | **Amount** |
| **Before Putative Class Period** | |
| July 31, 2018 | $220,700 |
| May 30, 2019 | $96,240 |
| June 5, 2019 | $234,430 |
| June 25, 2019 | $213,840 |
| January 29, 2020 | $1,280,000 |
| January 29, 2020 | $3,950 |
| May 15, 2020 | $105,230 |
| May 29, 2020 | $222,840 |
| June 4, 2020 | $344,040 |
| June 24, 2020 | $333,870 |
| July 30, 2020 | $3,006[3] |
| July 30, 2020 | $2,325,114[4] |
| May 6, 2021 | $259,560 |
| May 26, 2021 | $334,450 |
| May 27, 2021 | $454,340 |
| June 5, 2021 | $581,810 |
| June 7, 2021 | $745,840 |
| June 22, 2021 | $524,240 |
| August 4, 2021 | $719,820 |
| March 30, 2022 | $117,190 |
| March 31, 2022 | $257,120 |
| April 29, 2022 | $315,400 |
| June 24, 2022 | $480,060 |
| August 3, 2022 | $671,700 |
| **Putative Class Period Begins (March 14, 2023)** (SAC ¶ 1) | |
| June 22, 2023 | $882,010 |
| August 1, 2023 | $1,090,000 |
| **First Alleged Corrective Disclosure (April 25, 2024)** (SAC ¶¶ 96-97) | |
| May 28, 2024 | $2,284,169[5] |

[3]     Trade is denominated in EUR on TipRanks.  Conversion is based on exchange rate of 1 EUR to 1.1743 USD on July 30, 2020.  (Ex. U.)

[4]     Trade is denominated in EUR on TipRanks.  Conversion is based on exchange rate of 1 EUR to 1.1743 USD on July 30, 2020.  (Ex. U.)

[5]     Trade is denominated in EUR on TipRanks.  Conversion is based on exchange rate of 1 EUR to 1.0882 USD on May 28, 2024.  (Ex. U.)