# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

So ordered.  Defendants' time to file their answer to the Complaint is enlarged to October 20, 2025.
/s/ Alvin K. Hellerstein, U.S.D.J.
9/22/2025

September 19, 2025

Via ECF

Hon. Alvin K. Hellerstein,
      U.S. District Court for the Southern District of New York,
         Daniel Patrick Moynihan United States Courthouse,
            500 Pearl Street,
               New York, New York  10007.

Re:  *In re STMicroelectronics N.V. Securities Litigation*, No. 1:24-cv-6370

Dear Judge Hellerstein:

We represent Defendants STMicroelectronics N.V., Jean-Marc Chery, and Lorenzo Grandi in the above-referenced action.  On September 15, 2025, the Court denied Defendants' motion to dismiss.  Under Federal Rule of Civil Procedure 12(a)(4)(A), the default due date for Defendants' answer to the Second Amended Complaint therefore is September 29, 2025.  On Defendants' behalf, we respectfully request a three-week extension of time to answer the Second Amended Complaint, through October 20, 2025.  Plaintiffs consent to this extension request.

This modest extension is warranted in light of the complexity of the Second Amended Complaint, which brings federal securities putative class action claims against three non-U.S. defendants.  Defense counsel will also be observing the Jewish holidays during the period of time for the answer.  Finally, the requested extension will not disrupt the case.  With the requested extension, the answer still will be served well in advance of the initial case management conference scheduled for December 4, 2025, which is the only Court-set deadline currently in the case.

This is Defendants' first request to extend the time to answer.  We appreciate the Court's consideration of this request.

Respectfully,

David M.J. Rein

cc:      All Counsel of Record (via ECF)