UNITED STATES DISTRICT COURT  (Effective 2/28/2025)
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE STMICROELECTRONICS N.V.  :  24 Civ. 06370 (AKH)
SECURITIES LITIGATION          :
                               :
              Plaintiff(s),    :
                               :  **CIVIL CASE MANAGEMENT PLAN**
       -against-               :
                               :
                               :
                               :
                               :
              Defendant(s).    :
                               :
------------------------------------------------------------x

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

A.    The case (is) (is not) to be tried to a jury. [Circle as appropriate]. **(Based on current claims)**

B.    Non-Expert Discovery:

      1.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. All non-expert discovery is to be completed by June 30, 2027, which date shall not be adjourned except upon a showing of good cause and further order of the Court. Interim deadlines for specific discovery activities may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

          a.    The parties shall list the contemplated discovery activities and anticipated completion dates in Attachment A, annexed hereto.

      2.    Joinder of additional parties must be accomplished by January 15, 2026.

      3.    Amended pleadings may be filed without leave of the Court until February 13, 2026.

C.    For all causes of action seeking monetary damages, each party shall identify and

quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

*[handwritten: An interim case management conference will be held May 5, 2026, 10:00 am. AKH]*

D. Motions, Settlement, Second Pre-Trial Conference, and Expert Discovery:

1. Upon the conclusion of non-expert discovery, counsel for the parties shall meet for at least two hours at the office of plaintiff's counsel, to discuss settlement. The date for the meeting is July 30, 2027, at 10 a.m. (Counsel shall insert a date but, at the option of either, the date may be canceled upon the service or filing of a dispositive motion and notice to the court.)

    a. There shall be no cross-motions.

2. Approximately one week thereafter, the parties shall meet with the Court for a Second Case Management Conference to discuss the status of the case, the prospects of settlement, whether alternative disputes-resolution procedures should be utilized, the need for and a schedule regulating experts and expert-discovery, appropriate motions and schedules therefor, and any other issue counsel or the Court wish to discuss. The Case Management Conference will be held on Friday, August 6, 2027, at 10:00 a.m.

3. As to motions, there shall be no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

E. Any request for relief from any date provided in this Case Management Plan shall conform to the Court's Individual Rules, and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates. Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

F.     A final pre-trial conference will be held on a date to be set, as close as possible to the date that trial is expected to begin. The parties, three days before said meeting, shall submit their pre-trial order, conforming to the Court's Individual Rules and, at the conference, deliver their exhibit books containing all exhibits the parties actually intend to offer at the trial.

G.     Pre-Trial Motions:

Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, and otherwise conform to my Individual Rules 1(D) and 2(E).

SO ORDERED.

DATED: New York, New York
Dec. 4, 2025

ALVIN K. HELLERSTEIN
United States District Judge

## ATTACHMENT A

The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:

| # | DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|---|
| 1. | Amendment of Pleadings | Without Leave: February 13, 2026<br><br>With Leave: Within 60 days after Defendants' substantial completion of production pursuant to Plaintiffs' First Set of Requests for the Production of Documents. |
| 2. | Initial disclosures | Parties exchanged initial disclosures on November 26, 2025. |
| 3. | Defendants to substantially complete production of documents in response to Plaintiffs' first set of requests for production of documents | Within 6 months of service of the Plaintiffs' first set of requests for production, Defendants shall substantially complete production of documents. However, with respect to electronically stored information, Defendants' substantial completion within 6 month of service of the Plaintiffs' first set of requests for production is contingent on the completion of the following items by February 6, 2026: (i) the entry of an ESI protocol by the Court; (ii) the entry of a Protective Order by the Court; and (iii) the parties' agreement on search parameters, including applicable custodians, a relevant time frame and search terms.<br><br>Defendants will produce documents on a rolling basis. Defendants will seek the Court's leave if an extension is required to comply with this 6-month substantial completion deadline. |

| # | DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|---|
| 4. | Parties to substantially complete production in response to any additional requests for the production of documents | April 30, 2027. |
| 5. | Written discovery, including interrogatories and requests to admit | Written discovery, including interrogatories and requests to admit, shall be served by April 30, 2027. Interrogatories, including initial interrogatories, shall comply with Local Rule 33.3. |
| 6. | Non-Party Discovery | Non-Party document discovery to be substantially complete by December 15, 2026, provided, however, that to the extent that letters rogatory or discovery requests sought pursuant to the Hague Convention on Evidence properly sought reasonably in advance of the deadline above remain pending, the non-party discovery period shall be extended to allow responses to such requests.<br><br>The parties submit that such an exception is appropriate as they have no control over how long foreign processes may take. |
| 7. | Depositions | Unless otherwise agreed by the Parties, excluding experts, each side (Plaintiffs and Defendants) can take 15 depositions.<br><br>Each noticed deposition will be limited to 7 hours pursuant to the Federal Rules of Civil Procedure.<br><br>Fact depositions shall be completed by June 1, 2027. |
| 8. | Non-expert discovery | All non-expert discovery shall be completed by June 30, 2027, provided, however, that to the extent |

| # | DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|---|
|  |  | that letters rogatory or discovery requests sought pursuant to the Hague Convention on Evidence properly sought reasonably in advance of the deadline above remain pending, the fact discovery period shall be extended to allow responses to such requests. <br><br> The parties submit that such an exception is appropriate as they have no control over how long foreign processes may take. |
| 9. | Class certification motion | Class certification motion (including expert reports, if any) shall be served by September 1, 2026. Plaintiffs shall make any experts available for deposition before September 30, 2026. |
| 10. | Class certification opposition | Class certification opposition (including expert reports, if any) shall be served by November 2, 2026. Defendants shall make any experts available for deposition before November 23, 2026. |
| 11. | Class certification reply[1] | Class certification reply shall be served by December 10, 2026. |
| 12. | Opening Expert reports | Opening Expert reports for issues on which each Party has the burden of proof shall be served by April 1, 2027. |
| 13. | Rebuttal expert reports | Rebuttal expert reports shall served by June 1, 2027. |
| 14. | Reply expert reports | Reply expert reports shall be served by July 15, 2027. |
| 15. | Expert discovery | All expert discovery, including expert depositions, shall be |

---

[1] Defendants reserve their rights to potentially seek leave to file a sur-reply in opposition to Lead Plaintiffs' class certification motion, including supporting expert rebuttal reports.

| # | DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|---|
| | | completed no later than September 15, 2027. |
| 16. | Summary judgment | The parties will meet and confer regarding a proposed briefing schedule for summary judgment motions prior to the close of expert discovery. |

## ATTACHMENT B

**For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:**

### 1. PLAINTIFF'S CLAIMS:

Plaintiff's Position: Class wide damages are subject to expert analysis and shall be calculated by an expert and disclosed consistent with Fed. R. Civ. P. 26 after sufficient discovery. Subject to subsequent expert analysis and discovery, lead plaintiffs shall provide a computation of damages consistent with Fed. R. Civ. P. 26(a)(1)(A)(iii).

Defendants' Position: Defendants do not currently seek damages.

### 2. COUNTERCLAIMS AND CROSS-CLAIMS:

There are no counterclaims or cross-claims currently pending.

### 3. THIRD-PARTY CLAIMS:

There are no third-party claims currently pending.