# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Extension as requested is granted.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
2/11/26

February 10, 2026

Via ECF

Hon. Alvin K. Hellerstein,
   U.S. District Court for the Southern District of New York,
    Daniel Patrick Moynihan United States Courthouse,
     500 Pearl Street,
      New York, New York  10007.

Re:  *In re STMicroelectronics N.V. Securities Litigation*, No. 1:24-cv-6370

Dear Judge Hellerstein:

We represent Defendants STMicroelectronics N.V., Jean-Marc Chery, and Lorenzo Grandi in the above-referenced action.  On February 6, 2026, Plaintiffs filed a consolidated third amended complaint ("Third Amended Complaint") (ECF No. 58), pursuant to the Case Management Plan the Court entered on December 4, 2025 (ECF No. 55).  Under Federal Rule of Civil Procedure 15(a)(3), the default deadline for Defendants to respond to the Third Amended Complaint is February 20, 2026.  Defendants respectfully request a 14-day extension of time to respond to the Third Amended Complaint, through March 6, 2026.  Plaintiffs consent to this extension request.

This modest extension is warranted in light of the complexity and timing of the Third Amended Complaint, which brings securities putative class action claims against three non-U.S. defendants, introduces new alleged misstatements and an additional purported corrective disclosure, and expands the putative class period.  The requested extension will not disrupt any dates previously scheduled by the Court, which are set out in the Case Management Plan (ECF No. 55).

This is Defendants' first request to extend the time to answer the Third Amended Complaint.  We appreciate the Court's consideration of this request.

Respectfully,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

cc:    All Counsel of Record (via ECF)