UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE STMICROELECTRONICS N.V.
SECURITIES LITIGATION,

:     **ORDER REGULATING**
:     **PROCEEDINGS**
:
:     24 Civ. 6370 (AKH)

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court rules on the joint letter regarding discovery disputes, filed February 11, 2026, ECF No. 61, pursuant to Rule 2.E of my individual rules as follows:

**Dispute 1:** Redaction is appropriate provided that for each item redacted Defendants produce, simultaneously, a summary of that which is redacted.

**Dispute 2:** Production is to be made on the condition that Fed. R. Evid. 502(b) applies.

**Dispute 3:** As to the production of insurance policies, Defendant's proposal to produce upon agreement and entry of protective order is adopted. The parties shall submit a proposed protective order in accordance with these rulings.

SO ORDERED.

Dated:     February/__, 2026
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge