UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE STMICROELECTRONICS N.V.                                 :
SECURITIES LITIGATION,                                        :      **ORDER REGULATING**
                                                              :      **PROCEEDINGS**
                                                              :
                                                              :      24 Civ. 6370 (AKH)
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court rules on the joint letter regarding discovery disputes, filed February 25, 2026, ECF No. 65, pursuant to Rule 2.E of my individual rules as follows:

Plaintiffs shall identify whether, and when, the confidential witnesses reviewed the complaint or reaffirmed that the allegations attributed to them are accurate. The complaint states that its allegations are based on information provided by confidential witnesses. Whether the confidential witnesses reviewed those allegations, and when they did so, is relevant.

An admission or denial of whether the confidential witnesses reviewed the allegations attributed to them would not disclose privileged attorney-client communications or protected work product. *See In re Millennial Media, Inc. Sec. Litig.*, 2015 WL 3443918, at \*3 (S.D.N.Y. May 29, 2015).

Plaintiffs shall provide the information in accordance with this order.

SO ORDERED.

Dated:      February 27, 2026
            New York, New York          ALVIN K. HELLERSTEIN
                                        United States District Judge