**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STMICROELECTRONICS N.V. SECURITIES LITIGATION | Case No.: 1:24-cv-06370-AKH |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION AND**
**MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendants STMicroelectronics N.V., Jean-Marc Chery, and Lorenzo Grandi will respectfully move this Court, before the Honorable Alvin K. Hellerstein, on a date and time designated by the Court, for an order reconsidering the Court's September 15, 2025 Opinion and Order Denying Defendant's Motion to Dismiss the Second Amended Complaint (ECF No. 50) and to dismiss the Third Amended Complaint (ECF No. 58) with prejudice, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 54(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 78u-5, as well as the Court's inherent power to alter its own orders, because Plaintiffs' pleadings do not state a claim upon which relief can be granted.

The motion is supported by the accompanying Memorandum of Law, dated March 6, 2026, the Declaration of Marco Maria Monti, dated February 12, 2026, and the Declarations of David M.J. Rein, dated May 13, 2025 (ECF No. 45) and March 6, 2026.

Respectfully submitted,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
giuffrar@sullcrom.com

March 6, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2026, I electronically filed the foregoing Notice of Motion, the accompanying Memorandum of Law, and the accompanying Declaration of Marco Mario Monti and Declaration of David M.J. Rein, with the Clerk of the Court using the CM/ECF system.  I certify that service will be accomplished by the CM/ECF system for all participants in this case who are registered CM/ECF users.

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
giuffrar@sullcrom.com

March 6, 2026