**DECLARATION OF MARINA FRACCHIA REGARDING ORAL INTERPRETATION FOR MARCO MARIA MONTI**

Milan, Italy

I, Marina Fracchia, have worked as a freelance interpreter and translator since 1983. I am fluent in Italian and English. I regularly translate and/or interpret technical materials between Italian and English in the course of my professional duties.

My qualifications include:

- 62 years of speaking, reading, and writing Italian
- 50 years of speaking, reading, and writing English
- Diploma in Conference Interpretation and Translation, Scuola Superiore per Interpreti e Traduttori (Milan, Italy, 1977-80)
- Diploma in English, University of Salford (Salford, UK, 1980)
- Course in English for Law (corporate law, contract law, intellectual property law), Just Legal Services (Milan, Italy, 2002)
- Course in English Phonetics, University College London (London, UK, Aug. 2008)
- Course in Banking and Finance for Interpreters (Milan, Italy, Feb. 2011)

On Thursday, 12 February 2026, in Milan, Italy, I orally interpreted from English into Italian the declaration of Mr. Marco Maria Monti dated 12 February,2026.

Specifically, I orally interpreted the declaration from English into Italian for Mr. Monti before he signed it. Mr. Monti had an opportunity to ask questions, and I interpreted any questions and answers between English and Italian as needed. After I completed my oral interpretation, Mr. Monti stated that he understood the declaration. I then observed Mr. Monti sign the declaration on 12 February, 2026 at approximately 16:50 CET.

I affirm that I am qualified and competent to interpret and translate between Italian and English as described above. I am not a relation of any party named in the declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12 February 2026, in Milan, Italy


_____
Marina Fracchia
Translator