**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STMICROELECTRONICS N.V. SECURITIES LITIGATION | Case No.: 1:24-cv-06370-AKH |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORAL ARGUMENT REQUESTED |

**DECLARATION OF DAVID M.J. REIN**

I, David M.J. Rein, hereby declare under penalty of perjury as follows:

1.      I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action.  I respectfully submit this Declaration in support of Defendants' Motion for Reconsideration and Motion to Dismiss the Third Amended Complaint.

2.      Attached to this Declaration as Exhibit V is a chart prepared by Sullivan & Cromwell employees under my direction, which, for the convenience of the Court, lists the challenged statements newly added in the Third Amended Complaint and certain of the grounds on which Defendants seek dismissal.

3.      Attached to this Declaration as Exhibit W is a chart prepared by Sullivan & Cromwell employees under my direction, which, for the convenience of the Court, lists cautionary disclosures by STMicroelectronics N.V. ("ST") to investors of risks related to customer inventory and demand issued between July 26, 2024 and November 22, 2024.  The chart indicates the paragraph number of the Third Amended Complaint (ECF No. 58) or judicially noticeable document in which the cautionary disclosure is referenced.

4.      Attached to this Declaration as Exhibits X through HH are true and correct copies of the following documents.  I also note below where documents are referenced in the Third Amended Complaint.  Where documents originally were published in a language other than English, a machine translation is also included, but Defendants would be prepared to provide certified translations if it would assist the Court:

Exhibit X          ST Semi-Annual Report 2024, dated August 21, 2024, filed on Form 6-K with the U.S. Securities and Exchange Commission ("SEC") on August 21, 2024[*]

Exhibit Y          Press Release, ST Reports 2024 Third Quarter Financial Results, dated October 31, 2024, filed on Form 6-K with the SEC on October 31, 2024  (TAC ¶ 99)

Exhibit Z          ST's Third Quarter and Nine Months ended September 28, 2024, Operating and Financial Review and Prospects, dated November 7, 2024, filed on Form 6-K with the SEC on November 7, 2024 (TAC ¶ 101)

Exhibit AA         S&P Global Market Intelligence, ST Company Conference Presentation, November 22, 2024 (TAC ¶¶ 103, 105)

Exhibit BB         *STM Investors Have Opportunity to Lead STMicroelectronics N.V. Securities Fraud Lawsuit with the Schall Law Firm*, Business Wire, August 26, 2024, available at https://www.businesswire.com/news/home/20240826584447/en/ STM-Investors-Have-Opportunity-to-Lead-STMicroelectronics-N.V.- Securities-Fraud-Lawsuit-with-the-Schall-Law-Firm (last visited March 5, 2026)*

Exhibit CC         *STMicroelectronics in the Legal Storm:  Class Action Launched After Stock Market Collapse*, Francesca Secci, QuiFinanza, August 26, 2024, available at https://quifinanza.it/economia/stm-avviata-class-action/846618 (last visited March 5, 2026) (machine translation included)*

Exhibit DD         *Class Action Against STMicroelectronics:  "It Gave Misleading Information About the Accounts"*, Lettera43, August 26, 2024, available at https://www.lettera43.it/class-action-stmicroelectronics (last visited March 5, 2026) (machine translation included)*

---

[*]      Exhibit is not cited in the Third Amended Complaint but is judicially noticeable.  *See* Memorandum of Law in Support of Defendants' Motion to Reconsider and Motion to Dismiss the Third Amended Complaint at 5 n.1.

Exhibit EE     *All the Legal Troubles of STMicroelectronics in the United States*, Marco Dell'Aguzzo, StartMag, August 27, 2024, available at https://www.startmag.it/economia/stmicroelectronics-class-action-stati-uniti (last visited March 5, 2026) (machine translation included)*

Exhibit FF     *Class Action Lawsuit Against STMicroelectronics*, Sirisha Bhogaruju, Nasdaq, October 2, 2024, available at https://www.nasdaq.com/articles/class-action-lawsuit-against-stmicroelectronics-nyse-stm (last visited March 5, 2026)*

Exhibit GG     *STM in the Storm:  Inflated Numbers and Sale of Shares to Hide the Crisis. Heavy Accusations Against the Top Management*, Valentina Nubola, First Online, February 9, 2025, available at https://www.firstonline.info/en/stm-nella-bufera-numeri-gonfiati-e-vendita-di-azioni-per-nascondere-la-crisi-accuse-pesanti-contro-i-vertici/ (last visited March 5, 2026) (machine translation included)*

Exhibit HH     *Who, How, and Why Accuses STMicroelectronics*, Marco Dell'Aguzzo, StartMag, February 10, 2025, available at https://www.startmag.it/economia/stmicroelectronics-class-action (last visited March 5, 2026) (machine translation included)*

Exhibit II     *ST's Chip Crisis in the Crosshairs of U.S. Shareholders*, Diego Longhin, La Repubblica, February 17, 2025, available at https://www.repubblica.it/economia/2025/02/17/news/st_microelectronics_microchip _ chery_class_action_usa-424008407 (last visited March 5, 2026) (machine translation included)*

5.     Attached as Exhibit JJ is a true and correct copy of Defendants' First Set of Interrogatories to Plaintiffs, served on January 21, 2026.

6.     Attached as Exhibit KK is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories, served on February 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2026 in New York, New York.

David M.J. Rein