# EXHIBIT V

**CHALLENGED STATEMENTS ALLEGED IN THE THIRD AMENDED COMPLAINT**

| Statement No. | Complaint Reference | Challenged Statement | Categories[1] |
|---|---|---|---|
| | | **Document 13 (Ex. Y)[2]** *October 31, 2024 – Form 6-K* | |
| 19 | TAC ¶ 99 | Some of these risk factors are set forth and are discussed in more detail in "Item 3. Key Information — Risk Factors" included in our Annual Report on Form 20-F for the year ended December 31, 2023 as filed with the Securities and Exchange Commission ("SEC") on February 22, 2024. | <ul><li>Statement warns investors of risks</li><li>No particularized allegation of falsity</li><li>Statement makes no implied representation of fact</li><li>Contains inactionable forward-looking statements</li><li>Contains opinion statements</li><li>Statement warns future results not guaranteed</li><li>Investors warned future performance may differ from predictions</li></ul> |

---

[1]    Reasons that each challenged statement is not false, material, or otherwise actionable as described in Section I of Defendants' Memorandum of Law in Support of Defendants' Motion for Reconsideration and Motion to Dismiss the Third Amended Complaint ("Mot."). The Third Amended Complaint also does not allege scienter for any statement, that Defendants had actual knowledge that any forward-looking statement was false, or that any statement caused investor losses for the third and fourth alleged "partial disclosures." *See* Mot. §§ I-II.

[2]    References to a "Form 20-F" in Document 13 refer to Statements 11-14 listed in Exhibit A to the Rein Declaration dated May 13, 2025 (ECF No. 45-1).

| | | Document 14 (Ex. Z)[3] *November 7, 2024 – Form 6-K* | |
|---|---|---|---|
| 20 | TAC ¶ 101 | Our actual results may differ significantly from those projected in the forward-looking statements.  For a discussion of factors that might cause future actual results to differ materially from our recent results or those projected in the forward-looking statements in addition to the factors set forth below, see "Cautionary Note Regarding Forward-Looking Statements" and "Item 3. Key Information—Risk Factors" included in the Form 20-F.  We assume no obligation to update the forward-looking statements or such risk factors. | • Statement warns investors of risks<br>• No particularized allegation of falsity<br>• Statement makes no implied representation of fact<br>• Contains inactionable forward-looking statements<br>• Contains opinion statements<br>• Statement warns future results not guaranteed<br>• Investors warned future performance may differ from predictions |
| 21 | TAC ¶ 101 | These are forward-looking statements that are subject to known and unknown risks and uncertainties that could cause actual results to differ materially; in particular, refer to those known risks and uncertainties described in "Cautionary Note Regarding Forward-Looking Statements" and Item 3. "Key Information — Risk Factors" in our Form 20-F as may be updated from time to time in our SEC filings. | • Statement warns investors of risks<br>• No particularized allegation of falsity<br>• Statement makes no implied representation of fact<br>• Contains inactionable forward-looking statements<br>• Contains opinion statements<br>• Statement warns future results not guaranteed<br>• Investors warned future performance may differ from predictions |

---

[3]    References to a "Form 20-F" in Document 14 refer to Statements 11-14 listed in Exhibit A to the Rein Declaration dated May 13, 2025 (ECF No. 45-1).

| 22 | TAC ¶ 101 | Such forward-looking statements are subject to various risks and uncertainties, which may cause actual results and performance of our business to differ materially and adversely from the forward-looking statements. Certain forward-looking statements can be identified by the use of forward-looking terminology, such as "believes", "expects", "may", "are expected to", "should", "would be", "seeks" or "anticipates" or similar expressions or the negative thereof or other variations thereof or comparable terminology, or by discussions of strategy, plans or intentions.  Some of these risk factors are set forth and are discussed in more detail in "Item 3. Key Information - Risk Factors" included in our Annual Report on Form 20-F for the year ended December 31, 2023 as filed with the Securities and Exchange Commission ("SEC") on February 22, 2024.  Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those described in our Form 20-F as anticipated, believed or expected.  We do not intend, and do not assume any obligation, to update any industry information or forward-looking statements set forth in this Form 6-K to reflect subsequent events or circumstances. Unfavorable changes in the above or other factors listed under "Item 3. Key Information - Risk Factors" from time to time in our SEC filings, could have a material adverse effect on our business and/ or financial condition. | • Statement warns investors of risks<br>• No particularized allegation of falsity<br>• Statement makes no implied representation of fact<br>• Contains inactionable forward-looking statements<br>• Contains opinion statements<br>• Statement warns future results not guaranteed<br>• Investors warned future performance may differ from predictions |

| | | **Document 15 (Ex. AA)** *November 22, 2024 – Morgan Stanley European TMT Conference* | |
|---|---|---|---|
| 23 | TAC ¶ 103 | **Jean-Marc Chery** It is clear that we consider '25, okay, as a still transition year, and we will see '26 and '27 as an acceleration. ***Twenty-five, overall, we have a good visibility on automotive market*** and on personal electronics and computer and communication.  Indeed, on automotive, some risks still exist.  If there is a, let's say, the competition with a Chinese car maker, maybe in Europe, okay, what is related the famous cafe, so the fine on non-electrical vehicle if the car maker, okay, are not at the minimum point.  ***But basically, what we have as a visibility is really appropriate.***<br><br>We will operate still in '25 with a low visibility is what – is related to the industrial market.  And I would like to recall very simply that for semiconductor industrial market is power, energy, is automation, robotics.  It is – let's say, why goods?  It is a battery operated tool.  It is health care and medical. It is a space and military.<br><br>Here, the visibility is pretty low.  There is two possibilities for '25.  There is a bear approach where we see the small market flattish, and there is a more model [ph] view, where moving forward in Q2 and H2, we see an acceleration of the growth, resuming a situation where inventory has been corrected and the demand is going smoothly.  Okay.  So this is '25 as a transition year acceleration. | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• Statement is vague or non-specific<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of fluctuation in backlog disclosed<br>• Risk of loss of customers disclosed<br>• Risk that results are dependent on growth of customers' industries disclosed |

| | | | |
|---|---|---|---|
| 24 | TAC ¶ 105 | **Q-Lee Simpson**<br>…<br>So Jean-Marc, it seemed to us, at least as you guide out to next year on sales, Q1 does seem to have a below seasonality profile and clearly there are inventory corrections out there both industrial and potentially in autos as well. Can you walk us through the dynamics that you're currently seeing, maybe reference distribution and perhaps visibility to end market as well?<br><br>**A-Jean-Marc Chery**<br>…<br>So clearly, okay, we will have, let's say, a pretty significant Q1 below seasonality.  But then moving forward, *I repeat entering in 2025 on automotive, personal electronics and, let's say, communication equipment and computer peripheral, we have a visibility, which is usual one, so means between 70% to 80%.*<br><br>Again, we know that an automotive is mainly on frame orders, okay.  And that frame order could be adjusted, okay.  I repeat, okay, the risk is maybe in Europe, if – the car makers, they have to adjust their production to avoid the fine. | • Inactionable forward-looking statement<br>• Statement contains puffery or expression of corporate optimism<br>• Opinion statement<br>• No particularized allegation of falsity<br>• Investors warned future performance may differ from predictions<br>• Risk of order cancellation disclosed<br>• Risk of fluctuation of backlog disclosed<br>• Risk of loss of customers disclosed<br>• Risk that results are dependent on growth of customers' industries disclosed |