# EXHIBIT W

**ST'S WARNINGS TO INVESTORS CONCERNING NET REVENUES, AUTOMOTIVE DEMAND, LOSS OF
CUSTOMERS, COVID-19, CYCLICAL NATURE OF SEMICONDUCTOR INDUSTRY, UNSUSTAINABLE DEMAND,
AND ASSOCIATED FORWARD-LOOKING STATEMENTS
JULY 26, 2024-NOVEMBER 22, 2024**[1]

| **Document 13 (Ex. X)**[2] *August 21, 2024 – Form 6-K* |
|---|
| Below is a list of the main risk factors we believe are related to the semiconductor industry and specifically related to our operations, which *may affect our result and performance and the ability of our management to predict the future of our company*: . . . Uncertain macro-economic and industry trends (such as inflation and fluctuations in supply chains), which may impact production capacity and end; *Customer demand that differs from projections*; . . . Financial difficulties with any of our major distributors or *significant curtailment of purchases by key customers*; . . . Natural events such as severe weather, earthquakes, tsunamis, volcano eruptions or other acts of nature, the effects of climate change, health risks and epidemics or pandemics in locations where we, our customers or our suppliers operate; . . . *Epidemics or pandemics, which may negatively impact the global economy in a significant manner for an extended period of time, and could also materially adversely affect our business and operating results.* (pp. 16-17) |

| **Document 14 (Ex. Y)**[3] *October 31, 2024 – Form 6-K* (*See* TAC ¶ 99) |
|---|
| *Some of the statements contained in this release that are not historical facts . . . are based on management's current views and assumptions, and are conditioned upon and also involve known and unknown risks and uncertainties that could cause actual* |

---

[1]    All emphases in bolded italics are added.

[2]    Exhibit is judicially noticeable.  *See* Memorandum of Law in Support of Defendants' Motion to Reconsider and Motion to Dismiss the Third Amended Complaint at 5 n.1.

[3]    References to a "Form 20-F" in Document 13 refer to Statements 11-14 listed in Exhibit A to the Rein Declaration dated May 13, 2025 (ECF No. 45-1).

*results, performance or events to differ materially from those anticipated by such statements due to, among other factors:* . . . uncertain macro-economic and industry trends (such as inflation and fluctuations in supply chains), which may impact production capacity and end-market demand for our products; *customer demand that differs from projections*, which may require us to undertake transformation measures that may not be successful in realizing the expected benefits in full or at all; the ability to design, manufacture and sell innovative products in a rapidly changing technological environment; . . . financial difficulties with any of our major distributors *or significant curtailment of purchases by key customers*; . . . natural events such as severe weather, earthquakes, tsunamis, volcano eruptions or other acts of nature, the effects of climate change, health risks and epidemics or pandemics in locations where we, our customers or our suppliers operate; . . . *Epidemics or pandemics,* which may negatively impact the global economy in a significant manner for an extended period of time, and *could also materially adversely affect our business and operating results*; . . . *Such forward-looking statements are subject to various risks and uncertainties, which may cause actual results and performance of our business to differ materially and adversely from the forward-looking statements.* Certain forward-looking statements can be identified by the use of forward-looking terminology, such as "believes", "expects", "may", "are expected to", "should", "would be", "seeks" or "anticipates" or similar expressions or the negative thereof or other variations thereof or comparable terminology, or by discussions of strategy, plans or intentions. Some of these risk factors are set forth and are discussed in more detail in "Item 3. Key Information — Risk Factors" in our annual report on Form 20-F . . . *Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those described in our Form 20-F as anticipated, believed or expected. We do not intend, and do not assume any obligation, to update any industry information or forward-looking statements set forth in this Form 6-K to reflect subsequent events or circumstances.* (pp. 4-5)

| **Document 15 (Ex. Z)[4]**<br>***November 7, 2024 – Form 6-K***<br>(***See*** **TAC ¶ 101**) |
|---|
| The following discussion contains statements of future expectations and other forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, or Section 21E of the Securities Exchange Act of 1934, each as amended, particularly in the sections "Business Overview" and "Liquidity and Capital Resources—Financial Outlook: Capital Investment".  Our actual results may differ significantly from those projected in the forward-looking statements.  For a discussion of factors that might cause future actual results to differ materially from our recent results or those projected in the forward-looking statements in addition to the factors set forth below, see "Cautionary Note Regarding Forward-Looking Statements" and "Item 3.Key Information—Risk Factors" included in the Form 20-F.  We assume no obligation to update the forward-looking statements or such risk factors.  (p. 2) |
| These are ***forward-looking statements*** that are subject to ***known and unknown risks and uncertainties that could cause actual results to differ materially***; in particular, refer to those known risks and uncertainties described in "Cautionary Note Regarding Forward-Looking Statements" and Item 3. "Key Information — Risk Factors" in our Form 20-F as may be updated from time to time in our SEC filings.  (p. 4) |
| Based on our current customer order backlog and demand visibility, ***we anticipate a revenue decline between Q4 2024 and Q1 2025 well above normal seasonality.***  (p. 23) |
| ***Backlog (including frame orders) is subject to possible cancellation***, push back and lower ratio of frame orders being translated into firm orders and, thus, it is not necessarily indicative of the amount of billings or growth to be registered in subsequent periods.<br><br>***There is no guarantee that any customer will continue to generate revenues for us at the same levels as in prior periods.***  If we were to lose one or more of our key customers, or if they were to significantly reduce their bookings, not confirm planned delivery |

---

[4]     References to a "Form 20-F" in Document 13 refer to Statements 11-14 listed in Exhibit A to the Rein Declaration dated May 13, 2025 (ECF No. 45-1).

dates on frame orders in a significant manner or fail to meet their payment obligations, our operating results and financial condition could be adversely affected.  (p. 24)

*Some of the statements contained in this Form 6-K that are not historical facts . . . are based on management's current views and assumptions, and are conditioned upon and also involve known and unknown risks and uncertainties that could cause actual results, performance or events to differ materially from those anticipated by such statements due to, among other factors:*  . . . uncertain macro-economic and industry trends (such as inflation and fluctuations in supply chains), which may impact production capacity and end-market demand for our products; *customer demand that differs from projections*, which may require us to undertake transformation measures that may not be successful in realizing the expected benefits in full or at all; the ability to design, manufacture and sell innovative products in a rapidly changing technological environment; . . . financial difficulties with any of our major distributors *or significant curtailment of purchases by key customers*; . . . natural events such as severe weather, earthquakes, tsunamis, volcano eruptions or other acts of nature, the effects of climate change, health risks and epidemics or pandemics in locations where we, our customers or our suppliers operate; . . . *Epidemics or pandemics,* which may negatively impact the global economy in a significant manner for an extended period of time, and *could also materially adversely affect our business and operating results*; . . . *Such forward-looking statements are subject to various risks and uncertainties, which may cause actual results and performance of our business to differ materially and adversely from the forward-looking statements.*  Certain forward-looking statements can be identified by the use of forward-looking terminology, such as "believes", "expects", "may", "are expected to", "should", "would be", "seeks" or "anticipates" or similar expressions or the negative thereof or other variations thereof or comparable terminology, or by discussions of strategy, plans or intentions.  Some of these risk factors are set forth and are discussed in more detail in "Item 3. Key Information — Risk Factors" in our annual report on Form 20-F . . . *Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those described in our Form 20-F as anticipated, believed or expected.  We do not intend, and do not assume any obligation, to update any industry information or forward-looking statements set forth in this Form 6-K to reflect subsequent events or circumstances.* (pp. 25-26)

| **Document 16 (Ex. AA)**<br>*November 22, 2024 – Morgan Stanley TMT Conference*<br>(*See* SAC ¶¶ 103, 105) |
|---|
| And a critical success factor is the execution of our plan.  It is clear that *we consider '25 as still a transition year*, and we will see '26 and '27 as an acceleration.  While '25 overall, we have a good visibility on automotive markets and on personal electronics and computer and communication, indeed, *on automotive, some risk still exists.*  If there is, let's say, the competition with the Chinese carmaker, maybe in Europe, what is related to the [famous Cafe], so the fine on the nonelectrical vehicle if the carmaker are not at a minimum point.  But basically, what we have as a visibility is really appropriate, but where we will operate still in '25 with a low visibility is what is related to the industrial market.  And I would like to recall very simply that for semiconductor, industrial market is power energy, is automation robotics.  It is, let's say, white goods.  It is a battery-operated tool.  It is healthcare and medical.  It is space and military.  Here, the visibility is pretty low.  There is 2 possibilities for '25.  There is a bear approach where we are seeing this whole market flattish.  And there is a more bull view where moving forward in Q2 and H2, we see an acceleration of the growth, resuming a situation where inventory has been corrected and the end demand is growing smoothly.  So this is '25 as a transition year, acceleration.  (p. 5) |
| Again, we know that on automotive, it is mainly on the frame orders, okay?  And that *frame order could be adjusted*, okay?  Here, I repeat *the risk is maybe in Europe, if -- the carmakers, they have to adjust their production* to avoid the fine.  (p. 7) |
| It is clear that the current consensus of analysts versus ST for 2025 is in between bull and the bear scenario, I have to say.  *More close to a bear scenario than to a bull scenario*, I have to say.  This is the way I can today classify.  But, of course, we will communicate more visibility most likely in April as usual, maybe in January, but we have to understand that *for industrial, the visibility is very short term.*  (p. 7) |
| Of course, let's say, this visibility, *this short visibility is not helping* also in modeling where we will position ourselves in terms of margin.  Let's say that there will be some drivers, some headwinds and some tailwinds.  On -- clearly, let's say, while in 2024, we were still benefiting from a significant amount of capacity reservation fees, lower than 2023, but still something that is material for our -- for us.  In 2025, there will be still some of that, not disappearing completely, but declining, significantly declining.  These, of course, capacity reservation fees are impacting 100% of our gross margin.  *This will not be any longer there.* |