# EXHIBIT AA

**S&P Global**
Market Intelligence

# STMicroelectronics N.V. ENXTPA:STMPA

# Company Conference Presentation

**Friday, November 22, 2024 9:40 AM GMT**

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Table of Contents

Call Participants ................................................................................... 3

Presentation ................................................................................... 4

Question and Answer ................................................................................... 5

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Jean-Marc Chery**
*Chairman of the Managing Board,*
*President & CEO*

**Lorenzo Grandi**
*President of Finance, Purchasing, ERM*
*& Resilience CFO and Member of the*
*Managing Board*

**ANALYSTS**

**Lee John Simpson**
*Morgan Stanley, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Lee John Simpson**
*Morgan Stanley, Research Division*

Okay. So good morning, everyone. This is Day 3 of Morgan Stanley's TMT Conference 2024. And I'm very pleased to say that we have both, Jean-Marc Chery and Lorenzo Grandi, the CEO and CFO, respectively, of STMicro on the stage. Gentlemen, welcome to Barcelona.

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

Thank you.

**Lorenzo Grandi**
*President of Finance, Purchasing, ERM & Resilience CFO and Member of the Managing Board*
Thank you very much.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

STMICROELECTRONICS N.V. COMPANY CONFERENCE PRESENTATION  NOV 22, 2024

# Question and Answer

**Lee John Simpson**
*Morgan Stanley, Research Division*

I think maybe just to start off, we've clearly had the Capital Markets Day earlier this week, and there was some clear messaging coming out of the event. So maybe you could share with us what that messaging was and maybe some of the key assumptions behind it.

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

Well, I will start and Lorenzo will give complementary input. So we can -- we have defined at the Capital Market Day, we share an actionable target of revenue at $18 billion and with an EBIT margin at 22%, 24% within the planning horizon of '27, '28.

The main revenue driver addressing a market that is supposed to grow at 5% compound average growth rate. The main growth driver for us will be the analog and the sensors that are mainly related to our high premium personal electronics business with one of our key customers.

The second main driver will be Power Electronics, and inside Power Electronics, mainly the power MOSFET and the diode and silicon carbide, anyhow driven by, clearly, the electrification of the mobility and the industrial market.

And the third growth driver will be the general purpose microcontroller after 2024 and 2025, okay, correction here, but I will come back on it. Then the main success factor of the EBIT margin target will be, on one side, reshaping of our manufacturing footprint and infrastructure.

For silicon technology will be some capacity, let's say, removal on mature technology, 6-inch or 8-inch, and accelerating the 300-millimeter or the 12-inch. And on silicon carbide will be the conversion to 200 millimeter, doubling the capacity and removing the 6-inch capacity.

Then, of course, okay, the other side will be some cost base initiative resizing to leverage our growth and to leverage our productivity improvement. So $18 billion, 22%, 24% EBIT growth driver, okay, based on the 3 main points I mentioned. And a critical success factor is the execution of our plan.

It is clear that we consider '25 as still a transition year, and we will see '26 and '27 as an acceleration. While '25 overall, we have a good visibility on automotive markets and on personal electronics and computer and communication, indeed, on automotive, some risk still exists. If there is, let's say, the competition with the Chinese carmaker, maybe in Europe, what is related to the [ famous Cafe ], so the fine on the nonelectrical vehicle if the carmaker are not at a minimum point. But basically, what we have as a visibility is really appropriate, but where we will operate still in '25 with a low visibility is what is related to the industrial market.

And I would like to recall very simply that for semiconductor, industrial market is power energy, is automation robotics. It is, let's say, white goods. It is a battery-operated tool. It is healthcare and medical. It is space and military. Here, the visibility is pretty low. There is 2 possibilities for '25. There is a bear approach where we are seeing this whole market flattish. And there is a more bull view where moving forward in Q2 and H2, we see an acceleration of the growth, resuming a situation where inventory has been corrected and the end demand is growing smoothly. So this is '25 as a transition year, acceleration.

To close the main message, we believe that beyond '27, '28, we will have boosted, mainly driven by the mega-trend, so electrification of the mobility, decarbonation of the industry. But AI, and AI basically, 2 ways, this is AI related to the servers, where ST wants to be a key player in the power supply of AI server and want to be a key player in the connectivity -- in communication with silicon photonics.

And we believe that beyond '27, '28, the edge AI, certainly edge AI will start to be boosted because application now, okay, will fly. And for each of blocks, so connectivity, edge AI and, let's say, power, we believe we can extract $1.5 billion, $1.7 billion additional revenue. So that's the reason why exiting '27, '28 with $18 billion, we do believe we can reach $20 billion-plus by end of the decade. I guess this is the main message.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**STMICROELECTRONICS N.V. COMPANY CONFERENCE PRESENTATION  NOV 22, 2024**

So maybe there's a lot we went through there, a lot of touch points. So maybe we'll go through some of those individually. Maybe, Lorenzo, if I turn to you next. Just talking to the cost restructuring that Jean-Marc pointed out. Some discussion in the investor community around how that splits between the cost base management, the treatment of 300-millimeter acceleration. But also looking at headcount reductions and how much each of those play in that high triple-digit million savings. So maybe you could help us understand the mix.

**Lorenzo Grandi**
*President of Finance, Purchasing, ERM & Resilience CFO and Member of the Managing Board*

On our plan, I would say there are 3 main vectors that we can consider, let's say, when we look at the plan. The first one is something that we have already implemented. And this is the reorganization that we have done in ST starting beginning of this year.

We have, let's say, split our organization substantially in 2 groups. These 2 groups are characterized by a similar technology and product development, means that we have somehow synergized our effort in R&D. We have eliminated some duplication that in the previous organization was existing. And we had somehow boosted our ability, let's say, to have more aggressive roadmaps for our products, and definitely, this transforming in time to market.

This, at the end, what does it mean? It means that at the end, to do and to follow our innovation, to improve our innovation, we need less resources. I mean we need to add if you want less resources. This is the first element. So at the end, what we intend to do is to protect our R&D, but at the same time, let's say, not to increase significantly in terms of our R&D cost, as we think that this organization is much more effective in this respect.

Then what is said by Jean-Marc, let's say, the acceleration to the transformation of our manufacturing footprint toward the 300-millimeter. This will be done leveraging on the infrastructure that we have created over the last years, in which our expenses to sales -- our CapEx to sales ratio was increasing significantly. It means we were in the range of 20% CapEx to sales ratio in the last years, a level that we believe is not sustainable. But in any case, this has, let's say, allowed us to create an infrastructure that now we can leverage in order to have, let's say, something that is more modern and more efficient and more automatized.

The CapEx to sales ratio will decline, and we will move a significant production from the 200-millimeter to the 300-millimeter for the silicon, from the 150-millimeter to the 200-millimeter for the silicon carbide. For the silicon, substantially, the overall capacity will not increase significantly. We remain substantially flat, but with a cost, let's say, much, much lower, as we will, for sure, reduce the activity in 200-millimeter, especially for where the 200-millimeter is not efficient.

The 100 -- the silicon carbide, moving from 150 to 200-millimeter, will represent also here a cost saving even if in silicon carbide we are growing, and the capacity will grow. Then the third element is on expenses, especially when we look at our G&A. Here, we intend to reduce our level of people in our G&A overall worldwide. This, thanks to the fact that over the last years, we have done investment in terms of digitalization of our process, rationalization of our process, now we are in the position, let's say, to do same things, even more things with less headcount. This will be done mainly, let's say, through attrition. It means not replacing people, early retirement, maybe in some areas some layoff.

All in all, we will achieve this triple digit -- high triple digit, let's say, overall savings in respect to the current cost structure, the current split cost structure that we have in 2024. These will be, let's say, a combination of a cash item and noncash item. I think these are the 3 main actions that we have taken. For the expenses, we think that you will start to see some benefit already in 2025. Of course, for the COGS, it will take a little bit longer as we need, let's say, to transfer process, transfer product, requalify product. But I think starting 2026 with an acceleration in 2027, there will be a clear impact of savings in our COGS.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Pretty clear. So, Jean-Marc, it seemed to us at least, as you guide out to next year on sales, Q1 does seem to have a below seasonality profile. And clearly, there are inventory corrections out there, both industrial and potentially in autos as well. Can you walk us through the dynamics that you're currently seeing, maybe reference distribution and perhaps visibility to end market as well?

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

2025, yes. First of all, okay, on Q1, the usual seasonality is minus 11%. Then we have, especially in 2025, a mechanical one, which is 6% of calendar day less, which is impacting as well. Well, you see one of the -- of our competitor share minus 18% on their Q1 forecast. So clearly, okay, we will have that's a pretty significant Q1 below seasonality.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Then moving forward. Moving forward, I repeat, entering in 2025 on automotive, personal electronics, and let's say, communication equipment and computer peripheral, we have a visibility which is usual one, so means between 70% to 80%.

Again, we know that on automotive, it is mainly on the frame orders, okay? And that frame order could be adjusted, okay? Here, I repeat the risk is maybe in Europe, if -- the carmakers, they have to adjust their production to avoid the fine. We expect that the story of Cafe will be fixed sooner or later.

On personal electronic and computer and communication, honestly, the visibility is appropriate. So we are confident. Here, it's clear that it will be backloaded. It is backloaded as usual. And it is more backloaded than as usual. Why? Because for us, H1 with our main customer will be really the lowest point. And in H2, okay, we have a new device per version with our first customer that will accelerate the H2 revenue.

Well, then the critical point is, again, clearly industrial. Industrial, as I said during my summary of the Capital Market Day, there is 2 scenarios. One scenario is a bear scenario, means in 2025 flattish versus '24. And basically, all the quarters very similar except Q1 because Chinese New Year, because less calendar day. And then the sequential growth in Q2 and then very, very light in H2. This is a bear scenario.

Bull scenario is, yes, acceleration in Q2 and acceleration in H2, showing somehow, okay, a significant growth of the industrial market in 2025 versus '24. But I repeat, for us, '24 was minus 40%, 45%. And the overall industrial market, minus 30% of semiconductor. So this is the 2 ways we have.

It is clear that the current consensus of analysts versus ST for 2025 is in between bull and the bear scenario, I have to say. More close to a bear scenario than to a bull scenario, I have to say. This is the way I can today classify. But, of course, we will communicate more visibility most likely in April as usual, maybe in January, but we have to understand that for industrial, the visibility is very short term. And it is valid for our customer and the customer of our customer.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Got you. So maybe just touching on that short-term visibility and the difficulties, Lorenzo, in Industrial. How should we think about the margin as we go through this next year, particularly referencing underutilization potentially and such like? So maybe help us with that.

**Lorenzo Grandi**
*President of Finance, Purchasing, ERM & Resilience CFO and Member of the Managing Board*

Of course, let's say, this visibility, this short visibility is not helping also in modeling where we will position ourselves in terms of margin. Let's say that there will be some drivers, some headwinds and some tailwinds. On -- clearly, let's say, while in 2024, we were still benefiting from a significant amount of capacity reservation fees, lower than 2023, but still something that is material for our -- for us. In 2025, there will be still some of that, not disappearing completely, but declining, significantly declining. These, of course, capacity reservation fees are impacting 100% of our gross margin. This will not be any longer there.

Then, on the other side, what we may think, especially considering, let's say, the evolution over the year of the revenues, assuming that in the second part of the year, we will have some recoveries, as was explained by Jean-Marc. We see a different pattern in terms of unloading charges.

For sure, H1, still, we will have a material unloading charges in our gross margin. But moving in the second part of the year, of course, based on the strength of possible recovery, especially in the industrial market, we may see -- start to significantly reduce this level of unloading charges. Not disappear, I don't think that we will be in the position to have a 0 unloading charges. But most likely, let's say, we will start to see a reduction this year. Unloading charges has more than 300 basis points impacting our, let's say, gross margin.

Here, where we see today is that it should decline at this level of basis point next year. But on the rest, I would say that mix and price should be substantially offset each other. So I don't think we will have a strong impact in this respect. And the fact that we will start to see some benefit in the loading of our fab on top of the unloading charges, we should have also an improvement in term of efficiency. Because clearly, let's say, the fact that when you run a fab, let's say, at a very low level of production, the efficiency is very low on top of the fact that you have been impacted by unloading charges. These are the effects.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now to quantify and say it will be what will be a slightly lower, slightly above of this is very difficult to say at this stage because we needed to enter a little bit more in the year to understand the evolution of the volumes at the end to understand where we will position ourselves in terms of volumes.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Makes sense. Makes sense. I'll ask 1 more question before I open it to the floor. And I wanted to just maybe go a little bit off pace with this question, if you don't mind. China-for-China was an interesting development at the Capital Markets Day, Jean-Marc. And I noticed the tie-up with Hua Hong this week, which makes sense. You want local production. But tell us a little bit about your vision for China-for-China. How this will impact? What you see this will do towards getting to the $18 billion number? How it all fits in?

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

Here, I would like to repeat what is the substance of the strategy. First of all, okay, the semiconductor market in China will be one of the main ones. You like or don't like it is a reality. Then, for us is vital, okay, as a diversified semiconductor company playing in the field of automotive and industrial markets to be present on this Chinese market and to compete because today, what is the situation against the local semiconductor companies? I have not spoken about the Western company competing against us in China. I have spoken about the local.

If we look what is happening on other industries, industry or power and so on, it's always the same scheme, okay? They compete on the low end and middle end part of the business. Then, they learn very fast, and then, they compete against on the high end. And then they attack you and your domestic market. When I say domestic, Western market.

So this we don't want to face this scenario. We want to compete in China in a pragmatic way because our customers are super pragmatic. If you offer quality, cost productivity and lead time, they will work with you.

China-for-China is the way to compete against local player with the same competitive advantage. Cost base, speed of implementation, a speed of innovation because they are super fast, okay, in innovation and a local supply chain, which could be protected against constraints on importation, exportation and so on. So it's very simple. We want to compete on this market in order to not let growing the semiconductor in China that will complete later on in our domestic market because they are super good. Okay. So this is our strategy.

Then what we will do to be more accurate? We will implement in China the critical technology that are the critical enabler for the automotive and industrial, so it means silicon carbide, IGBT, low-voltage MOSFET, BCD technology and 40-nanometer microcontroller technology. So -- and here, okay, we have either our JV with Sanan in Chongqing or we have now a partnership with [indiscernible]. So this is the 2 key partners, okay, with whom we will work together for a longer strategic period of time, I have to say, in order to enable ST to be the most competitive Western company in China.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Very good. Very good. So I did promise to open it. Any burning questions from the floor? No. Maybe I'll continue. So I think that was a pretty full answer on the strategy for China. But maybe staying with just specifically autos, we're seeing quite a change in the mix for automotive as a demand structure next year. EV seemed to be growing a lot more slowly now. Hybrid is growing in the mix, particularly in the West. But there does seem to be this reliance on growth in China. So maybe if you can give us a sense for your exposure on these end markets and how you see the mix effect in automotive.

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

In China, we were not, let's say, the top leader or provider of semiconductor on Chinese carmaker, no. Why? Because 3, 4 or 5 years ago, our focus were more to give priority on the Western companies, like our main customer, Tesla. But now, what we shared at our Capital Market Day is everywhere where we [indiscernible] with the main Chinese player versus our competition. And today, by fact, we are the one for silicon carbide that are, one, the most important number of sockets.

In China, what is the dynamic today? Today, they are basically a domestic market of 21, 22 million vehicles. 60% is a new energy vehicle, and what they call new energy vehicle is battery electrical vehicle, hybrid, plug-in hybrid and battery-based extended range, means they have a small internal combustion engine that is loading the battery.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It is clear today that the most growing part is hybrid and extended range. Of course, for these 2 kind of vehicles, the content, and mainly in terms of silicon carbide or power electronic, it's a bit less than the 2 other ones. However, the carmaker, they are not crazy. They know that they will have to manage this kind of mix. And more and more, they are, in fact, designing platforms that are flexible. They can adapt their manufacturing process, okay, to offer the platform that is growing versus the one that is not growing.

So here, we see, of course, okay, some fluctuation in our capability to grow at a certain speed depending on the mix. But so far, what is important for us on SiC specifically is to lead 30%, 33% of the market, and we are super well positioned from our existing base today, where we estimate to have 14% market share. And taking into account the sockets we won, both in China and in Western World, plus the growing industrial market and later on what we could do in AI server, we are confident to keep a sustainable and profitable 30% market share on SiC.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Perfect. You just touched on AI server at the end there. Maybe if we look at AI more generally, so you've got the opportunities with the server. It looks as though there may be interconnect opportunities as well. And then AGI, of course, TinyML that is coming into view, maybe help us with the last one, TinyML, because it did come out in the Capital Markets Day as an opportunity set. Where do you see your strengths? I mean, you've got the whole tool chain. But where's the real strength for STMicro?

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

But today, you have -- as usual, you will have 2, let's say, staggered dynamics. You have 1 dynamic that will be on the existing use case, whatever the application, industrial -- consumer or industrial or pure consumer, where have a hardware accelerator and then to have edge AI capability running in the whole network will be an enabler. People say, no, I need this because, okay, I want, if it is an example, motor control, I want to have a system that is capable to analyze some weak signal and according in our network, okay, to make some predictive maintenance or something like that, so enabler.

But then after -- later on, you will have what we call in high tech the use case expansion because of the capability of this microcontroller, which will be much more powerful. It will self-create, okay, demand. And this is a systematic, let's say, trend, okay, on high tech. That's the reason why we do believe that on top of to be an enabler, the edge AI will have its own market. And we estimate that for ST, that this should generate about USD 600 million by 2030, specific markets linked to our edge AI microcontroller, on top of that will be a booster of the growth of microcontroller, okay, addressing the usual, let's say, point of use.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Yes. So it's just a microcontroller market.

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

Yes. Then after for ST, clearly, silicon photonics will be also beyond '27 -- '26, '27. And we -- and it will be monetary because the usual, let's say, connectivity technology will be no more capable because of the footprint, I have to say. And for us, it could represent a USD 500 million business by end of the decade, more or less, but not the least.

Today, clearly, we are incumbent competitor of the leader on AI server for the power stage, but we have all the technology blocks and the product know-how, and we want to achieve 10% of market share, means, okay, obviously, also USD 500 million by end of the decade. That's the reason why I repeat the potential of growth of ST in the next 3 years with a market growing at 5% is to achieve $18 billion.

If we achieve $18 billion in '27, it means we grow twice the market, so 10% to 11%. If we achieve in '28, it means we grow 7%, so 1.2%, 1.3%. And that boosted by what I just shared with you that the reason why the $20 billion plus is really actionable.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Got you. That's pretty clear, actually. Maybe when we think about all this and put it together, clear innovation around 300-millimeter silicon carbides. You've got your rationalized cost base. You've got new market entry in AI, both cloud and edge as well. And you've got the margin or the cost-saving program at least as well. So walk us through where we think the sustainable margin structure should

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

be, Lorenzo, for this business? I think you called it out at the Capital Markets Day, but how should we think about that just putting it all together?

**Lorenzo Grandi**
*President of Finance, Purchasing, ERM & Resilience CFO and Member of the Managing Board*

At the end, if you want, this is what a little bit we discussed the other day on our Capital Market Day. Because when we will be at the level of $18 billion, we do expect that to be in the range of 44%, 46% gross margin and 22%, 24% operating margin. Here, of course, we are not at the end of the journey. We think that is still valid, the model that we have set in 2022, and we think we may have the opportunity to accelerate moving forward. Why? Because at the end, we will reach the right scale for our 300-millimeter. At $18 billion, we are not yet fully exploited the potential that this infrastructure, this manufacturing can do. So it means that we believe that both in silicon carbide and in silicon, we will have, let's say, a very competitive cost structure.

We believe that on what the initiatives that has been shown by the groups, by Remi, Marco during the Capital Market Day, we have opportunity really, let's say, to extract value from what we do together with the fact that more and more we move to our, let's say, a system approach for our marketing means, let's say, giving the possibility for us to extract more value than the single, let's say, semiconductor part.

At the end, we see that the potential for the company to achieve the 50% gross margin, the $20 billion revenues and to be in the -- in terms of operating margin at 30% is there. So I think that the trajectory is still there, is what we believe the company will be, let's say, in the medium, long term horizon.

**Lee John Simpson**
*Morgan Stanley, Research Division*

I see we're in red time, but I wanted to squeeze one last one in. But specifically -- well, for both of you, really. All of this seems to be coming from organic growth. But there is, and I think you entertain it yourself, the possibility that we may need bolt-ons or perhaps not transformative acquisitions, but perhaps bigger than you've seen in the past. Can you give us a sense for the appetite for that perhaps, the availability of cash perhaps for this? And where do you think there might be a relevant area to focus on?

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

First of all, I would like also to repeat why we are still a strong believer of our capability to grow organically. I'll give you another example. Thanks to what Lorenzo mentioned a few minutes ago about the way we have reorganized the company. Putting under the same umbrella our Embedded Processing Solutions business, immediately, we have taken decision on some high-end standard microprocessor for industrial to rebalance the resources and to redefine very fast a more aggressive roadmap on automotive microcontroller.

Now the company is equipped and will be equipped with 3 family of microcontroller. One microcontroller will be super efficient on 28-nanometer with PCM to address what we call the x-in-1 concept of powertrain. X-in-1 for the most sophisticated is 8-in-1, where you have the full powertrain in 1 system. Anyhow, you need a really efficient real-time micro is done. So -- and it will grow between '27 to 2030.

So second one is a microcontroller that is completely complementary and suitable for software-defined vehicle architecture. It was not existing. It has been developed, and we will sample very soon. Done.

And the last one is to put a 32-bit microcontroller based on STM32, not a real-time micro, but it is suitable for many applications in the car, we call STM32A. This will boost the growth of ST beyond 2027 for sure, okay? So you see we are strongly believing that on organic path, okay, we can continue to grow. Then saying that, yes, if Lorenzo allocates to me some capital, I would be ready to make some acquisition more at a bigger scale than what we have done up to now as far as it is accretive on our EBIT or -- and accretive on our market share on automotive or industrial market. And yes, there is some target. So it is in our radar screen, but we are working on it. And if we need to move, we will move.

**Lee John Simpson**
*Morgan Stanley, Research Division*

Perfect. Gentlemen, thanks very much. Welcome to Barcelona.

**Jean-Marc Chery**
*Chairman of the Managing Board, President & CEO*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you very much. Thank you, all. Have a nice weekend.

**Lorenzo Grandi**
*President of Finance, Purchasing, ERM & Resilience CFO and Member of the Managing Board*
Thank you. Cheers.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

STMICROELECTRONICS N.V. COMPANY CONFERENCE PRESENTATION  NOV 22, 2024

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

12