# EXHIBIT BB

**Aug 26, 2024 3:53 PM Eastern Daylight Time**

# STM Investors Have Opportunity to Lead STMicroelectronics N.V. Securities Fraud Lawsuit with the Schall Law Firm

Share      ···

LOS ANGELES--(BUSINESS WIRE)--The Schall Law Firm, a national shareholder rights litigation firm, reminds investors of a class action lawsuit against STMicroelectronics N.V. ("STMicroelectronics" or "the Company") (NYSE: STM) violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

Investors who purchased the Company's securities between January 25, 2024 and July 24, 2024, inclusive (the "Class Period"), are encouraged to contact the firm before October 22, 2024.

If you are a shareholder who suffered a loss, click here to participate.

We also encourage you to contact Brian Schall of the Schall Law Firm, 2049 Century Park East, Suite 2460, Los Angeles, CA 90067, at 310-301-3335, to discuss your rights free of charge. You can also reach us through the firm's website at www.schallfirm.com, or by email at bschall@schallfirm.com.

The class, in this case, has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

According to the Complaint, the Company made false and misleading statements to the market. STMicroelectronics failed to gain the necessary visibility to accurately forecast its future performance. The Company was not equipped to handle ongoing challenges with its end users. Based on these facts, the Company's public statements were false and materially misleading throughout the class period. When the market learned the truth about STMicroelectronics, investors suffered damages.

Join the case to recover your losses.

The Schall Law Firm represents investors around the world and specializes in securities class action lawsuits and shareholder rights litigation.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and rules of ethics.