# EXHIBIT CC

# STMicroelectronics nella bufera legale: avviata class action dopo crollo in Borsa

STMicroelectronics affronta una class action dopo il drastico taglio delle previsioni di ricavi 2024, con una conseguente forte caduta del titolo in Borsa

 **Francesca Secci**
GIORNALISTA

Pubblicato: 26 Agosto 2024 22:10



*STMicroelectronics avviata class action*

Dopo Intel e Stellantis, ora tocca all'azienda italo-francese STMicroelectronics a finire al centro di una nuova azione legale. Lo studio di New York Levi & Korsinsky ha infatti avviato una class action contro il gruppo europeo specializzato in semiconduttori, in seguito a un annuncio finanziario che ha scosso profondamente il mercato. La notizia della class action ha innescato una forte reazione da parte degli investitori, con le azioni dell'azienda che hanno subito un drastico calo in Borsa. Questa è stata una prevedibile conseguenza delle preoccupazioni per il futuro della società.

## Un ridimensionamento inatteso delle previsioni per il 2024

Il 25 luglio scorso, STMicroelectronics ha comunicato un taglio importante alle stime sui ricavi per il 2024. Se all'inizio dell'anno l'azienda puntava a un fatturato di circa 17 miliardi di dollari, le nuove previsioni sono state abbassate a un range compreso tra 13,2 e 13,7 miliardi.

Un aggiornamento inatteso che ha generato però una profonda revisione delle aspettative del mercato. La società, nel suo annuncio, ha attribuito il ribasso a una diminuzione della domanda nei **settori automotive e industriale,** due pilastri fondamentali del suo business. La riduzione ha pesato soprattutto sui profitti operativi previsti, aprendo un vuoto di quasi un miliardo di dollari rispetto ai guadagni dell'anno precedente.

## Il crollo del titolo e la reazione del mercato

L'impatto dell'annuncio sui mercati finanziari è stato immediato. Il **titolo** di STMicroelectronics **ha perso quasi il 14%** nel giorno successivo alla revisione delle previsioni, con una discesa che ha portato il valore delle azioni da 37 euro, registrati il 24 luglio, a un minimo di 26,6 euro nei primi giorni di agosto.

Nonostante un debole tentativo di stabilizzazione, che ha visto il prezzo fermarsi sui 28,145 euro a fine agosto, l'azienda ha visto scomparire in poche settimane un quarto della sua capitalizzazione di mercato. L'ulteriore annuncio della class action, avvenuto il 26 agosto, ha aggravato la situazione, con una nuova flessione del titolo sia a Piazza Affari che a Wall Street.

## Gli investitori ora si mobilitano

La causa intentata dallo studio Levi & Korsinsky rappresenta un gruppo di investitori, guidati da Liyu Wang, che hanno acquistato azioni di STMicroelectronics tra gennaio e luglio di quest'anno. La tesi della denuncia si basa su presunte **comunicazioni fuorvianti** e poco chiare da parte dell'azienda riguardo alle sue prospettive finanziarie. Gli investitori sostengono che l'improvvisa revisione delle previsioni abbia causato gravi perdite per chi aveva puntato sul titolo, e accusano la società di non aver gestito adeguatamente le informazioni sui suoi risultati economici.

## C'è anche il coinvolgimento dei vertici aziendali

A complicare ulteriormente la posizione di STMicroelectronics ci sono le accuse rivolte ai vertici della società. Il **Ceo Jean-Marc Chery** e il **Cfo Lorenzo Grandi** sono stati direttamente coinvolti nelle polemiche per la gestione delle previsioni finanziarie.

La brusca riduzione dei ricavi è stata collegata al rallentamento della domanda di chip per il settore automobilistico e all'assenza di un miglioramento significativo degli ordini nel settore industriale. Questi due segmenti, che rappresentano rispettivamente il 40% e il 30% dei ricavi dell'azienda, non hanno risposto come previsto, lasciando STMicroelectronics in una posizione delicata sul fronte economico.

Machine Translation

# STMicroelectronics in the legal storm: class action launched after stock market collapse

STMicroelectronics faces a class action lawsuit after the drastic cut in its 2024 revenue forecast, resulting in a sharp fall in the stock market

 **Francesca Secci**
JOURNALIST

Published: 26 August 2024 22:10



*STMicroelectronics Launched Class Action Lawsuit*

After Intel and Stellantis, it is now the turn of the Italian-French company **STMicroelectronics** to end up at the center of a new legal action. The New York-based firm **Levi & Korsinsky** has launched a **class action lawsuit** against the European semiconductor group, following a financial announcement that has deeply shaken the market. The news of the class action triggered a strong reaction from investors, with the company's **shares** suffering a drastic **drop** in the stock market. This was a predictable consequence of concerns about the future of the company.

## An unexpected downsizing of forecasts for 2024

On July 25, STMicroelectronics announced a **major cut to its revenue estimates** for 2024. While the company was targeting revenue of around $17 billion at the start of the year, the new forecast has been lowered to a range of $13.2 billion to $13.7 billion.

Machine Translation

An unexpected update that has generated a profound revision of market expectations. The company, in its announcement, attributed the decline to a decrease in demand in the **automotive and industrial sectors,** two key pillars of its business. The reduction weighed most heavily on expected operating profits, opening a gap of almost a billion dollars compared to the previous year's earnings.

## The collapse of the stock and the market reaction

The impact of the announcement on the financial markets was immediate. STMicroelectronics' **stock lost nearly 14% in the** day after the forecast was revised, with the share value falling from 37 euros, recorded on July 24, to a low of 26.6 euros in early August.

Despite a weak attempt at stabilization, which saw the price stop at 28.145 euros at the end of August, the company has seen a quarter of its market capitalization disappear in a few weeks. The further announcement of the class action, which took place on August 26, aggravated the situation, with a new decline in the stock both in <u>Piazza Affari</u> and on Wall Street.

## Investors are now mobilizing

The lawsuit filed by Levi & Korsinsky represents a group of investors, led by Liyu Wang, who bought shares in STMicroelectronics between January and July of this year. The complaint is based on alleged misleading and unclear **communications** from the company regarding its financial prospects. Investors argue that the sudden revision of forecasts caused serious losses for those who had bet on the stock, and accuse the company of not having adequately managed information on its economic results.

## There is also the involvement of top management

Further complicating STMicroelectronics' position are the accusations made against the company's top management. **CEO Jean-Marc Chery** and **CFO Lorenzo Grandi** have been directly involved in the controversy over the management of financial forecasts.

The sharp reduction in revenue was linked to slowing demand for automotive <u>chips</u> and the absence of a significant improvement in orders in the industrial sector. These two segments, which account for 40%and 30% of the company's revenues, respectively, did not respond as expected, leaving STMicroelectronics in a delicate position on the economic front.