# EXHIBIT DD

# Class action contro STMicroelectronics: «Ha dato indicazioni fuorvianti sui conti»



*Chip di STMicroelectronics (Getty Images).*

L'accusa è di aver fornito i dati corretti in vista della chiusura del primo semestre. E intanto il fatturato è in calo.

Dopo **Stellantis,** un'altra società italo-francese è finita nel mirino di avvocati americani. Alcuni studi legali dagli Stati Uniti hanno annunciato una **class action** nei confronti di **STMicroelectronics,** azienda produttrice di semiconduttori. L'accusa è di aver pubblicato «**previsioni fuorvianti** rispetto all'andamento reale dei conti», come riportato da *Milano Finanza*. La società a fine luglio ha comunicato i risultati finanziari, rivedendo ancora una volta al ribasso la guidance sui ricavi 2024. La notizia della class action ha immediatamente avuto effetti sul titolo in Borsa. STMicroelectronics nella seduta del 26 agosto ha perso lo 0,3% a Piazza Affari e lo 0,8% a Wall Street.

## Il calo di fatturato nel secondo trimestre 2024

Secondo lo studio legale **Robbins Geller Rudman & Dowd**, tra i capofila della class action contro STM, la società «non aveva una visibilità adeguata per generare le indicazioni che presentava, non ha

analizzato in modo appropriato le indicazioni che aveva, oppure non era semplicemente attrezzata per gestire le sfide». L'azienda ha chiuso il secondo trimestre 2024 con un **calo di fatturato** del 25,3 per cento rispetto all'anno precedente, a 3,23 miliardi di dollari. L'utile è stato di 353 milioni, con una decrescita del 64,8 per cento. A pesare sono stati soprattutto i cali di ordini provenienti dalle case automobilistiche.

Machine Translation

# Class action against STMicroelectronics: "It gave misleading information about the accounts"



*Chip from STMicroelectronics (Getty Images).*

The accusation is that he provided the correct data in view of the end of the first half of the year. And in the meantime, turnover is falling.

After **Stellantis,** another Italian-French company has ended up in the crosshairs of American lawyers. Some law firms from the United States have announced a **class action lawsuit** against **STMicroelectronics,** a semiconductor manufacturer. The accusation is that he has published **"misleading forecasts** with respect to the real trend of the accounts", as reported by *Milano Finanza*. The company announced its financial results at the end of July, once again revising downwards its 2024 revenue guidance. The news of the class action immediately had effects on the stock on the stock exchange. STMicroelectronics in the session of August 26 lost 0.3% in Piazza Affari and 0.8% on Wall Street.

## The drop in turnover in the second quarter of 2024

Machine Translation

According to the law firm **Robbins Geller Rudman & Dowd**, one of the leaders of the class action lawsuit against STM, the company "did not have adequate visibility to generate the indications it presented, did not appropriately analyze the indications it had, or was simply not equipped to handle the challenges." The company closed the second quarter of 2024 with a 25.3 percent year-on-year **drop in revenue** to $3.23 billion. Profit was 353 million, with a decrease of 64.8 percent. Declines in orders from car manufacturers weighed heavily.