# EXHIBIT EE

# Tutti i guai legali di StMicroelectronics negli Stati Uniti

Uno studio legale negli Stati Uniti ha avviato una class action contro StMicroelectronics per aver danneggiato gli investitori con dichiarazioni fuorvianti: la società ha rivisto più volte al ribasso le previsioni sulle entrate, con una differenza di 3,8 miliardi. Tutti i dettagli

Lo studio legale Levi & Korsinsky di New York ha avviato una *class action* contro l'azienda di semiconduttori StMicroelectronics, controllata dal ministero dell'Economia italiano e dalla banca statale francese Bpifrance. L'azione legale è legata alla revisione delle previsioni sulle entrate che la società ha presentato lo scorso 25 luglio, fornendo valori (13,2-13,7 miliardi di dollari) ben distanti sia da quelli comunicati a inizio anno (circa 17 miliardi) e sia da quelli aggiornati ad aprile (14-15 miliardi). Rispetto alle stime originali, dunque, c'è una differenza di 3,8 miliardi nell'utile operativo previsto per il 2024.

## È UN BRUTTO PERIODO PER IL TITOLO DI STMICROELECTRONICS

Il 25 luglio il titolo di StMicroelectronics ha perso quasi il 14 per cento in borsa a seguito sia dell'abbassamento delle previsioni sui ricavi per l'intero anno, sia del forte calo dell'utile nel secondo trimestre: 353 milioni di dollari, il 65 per cento in meno su base annua.

Le azioni della società hanno toccato il minimo il 6 agosto scorso, a 26,6 euro, e poi si sono stabilizzate intorno ai 28,1 euro il 23 agosto: "in pratica, in appena un mese", ha sottolineato *Firstonline*, StMicroelectronics "ha visto evaporare un quarto della sua capitalizzazione di mercato".

Nel pomeriggio del 26 agosto, per effetto della notizia sulla *class action*, il titolo ha perso un altro 0,5 per cento alla borsa di Milano e oltre l'1 per cento alla borsa di New York.

## LE ACCUSE AI DIRIGENTI

L'azione legale di Levi & Korsinsky rappresenta quegli investitori di StMicroelectronics che hanno acquistato azioni tra il 25 gennaio e il 24 luglio scorso e che, secondo lo studio, sarebbero stati danneggiati dalle dichiarazioni fuorvianti della società.

Secondo un altro studio legale statunitense, Robbins Geller Rudman & Dowd, StMicroelectronics "non aveva una visibilità adeguata per fare quelle previsioni [sui ricavi, *ndr*], non ha analizzato bene i dati o forse non era semplicemente attrezzata per affrontare le sfide". La revisione al ribasso delle previsioni sui ricavi è legata al calo della domanda di semiconduttori da parte dei settori automobilistico e industriale, che rappresentano rispettivamente il 40 e il 30 per cento del fatturato di StMicroelectronics.

L'iniziativa legale negli Stati Uniti chiama in causa l'amministratore delegato di StMicroelectronics, Jean-Marc Chery, e il direttore finanziario Lorenzo Grandi, il quale è stato inserito nel consiglio di gestione della società durante l'assemblea degli azionisti dello scorso maggio.

Machine Translation

# All the legal troubles of StMicroelectronics in the United States

A U.S. law firm has filed a class-action lawsuit against STMicroelectronics for damaging investors with misleading statements: the company has repeatedly lowered its revenue forecasts, resulting in a difference of $3.8 billion. Full details

New York law firm Levi & Korsinsky has initiated a *class action lawsuit* against semiconductor company StMicroelectronics, controlled by the Italian Ministry of Economy and Finance and French state-owned bank Bpifrance. The lawsuit is related to the revised revenue forecasts the company presented on July 25. The figures ($13.2-13.7 billion) are far from those disclosed at the beginning of the year (around $17 billion) and those updated in April ($14-15 billion). Therefore, compared to the original estimates, there is a difference of $3.8 billion in operating profit forecast for 2024.

## IT'S A BAD TIME FOR THE TITLE OF STMICROELECTRONICS

On July 25, STMicroelectronics shares fell nearly 14 percent on the stock market following both a lowering of its full-year revenue forecast and a sharp drop in second-quarter profit: $353 million, a 65 percent decline year-over-year.

The company's shares hit a low on August 6, at 26.6 euros, and then stabilized around 28.1 euros on August 23: "in practice, in just one month," *Firstonline emphasized,* StMicroelectronics "saw a quarter of its market capitalization evaporate."

On the afternoon of August 26, following the news of the *class action lawsuit,* the stock lost another 0.5 percent on the Milan stock exchange and more than 1 percent on the New York stock exchange.

## THE ACCUSATIONS AGAINST THE MANAGERS

Levi & Korsinsky's lawsuit represents those StMicroelectronics investors who purchased shares between January 25 and July 24 and who, according to the firm, were harmed by the company's misleading statements.

According to another US law firm, Robbins Geller Rudman & Dowd, STMicroelectronics "didn't have adequate visibility to make those [revenue ]*forecasts,* didn't analyze the data well, or perhaps was simply not equipped to address the challenges." The downward revision to its revenue forecasts is linked to declining demand for semiconductors from the automotive and industrial sectors, which account for 40 and 30 percent of STMicroelectronics' revenue, respectively.

The legal initiative in the United States involves StMicroelectronics CEO Jean-Marc Chery and CFO Lorenzo Grandi, who has been appointed to the management board. of the company during the shareholders' meeting last May.