# EXHIBIT GG

# Stm nella bufera: numeri gonfiati e vendita di azioni per nascondere la crisi. Accuse pesanti contro i vertici

*Una trimestrale deludente, il crollo del titolo in Borsa e voci di licenziamenti avevano già allarmato analisti e investitori, ma dietro la tempesta spuntano gravi accuse: il ceo e il direttore finanziario avrebbero nascosto la gravità della situazione per trarne profitto*



Un uragano sembra essersi abbattuto su **STMicroelectronics**, il colosso italo-francese dei semiconduttori. Una trimestrale deludente, il crollo del titolo in Borsa e voci di licenziamenti già bastavano a preoccupare analisti e investitori. Ma non è tutto: dietro la tempesta si nasconderebbero manovre opache da parte dei vertici aziendali. Secondo quanto riportato da *La Stampa*, **Jean-Marc Chery**, ceo di Stm, e **Lorenzo Grandi**, direttore finanziario (cfo), sarebbero **accusati** di aver **nascosto l'allarme sui conti**, contribuendo a un clima di incertezza che ha pesato non solo sul valore delle azioni, ma anche sulla credibilità dell'intero gruppo.

## Stm, le accuse nella class action: previsioni errate e azioni vendute

Il colpo di scena è arrivato con le accuse degli ex manager dell'azienda. Secondo una **class action** intentata negli Stati Uniti contro Stm, il ceo e il cfo erano pienamente consapevoli delle difficoltà economiche fin dai primi mesi del 2023, ma hanno continuato a **diffondere previsioni ottimistiche**, occultando le reali problematiche del mercato. Le accuse non si fermano qui: durante lo stesso periodo, Chery e Grandi avrebbero anche **venduto azioni della società** per un totale di **circa 8 milioni di**

**dollari** (4,1 milioni Chery e 3,7 milioni Grandi), sfruttando il clima di "solida crescita" che avevano contribuito a creare.

Questa storia ha preso forma in un'aula di tribunale, con la causa che è stata depositata il 21 gennaio presso la Southern District Court di New York. Gli azionisti danneggiati, tra cui **Faith Close**, **Hassan Ibrahim**, **Aya Zalate** e **Ferdinando Garbuglio**, accusano i vertici di aver travisato la situazione finanziaria, inducendo il mercato a sottovalutare la gravità della crisi. L'accusa principale? I **numeri gonfiati**. Secondo la causa, la vendita di prodotti sarebbe stata manipolata tramite sconti eccessivi, senza una reale approvazione, per "riempire" i canali di distribuzione e mascherare le difficoltà economiche, creando una bolla che dava l'illusione di solidità.

## Le manovre interne: la lotta per il potere

Le accuse si fanno ancora più gravi con le **testimonianze di otto ex manager** di Stm, tra cui un **dirigente** chiave della **divisione automotive** – probabilmente Marco Monti, scrive *La Stampa*, che ha lasciato il gruppo nel gennaio 2024. Secondo la memoria presentata al tribunale, il testimone avrebbe partecipato a riunioni mensili con circa 25 alti dirigenti, tra cui Chery, durante le quali venivano discussi i dati del mercato e le previsioni di bilancio. Il testimone avrebbe **avvertito** i vertici del **rallentamento del mercato** e dell'irrealizzabilità degli obiettivi fissati per il terzo e quarto trimestre del 2023. Tuttavia, i suoi avvertimenti sarebbero stati **ignorati**: il management ha continuato a rilasciare previsioni di fatturato per il 2024 pari a 17 miliardi di dollari, salvo poi chiudere l'anno a 13 miliardi, segnando un crollo del 50% rispetto ai picchi precedenti. In quel momento, il **mandato di Chery come ceo era in scadenza**, e il clima di incertezza sulla leadership aziendale sembra aver spinto i dirigenti a mettere al sicuro i propri interessi. Insomma, un tentativo di "salvaguardare la propria pelle" a scapito degli azionisti e dei dipendenti.

## Il futuro di Stm in bilico: licenziamenti e tagli in vista

Le ripercussioni non si fermano ai bilanci o alle cause legali. Secondo quanto riportato da *Bloomberg*, il colosso italo-francese sta progettando di **ridurre del 6% la propria forza lavoro**, una mossa che, se confermata, potrebbe tradursi in circa 2.000-3.000 posti di lavoro a rischio, soprattutto in Italia e in Francia. Il portavoce italiano ha dichiarato a *La Stampa* che "non sono state prese decisioni definitive", ma il **piano di ristrutturazione** e **riduzione dei costi fino al 2027** lascia poche speranze ai dipendenti.

A complicare ulteriormente la situazione c'è la rilevanza strategica dell'azienda. Stm non è solo una delle principali realtà nel settore dei chip, ma è anche un pezzo importante dell'industria italiana e europea. Infatti, il 50% delle azioni della società è **controllato dal ministero dell'Economia e delle Finanze** (Mef), il che significa che la situazione di crisi non riguarda solo il mondo finanziario, ma anche la politica.

Dopo la pubblicazione dei dati disastrosi, diversi **parlamentari del Pd** hanno sollecitato il governo italiano a intervenire per proteggere i lavoratori e l'interesse strategico nazionale. "Non possiamo permetterci di perdere terreno in un settore cruciale come quello dei semiconduttori," hanno dichiarato, sottolineando l'importanza di tutelare l'autonomia tecnologica e industriale dell'Italia e dell'Europa.

Machine Translation

# Stm in the storm: inflated numbers and sale of shares to hide the crisis. Heavy accusations against the top management

*A disappointing quarterly report, a stock market crash and rumors of layoffs had already alarmed analysts and investors, but behind the storm serious accusations emerge: the CEO and the CFO allegedly hid the seriousness of the situation to make a profit.*



A hurricane appears to have hit **STMicroelectronics**, the Italian-French semiconductor giant. A disappointing quarterly, the collapse of the stock market price and rumors of layoffs were already enough to worry analysts and investors. But that's not all: behind the storm there would be shady maneuvers by the company's top management. According to what was reported by *The print*, **Jean-Marc Chery**, CEO of STM, and **Lorenzo Big**, chief financial officer (cfo), would be **accused** to have **hidden alarm on accounts**, contributing to a climate of uncertainty that weighed not only on the value of the shares, but also on the credibility of the entire group.

## Stm, the accusations in the class action: incorrect forecasts and shares sold

The final twist came with the accusations of the company's former managers. According to a **class action** filed in the United States against Stm, the CEO and CFO were fully aware of the economic difficulties since the early months of 2023, but continued to **spread optimistic forecasts**, hiding the real problems of the market. The accusations do not stop there: during the same period, Chery and Grandi would also have **sold company shares** for a total of **about 8 millions of dollars** (4,1 million

Machine Translation

Chery and 3,7 million Grandi), taking advantage of the climate of "solid growth" that they had helped to create.

This story took shape in a courtroom, with the lawsuit being filed on January 21 in the Southern District Court of New York. The injured shareholders, including **Faith Close**, **Hassan Ibrahim**, **Aya Zalate** e **Ferdinando tangle**, accuse the top management of having misrepresented the financial situation, inducing the market to underestimate the seriousness of the crisis. The main accusation? The **inflated numbers**According to the lawsuit, the sale of products was manipulated through discounts excessive, without real approval, to "fill" the distribution channels and mask the economic difficulties, creating a bubble that gave the illusion of solidity.

## Internal maneuvers: the struggle for power

The accusations become even more serious with the **Testimonies from eight former managers** of Stm, including a **leader** key of the **division automotive** – probably Marco Monti, writes *The print*, who left the group in January 2024. According to the statement submitted to the court, the witness would have participated in monthly meetings with about 25 senior executives, including Chery, during which market data and budget forecasts were discussed. The witness would have **warned** the leaders of **market slowdown** and the unachievability of the targets set for the third and fourth quarters of 2023. However, his warnings would have been **ignored**: Management continued to issue revenue forecasts for 2024 of $17 billion, only to close the year at $13 billion, marking a 50% drop from previous peaks. At that time, the **Chery's term as CEO was set to expire**, and the climate of uncertainty about corporate leadership seems to have pushed executives to secure their interests. In short, an attempt to "safeguard their own skin" at the expense of shareholders and employees.

## Stm's future in the balance: layoffs and cuts in sight

The repercussions do not stop at the balance sheets or lawsuits. As reported by *Bloomberg*, the Italian-French giant is planning to **reduce its workforce by 6%**, a move that, if confirmed, could result in around 2.000-3.000 jobs at risk, especially in Italy and France. The Italian spokesperson told *The print* that "no final decisions have been taken", but the **restructuring plan** e **cost reduction until 2027** leaves little hope for employees.

Further complicating the situation is the strategic importance of the company. Stm is not only one of the main players in the chip sector, but it is also an important piece of the Italian and European industry. In fact, 50% of the company's shares are **controlled by the Ministry of Economy and Finance** (Mef), which means that the crisis situation does not only concern the financial world, but also politics.

After the publication of the disastrous data, several **parliamentarians of the Democratic Party** urged the Italian government to intervene to protect workers and the national strategic interest. "We cannot afford to lose ground in a crucial sector like semiconductors," they said, stressing the importance of protecting the technological and industrial autonomy of Italy and Europe.