# EXHIBIT HH

# Chi, come e perché accusa Stmicroelectronics

Ecco che cosa si legge nella memoria depositata alla corte di New York e il peso del "caso Monti" nella class action che accusa i vertici di Stmicroelectronics di manipolazione dei risultati e di insider trading.

Che succede a Stmicroelectronics?

L'azienda di semiconduttori controllata dal ministero dell'Economia italiano e dalla banca statale francese Bpifrance (la loro holding paritaria possiede il 27,6 per cento della società) prevede di registrare entrate per 2,5 miliardi di dollari nel primo trimestre del 2025, vale a dire il 28 per cento in meno su base annua. Gli investimenti per quest'anno sono stati ridotti, nei prossimi mesi molte fabbriche rimarranno chiuse e si temono licenziamenti.

## LA *CLASS ACTION* CONTRO STMICROELECTRONICS

Negli Stati Uniti, peraltro, il 21 gennaio è stata depositata presso la corte del distretto meridionale di New York una *class action* da parte di Faith Close, Hassan Ibrahim, Aya Zalat e Ferdinando Garbuglio in rappresentanza degli investitori di Stmicroelectronics tra il 14 marzo 2023 e il 30 ottobre 2024: la società è accusata di aver rilasciato delle dichiarazioni fuorvianti su propri risultati economici, nascondendo il peggioramento del mercato dei semiconduttori.

Nel documento si legge che "durante la conferenza tenuta per annunciare i risultati finanziari del terzo trimestre del 2023, Chery [cioè Jean-Marc Chery, l'amministratore delegato, *ndr*] ha continuato a dire agli investitori che le vendite del mercato Automotive sarebbero cresciute in modo significativo nel 2024 […]. I gruppi industriali e gli altri produttori di semiconduttori sono stati molto più schietti di Stm sul deterioramento del quadro della domanda".

## LE AZIONI PRECEDENTI

Già a fine agosto lo studio legale Levi & Korsinsky di New York aveva avviato una *class action* contro Stmicroelectronics per via del forte squilibrio tra le stime annunciate all'inizio del 2024 e l'aggiornamento comunicato lo scorso luglio.

Secondo un altro studio statunitense, Robbins Geller Rudman & Dowd, l'azienda "non aveva una visibilità adeguata per fare quelle previsioni [sui ricavi, *ndr*], non ha analizzato bene i dati o forse non era semplicemente attrezzata per affrontare le sfide".

## LE DICHIARAZIONI (FORSE) DI MARCO MONTI

Nella *class action* di gennaio sono state allegate le testimonianze anonime di alcuni ex-dirigenti di Stmicroelectronics. È probabile che il testimone numero uno, indicato con la sigla "CW1" e descritto come "il presidente della divisione Automotive & Discrete della società dal 2012 fino alla fine del 2023", sia Marco Monti, che aveva guidato l'unità in questione e che ha lasciato Stmicroelectronics nel gennaio 2024, come riportato da *Startmag*.

La divisione Automotive and Discrete Product, composta principalmente da italiani, è stata eliminata l'anno scorso all'interno di un piano di semplificazione della società. La mossa, però, aveva rafforzato

la percezione del governo italiano che il sistema decisionale di Stmicroelectronics fosse finito più saldamente in mano francese; il governo italiano, peraltro, era contrario alla riconferma di Chery alla carica di amministratore delegato.

"Per tutto il 2023", si legge nel documento depositato, "CW1 ha partecipato a riunioni mensili del personale con circa 25 dirigenti di alto livello, tra cui Chery, che presiedeva le riunioni. Secondo CW1, i partecipanti a queste riunioni hanno discusso le previsioni, la visibilità della domanda, le relazioni pubbliche e le informazioni. Nel corso di queste riunioni, CW1 ha detto a Chery che Stm avrebbe dovuto comunicare pubblicamente previsioni coerenti con il mercato dei semiconduttori in generale, vale a dire che l'azienda prevedeva un rallentamento significativo nel 2023, in linea con il settore. In particolare, CW1 ha intimato a Chery di non dichiarare erroneamente che l'azienda era immune dal declino generale del mercato. CW1 ha anche detto a Chery che gli impegni assunti pubblicamente da Stm nei confronti degli investitori nel terzo e quarto trimestre del 2023 non potevano essere mantenuti sulla base delle informazioni note alla società in quel momento. CW1 conferma che dopo il cambiamento del mercato dei semiconduttori nella seconda metà del 2023, anche le prospettive per il resto del 2023 e per il 2024 hanno mostrato una tendenza al ribasso".

CW1, inoltre, ha raccontato che Stmicroelectronics ha fornito "sconti eccessivi per dare l'impressione ingannevole di risultati finanziari migliori nel 2023. Tuttavia, se da un lato il fatto di anticipare le vendite con questi sconti ha permesso a Stm di dichiarare il raggiungimento degli obiettivi trimestrali a breve termine nel 2023, dall'altro ha creato un eccesso di scorte presso i distributori e gli utenti finali che ha ostacolato la domanda in futuro".

In sostanza, Chery viene accusato di aver messo a punto uno schema fraudolento che gli ha permesso di comunicare risultati positivi e di ottenere, nel marzo 2024, la riconferma al ruolo di amministratore delegato per altri tre anni.

## L'ACCUSA DI *INSIDER TRADING* A CHERY E GRANDI

I promotori della *class action* accusano inoltre Chery e il direttore finanziario Lorenzo Grandi – è anche membro del consiglio di gestione di Stmicroelectronics, una carica che dovrebbe servire a ripristinare l'equilibrio Italia-Francia nella società – di aver sfruttato il rigonfiamento artificiale dei risultati di Stmicroelectronics, e di conseguenza delle azioni, per il proprio tornaconto.

Nel periodo oggetto della *class action*, "Chery e Grandi hanno approfittato del prezzo gonfiato artificialmente delle azioni di Stm e dell'ignoranza degli investitori del crescente problema della domanda di Stm per raccogliere collettivamente quasi 8 milioni di dollari in vendite interne di azioni. In particolare, Chery ha venduto oltre 4,1 milioni di dollari in azioni ordinarie, mentre Grandi ha venduto poco più di 3,7 milioni di dollari in azioni ordinarie. Questi guadagni derivanti dalla vendita di azioni sono nettamente superiori allo stipendio di Chery, di 1,21 milioni di dollari nel 2023".

## L'ANALISI DI ARESU

"Per capire Stm e altre aziende europee bisogna considerare allora il grande rilievo del mercato automotive per i loro ricavi. Se l'automotive tira e sceglie i loro prodotti, vanno bene. Altrimenti, perdono terreno. Ovviamente, il mondo vive ora il super-ciclo dell'intelligenza artificiale, ma questo per gli Idm europei conta relativamente poco, perché non è il loro ciclo, non stanno su quella frontiera", ha spiegato Alessandro Aresu, analista politico e consigliere scientifico di *Limes*.

# Who, how and why accuses Stmicroelectronics

Here's what we read in the brief filed with the New York court and the weight of the "Monti case" in the class action lawsuit  accusing the top management of STmicroelectronics of manipulating results and insider trading.

What's happening at Stmicroelectronics?

The semiconductor company controlled by the Italian Ministry of Economy and the French state bank Bpifrance (their  equal holding company owns 27.6 percent of the company) expects to post revenues of 2.5 billion dollars in the  first quarter of 2025, That is, a 28 percent decrease year-on-year. Investments for this year have been reduced, many  factories will remain closed in the coming months, and layoffs are feared.

## LA *CLASS ACTION* CONTRO STMICROELECTRONICS

In the United States, moreover, a *class action lawsuit* was filed on January 21st in the Southern District Court of New
York by Faith Close, Hassan Ibrahim, Aya Zalat, and Ferdinando Garbuglio, representing STmicroelectronics investors  between March 14, 2023, and October 30, 2024: the company is accused of having made misleading statements about
its financial results, concealing the deterioration of the semiconductor market.

The document states that "during the conference call held to announce the financial results for the third quarter of 2023,  Chery [i.e., Jean-Marc Chery, the CEO, *ed.]* continued to tell investors that automotive sales would grow significantly in  2024 […]. Industrial groups and other semiconductor manufacturers have been much more forthright than STM about
the deteriorating demand picture."

## PREVIOUS ACTIONS

Already at the end of August, the New York law firm Levi & Korsinsky had started a *class action* against Stmicroelectronics  due to the significant imbalance between the estimates announced at the beginning of 2024 and the update
communicated last July.

According to another US firm, Robbins Geller Rudman & Dowd, the company "didn't have adequate visibility to make those forecasts [on revenue, *ed.],* didn't analyze the data well, or perhaps was simply not equipped to  address the  challenges."

## (Perhaps) Marco Monti's statements

The January *class action lawsuit* included anonymous testimony from several former STmicroelectronics executives.  Witness number one, referred to as "CW1" and described as "the president of the company's Automotive & Discrete
division from 2012 until the end of 2023," is likely Marco Monti, who led the unit in question and left  STmicroelectronics in January 2024, as reported by *Startmag.*

The Automotive and Discrete Product division, composed mainly of Italians, was eliminated last year as part of a plan to  streamline the company. The move, however, had strengthened

the perception of the Italian government that the decision-making system at STmicroelectronics had fallen more firmly into French hands; the Italian government, moreover, was opposed to Chery's reappointment as CEO.

"Throughout 2023," the filing states, "CW1 participated in monthly staff meetings with approximately 25 senior executives, including Chery, who chaired the meetings. According to CW1, participants in these meetings discussed  forecasts, demand visibility, public relations, and information. During these meetings, CW1 advised Chery that STM  should publicly communicate forecasts consistent with the overall semiconductor market, namely that the company  expected a significant slowdown in 2023, in line with the industry. Specifically, CW1 cautioned Chery not to falsely state  that the company was immune from the overall market decline. CW1 also advised Chery that STM's publicly made  commitments to investors in the third and fourth quarters of 2023 could not be met based on the information known to the company at that time. CW1 confirms that following the shift in the semiconductor market in the second half of 2023,  the outlook for the semiconductor market also changed. for the rest of 2023 and for 2024 they have shown a downward trend".

CW1 also reported that STmicroelectronics provided "excessive discounts to give the false impression of improved financial  results in 2023. However, while frontloading sales with these discounts allowed STM to claim achievement of its short-term quarterly targets in 2023, it also created excess inventory among distributors and end users that hindered future  demand."

Essentially, Chery is accused of having developed a fraudulent scheme that allowed him to report positive results and  obtain, in March 2024, confirmation as CEO for another three years.

## CHERY AND GRANDI ACCUSED OF *INSIDER TRADING*

The promoters of the *class action* also accuse Chery and the financial director Lorenzo Grandi – he is also a member of the management board of Stmicroelectronics, a position that should serve to restore the Italian-French balance in the company – of having exploited the artificial inflation of Stmicroelectronics' results, and consequently of its shares, for their own gain.

During the period covered by the *class action lawsuit,* "Chery and Grandi took advantage of STM's artificially inflated stock price and investors' ignorance of STM's growing demand problem to collectively raise nearly $8 million in insider stock sales. Specifically, Chery sold over $4.1 million in common stock, while Grandi sold just over $3.7 million in common stock.  These gains from the sale of stock significantly exceed Chery's 2023 salary of $1.21 million.

## ARESU  ANALYSIS

"To understand STM and other European companies, we must consider the significant importance of the automotive  market for their revenues. If the automotive industry pulls and chooses their products, they do well. Otherwise, they  lose ground. Obviously, the world is currently experiencing the AI super-cycle, but this means relatively little to European  IDMs, because it's not their cycle; they're not on that frontier," he explained . Alessandro Aresu, political analyst and scientific advisor to *Limes.*