# EXHIBIT II

# La crisi dei chip di St nel mirino dei soci Usa



"Solida" e "forte". **L'ad di STMicroelectronics Jean-Marc Chery** lo ha ripetuto come un mantra in tutte le occasioni, dalle call con gli analisti agli incontri con i media internazionali. Né Chery, né tantomeno il **numero uno della Finanza, Lorenzo Grandi**, dopo il rimbalzo post pandemia del mercato dei microprocessori hanno mai mostrato dubbi sulle prospettive positive. Mai segnalati problemi legati gli ordini del gruppo controllato dallo Stato italiano, attraverso il Mef, e da quello francese, tramite la banca pubblica di investimento Bpi France. Entrambi azionisti alla pari della ST holding che possiede il 27,5% del campione europeo dei chip.

Una posizione che non viene messa in dubbio fino **al 25 aprile 2024**, come si sottolinea nella **class action depositata al tribunale di New York contro i due top manager** da alcuni azionisti, tra cui i promotori **Faith Close, Hassan Ibrahim, Aya Zalat e Ferdinando Garbuglio**. È la data in cui vengono resi noti i dati del primo trimestre dell'anno, i primi negativi con un calo dei ricavi (-18,4%) e dei margini causa la flessione verso il basso del settore automobilistico, che vale tra il 41 e il 46% dei ricavi del gruppo, e industriale. Risultato? Vengono cambiate le previsioni dell'anno, da 17 miliardi via via fino a 13, e il titolo perde un primo 3% in Borsa. Non sarà la prima e unica revisione. Altre ne seguiranno. L'obiettivo di raggiungere i 20 miliardi di dollari di ricavi slitta dal 2027 al 2030 e il titolo si svaluta del 50%. Eppure il 2024 avrebbe dovuto essere un anno diverso.

Il 27 aprile 2023, in conferenza stampa, **Chery sugli ordini dice che "oggi il portafoglio totale che abbiamo in mano rappresenta circa sei trimestri di fatturato"**. Almeno un anno e mezzo di ricavi garantiti. E poi aggiunge: "L'ingresso degli ordini che stiamo vedendo ora è in carico senza problemi per l'anno 2024". Tempi di consegna degli ordini lunghi "perché il lead time che possiamo fornire a questi clienti è ancora ben superiore a un anno". Chery prova a indicare dei comparti in difficoltà: "Ci sono mercati in cui la domanda finale è chiaramente debole. Si tratta delle periferiche per computer, dei prodotti informatici e dell'elettronica personale". Nulla a che vedere con l'auto.

Non si sarebbe però trattato soltanto di valutazioni sbagliate. Per la memoria depositata negli Usa dagli azionisti promotori della class action, infatti, i due manager avrebbero comunicato false attese al mercato. Un modo per nascondere la situazione reale in un momento delicato per Chery, messo nel mirino dal governo italiano a ridosso del rinnovo dell'incarico. **Era fondamentale per lui far vedere che i conti andavano bene. Non solo. Chery e Grandi avrebbero sfruttato la bolla per vendere azioni a prezzi "gonfiati" guadagnando in due quasi 8 milioni di dollari in vendite interne di titoli (***internal dealing***)**. Tesi corroborate dalle testimonianze spontanee di otto ex manager. Tra questi è plausibile che ci sia, visti i ruoli indicati e la data in cui ha lasciato il gruppo, **Marco Monti, ex presidente dell'Automotive and Discrete Product Group di ST.** I dirigenti raccontano pratiche, in particolare sconti e forti incentivi, per convincere i distributori a fare ordini non necessari. Così da alterare le previsioni sulla domanda. **Manager che avrebbero comunicato ai vertici la reale situazione. Mentre il mercato sarebbe rimasto all'oscuro**. Tanto che, fino ad aprile 2024, il tenore delle comunicazioni non cambia. Il 6 giugno 2023 all'Exane Bnp Paribas, 25a conferenza europea dei Ceo, Chery parla delle previsioni e dice che "se si considera il mercato automobilistico posso confermarvi che oggi la situazione è la seguente: il backlog è pieno fino al 2024. I clienti vogliono darci visibilità. Non rileviamo un eccesso di scorte nella catena di fornitura". E aggiunge che la dinamica del mercato auto «è solida, molto solida». Il 26 ottobre 2023 alla conferenza stampa sugli utili **Chery aggiunge che "abbiamo chiaramente un'ottima visibilità per il 2024 nel settore auto".** Non solo. L'ad di ST, che ha circa 48mila dipendenti nel mondo di cui 12mila in Italia, prevede un "2025 non al 100% del portafoglio, ma all'80%" e un ulteriore crescita: "Di sicuro, non cresceremo al 28%. Cresceremo in modo significativo. Questo ve lo posso confermare". Tra ottobre 2023 e aprile 2024 il quadro dell'industria e dell'auto si deteriora, ma per la multinazionale italo-francese non ci sono problemi. Al massimo qualche scricchiolio nell'industria, non sull'automotive. Chery dice che "noi crediamo che, se ciò è confermato, l'aggiustamento delle scorte sia praticamente fatto. Il portafoglio che abbiamo davanti a noi è prezioso".

**Toccherà al giudice Usa capire se le tesi sono sufficienti per aprire un'inchiesta. ST, che nel frattempo ha varato un piano di risparmi a livello globale da 900 milioni** e ha appena annunciato due settimane di cassa tra marzo e aprile per poco meno della metà dei dipendenti del sito di Catania, **"non commenta le controversie legali in corso e ritiene di avere solide argomentazioni legali contro le accuse e si difenderà con determinazione in tribunale"**. Fonti vicine alla società riguardo al contesto di mercato sottolineano che è condizionato da fattori esterni tra cui lo stop al processo di elettrificazione dell'auto, il blocco agli incentivi governativi e l'ascesa di concorrenti cinesi. Tutto non prevedibile.

Machine Translation

# ST's chip crisis in the crosshairs of US shareholders



"Solid" and "strong." **STMicroelectronics CEO Jean-Marc Chery** has repeated this like a mantra at every opportunity, from calls with analysts to meetings with international media. Neither Chery nor **Finance Chief Lorenzo Grandi** have ever expressed doubts about the positive outlook following the post-pandemic rebound in the microprocessor market. Orders have never been reported for the group controlled by the Italian state, through the Ministry of the Economy and Finance, and by the French state, through the public investment bank BPI France. Both are equal shareholders of ST Holding, which owns 27.5% of the European chipmaker.

A position that will not be challenged until **April 25, 2024** , as highlighted in the **class action lawsuit filed in New York against the two top managers** by several shareholders, including promoters **Faith Close, Hassan Ibrahim, Aya Zalat, and Ferdinando Garbuglio** . That is the date on which the first quarter figures of the year are released, the first negative ones, with a decline in revenue (-18.4%) and margins due to the decline in the automotive sector, which accounts for between 41 and 46% of the group's revenue, and the industrial sector. The result? The full-year forecast is revised, from €17 billion to €13 billion, and the stock loses an initial 3% on the stock market. This won't be the first and only revision. Others will follow. The target of reaching $20 billion in revenue is postponed from 2027 to 2030, and the stock loses 50%. Yet 2024 was supposed to be a different year.

On April 27, 2023, at a press conference, **Chery stated that "today, our total order backlog represents approximately six quarters of revenue** ." This represents at least a year and a half of guaranteed revenue. And then added: "The incoming orders we are seeing now are easily booked for 2024." Order delivery times are long "because the lead time we can provide to these customers is still well over a year." Chery attempted to point to struggling sectors: "There are markets where end demand is clearly weak. These are computer peripherals, IT products, and personal electronics." This has nothing to do with the automotive industry.

However, it wasn't just a matter of misjudgments. According to the brief filed in the US by the shareholders  promoting the class action, the two managers allegedly communicated false expectations to the market. This was a way to conceal the true situation at a delicate time for Chery, which was under scrutiny by the Italian government just before its reappointment. **It was crucial for him to demonstrate that the accounts were sound. Not only that, Chery and Grandi allegedly exploited the bubble to sell shares at inflated prices, earning between them nearly $8 million in internal dealing .** These  claims are supported by the spontaneous testimony of eight former managers. Among them, it is plausible that, given the roles indicated and the date he left the group, **Marco Monti, former president of ST's Automotive and Discrete Product Group, was among them.** The managers describe practices, particularly discounts and heavy incentives, to persuade distributors to place unnecessary orders, thus distorting demand forecasts. These **managers allegedly communicated the true  situation to management, while the market remained in the dark.** So much so that, until April 2024, the tone of  communications remains unchanged. On June 6, 2023, at the Exane BNP Paribas 25th European CEO Conference,  Chery discussed its forecasts and stated that "if we look at the automotive market, I can confirm that the situation  today is as follows: the backlog is full until 2024. Customers want to give us visibility. We don't see any excess  inventory in the supply chain." He added that the automotive market's momentum "is solid, very solid." On  October 26, 2023, at the earnings press conference, **Chery added that "we clearly have excellent visibility for  2024**  Not only that. The CEO of ST, which has approximately 48,000 employees worldwide, 12,000 of whom are in Italy, predicts "not 100% of the portfolio in 2025, but 80%" and further growth: "We certainly  won't grow at 28%. We will grow significantly. I can confirm this to you." Between October 2023 and April 2024, the industrial and automotive sectors will deteriorate, but the Italian-French multinational faces no  problems. At most, there will be some crunch in the industrial sector, not in the automotive sector. Chery says that "we believe that, if this is confirmed, the inventory adjustment is practically complete. The portfolio we have before us is valuable."

**It will be up to the US judge to determine whether the allegations are sufficient to open an investigation. ST, which in the meantime has launched a global savings plan worth €900 million** and has just announced two weeks of furlough between March and April for just under half of the employees at its Catania plant, **"is not commenting on the ongoing legal disputes and believes it has solid legal arguments against the accusations and will defend itself vigorously in court ."** Sources close to the company emphasize that the market environment is affected by external factors, including the halt in the car electrification process, the freeze on government incentives, and the rise of Chinese competitors. All of this is  unpredictable.