# EXHIBIT JJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STMICROELECTRONICS N.V. SECURITIES LITIGATION | Case No.: 1:24-cv-06370-AKH |
| | Honorable Alvin K. Hellerstein |

**DEFENDANT STMICROELECTRONICS N.V.'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York ("Local Rules"), Defendant STMicroelectronics N.V. ("ST"), by and through its undersigned attorneys, hereby requests that Plaintiffs in the above-captioned action answer the following interrogatories in accordance with those rules and the following Definitions and Instructions. ST reserves the right to serve additional interrogatories.

**DEFINITIONS**

The definitions and rules of construction set forth in Rule 33 of the Federal Rules of Civil Procedure and Local Rule 26 are incorporated and apply to this Interrogatory.

1.     The term "CW" means "confidential witness" in the same manner in which that abbreviation is used in the First Amended Complaint and Second Amended Complaint. "CW" followed by a number refers to the alleged confidential witness bearing that number in the First Amended Complaint and Second Amended Complaint.

2.     The term "Plaintiffs" shall mean Faith Close, Hassan Ibrahim, and Aya Zalat as well as their agents, representatives, and any other person acting on their behalf or under their control. This includes, without limitation, the firms of Pomerantz LLP, Levi & Korsinsky, LLP,

and Bronstein, Gewirtz & Grossman LLP, and any person acting on their behalf or under their control.

3.     The term "ST Supervisory Board" shall mean, for the period of March 14, 2023 to the present, the Supervisory Board of ST, including, without limitation, each person who has served as a member, chair, vice-chair, independent member, or alternate member of such Board, as well as any person who has served as secretary, vice secretary, expert or controller, whether serving in a permanent, interim, acting, full-time, part-time, appointed, or elected capacity, as described in Part I, Item 6 of ST's Form 20-F Annual Reports for the fiscal years ended December 31, 2023 and December 31, 2024, filed with the U.S. Securities and Exchange Commission on February 22, 2024 and February 27, 2025, respectively.

4.     The term "Italian Ministry of Economy and Finance" or "MEF" means the *Ministero dell'Economia e delle Finanze* of the Republic of Italy and includes, without limitation, any person who has served at any time as an employee, officer, minister, deputy minister, undersecretary, director, manager, civil servant, adviser, consultant, secondee, contractor, or member of any department, directorate, task force, committee, or working group of the Italian Ministry of Economy and Finance, whether in a permanent, temporary, full-time, part-time, appointed, or acting capacity.

5.     The term "Italian Ministry of Enterprises and Made in Italy" or "MIMIT" means the *Ministero delle Imprese e del Made in Italy* of the Republic of Italy (including its predecessor, the *Ministero dello Sviluppo Economico*) and includes, without limitation, any person who has served at any time as an employee, officer, minister, deputy minister, undersecretary, director, manager, civil servant, adviser, consultant, secondee, contractor, or member of any department, directorate, task force, committee, or working group of the Italian Ministry of Enterprises and

Made in Italy, whether in a permanent, temporary, full-time, part-time, appointed, or acting capacity.

6.      The term "First Amended Complaint" refers to the Complaint that Plaintiffs filed in this action on January 22, 2025 (ECF No. 34).

7.      The term "Second Amended Complaint" refers to the Second Amended Complaint that Plaintiffs filed in this action on April 30, 2025 (ECF No. 42).

8.      The terms "You," "Your," and "Yours," or any variant thereof, shall mean each Plaintiff.

9.      In order to bring within the scope of these interrogatories any and all conceivably relevant matters or information which might otherwise be construed to be outside the scope:

   a.      the singular of each word shall be construed to include its plural and vice-versa;

   b.      "and" as well as "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of the interrogatory all responses that might otherwise be construed to be outside of its scope;

   c.      "include" or "including" shall be construed without limitation;

   d.      "each" shall be construed to include "every" and vice-versa;

   e.      "any" shall be construed to include "all" and vice-versa; and

   f.      the present tense shall be construed to include the past tense and vice-versa.

## INSTRUCTIONS

1.      If any part of any interrogatory is objected to, the reasons for the objection should be stated with specificity as to all grounds. For the convenience of the Court and the parties, each interrogatory should be quoted in full immediately preceding the objection.

-3-

2.      If You have an objection to any interrogatory or part thereof, You shall state the specific nature of the objection and whether it applies to the entire interrogatory or to a part of the interrogatory.  If You have an objection to any part of an interrogatory, then You shall identify the part objected to and provide a response to the remaining unobjectionable part.

3.      If You object to any interrogatory on the basis that a word or phrase is vague or ambiguous, state Your understanding of the word or phrase and provide a response accordingly.

4.      Each interrogatory shall be answered on the basis of Your entire knowledge, from all sources, after a reasonable and good-faith inquiry has been made and a diligent search has been conducted.

5.      Each interrogatory shall be deemed continuing so as to require prompt supplemental responses, in accordance with Federal Rule of Civil Procedure 26(e).

6.      Each interrogatory shall be construed independently and not by reference to any other Interrogatory for the purpose of limitation or exclusion, unless the context requires otherwise.

7.      Your responses to each Interrogatory shall accord with Federal Rule of Civil Procedure 33 and applicable law.

8.      ST reserves the right to amend, supplement, or revise these interrogatories as necessary.

## INTERROGATORIES

**Request No. 1.**

For each instance in which You (including anyone acting on Your behalf) have communicated with any CW in connection with the First Amended Complaint, the Second Amended Complaint, or the alleged matters described therein, provide a description of the communication, including the date, identity of the individual, other parties to the communication, communication method, and the subject matter or topic.

**Request No. 2.**

For each instance in which You (including anyone acting on Your behalf) have communicated with the ST Supervisory Board or any current or former member in connection with the First Amended Complaint, the Second Amended Complaint, or the alleged matters described therein, provide a description of the communication, including the date, identity of the individual, other parties to the communication, communication method, and the subject matter or topic.

**Request No. 3.**

For each instance in which You (including anyone acting on Your behalf) have communicated with the Italian Ministry of Economy and Finance in connection with the First Amended Complaint, the Second Amended Complaint, or the alleged matters described therein, provide a description of the communication, including the date, identity of the individual, other parties to the communication, communication method, and the subject matter or topic.

**Request No. 4.**

For each instance in which You (including anyone acting on Your behalf) have communicated with the Italian Ministry of Enterprises and Made in Italy in connection with the First Amended Complaint, the Second Amended Complaint, or the alleged matters described therein, provide a description of the communication, including the date, identity of the individual, other parties to the communication, communication method, and the subject matter or topic.

January 21, 2026

/s/ *Robert J. Giuffra Jr.*

Robert J. Giuffra Jr.
David M.J. Rein
Julia A. Malkina
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
*giuffrar@sullcrom.com*
*reind@sullcrom.com*
*malkinaj@sullcrom.com*

*Counsel for Defendant STMicroelectronics N.V.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January, 2026, I caused a true and correct

copy of the foregoing to be served by email on all counsel of record for Plaintiffs at their following

email addresses:

POMERANTZ LLP
Omar Jafri
Joshua B. Silverman
Brian O'Connell
Diego Martinez-Krippner
Jianan (Adam) Jiang
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
ojafri@pomlaw.com
jbsilverman@pomlaw.com
boconnell@pomlaw.com
dmartinezk@pomlaw.com
ajiang@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Lead Counsel for Plaintiffs*

LEVI & KORSINSKY, LLP
Adam M. Apton
Devyn Glass
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com
dglass@zlk.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Eitan Kimelman
60 E 42nd Street, Suite 4600,
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
eitank@bgandg.com

*Additional Counsel for Plaintiffs*

/s/ *Alexandra Bodo*
Alexandra Bodo
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
*bodoa@sullcrom.com*

*Counsel for Defendant STMicroelectronics N.V.*