UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                            :     **ORDER DENYING**
IN RE STMICROELECTRONICS N.V.                               :     **DEFENDANTS' MOTION FOR**
SECURITIES LITIGATION                                       :     **RECONSIDERATION AND**
                                                            :     **MOTION TO DISMISS**
                                                            :
                                                            :     24 Civ. 6370 (AKH)
----------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendants move for reconsideration of my September 15, 2025, Opinion and Order denying their motion to dismiss this putative class action securities suit and move to dismiss the Third Amended Complaint.  *See* ECF No. 50.  Defendants' motion relies primarily on a declaration from a former STMicroelectronics executive disputing statements attributed to him in the complaint.  *See* ECF Nos. 69, 70. Further briefing is unnecessary.

Defendants' attacks on the credibility of the alleged statements of a confidential witness are misplaced at this stage.  Whether "these former employees will prove to be credible and percipient sources is not at issue at this stage of the litigation."  *See* ECF No. 50 (*quoting In re Synchrony Fin. Sec. Litig.*, 988 F.3d 157, 169 (2d Cir. 2021)).  The declaration submitted by Defendants does not provide a basis for reconsideration or dismissal at this stage.  *See Hatamian v. Advanced Micro Devices, Inc.*, No. 14-CV-00226-YGR, 2015 WL 511175, at *2 (N.D. Cal. Feb. 6, 2015) (questions raised by a recanting declaration "are more appropriately raised in the context of summary judgment after the benefit of full discovery, or for consideration by a jury.").

Considering the complaint as a whole, Plaintiffs have adequately pleaded their claims under the applicable pleading standards, including scienter. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citation omitted); 15 U.S.C. § 78u-4(b); *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322-23 (2007).

1

Discovery shall proceed.  The parties shall comply with the Court's prior discovery orders.  *See* ECF No. 67.

Plaintiffs' request for extension to respond to Defendants' motion is denied as moot.  *See* ECF No. 76.

The Clerk of Court shall terminate ECF Nos. 68 and 76.

SO ORDERED.

Dated:      March 18, 2026
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge