UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                    :

IN RE STMICROELECTRONICS N.V.     :
SECURITIES LITIGATION,         :    **SCHEDULING ORDER**
                                    :
                                    :    24 Civ. 6370 (AKH)
                                    :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court will hear the parties on the pending discovery dispute, *see* ECF Nos. 84-87, and the pending motion for issuance of letters rogatory, *see* ECF No. 88, on May 28, 2026, at 11:15 a.m. in Courtroom 14D.

      SO ORDERED.

Dated:     May 26, 2026              /s/ Alvin K. Hellerstein
           New York, New York      ALVIN K. HELLERSTEIN
                                      United States District Judge