UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
                                                             :
IN RE STMICROELECTRONICS N.V.                                :
SECURITIES LITIGATION                                        :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ X
```

**ORDER REGULATING PROCEEDINGS**

24 Civ. 6370 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties' joint letter of June 11, 2026, ECF No. 95, submitted pursuant to Rule 2.E of my individual rules, presents Defendants' requests for documents concerning two confidential witnesses ("CWs") identified in the Third Amended Complaint: CW1, Marco Monti, the former President of ST's Automotive & Discrete Group; and Carlo Ferro, who served as ST's Chief Financial Officer until 2018.

The requests are denied without prejudice to renewal following Monti and Ferro's depositions. I decline to rule on the underlying legal disputes at this time. The depositions may narrow or eliminate those disputes. If, following Monti and Ferro's depositions, Defendants demonstrate that production of any requested materials remains necessary, they may renew their application and include proposals for any necessary supplemental depositions of these witnesses.

SO ORDERED.

Dated:    July 7, 2026
          New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1